# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G).**

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
   |---|---|---|---|
   | 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   | 3.1. **Bank Accounts--See Exhibit Attached Hereto** | | | **unknown** |

   4. **Other cash equivalents** *(Identify all)*

   5. **Total of Part 1.**  $0.00
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes Fill in the information below.

11. **Accounts receivable**

    | 11a. 90 days old or less: | 15,231.46 | - | 0.00 | = .... | $15,231.46 |
    |---|---|---|---|---|---|
    | | face amount | | doubtful or uncollectible accounts | | |

Debtor  **Thrifty Propane Inc.**                                Case number *(If known)*
        Name

|  | 11b. Over 90 days old: | 16,318.17 | - | 0.00 | =.... | $16,318.17 |
|---|---|---|---|---|---|---|
|  |  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3.**                                                                              $31,549.63

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Propane Tanks Rented by Customers--See Exhibit Attached Hereto** | | unknown | | unknown |

23. **Total of Part 5.**                                                                                    $0.00

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

| Debtor | Thrifty Propane Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Bobtail Trucks and Vehicles--See Exhibit Attached Hereto** | $783,151.65 | Book | $783,151.65 |
| 47.2. | **2014 Freightliner Cascadia 113** | $36,090.00 | Book | $36,090.00 |
| 47.3. | **Crane Trucks--See Exhibit Attached Hereto** | $120,900.00 | Book | $120,900.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | **Zacklift Z252 Fifth Wheel Trailer S/N Z9838** | $31,125.00 | Book | $31,125.00 |
| 48.2. | **Trailers--See Exhibit Attached Hereto** | $272,500.00 | Book | $272,500.00 |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Tanks--See Exhibit Attached Hereto** | $296,929.00 | Book | $296,929.00 |
| | **Miscellaneous Equipment--See Exhibit Attached Hereto** | $8,344.00 | Book | $8,344.00 |
| | **Rigid Pipe Threader** | $0.00 | | unknown |
| | **Craftsman Drill Press** | $0.00 | | unknown |
| | **Brake Kits** | $0.00 | | unknown |
| | **40' Steel Container** | $5,000.00 | | $5,000.00 |

Debtor: **Thrifty Propane Inc.** Case number (If known)

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Miscellaneous Items for Repairs- LP Regulators, LP Meters, Copper Tubing, Pigtails, Fittings, and Bolts | $0.00 | | unknown |
| Spare Truck Tires | $0.00 | | unknown |

51. **Total of Part 8.** $1,554,039.65

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☒ No. Go to Part 10.
    ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites<br>Website: thriftypropane.com | unknown | | unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations<br>Customer List | unknown | | unknown |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |

66. **Total of Part 10.** $0.00

    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☒ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 4
Software Copyright (c) 2022 CINGroup - www.cincompass.com

22-51226-amk    Doc 4    FILED 10/17/22    ENTERED 10/17/22 14:15:27    Page 4 of 7

| Debtor | Thrifty Propane Inc. | Case number (If known) | |
|---|---|---|---|
| | Name | | |

- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    - ☐ No. Go to Part 12.
    - ☒ Yes Fill in the information below.

    | | | | Current value of debtor's interest |
    |---|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    | **ERC Tax Credits** | Tax year | | $300,000.00 |
    |---|---|---|---|

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
    **Claims against Coastal Energy Inc., Clint Land, and Rick Smith**
    **US District Court Case No. 1:19-CV-02040-JPC** — unknown
    Nature of claim
    Amount requested  $0.00

    **Claim against Jeff Prycl/Rocky Mountain Garage--in possession of a 1,000 gallon propane tank**
    **$15,000 paid by Thrifty in April 2022 on $80,000 owed** — unknown
    Nature of claim
    Amount requested  $0.00

    **Breach of Contract Claim against Arrakis Energy Marketing (154 S Hall, Sugarland TX 77478)** — unknown
    Nature of claim
    Amount requested  $0.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Money owed from Bill Marino (2801 Barnhill Rd, New Philadelphia OH 44663)** — $14,000.00
    Nature of claim
    Amount requested  $14,000.00

76. **Trusts, equitable or future interests in property**

Debtor   **Thrifty Propane Inc.**                     Case number *(If known)*
         Name

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    $314,000.00

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Thrifty Propane Inc.**
Name

Case number *(If known)* _____

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $31,549.63 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,554,039.65 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................>  | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $314,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,899,589.28 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,899,589.28 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 7
Software Copyright (c) 2022 CINGroup - www.cincompass.com