| | |
|---|---|
| Debtor name | **Thrifty Propane Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO, AKRON DIVISION |
| Case number (if known) | |

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

---

**2.1   Bryn Mar Funding**
Creditor's Name

**PO Box 692**
**Bryn Mawr, PA 19010-0692**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**ILTM**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2014 Freightliner Cascadia 113**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**
Column B: **$36,090.00**

---

**2.2   Corporation Service Company**
Creditor's Name

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/08/2019**

**Last 4 digits of account number**
**4533**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Blanket Lien on All Assets; Ohio UCC FS No. OH00227494533**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **unknown**
Column B: **$0.00**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

22-51226-amk    Doc 5    FILED 10/17/22    ENTERED 10/17/22 14:16:33    Page 1 of 62

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Corporation Service Company** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **unknown**     **$0.00**

**Blanket Lien on All Assets; Ohio UCC FS No. OH00227844748**

Describe the lien

_____
Creditor's email address, if known

**Date debt was incurred**
**01/24/2019**
**Last 4 digits of account number**
**4748**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Corporation Service Company** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **unknown**     **$0.00**

**Blanket Lien on All Assets; Ohio UCC FS No. OH00236947121**

Describe the lien

_____
Creditor's email address, if known

**Date debt was incurred**
**01/17/2020**
**Last 4 digits of account number**
**7121**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Corporation Service Company** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 2576**
**Springfield, IL 62708-2576**
Creditor's mailing address

Describe debtor's property that is subject to a lien     **unknown**     **$0.00**

**Blanket Lien on All Assets; Ohio UCC FS No. OH00236947565**

Describe the lien

**Is the creditor an insider or related party?**
■ No

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No

**01/17/2020**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7565**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.6 | **CSC** | Describe debtor's property that is subject to a lien | unknown | $0.00 |

Creditor's Name

**Blanket Lien on All Assets; Maryland UCC**
**File ID 200117-1550003**

**801 Adlai Stevenson Dr**
**Springfield, IL 62703-4261**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known    ■ No
                                       ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ☐ No

**01/17/2020**    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0003**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | **First Bank Richmond** | Describe debtor's property that is subject to a lien | unknown | $31,125.00 |

Creditor's Name

**Zacklift Z252 Fifth Wheel Trailer S/N Z9838**

**PO Box 1145**
**Richmond, IN 47375-1145**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

                                       ■ No
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**    ■ No

**08/18/2021**    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3869**

**Do multiple creditors have an**    **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply
■ No    ☐ Contingent
☐ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.8 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $548.00 | $0.00 |

Creditor's Name

State Tax Warrant, File No. 30344233

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/11/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $547.00 | $0.00 |

Creditor's Name

State Tax Warrant, File No. 30344534

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**02/08/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $553.00 | $0.00 |

Creditor's Name

State Tax Warrant, File No. 30245765

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**09/17/2021**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $552.00          $0.00

**State Tax Warrant, File No. 30265380**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/16/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $550.00          $0.00

**State Tax Warrant, File No. 30241694**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/14/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien          $547.00          $0.00

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Name

Creditor's Name | **State Tax Warrant, File No. 30250372**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address | **Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known | ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred** | ■ No
**09/08/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an** | **As of the petition filing date, the claim is:**
**interest in the same property?** | Check all that apply
■ No | ☐ Contingent
☐ Yes. Specify each creditor, | ☐ Unliquidated
including this creditor and its relative | ☐ Disputed
priority.

---

| 2.1 4 | **Indiana Department of** | | |
|---|---|---|---|
| | **Revenue** | **Describe debtor's property that is subject to a lien** | **$549.00** | **$0.00** |

Creditor's Name | **State Tax Warrant, File No. 30250371**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address | **Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known | ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred** | ■ No
**09/08/2021** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an** | **As of the petition filing date, the claim is:**
**interest in the same property?** | Check all that apply
■ No | ☐ Contingent
☐ Yes. Specify each creditor, | ☐ Unliquidated
including this creditor and its relative | ☐ Disputed
priority.

---

| 2.1 5 | **Indiana Department of** | | |
|---|---|---|---|
| | **Revenue** | **Describe debtor's property that is subject to a lien** | **$551.00** | **$0.00** |

Creditor's Name | **State Tax Warrant, File No. 30188347**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address | **Describe the lien**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known | ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred** | ■ No

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**06/22/2021**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.16 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $552.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 30188346**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**06/22/2021**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $553.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 30188345**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**06/22/2021**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $555.00 | $0.00 |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Creditor's Name

**State Tax Warrant, File No. 30188344**
_____

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

**06/22/2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.19 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $654.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 30137088**
_____

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

**11/24/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.20 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $656.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 30137087**
_____

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known

■ No

**Date debt was incurred**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**11/24/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.2 1** | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $1,045.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **State Tax Warrant, File No. 30120198** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/24/2020**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.2 2** | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $1,048.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **State Tax Warrant, File No. 30120197** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/24/2020**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| **2.2 3** | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $657.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant, File No. 30066802**
_____

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**11/13/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.24 | **Indiana Department of Revenue** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $659.00     $0.00
**State Tax Warrant, File No. 30066801**
_____

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**11/13/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.25 | **Indiana Department of Revenue** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**     $661.00     $0.00
**State Tax Warrant, File No. 30066800**
_____

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**11/13/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $1,049.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **State Tax Warrant, File No. 30081268** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/10/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 7 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $1,052.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **State Tax Warrant, File No. 30081267** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/10/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 8 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $1,055.00 | $0.00 |
|---|---|---|---|---|

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Creditor's Name

**State Tax Warrant, File No. 30081266**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/10/2020**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.29 | **Indiana Department of Revenue** | **Describe debtor's property that is subject to a lien** | **$26,012.00** | **$0.00** |

Creditor's Name

**State Tax Warrant, File No. 30039637**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**09/22/2020**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **Indiana Department of Revenue** | **Describe debtor's property that is subject to a lien** | **$26,080.00** | **$0.00** |

Creditor's Name

**State Tax Warrant, File No. 30039636**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**09/22/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      **$26,133.00**      **$0.00**

**State Tax Warrant, File No. 30039635**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      **$791.00**      **$0.00**

**State Tax Warrant, File No. 30005524**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien      **$793.00**      **$0.00**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's Name

**State Tax Warrant, File No. 30005523**

**PO Box 7206
Indianapolis, IN
46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/22/2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 4 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $794.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **State Tax Warrant, File No. 30005522** | | |

**PO Box 7206
Indianapolis, IN
46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/22/2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 5 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $738.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **State Tax Warrant, File No. 12303769** | | |

**PO Box 7206
Indianapolis, IN
46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**07/08/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.36 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $732.00 | $0.00 |
|------|-----------------------------------|-----------------------------------------------------|---------|-------|
| | Creditor's Name | **State Tax Warrant, File No. 12285015** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**03/20/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.37 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $732.00 | $0.00 |
|------|-----------------------------------|-----------------------------------------------------|---------|-------|
| | Creditor's Name | **State Tax Warrant, File No. 12259540** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**02/18/2020**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.38 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $439.00 | $0.00 |
|------|-----------------------------------|-----------------------------------------------------|---------|-------|

Creditor's Name

**State Tax Warrant, File No. 12249867**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/28/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.39 | **Indiana Department of Revenue** | **Describe debtor's property that is subject to a lien** | $732.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 12243248**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**01/22/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.40 | **Indiana Department of Revenue** | **Describe debtor's property that is subject to a lien** | $803.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 12214765**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Debtor **Thrifty Propane Inc.**

Name

Case number (if known) _____

**12/17/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**State Tax Warrant, File No. 12203174**

$804.00          $0.00

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/04/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien

**State Tax Warrant, File No. 12202967**

$805.00          $0.00

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

Describe the lien

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/04/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Indiana Department of Revenue** | | |
|---|---|---|---|

Describe debtor's property that is subject to a lien

$804.00          $0.00

Creditor's Name

**State Tax Warrant, File No. 12195883**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**12/04/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 4 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $397.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant, File No. 12124236**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**10/03/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.4 5 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $803.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant, File No. 12148091**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**09/20/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 6 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $731.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant, File No. 12077178**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/20/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 7 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $609.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant, File No. 12054604**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/16/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $6,678.00 | $0.00 |
|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | **State Tax Warrant, File No. 12052458** |
| **PO Box 7206** | |
| **Indianapolis, IN** | |
| **46207-7206** | **Describe the lien** |
| Creditor's mailing address | |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **07/16/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | | |
|---|---|---|---|
| **2.4 9** | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $494.00 | $0.00 |
| | Creditor's Name | **State Tax Warrant, File No. 12049699** | | |
| | **PO Box 7206** | | | |
| | **Indianapolis, IN** | | | |
| | **46207-7206** | **Describe the lien** | | |
| | Creditor's mailing address | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **07/02/2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

---

| | | | |
|---|---|---|---|
| **2.5 0** | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $669.00 | $0.00 |
| | Creditor's Name | **State Tax Warrant, File No. 12045894** | | |
| | **PO Box 7206** | | | |
| | **Indianapolis, IN** | | | |
| | **46207-7206** | **Describe the lien** | | |
| | Creditor's mailing address | | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**06/21/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 1 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $552.00 | $0.00 |
| | Creditor's Name | **State Tax Warrant, File No. 12045611** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/21/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 2 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $581.00 | $0.00 |
| | Creditor's Name | **State Tax Warrant, File No. 12022764** | | |

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**05/21/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 3 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $610.00 | $0.00 |

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's Name

**State Tax Warrant, File No. 11783622**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**07/24/2018**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 4 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $549.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant, File No. 30399880**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**05/17/2022**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 5 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $547.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**State Tax Warrant; File No. 3040443**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

**05/14/2022**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 6 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $547.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 30340746**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/07/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 7 | **Indiana Department of Revenue** | Describe debtor's property that is subject to a lien | $548.00 | $0.00 |

Creditor's Name

**State Tax Warrant; File No. 30340745**

**PO Box 7206**
**Indianapolis, IN**
**46207-7206**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/07/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 8 | **Indiana Dept Of Revenue** | Describe debtor's property that is subject to a lien | $550.00 | $0.00 |

Creditor's Name

**State Tax Warrant, File No. 30326486**

**100 N Senate Ave**
**Indianapolis, IN 46204**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/14/2021**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.59 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $861.53 | $0.00 |

Creditor's Name

**2017 940 Taxes- Medina County Recorder**
**Lien 2020OR033192**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/22/2020**

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.60 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $614.36 | $0.00 |

Creditor's Name

**2018 940 Taxes- Medina County Recorder**
**Lien 2020OR033192**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**12/22/2020**

**Last 4 digits of account number**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 1 | | | |
|---|---|---|---|

**Internal Revenue Service**

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 941 Taxes- Medina County Recorder Lien 2020OR033192**

**$29,132.00**    **$0.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 2 | | | |
|---|---|---|---|

**Internal Revenue Service**

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 941 Taxes- Medina County Recorder Lien 2020OR033192**

**$46,308.83**    **$0.00**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 3 | | | |
|---|---|---|---|

**Internal Revenue Service**

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2019 941 Taxes- Medina County Recorder Lien 2020OR033192**

**$33,532.71**    **$0.00**

**Describe the lien**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

---

Creditor's email address, if known

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 4 | **Internal Revenue Service** | | $817.75 | $0.00 |

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 940 Taxes- Medina County Recorder Lien 2020OR033191**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 5 | **Internal Revenue Service** | | $35,634.15 | $0.00 |

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2018 941 Taxes- Medina County Recorder Lien 2020OR033191**

**Describe the lien**

Creditor's email address, if known

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **2.6 6** | **Internal Revenue Service** | $336.42 | $0.00 |

| 2.6 6 | Internal Revenue Service | | |
|---|---|---|---|

**2.6 6**

**Internal Revenue Service**
Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2019 941 Taxes- Medina County Recorder Lien 2020OR033191**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$336.42          $0.00

---

**2.6 7**

**Internal Revenue Service**
Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 940 Taxes- Medina County Recorder Lien 2020OR033190**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$306.42          $0.00

---

**2.6 8**

**Internal Revenue Service**
Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Creditor's email address, if known

Describe debtor's property that is subject to a lien
**2017 941 Taxes- Medina County Recorder Lien 2020OR033190**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

$7,283.02          $0.00

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | |
|---|---|---|---|
| 2.6 9 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $7,581.17 | $0.00 |

**Internal Revenue Service**
Creditor's Name

Describe debtor's property that is subject to a lien
**2019 941 Taxes- Medina County Recorder Lien 2020OR033190**

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/22/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 0 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $103,054.13 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

Describe debtor's property that is subject to a lien
**2019 941 Taxes- Medina County Recorder Lien 2020OR032651**

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/17/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 1 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $1,062.41 | $0.00 |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**2018 940 Taxes- Medina County Recorder Lien 2020OR026635**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**10/22/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 2 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $116,711.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2018 941 Taxes- Medina County Recorder Lien 2020OR026635**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**10/22/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

■ Disputed

---

| 2.7 3 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $19,729.97 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**2019 941 Taxes- Media County Recorder Lien 2020OR026635**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**10/22/2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 4 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $13,290.66 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 941 Taxes- Medina County Recorder Lien 2019OR019014**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**09/18/2019**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 5 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $435.28 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2018 940 Taxes- Medina County Recorder Lien 2019OR018827**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**09/17/2019**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 6 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $1,771.43 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2017 941 Taxes- Medina County Recorder Lien 2019OR018827**

Describe the lien

**Is the creditor an insider or related party?**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**09/17/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 7 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $23,722.52 | $0.00 |

Creditor's Name

**2018 941 Taxes- Medina County Recorder Lien 2019OR018827**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**09/17/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 8 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $5,628.14 | $0.00 |

Creditor's Name

**2019 941 Taxes- Medina County Recorder Lien 2019OR012812**

**PO Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**07/03/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.7 9 | **Internal Revenue Service** | | | |
|---|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2017 940 Taxes- Medina County Recorder Lien 2019OR006549**

$1,499.34          $0.00

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/16/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 0 | **Internal Revenue Service** | | | |
|---|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 941 Taxes- Medina County Recorder Lien 2019OR006549**

$40,572.00          $0.00

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/16/2019**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.8 1 | **Internal Revenue Service** | | | |
|---|---|---|---|---|

**Internal Revenue Service**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**2018 941 Taxes- Medina County Recorder Lien 2019OR025292**

$19,973.19          $0.00

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/03/2019**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8<br>2 | **Internal Revenue Service**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2019 941 Taxes- Medina County Recorder Lien 2019OR025292** | **$13,977.88** | **$0.00** |
|---|---|---|---|---|

**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**12/03/2019**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8<br>3 | **Maryland Dept of Taxation & Assessments**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**State Tax Lien No. 24L19003355** | **$7,511.00** | **$0.00** |
|---|---|---|---|---|

**301 W Preston St Ste 801**
**Baltimore, MD 21201-2320**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**03/14/2019**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8<br>4 | **Maryland Dept of Taxation & Assessments**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**State Tax Lien No. 24L18003473** | **$1,253.00** | **$0.00** |
|---|---|---|---|---|

**301 W Preston St Ste 801**
**Baltimore, MD 21201-2320**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**03/27/2018**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 5 | **Ohio Bureau Of Workers' Compensation** | | unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Injury Claim made by Robert Langlois Medina Rec 2019OR008648**

**30 W Spring St**
**Columbus, OH 43215**
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**05/13/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 6 | **Ohio Bureau Of Workers' Compensation** | | $112,845.16 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**State Insurance Fund Premiums- Medina Lien 2019OR000768**

**30 W Spring St**
**Columbus, OH 43215**
Creditor's mailing address

**Describe the lien**

_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**01/15/2019**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.8 7 | **Ohio Dept Of Job & Family Services** | Describe debtor's property that is subject to a lien | $20,512.83 | $0.00 |

Creditor's Name

**2021 Premiums- Media County Recorder Lien 2021OR035230**

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/06/2021**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 8 | **Ohio Dept Of Job & Family Services** | Describe debtor's property that is subject to a lien | $118.23 | $0.00 |

Creditor's Name

**2020 Premiums- Medina County Recorder Lien 2021OR012170**

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/26/2021**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 9 | **Ohio Dept Of Job & Family Services** | Describe debtor's property that is subject to a lien | $5,036.26 | $0.00 |

Creditor's Name

**2020 Premiums- Medina County Recorder Lien 2021OR010780**

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**04/13/2021**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.90 | **Ohio Dept Of Job & Family Services** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**01/11/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2020 Premiums- Medina County Recorder Lien 2021OR000783**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,247.70 | $0.00

---

| 2.91 | **Ohio Dept Of Job & Family Services** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/02/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2019 Premiums- Medina County Recorder Lien 2020OR027723**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,667.96 | $0.00

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.9 2 | **Ohio Dept Of Job & Family Services** | | | $21,146.56 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2020 Premiums- Medina County Recorder Lien 2020OR027723**

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/02/2020**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 3 | **Ohio Dept Of Job & Family Services** | | | $2,444.57 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2017 Premiums- Medina County Recorder Lien 2020OR013653**

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/17/2020**
**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 4 | **Ohio Dept Of Job & Family Services** | | | $5,731.13 | $0.00 |

Creditor's Name

Describe debtor's property that is subject to a lien
**2018 Premiums- Medina County Recorder Lien 2020OR013653**

**PO Box 182404**
**Columbus, OH 43218**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/17/2020**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 5 | **Ohio Dept Of Job & Family Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **PO Box 182404** | Describe debtor's property that is subject to a lien | $17,273.32 | $0.00 |
| **Columbus, OH 43218** | **2019 Premiums- Medina County Recorder Lien 2020OR013653** | | |
| Creditor's mailing address | | | |

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**06/17/2020**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 6 | **Ohio Dept Of Job & Family Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **PO Box 182404** | Describe debtor's property that is subject to a lien | $586.53 | $0.00 |
| **Columbus, OH 43218** | **2017 Premiums- Medina County Recorder Lien 2020OR009585** | | |
| Creditor's mailing address | | | |

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

Date debt was incurred
**05/04/2020**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 7 | **Ohio Dept Of Job & Family Services** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | | |
|---|---|---|---|
| **PO Box 182404** | Describe debtor's property that is subject to a lien | $3,228.27 | $0.00 |
| **Columbus, OH 43218** | **2017 Premiums- Medina County Recorder Lien 2018OR008526** | | |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 38 of 62

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/26/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 8 | **Pennsylvania Dept of Revenue** | Describe debtor's property that is subject to a lien | $1,991.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**448 W 11th St**
**Erie, PA 16501-1594**
Creditor's mailing address

**State Tax Lien No. 201913015**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**12/12/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 9 | **Pennsylvania Dept of Revenue** | Describe debtor's property that is subject to a lien | $9,209.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**448 W 11th St**
**Erie, PA 16501-1594**
Creditor's mailing address

**State Tax Lien No. 201904904**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/21/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Software Copyright (c) 2022 CINGroup - www.cincompass.com

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 00 | **Pennsylvania Dept of Revenue** | Describe debtor's property that is subject to a lien | $2,502.00 | $0.00 |

Creditor's Name

**State Tax Lien No. 201909149**

**448 W 11th St**
**Erie, PA 16501-1594**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**09/06/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 01 | **Pennsylvania Dept of Revenue** | Describe debtor's property that is subject to a lien | $3,530.00 | $0.00 |

Creditor's Name

**State Tax Lien No. 201903275**

**448 W 11th St**
**Erie, PA 16501-1594**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

**03/26/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.1 02 | **Pennsylvania Dept of Revenue** | Describe debtor's property that is subject to a lien | $8,303.00 | $0.00 |

Creditor's Name

**State Tax Lien No. 201800843**

**448 W 11th St**
**Erie, PA 16501-1594**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ Yes

**Date debt was incurred**

**02/26/2018**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 03 | **Pennsylvania Dept of Revenue** | | $2,907.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**State Tax Lien No. 201810582**

**448 W 11th St**
**Erie, PA 16501-1594**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**10/09/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 04 | **State Of Ohio Dept Of Taxation** | | $112,811.65 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**BWC Premiums Lien STL-73-453; Medina County Common Pleas Case No. 19CIV0608**

**PO Box 530 Attn:**
**Bankruptcy Division**
**Columbus, OH 43216**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**01/02/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| **2.1 05** | **State Of Ohio Dept Of Taxation** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Sales Tax Lien STL-90-428** |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**02/15/2022**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$310.04    $0.00

---

| | | |
|---|---|---|
| **2.1 06** | **State Of Ohio Dept Of Taxation** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Sales Tax Lien STL-90-330** |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**02/08/2022**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$31,696.29    $0.00

---

| | | |
|---|---|---|
| **2.1 07** | **State Of Ohio Dept Of Taxation** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **Sales Tax Lien STL-89-666** |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

$20,957.32    $0.00

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 42 of 62

**Date debt was incurred**

**12/20/2021**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 08 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/29/2021**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Sales Tax Lien STL-89-318**

       **$22,397.69**        **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 09 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**06/29/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Sales Tax Lien STL-81-046**

       **$26,797.29**        **$0.00**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**2.1 10**  **State Of Ohio Dept Of Taxation**
Creditor's Name

Describe debtor's property that is subject to a lien
**Sales Tax Lien STL-81-045**

$19,544.19          $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/29/2020**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 11**  **State Of Ohio Dept Of Taxation**
Creditor's Name

Describe debtor's property that is subject to a lien
**Sales Tax Lien STL-81-044**

$23,477.23          $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**06/29/2020**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 12**  **State Of Ohio Dept Of Taxation**
Creditor's Name

Describe debtor's property that is subject to a lien
**Sales Tax Lien STL-81-043**

$27,485.12          $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

---

**Date debt was incurred**                    ■ No
**06/29/2020**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.1 13 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

**State Of Ohio Dept Of Taxation**            Describe debtor's property that is subject to a lien    $25,856.11    $0.00
Creditor's Name                               **Sales Tax Lien STL-81-042**

**PO Box 530 Attn:**
**Bankruptcy Division**
**Columbus, OH 43216**
Creditor's mailing address                    Describe the lien

                                              **Is the creditor an insider or related party?**
_____              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
**06/29/2020**                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.1 14 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

**State Of Ohio Dept Of Taxation**            Describe debtor's property that is subject to a lien    $22,612.54    $0.00
Creditor's Name                               **Sales Tax Lien STL-81-041**

**PO Box 530 Attn:**
**Bankruptcy Division**
**Columbus, OH 43216**
Creditor's mailing address                    Describe the lien

                                              **Is the creditor an insider or related party?**
_____              ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ■ No
**06/29/2020**                                ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**2.1 15** | **State Of Ohio Dept Of Taxation**
Creditor's Name

| Describe debtor's property that is subject to a lien | $16,845.32 | $0.00 |

**Sales Tax Lien STL-81-040**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/29/2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 16** | **State Of Ohio Dept Of Taxation**
Creditor's Name

| Describe debtor's property that is subject to a lien | $13,079.29 | $0.00 |

**Sales Tax Lien STL-81-039**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/29/2020**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 17** | **State Of Ohio Dept Of Taxation**
Creditor's Name

| Describe debtor's property that is subject to a lien | $10,079.86 | $0.00 |

**Sales Tax Lien STL-81-038**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Date debt was incurred**
**06/29/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 18 | State Of Ohio Dept Of Taxation | Describe debtor's property that is subject to a lien | $3,435.41 | $0.00 |

Creditor's Name

**Sales Tax Lien STL-81-037**

**PO Box 530 Attn:**
**Bankruptcy Division**
**Columbus, OH 43216**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**06/29/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 19 | State Of Ohio Dept Of Taxation | Describe debtor's property that is subject to a lien | $6,165.04 | $0.00 |

Creditor's Name

**Sales Tax Lien STL-79-740**

**PO Box 530 Attn:**
**Bankruptcy Division**
**Columbus, OH 43216**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**05/13/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.1 20** State Of Ohio Dept Of Taxation
Creditor's Name

| | | | |
|---|---|---|---|
| | **Describe debtor's property that is subject to a lien** | **$1,974.56** | **$0.00** |
| | **Withholding Tax Lien STL-90-621** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/28/22**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 21** State Of Ohio Dept Of Taxation
Creditor's Name

| | | | |
|---|---|---|---|
| | **Describe debtor's property that is subject to a lien** | **$2,043.00** | **$0.00** |
| | **Withholding Tax Lien STL-90-425** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**02/15/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.1 22** State Of Ohio Dept Of Taxation
Creditor's Name

| | | | |
|---|---|---|---|
| | **Describe debtor's property that is subject to a lien** | **$2,517.12** | **$0.00** |
| | **Withholding Tax Lien STL-90-423** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 48 of 62

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**Date debt was incurred**
**02/15/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 23 | **State Of Ohio Dept Of Taxation** | Describe debtor's property that is subject to a lien | $35,457.18 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Withholding Tax Lien STL-90-128** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**01/25/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 24 | **State Of Ohio Dept Of Taxation** | Describe debtor's property that is subject to a lien | $3,460.65 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **Withholding Tax Lien STL-88-105** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**08/30/2021**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.1 25 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $257.26 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Withholding Tax Lien STL-69-331**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
**11/17/2017**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 26 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $2,301.69 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Withholding Tax Lien STL-66-552**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
**03/10/2017**
■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 27 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $1,830.58 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Withholding Tax Lien STL-66-551**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Date debt was incurred                    ■ No
**03/10/2017**                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 28 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $2,310.20          $0.00
**State Tax Lien JL-09-376581**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
                                          ☐ Yes
                                          Is anyone else liable on this claim?

Date debt was incurred                    ■ No
**05/14/2009**                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

| 2.1 29 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien          $896.67          $0.00
**Commerical Activity Tax Lien STL-87-849**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
Creditor's email address, if known       ■ No
                                          ☐ Yes
                                          Is anyone else liable on this claim?

Date debt was incurred                    ■ No
**08/23/2021**                            ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
Last 4 digits of account number

Do multiple creditors have an            As of the petition filing date, the claim is:
interest in the same property?           Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

---

**2.1 30** | **State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/03/2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $1,750.93     $0.00
**Sales Tax Lien STL-59-661**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 31** | **State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/23/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $2,691.87     $0.00
**Withholding Tax Lien STL-90-551**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 32** | **State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**     $320.09     $0.00
**Withholding Tax Lien STL-90-424**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Date debt was incurred**
**02/15/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 33 | **State Of Ohio Dept Of Taxation** | | |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**07/09/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Withholding Tax Lien STL-81-508**                    $3,420.77      $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 34 | **State Of Ohio Dept Of Taxation** | | |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**05/08/2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Withholding Tax Lien STL-71-096**                    $3,095.08      $0.00

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.1 35 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $931.66 | $0.00 |

Creditor's Name

**Withholding Tax Lien STL-66-279**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**03/03/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 36 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $183.43 | $0.00 |

Creditor's Name

**School District Withholding Tax Lien STL-69-332**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/17/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 37 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $43,144.50 | $0.00 |

Creditor's Name

**Withholding Tax Lien STL-92-561**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 54 of 62

Software Copyright (c) 2022 CINGroup - www.cincompass.com

**Date debt was incurred**
**08/01/2022**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 38 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Commercial Activity Tax Lien STL-92-113**

$884.01   $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**06/29/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 39 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Withholding Tax Lien STL-81-467; Motion for Garnishment filed in Medina County Common Pleas 22CIV0410**

$11,879.20   $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.1 40 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $3,141.37 | $0.00 |
| | | **Withholding Tax Lien STL-77-696** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
**02/04/2020**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 41 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $153.47 | $0.00 |
| | | **School District Withholding Tax Lien STL-77-693** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**
**Date debt was incurred**
■ No
**02/04/2020**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 42 | **State Of Ohio Dept Of Taxation** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $1,367.58 | $0.00 |
| | | **Withholding Tax Lien STL-77-692** | | |

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
Creditor's email address, if known
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 56 of 62

Software Copyright (c) CINGroup - www.cincompass.com

**Date debt was incurred**
**02/04/2020**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 43 | | | |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**02/04/2020**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Withholding Tax Lien STL-77-691**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$1,313.39          $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 44 | | | |
|---|---|---|---|

**State Of Ohio Dept Of Taxation**
Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**09/10/2019**
**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Sales Tax Lien STL-75-539**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$15,524.42         $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

22-51226-amk    Doc 5    FILED 10/17/22    ENTERED 10/17/22 14:16:33    Page 57 of 62

| Debtor | **Thrifty Propane Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**2.1 45** **State Of Ohio Dept Of Taxation**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Sales Tax Lien STL-74-882**

$13,895.82      $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**07/31/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 46** **State Of Ohio Dept Of Taxation**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Withholding Tax Lien STL-74-132**

$5,643.42      $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/23/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 47** **State Of Ohio Dept Of Taxation**
Creditor's Name

**Describe debtor's property that is subject to a lien**
**Sales Tax Lien STL-72-320**

$21,784.07      $0.00

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

Date debt was incurred
**9/11/20180**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 48 | **State Of Ohio Dept Of Taxation** | | |
|---|---|---|---|

Creditor's Name

**PO Box 530 Attn: Bankruptcy Division**
**Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**03/17/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Withholding Tax Lien STL-78-770**

$2,368.20　　　　$0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 49 | **State Of Ohio Dept Of Taxation** | | |
|---|---|---|---|

Creditor's Name

**PO Box 530 Attn: Bankruptcy Division**
**Columbus, OH 43216**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**01/24/2020**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Withholding Tax Lien STL-77-307**

$29,766.06　　　　$0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 50 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $18,207.51 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Sales Tax Lien STL-75-543**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**09/10/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 51 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $15,769.13 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Sales Tax Lien STL-75-542**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**09/10/2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 52 | **State Of Ohio Dept Of Taxation** | **Describe debtor's property that is subject to a lien** | $15,188.67 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Sales Tax Lien STL-75-541**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**
**09/10/2019**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 53 | State Of Ohio Dept Of Taxation | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**09/10/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Sales Tax Lien STL-75-540**
     $20,216.40      $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 54 | State Of Ohio Dept Of Taxation | | | |
|---|---|---|---|---|

Creditor's Name

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**04/23/2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Withholding Tax Lien STL-74-135; Medina County Common Pleas Case No. 19CIV0607**
     $18,987.57      $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1 55 | **State Of Ohio Dept Of Taxation** | | |
|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien | $11,234.58 | $0.00

**Sales Tax Lien STL-93-356**

**PO Box 530 Attn: Bankruptcy Division Columbus, OH 43216**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**09/29/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,590,993.95

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Diligenz**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line _2.2_ | **4533** |
| **Diligenz**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line _2.3_ | **4748** |
| **Diligenz**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line _2.4_ | **7121** |
| **Diligenz**<br>**801 Adlai Stevenson Dr**<br>**Springfield, IL 62703-4261** | Line _2.5_ | **7565** |

Software Copyright (c) 2022 CINGroup - www.cincompass.com