## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**A.R. Oltmann**<br><br>**9891 Smoketown Rd**<br>**Newark, OH 43055-9556** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$451.44** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **965**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Aaron Buchholz**<br><br>**7791 Loches Rd**<br>**St Louisville, OH 43071-9749** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,419.84** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number **0804**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 1 of 689

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 | $0.00 |

**Aaron Colling**

**708 State Route 193 S**
**Jefferson, OH 44047-8498**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **442**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.78 | $0.00 |

**Aaron Murphy**

**10715 Allen Rd**
**Pickerington, OH 43147-9422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4640**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.78 | $0.00 |

**Aaron Murphy**

**10715 Allen Rd**
**Pickerington, OH 43147-9422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4640**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.58 | $0.00 |

**Aaron Provenzano**

**738 County Road 42**
**Toronto, OH 43964-4049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4271**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.90 | $0.00 |
|---|---|---|---|---|

**Aaron Reid**

6391 Myrtle Hill Rd
Valley City, OH 44280-9796

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7954**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.50 | $0.00 |
|---|---|---|---|---|

**Abby Mayle**

4380 East Pike
Zanesville, OH 43701-8011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0844**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $921.66 | $0.00 |
|---|---|---|---|---|

**Abdul Elghannam**

9801 Kraft Hill Rd
Perry Hall, MD 21128-9339

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1238**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,011.38 | $0.00 |
|---|---|---|---|---|

**Adah Volunteer Fire Dept**

126 Firehouse Rd
Adah, PA 15410-1198

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8289**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,210.77 | $0.00 |
| | **Adam & Sherri Chavis** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **11905 Whispering Oak Ct** | ☐ Unliquidated | | |
| | **Reisterstown, MD 21136-5836** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1348** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.76 | $0.00 |
| | **Adam Board** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **2144 Irish Ridge Rd** | ☐ Unliquidated | | |
| | **East Liverpool, OH 43920-9405** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6434** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
| | **Adam Dowll** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **561 County Road 5 S** | ☐ Unliquidated | | |
| | **Zanesfield, OH 43360** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1459** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.75 | $0.00 |
| | **Adam Fiordimondo** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **83 Blackborne Dr** | ☐ Unliquidated | | |
| | **Elkton, MD 21921-1752** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1521** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.31 | $0.00 |

**Adam Fish**

**1369 Giddings Rd
Jefferson, OH 44047-9756**

Date or dates debt was incurred

Last 4 digits of account number **9323**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,424.43 | $0.00 |

**Adam Gerhardstein**

**7851 E State Route 19
Republic, OH 44867-9360**

Date or dates debt was incurred

Last 4 digits of account number **0831**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |

**Adam Hagen**

**4634 Sykesville Rd
Sykesville, MD 21784-7007**

Date or dates debt was incurred

Last 4 digits of account number **1730**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,246.87 | $0.00 |

**Adam Kohler**

**18358 Quarry Rd
Wellington, OH 44090-9460**

Date or dates debt was incurred

Last 4 digits of account number **2594**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.98 | $0.00 |
|------|-----|-----|-----|-----|

**Adam Lintner**

714 A Park Rd
Clinton, PA 15026

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1538**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.34 | $0.00 |
|------|-----|-----|-----|-----|

**Adam Martin
c/o Lingis Manufacturing &
Machine Compa
613 Browns Creek Rd
Sycamore, PA 15364-1103**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4076**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $0.00 |
|------|-----|-----|-----|-----|

**Adam Miller**

9496 Chaffee Dodgeville Rd
North Bloomfield, OH 44450-9525

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0284**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.12 | $0.00 |
|------|-----|-----|-----|-----|

**Adam Montemarano**

439 County Road 24
Marengo, OH 43334-9439

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5458**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.80 | $0.00 |
|---|---|---|---|---|

**Adam Morello**

3626 N Myers Rd
Geneva, OH 44041-9164

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **5996**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $655.10 | $0.00 |
|---|---|---|---|---|

**Adam Reash**

4870 Patricia Ln
Westerville, OH 43082-8810

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **8562**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
|---|---|---|---|---|

**Adam Recker**

7126 County Road 175
Bellevue, OH 44811-9458

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **2638**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.49 | $0.00 |
|---|---|---|---|---|

**Adam Resseger**

5116 Harlem Rd
Galena, OH 43021-9799

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **9387**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $821.70 | $0.00 |
|------|---|---|---|---|

**Adam Ross**

**633 Hobart Rd**
**Hanover, PA 17331-9687**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6533**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | | $354.20 | $0.00 |
|------|---|---|---|---|

**Adam Toth**

**7646 Dewey Rd**
**Thompson, OH 44086-9801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2360**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | | $500.23 | $0.00 |
|------|---|---|---|---|

**Adda Gallagher**

**1405 S Bailey Rd**
**Coatesville, PA 19320-4654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6076**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | | $157.85 | $0.00 |
|------|---|---|---|---|

**Aden Byler**

**16227 Soltis Rd**
**Garrettsville, OH 44231-9525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8098**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.94 | $0.00 |
|------|---|---|---|---|

**Aden Miller**

**18818 Hobart Rd**
**West Farmington, OH 44491-9610**

Date or dates debt was incurred

Last 4 digits of account number **5033**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.20 | $0.00 |
|------|---|---|---|---|

**Akbar Ansari**

**13215 Falls Rd**
**Cockeysville, MD 21030-1411**

Date or dates debt was incurred

Last 4 digits of account number **0182**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.91 | $0.00 |
|------|---|---|---|---|

**Akhil Angra**

**30 Renee Ln**
**Newark, DE 19711-3421**

Date or dates debt was incurred

Last 4 digits of account number **6884**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.55 | $0.00 |
|------|---|---|---|---|

**Al & Carol Kohler**

**8 Stirling Way**
**Chadds Ford, PA 19317-9413**

Date or dates debt was incurred

Last 4 digits of account number **1853**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:

Is the claim subject to offset?
- ■ No
- ☐ Yes

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.09 | $0.00 |

**Al Beranek**

8383 Branch Rd
Medina, OH 44256-8983

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4416**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.35 | $0.00 |

**Al Fiorille**

13673 Lexington Dr
Mount Airy, MD 21771-5812

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2827**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.33 | $0.00 |

**Al Smith**

950 Seneca Park Rd
Middle River, MD 21220-2314

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5101**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,445.00 | $0.00 |

**Alan Barone**

5206 Reynoldsburg Baltimore Rd
NW
Baltimore, OH 43105-9446

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0921**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.37 | $0.00 |
|---|---|---|---|---|

**Alan Bowman**

**2975 Summer Dr**
**Westminster, MD 21157-8255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5005**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.33 | $0.00 |
|---|---|---|---|---|

**Alan Caldwell**

**62205 Savage Rd**
**Cambridge, OH 43725-9760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7380**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.06 | $0.00 |
|---|---|---|---|---|

**Alan Fenselo**

**2465 State Route 97 KINDSMAN**
**RD NW**
**North Bloomfield, OH 44450**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8790**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.50 | $0.00 |
|---|---|---|---|---|

**Alan Fenselon**

**8366 State Route 45**
**North Bloomfield, OH 44450-9765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7921**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.04 | $0.00 |
| --- | --- | --- | --- | --- |

**Alan Fenselon**

8366 State Route 45
North Bloomfield, OH 44450-9765

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4033**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.26 | $0.00 |
| --- | --- | --- | --- | --- |

**Alan Griffin**

205 Shady Hollow Rd
Blairsville, PA 15717-4352

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6175**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $282.88 | $0.00 |
| --- | --- | --- | --- | --- |

**Alan Hanlin**

1453 Hartville Rd
Atwater, OH 44201-9749

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6080**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.62 | $0.00 |
| --- | --- | --- | --- | --- |

**Alan Lott**

31 McCormick Dr
Port Deposit, MD 21904-1022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2883**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.20 | $0.00 |
|------|--------|--------|--------|--------|

**Alan McDonald**

1127 Taylor Rd
Street, MD 21154-1407

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0348**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.06 | $0.00 |
|------|--------|--------|--------|--------|

**Alan Painter**

8353 Stone Bridge Rd
Greencastle, PA 17225-9231

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2233**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.78 | $0.00 |
|------|--------|--------|--------|--------|

**Albert Bennett**

4554 S Medina Line Rd
Norton, OH 44203-8006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9633**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.30 | $0.00 |
|------|--------|--------|--------|--------|

**Albert Epstein**

4076 Tinker Hill Rd
Phoenixville, PA 19460-2840

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2376**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $491.13 | $0.00 |
|---|---|---|---|---|

**Albert Janocha**

**2342 Sykesville Rd**
**Westminster, MD 21157-7616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7523**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.27 | $0.00 |
|---|---|---|---|---|

**Albert Riggio**

**17437 Wesley Chapel Rd**
**Monkton, MD 21111-1332**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1039**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,387.54 | $0.00 |
|---|---|---|---|---|

**Alex & Joann Laszlo**

**6745 State Route 166**
**Rock Creek, OH 44084-9747**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9352**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,642.20 | $0.00 |
|---|---|---|---|---|

**Alex Bennett**

**1047 Carters Corner Rd**
**Sunbury, OH 43074-1500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4345**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $566.95 | $0.00 |

**Alex Boswell**

**17885 Shaffers Mill Rd**
**Mount Airy, MD 21771-3120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6535**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.79 | $0.00 |

**Alex Bula**

**51 Yarmouth Ln**
**Downingtown, PA 19335-1556**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9802**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $655.52 | $0.00 |

**Alex Grendel**

**99 Dante Dr**
**Dillonvale, OH 43917-6909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2368**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $0.00 |

**Alex Haughey**

**384 Bishop Hollow Rd**
**Newtown Square, PA 19073-3901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9247**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 | $0.00 |
|---|---|---|---|---|

**Alex Kish**

13243 Hatfield Rd
Rittman, OH 44270-9726

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7800**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,387.03 | $0.00 |
|---|---|---|---|---|

**Alex Maglionico**

19208 Shandall Ct
Parkton, MD 21120-9225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5853**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.03 | $0.00 |
|---|---|---|---|---|

**Alex Miller**

10 Pine Tree Dr
Honey Brook, PA 19344-1254

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1775**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,292.77 | $0.00 |
|---|---|---|---|---|

**Alex Zaft**

4320 Lake Forest Ct
Finksburg, MD 21048-2621

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9351**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.35 | $0.00 |
|------|-----|-----|-----|-----|

**Alfonso Galvez**

**10 Bridle Valley Rd**
**Glen Arm, MD 21057-9100**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7312**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.94 | $0.00 |
|------|-----|-----|-----|-----|

**Alfred Bowden**

**2594 Evergreen Rd**
**Odenton, MD 21113-2309**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5387**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.71 | $0.00 |
|------|-----|-----|-----|-----|

**Ali Adbullah**

**1115 Hillside Rd**
**Greenville, DE 19807-2215**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4248**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.93 | $0.00 |
|------|-----|-----|-----|-----|

**Alice & Andrew Dreslinski**

**871 State Line Rd**
**Pierpont, OH 44082-9728**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1687**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $798.75 | $0.00 |

**Alicia Hannah**

**855 State Route 323**
**South Solon, OH 43153-9720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **103**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.25 | $0.00 |

**Alicia Parkinson**

**1627 Butler Rd**
**Wakeman, OH 44889-9797**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4781**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.40 | $0.00 |

**Alisah Hovis**

**117 Black Rd**
**Harrisville, PA 16038-2201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7709**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,268.29 | $0.00 |

**Alisha Fannin**

**4524 Hartland Center Rd**
**Collins, OH 44826-9749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6372**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $661.56 | $0.00 |
|---|---|---|---|---|

**Allan & Suzanne Burk**

*Check all that apply.*

☐ Contingent

**6821 S River Rd W**
**Geneva, OH 44041-9348**

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8143**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.88 | $0.00 |
|---|---|---|---|---|

**Allan Burr**

*Check all that apply.*

☐ Contingent

**202 Higgins Rd**
**Hilliards, PA 16040-1314**

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3730**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Allan Casey**

*Check all that apply.*

☐ Contingent

**6172 Pisquah Rd**
**Mechanicsburg, OH 43044**

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9033**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.10 | $0.00 |
|---|---|---|---|---|

**Allan Kaulback**

*Check all that apply.*

☐ Contingent

**9532 State Route 7**
**Kinsman, OH 44428-9554**

☐ Unliquidated

☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1888**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No

☐ Yes

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $852.13 | $0.00 |
|---|---|---|---|---|

**Allan Lemashane**

355 Route 30 Lot 80
Clinton, PA 15026-1257

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7921**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,642.03 | $0.00 |
|---|---|---|---|---|

**Allan Lickfelt**

7354 County Road 235
Bellevue, OH 44811-9443

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1644**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.04 | $0.00 |
|---|---|---|---|---|

**Allan Martin**

4740 Sardis Rd
Murrysville, PA 15668-9443

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9953**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,742.50 | $0.00 |
|---|---|---|---|---|

**Allan Miller**

6010 Stow Rd
Hudson, OH 44236-3538

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2076**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.36 | $0.00 |
| --- | --- | --- | --- | --- |

**Allan Rees**

61 Melitota Dr
Rising Sun, MD 21911-1226

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8446**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.93 | $0.00 |
| --- | --- | --- | --- | --- |

**Allan Truelson**

3616 Erhart Rd
Litchfield, OH 44253-9739

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4944**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.46 | $0.00 |
| --- | --- | --- | --- | --- |

**Allen Aspy**

5731 Ludlow Rd
Cable, OH 43009-9736

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8484**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Allen Clay**

10 Knoll St
Elkton, MD 21921-7941

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1532**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.36 | $0.00 |
|---|---|---|---|---|

**Allen Cohey**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

85 Watson Way
North East, MD 21901-2641

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2573**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11.82 | $0.00 |
|---|---|---|---|---|

**Allen Cohey**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3521 Green Spring Rd
Havre de Grace, MD 21078-1110

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8007**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.12 | $0.00 |
|---|---|---|---|---|

**Allen J. Lawrence**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

26264 Eureka Rd
Edinboro, PA 16412-4508

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3423**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|---|---|---|---|---|

**Allen Prindle**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

2877 State Route 257
Radnor, OH 43066-9724

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9527**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.59 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|---------|-------|

**Allen Wild**

2235 OH HIGHWAY 559
Woodstock, OH 43084

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0459**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.25 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|--------|-------|

**Allison Alvarado**

2019 Durham Rd
Fallston, MD 21047-1012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4758**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,120.98 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|-----------|-------|

**Allison Markell**

20366 Tanager Pl
Leesburg, VA 20175-8892

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4726**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.49 | $0.00 |
|------|---------------------------------------------|----------------------------------------------|---------|-------|

**Allison Swanger**

5254 Saint Paul Rd
Ashville, OH 43103-9674

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9294**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.16 | $0.00 |
|------|--------|--------|--------|--------|

**Allyson & James Gaitan**

5708 Mount Gilead Rd
Reisterstown, MD 21136-4118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8015**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.30 | $0.00 |
|------|--------|--------|--------|--------|

**Alvin Stowe**

3945 Cork Cold Springs Rd
Rock Creek, OH 44084-9554

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7210**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.37 | $0.00 |
|------|--------|--------|--------|--------|

**Amanda Kuraas**

650 Wheatley Rd
North East, MD 21901-2027

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8020**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.42 | $0.00 |
|------|--------|--------|--------|--------|

**Amanda McHenry**

1653 Alliance Rd
Deerfield, OH 44411-9710

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5188**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Amanda Yeaples**

3273 S Center Rd
Linesville, PA 16424-3711

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6876**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.32 | $0.00 |

**Amber Blair**

2983 McClintocksburg Rd
Diamond, OH 44412-9730

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3602**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |

**Amber Sexton**

10529 Water St
Middleburg, OH 43336

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9639**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $572.22 | $0.00 |

**Amber Sexton-Vega**

10288 State Route 287
Zanesfield, OH 43360-9617

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1432**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.99** | Priority creditor's name and mailing address

**Amos K. King**

**3431 Scenic Rd**
**Gordonville, PA 17529-9643**

Date or dates debt was incurred

Last 4 digits of account number **7529**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$52.36        $0.00

---

**2.100** | Priority creditor's name and mailing address

**Amos S. Stoltzfus**

**766 Bartville Rd**
**Christiana, PA 17509-9758**

Date or dates debt was incurred

Last 4 digits of account number **2830**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$155.55        $0.00

---

**2.101** | Priority creditor's name and mailing address

**Amrita Mishra**

**523 Montclair Ct**
**Parkton, MD 21120-9736**

Date or dates debt was incurred

Last 4 digits of account number **4847**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,062.50        $0.00

---

**2.102** | Priority creditor's name and mailing address

**Amy Behnke**

**11303 Harrison Rd**
**Wakeman, OH 44889-9507**

Date or dates debt was incurred

Last 4 digits of account number **4568**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$184.79        $0.00

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |

**Amy Hague**

**2801 County Road 74**
**Mingo Junction, OH 43938-7952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6575**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $605.63 | $0.00 |

**Amy Harrold**

**4818 State Route 7**
**New Waterford, OH 44445-9786**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7701**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |

**Amy Kelly**

**140 Geralds Way**
**Conowingo, MD 21918-1738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2041**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.11 | $0.00 |

**Amy Klein**

**407 Silver Ln**
**Butler, PA 16001-8117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3556**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.107 | Priority creditor's name and mailing address **Amy Lower** | As of the petition filing date, the claim is: *Check all that apply.* | $229.25 | $0.00 |
|---|---|---|---|---|

4521 Hilldom Rd
Kingsville, OH 44048-7740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4048**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address **Amy McNabb** | As of the petition filing date, the claim is: *Check all that apply.* | $8.33 | $0.00 |
|---|---|---|---|---|

6204 Dublin Rd
Delaware, OH 43015-8698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8876**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address **An Dang** | As of the petition filing date, the claim is: *Check all that apply.* | $768.40 | $0.00 |
|---|---|---|---|---|

12808 Timber View Ct
Silver Spring, MD 20904-3500

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4997**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address **Anawanna Sportsmans Club** | As of the petition filing date, the claim is: *Check all that apply.* | $914.69 | $0.00 |
|---|---|---|---|---|

246 Plumsock Rd
Amity, PA 15311-1418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8239**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.43 | $0.00 |
| | **Andrea E. Menuez-Smith** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **2020 Buckhorn Dr** | ☐ Unliquidated | | |
| | **Millersburg, OH 44654** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1377** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.90 | $0.00 |
| | **Andrew & Holly Balint** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **20 Ashley Rd** | ☐ Unliquidated | | |
| | **Gibsonia, PA 15044-7836** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2551** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $865.98 | $0.00 |
| | **Andrew & Roberta Ruszkay** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **29 Cumberland Dr** | ☐ Unliquidated | | |
| | **Downingtown, PA 19335** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2103** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,600.64 | $0.00 |
| | **Andrew & Robin Schulwolf** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **13220 Squires Ct** | ☐ Unliquidated | | |
| | **North Potomac, MD 20878-3987** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7039** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $765.00 | $0.00 |
|---|---|---|---|---|

**Andrew Archer**

808 Renard Ct
Forest Hill, MD 21050-3083

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0622**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.81 | $0.00 |
|---|---|---|---|---|

**Andrew Balto**

210 Locust Hill Dr
Churchville, MD 21028-1400

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0885**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.42 | $0.00 |
|---|---|---|---|---|

**Andrew Bodnar**

1432 Shirley Dr
Bel Air, MD 21015-5010

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1620**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $657.31 | $0.00 |
|---|---|---|---|---|

**Andrew Byler**

17745 Old State Rd
West Farmington, OH 44491-9601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0797**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | | |
|---|---|---|---|
| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.27 $0.00 |

**Andrew C. Dontell**

**1912 Lincoln Rd**
**Forest Hill, MD 21050-1736**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7751**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.120 | Priority creditor's name and mailing address | $158.02 $0.00 |

**Andrew D. Hostetler**

**5811 Ensign Rd**
**West Farmington, OH 44491-9721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1805**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.121 | Priority creditor's name and mailing address | $12.84 $0.00 |

**Andrew Geeza**

**845 Ripple Stream Ct**
**Joppa, MD 21085-1201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8130**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.122 | Priority creditor's name and mailing address | $1,275.00 $0.00 |

**Andrew Kozar**

**12775 Udall Rd**
**Hiram, OH 44234-9752**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9744**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,032.50 | $0.00 |

2.123  Priority creditor's name and mailing address

**Andrew Moore**

**12928 Axline Rd**
**Lovettsville, VA 20180-2709**

As of the petition filing date, the claim is: **$1,032.50**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9742**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.124  Priority creditor's name and mailing address

**Andrew Ollom**

**1160 Muskellunge Rd**
**Fremont, OH 43420-8921**

As of the petition filing date, the claim is: **$595.09**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1021**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.125  Priority creditor's name and mailing address

**Andrew Perkins**

**2292 County Road 57 W**
**Huntsville, OH 43324-9731**

As of the petition filing date, the claim is: **$1,212.44**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6236**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.126  Priority creditor's name and mailing address

**Andy Moore**

**570 W Sterling Rd**
**Burbank, OH 44214-9407**

As of the petition filing date, the claim is: **$11.22**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6713**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.45 | $0.00 |
|---|---|---|---|---|

**Andy Niksa**

12265 Woodin Rd
Chardon, OH 44024-9176

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8334**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.20 | $0.00 |
|---|---|---|---|---|

**Andy Santee**

632 State Route 14
Deerfield, OH 44411-8731

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3951**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $417.95 | $0.00 |
|---|---|---|---|---|

**Andy Wang**

148 Meadowbrook Ave
Upper Darby, PA 19082-1233

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7749**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $560.07 | $0.00 |
|---|---|---|---|---|

**Angela & Jack Currens-Muller**

1809 S County Line Rd
Johnstown, OH 43031-9307

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9027**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.26 | $0.00 |
|---|---|---|---|---|

**Angela & Ralph Cordell**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**143 Lincoln Pl**
**North Lewisburg, OH 43060-9525**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9710**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,006.00 | $0.00 |
|---|---|---|---|---|

**Angela Harhager**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**15501 Wooster St NW**
**North Lawrence, OH 44666-9607**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4966**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.51 | $0.00 |
|---|---|---|---|---|

**Anglea Cunningham**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**39 Ferrous Ct**
**North East, MD 21901-2666**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4548**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,099.73 | $0.00 |
|---|---|---|---|---|

**Anita Kohn**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**21306 River Rd**
**Circleville, OH 43113-9352**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4820**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,147.50 | $0.00 |
|---|---|---|---|---|

**Anju Chhetri**

3705 Perry Hall Rd
Perry Hall, MD 21128-9344

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7758**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,904.21 | $0.00 |
|---|---|---|---|---|

**Ann & Steve Ambrosich**

2616 Gunpowder Farms Rd
Fallston, MD 21047-2205

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3501**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.08 | $0.00 |
|---|---|---|---|---|

**Ann Hiltibran**

3519 Urbana Moorefield Rd
Urbana, OH 43078-9218

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9061**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.21 | $0.00 |
|---|---|---|---|---|

**Anna & John Stearns**

570 W Jamestown Rd
Greenville, PA 16125-9108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9690**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

---

**2.139** | Priority creditor's name and mailing address

**Anna Dodson**

**4125 Tiffin Rd**
**Fremont, OH 43420-9554**

Date or dates debt was incurred

Last 4 digits of account number **0983**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$557.94      $0.00

---

**2.140** | Priority creditor's name and mailing address

**Annette Snyder**

**2610 Wilton Ct**
**Westminster, MD 21158-2142**

Date or dates debt was incurred

Last 4 digits of account number **1216**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$892.25      $0.00

---

**2.141** | Priority creditor's name and mailing address

**Annie Roche**

**18 Timbershed Ct**
**Freeland, MD 21053-9790**

Date or dates debt was incurred

Last 4 digits of account number **0351**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$1,020.00      $0.00

---

**2.142** | Priority creditor's name and mailing address

**Anthony & Theresa Kotlar**

**1729 Deths Ford Rd**
**Havre de Grace, MD 21078-1001**

Date or dates debt was incurred

Last 4 digits of account number **2139**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$190.32      $0.00

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,009.21 | $0.00 |
|---|---|---|---|---|

**Anthony Alexion**

**54 Manor House Dr**
**Rising Sun, MD 21911-2561**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0661**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.65 | $0.00 |
|---|---|---|---|---|

**Anthony Barnhart**

**4278 Dogtown Rd**
**Monroeville, OH 44847-9763**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0811**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $596.11 | $0.00 |
|---|---|---|---|---|

**Anthony Davis**

**9887 Sandyville Rd NE**
**Mineral City, OH 44656-8731**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5242**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.40 | $0.00 |
|---|---|---|---|---|

**Anthony Esposito**

**2103 Arden Dr**
**Fallston, MD 21047-1403**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2512**

Is the claim subject to offset?

- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 37 of 689

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.68 | $0.00 |
|---|---|---|---|---|

**Anthony Logana**

425 Torbert Rd
Fawn Grove, PA 17321-9634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2917**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $0.00 |
|---|---|---|---|---|

**Anthony Micastro**

42 Clearview Ct
Elkton, MD 21921-7628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0173**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.88 | $0.00 |
|---|---|---|---|---|

**Anthony Owen & Sarah Forbess**

3425 State Route 193
Kingsville, OH 44048-9725

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1359**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.64 | $0.00 |
|---|---|---|---|---|

**Anthony Perri**

717 Bell Hill Rd
New Cumberland, WV 26047-1582

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0856**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $678.13 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Anthony Polverini**

9780 Windale Farms Cir
Galena, OH 43021-9609

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|

Last 4 digits of account number **7004**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.73 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Anthony Rossi**

256 Milford Dr
Middletown, DE 19709-9417

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|

Last 4 digits of account number **9512**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $976.31 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Anton Kadivec**

17699 Chardon Windsor Rd
Huntsburg, OH 44046-9720

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|

Last 4 digits of account number **6798**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $663.43 | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Anton Langer**

45231 State Route 46
New Waterford, OH 44445-9710

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---------------------------------|----------------------|

Last 4 digits of account number **1575**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 39 of 689

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.22 | $0.00 |
|---|---|---|---|---|

**Anya Roshal**

**2001 Allanwood Ct**
**Silver Spring, MD 20901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6308**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.31 | $0.00 |
|---|---|---|---|---|

**April & Mark Reibie**

**168 Truver Rd**
**Valencia, PA 16059-1140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6750**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.19 | $0.00 |
|---|---|---|---|---|

**Arhur Kendall**

**9691 Mentor Rd**
**Chardon, OH 44024-8608**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9581**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.76 | $0.00 |
|---|---|---|---|---|

**Arjay Whipkey**

**689 Golden Ridge Rd**
**Dallas, WV 26036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9364**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,237.18** $0.00 |

**Arlene Johnson**

**18175 Putney Ridge Rd**
**Salesville, OH 43778-9508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8394**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$850.00** $0.00 |

**Arnie Bryant**

**1671 N Galena Rd**
**Sunbury, OH 43074-8359**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0297**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3.83** $0.00 |

**Arny Fox**

**24 Alicia Ct**
**North East, MD 21901-2672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6283**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$136.00** $0.00 |

**Aron Thomas**

**1706 Clinton Rd**
**Collins, OH 44826-9775**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0231**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.71 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Art & Beverly Smith**

**4059 Canal Rd**
**Wooster, OH 44691-9503**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5072**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

*Check all that apply.*

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.59 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|--------|-------|

**Art Jesse**

**2010 Marks Rd**
**Valley City, OH 44280-9784**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0725**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

*Check all that apply.*

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.43 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Art Moore**

**960 Township Road 3286**
**Perrysville, OH 44864-9777**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1138**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

*Check all that apply.*

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,312.15 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-------|

**Art Morris**

**250 Foxwood Rd**
**Waynesburg, PA 15370-3837**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2438**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

*Check all that apply.*

■ No
☐ Yes

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.60 | $0.00 |

**Art Shellenbarger**

**5442 County Road 39**
**Huntsville, OH 43324-9605**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6781**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |

**Arthur Moore**

**42 Black Dog Hollow Rd**
**Clarksville, PA 15322**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4792**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.50 | $0.00 |

**Arthur Schwotzer**

**317 Church Hill Rd**
**Venetia, PA 15367-1140**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6455**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.02 | $0.00 |

**Arthur Straniero**

**9604 Venus Dr**
**Chardon, OH 44024-9570**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2342**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.79 | $0.00 |
|---|---|---|---|---|

**Arthur West**

7164 Callow Rd
Painesville, OH 44077-8869

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9832**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.65 | $0.00 |
|---|---|---|---|---|

**Arvel Johnson**

3385 Alpha Rd
Greenwich, OH 44837-9479

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9611**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.22 | $0.00 |
|---|---|---|---|---|

**Ashley Sholtis**

75500 Old Twenty One Rd
Kimbolton, OH 43749-9611

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7746**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.43 | $0.00 |
|---|---|---|---|---|

**Ashu Vyas**

10610 Browns Farm Rd
Woodstock, MD 21163-1341

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7684**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.00 | $0.00 |

**Aubrey Bernard**

161 Vineyard Dr
Port Deposit, MD 21904-1399

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4727**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,166.54 | $0.00 |

**August Meadows**

44 Spring Knoll Ct
Colora, MD 21917-1433

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7911**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.37 | $0.00 |

**Augusto Delerme**

3838 Devonshire Rd
Hampstead, MD 21074

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7929**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,125.00 | $0.00 |

**Aurora Smith**

5522 Woodville Rd
Mount Airy, MD 21771-5839

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1426**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |

**Avatar Harris**

**1040 Corbett Rd**
**Monkton, MD 21111-1526**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8094**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.64 | $0.00 |

**Azita Arvon**

**13621 Bardon Rd**
**Phoenix, MD 21131-1517**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8896**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.78 | $0.00 |

**B.K. Kelly**

**11277 Frost Rd**
**Mantua, OH 44255-9371**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6112**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.84 | $0.00 |

**Barbara & Brian Hummel**

**5702 Seneca County Line Rd**
**Bellevue, OH 44811**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8875**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,190.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Barbara & Paul White**

6839 Woodard Rd
Andover, OH 44003-9636

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **61**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $988.13 | $0.00 |
| --- | --- | --- | --- | --- |

**Barbara & William Knipp**

1235 OLIVESBURG ROAD DEBRA
LN
Mansfield, OH 44905

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4040**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $736.95 | $0.00 |
| --- | --- | --- | --- | --- |

**Barbara Hickenbottom**

6710 Edwards Ridge Rd SE
Uhrichsville, OH 44683-7566

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4182**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.92 | $0.00 |
| --- | --- | --- | --- | --- |

**Barbara LaFalce**

17351 Harmony Vista Dr
Hamilton, VA 20158-9755

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7686**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Barbara Moore**

**46 Black Dog Hollow Rd**
**Clarksville, PA 15322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9555**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.49 | $0.00 |
|---|---|---|---|---|

**Barbara Witten**

**19065 State Route 58**
**Wellington, OH 44090-9467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8587**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.48 | $0.00 |
|---|---|---|---|---|

**Barbra Poole**

**10885 Lithopolis Rd NW**
**Canal Winchester, OH 43110-8806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8114**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $852.38 | $0.00 |
|---|---|---|---|---|

**Barrie Bottorf**

**2019 Dewey Rd**
**Ashtabula, OH 44004-9145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2252**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.06 | $0.00 |
| | **Barry Bryant** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **925 Stablersville Rd** | ☐ Unliquidated | | |
| | **Parkton, MD 21120-9184** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4783** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.70 | $0.00 |
| | **Barry Franks** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **220 Valley School Rd** | ☐ Unliquidated | | |
| | **Smithfield, PA 15478-1156** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7843** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.64 | $0.00 |
| | **Barry Gotham** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **12392 Fenstermaker Rd** | ☐ Unliquidated | | |
| | **Garrettsville, OH 44231-9686** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6719** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.77 | $0.00 |
| | **Barry Gregg** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **11250 Cochran Rd** | ☐ Unliquidated | | |
| | **Mount Vernon, OH 43050-9652** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1557** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.83 | $0.00 |
|---|---|---|---|---|

**Barry Lasosky**

**200 Nobles Rd**
**Brownsville, PA 15417-9284**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1639**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.12 | $0.00 |
|---|---|---|---|---|

**Barry Nyahay**

**3681 State Route 168**
**Volant, PA 16156-2307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.76 | $0.00 |
|---|---|---|---|---|

**Barry Ramsay**

**64021 Larrick Ridge Rd**
**Cambridge, OH 43725-8870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6009**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.17 | $0.00 |
|---|---|---|---|---|

**Barry Woods**

**8295 Plain City Georgesville Rd NE**
**Plain City, OH 43064-8830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3103**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.03 | $0.00 |
|---|---|---|---|---|

**Bart Norris**

121 Crystal Run Dr
Middletown, DE 19709-6009

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7981**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.00 | $0.00 |
|---|---|---|---|---|

**Beck Mitchell**

1 Overshot Ct # Cxourt
Phoenix, MD 21131-1851

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1500**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,585.76 | $0.00 |
|---|---|---|---|---|

**Becky & J.R. Cronkleton**

6631 County Road 158
East Liberty, OH 43319-9421

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7776**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.60 | $0.00 |
|---|---|---|---|---|

**Becky Gallimore**

123 Melody Ln
Akron, OH 44319-4066

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8257**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.59 | $0.00 |
| --- | --- | --- | --- | --- |

**Becky Romans**

13253 Radcliffe Rd
Chardon, OH 44024-8211

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **693**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,123.19 | $0.00 |
| --- | --- | --- | --- | --- |

**Belva Cambier**

6749 Trumbull Rd
Thompson, OH 44086-9607

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9775**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $426.36 | $0.00 |
| --- | --- | --- | --- | --- |

**Ben & Chrissy Kirk**

5230 Byerly Rd
Upperco, MD 21155-9504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2632**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,114.86 | $0.00 |
| --- | --- | --- | --- | --- |

**Ben Augustine**

219 Morris Buncic Rd
Smithfield, PA 15478-1361

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9659**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.84 | $0.00 |
|---|---|---|---|---|
| | **Ben Battaglia** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **2701 Fallsbrooke Manor Dr** | ☐ Unliquidated | | |
| | **Fallston, MD 21047-2106** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **0716** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $312.04 | $0.00 |
|---|---|---|---|---|
| | **Ben Cable** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **2176 County Road 41** | ☐ Unliquidated | | |
| | **Fremont, OH 43420-8689** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8007** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,411.34 | $0.00 |
|---|---|---|---|---|
| | **Ben Diller** | *Check all that apply.* | | |
| | **Savage River Works Inc** | ☐ Contingent | | |
| | **581 Clifton Dr** | ☐ Unliquidated | | |
| | **Oakland, MD 21550-4364** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4747** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.22 | $0.00 |
|---|---|---|---|---|
| | **Ben Elswick** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **2511 S State Route 19** | ☐ Unliquidated | | |
| | **Green Springs, OH 44836-9680** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4847** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| | | | |
|---|---|---|---|
| 2.211 | Priority creditor's name and mailing address<br>**Ben Geesey**<br><br>**2975 Springwood Rd**<br>**Dallastown, PA 17313-9568** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$344.85**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7083**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.212 | Priority creditor's name and mailing address<br>**Ben Hokuf**<br><br>**910 Ridge Rd**<br>**Rising Sun, MD 21911-1533** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,275.00**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1869**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.213 | Priority creditor's name and mailing address<br>**Ben Park**<br><br>**12576 Aquilla Rd**<br>**Chardon, OH 44024-9066** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$488.75**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1419**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.214 | Priority creditor's name and mailing address<br>**Ben Parkent**<br><br>**1192 Day Rd**<br>**Sykesville, MD 21784-5607** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$399.50**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **0518**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $573.75 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Ben Richcreek**

**6705 Hall Rd**
**Pierpont, OH 44082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9529**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-------|-------|

**Ben Schoewe**

**2108 State Route 99**
**Monroeville, OH 44847-9773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4650**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $978.52 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Ben Slane**

**9951 High Country Dr**
**Chardon, OH 44024-9500**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6686**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.76 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Benedict Santell**

**251 W Marley Rd**
**Jamestown, PA 16134-9529**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1522**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.14 | $0.00 |

**Benjamin Chou**

12803 Maidens Bower Dr
Potomac, MD 20854-6000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6959**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.05 | $0.00 |

**Benjamin Lapa**

3725 Rockdale Rd
Manchester, MD 21102-2619

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8094**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |

**Benjamin Simonson**

20774 Whitehead Rd
Wellington, OH 44090-9698

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1528**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.50 | $0.00 |

**Benjiman Detweiler**

11245 Bloom Rd
Garrettsville, OH 44231-9774

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8381**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $0.00 |

**Benny Detweiler**

**17765 Bradford Rd**
**West Farmington, OH 44491-9611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2335**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.70 | $0.00 |

**Bernadette Barnes**

**2171 Plymouth Ridge Rd**
**Ashtabula, OH 44004-9651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1549**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |

**Bernadette Porfilio**

**9388 Pearl Dr**
**North Benton, OH 44449-9786**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1588**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.39 | $0.00 |

**Bernie Heffelbower**

**2264 Bark Rd**
**Magnolia, OH 44643-9508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9080**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.87 | $0.00 |
|---|---|---|---|---|

**Bertha Hollis**

9420 Spencer Lake Rd
Spencer, OH 44275-9780

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3534**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.03 | $0.00 |
|---|---|---|---|---|

**Bertha Kauffman**

1380 County Road 11
Bellefontaine, OH 43311-9745

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4042**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.12 | $0.00 |
|---|---|---|---|---|

**Beth & Tim Burns**

205 County Road 108
Fremont, OH 43420-8688

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9310**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.01 | $0.00 |
|---|---|---|---|---|

**Beth Velek**

12945 State Route 44
Mantua, OH 44255-9615

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7082**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.07 | $0.00 |
|---|---|---|---|---|

**Bethany Shaw**

2541 Beech Rd
New Albany, OH 43054-7444

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1106**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |
|---|---|---|---|---|

**Bethel Community Church**

862 Toms Run Rd
Holbrook, PA 15341-1336

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6719**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.16 | $0.00 |
|---|---|---|---|---|

**Betty Armstrong**

13391 Cowley Rd
Columbia Station, OH 44028-9115

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **160**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.94 | $0.00 |
|---|---|---|---|---|

**Beverly & David Ferguson**

1771 Overlook Dr
Jamestown, PA 16134-5723

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6937**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 59 of 689

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.01 | $0.00 |
|---|---|---|---|---|

**Beverly Caven**

**3651 Shrine Rd**
**Springfield, OH 45502-8107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7894**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.12 | $0.00 |
|---|---|---|---|---|

**Bhavesh Bhagat**

**42264 Big Springs Ct**
**Leesburg, VA 20176-6288**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9126**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.48 | $0.00 |
|---|---|---|---|---|

**Bhisham Rohera**

**12 Wilson Way**
**Phoenixville, PA 19460-1033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7781**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.30 | $0.00 |
|---|---|---|---|---|

**Bill Arnold**

**4947 Hileman Rd**
**Bruceton Mills, WV 26525-5433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8109**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,899.75 | $0.00 |
|---|---|---|---|---|

**Bill Brady**

**1580 Whittaker Rd**
**Newark, DE 19702-2024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4563**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $916.13 | $0.00 |
|---|---|---|---|---|

**Bill Diehl**

**22 Reservoir Rd**
**West Chester, PA 19380-6218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9986**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $764.15 | $0.00 |
|---|---|---|---|---|

**Bill Frankart**
**Ridgeview Farms**
**7731 Township Road 32**
**Clyde, OH 43410-9630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6138**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $893.95 | $0.00 |
|---|---|---|---|---|

**Bill Harmath**

**823 Columbia Rd**
**Valley City, OH 44280-9757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4859**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Bill Koth**

11500 Bowen Rd
Mantua, OH 44255-9455

As of the petition filing date, the claim is: **$1,170.28**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **734**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

---

| | | |
|---|---|---|
| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Bill M. Miller**

18054 B Tavern Rd
Burton, OH 44021

As of the petition filing date, the claim is: **$69.02**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1321**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

---

| | | |
|---|---|---|
| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Bill Marshall**

3211 County Route 2011
Scenery Hill, PA 15360

As of the petition filing date, the claim is: **$228.82**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9925**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

---

| | | |
|---|---|---|
| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Bill Mennonna**

4037 Holly Knoll Dr
Glen Arm, MD 21057-9606

As of the petition filing date, the claim is: **$97.16**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4458**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $182.16 | $0.00 |
|---|---|---|---|---|

**Bill Miller**

**7781 State Route 5**
**Ravenna, OH 44266-9209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1229**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $155.47 | $0.00 |
|---|---|---|---|---|

**Bill Nicholson**

**6585 Fredricks Rd**
**Sunbury, OH 43074-9206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8975**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $700.32 | $0.00 |
|---|---|---|---|---|

**Bill S. Bodish**

**132 Lakeview Rd**
**Fombell, PA 16123-2520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5153**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,585.25 | $0.00 |
|---|---|---|---|---|

**Bill Truesdell**

**3801 Townline Rd**
**Madison, OH 44057-3328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1027**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.20 | $0.00 |
|---|---|---|---|---|

**Bill Vancamp**

281 Bolender Rd
Mogadore, OH 44260-9535

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8887**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Bill Williams**

5008 Jane Ct
Jefferson, MD 21755-8727

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8177**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |
|---|---|---|---|---|

**Bill Woods**

4953 State Route 287
West Liberty, OH 43357-9731

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9749**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Bill Yoder**

1534 County Road 268
Vickery, OH 43464-9796

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9678**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.57 | $0.00 |
|-------|--------|--------|--------|--------|

**Billy B. Hershberger, jr.**

5281 Old State Rd
West Farmington, OH 44491-9797

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1576**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.47 | $0.00 |
|-------|--------|--------|--------|--------|

**Billy Ray**

3040 Folsam Rd NW
Carrollton, OH 44615-9223

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4991**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $531.25 | $0.00 |
|-------|--------|--------|--------|--------|

**Blaine Berkshire**

14920 Hartwood Rd SW
Newcomerstown, OH 43832-8942

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6496**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,716.92 | $0.00 |
|-------|--------|--------|--------|--------|

**Blair McCubbin**

6952 State Route 101 N
Clyde, OH 43410-9622

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8026**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| | |
|---|---|
| 2.259 | Priority creditor's name and mailing address |

**Blue Water Marine**
**Lisa Herbert**
**4240 Old Columbus Rd NW**
**Carroll, OH 43112-9719**

Date or dates debt was incurred

Last 4 digits of account number **7836**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    **$0.09**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.260 | Priority creditor's name and mailing address |

**Bob & Christine Diehl**

**519 Smedley Ave**
**Media, PA 19063-4915**

Date or dates debt was incurred

Last 4 digits of account number **9981**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    **$977.16**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.261 | Priority creditor's name and mailing address |

**Bob & Jessica Koebel**

**5680 Bickle Church Rd**
**Pickerington, OH 43147-9408**

Date or dates debt was incurred

Last 4 digits of account number **4973**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    **$22.36**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.262 | Priority creditor's name and mailing address |

**Bob & Lisa Reinhold**

**610 Virgin Run Rd**
**Vanderbilt, PA 15486-1130**

Date or dates debt was incurred

Last 4 digits of account number **5660**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,377.60 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-------|

**Bob Baldwin**

1798 Sparks Dr
Forest Hill, MD 21050-2625

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4796**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.08 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Bob Bolhurst**

5004 Hydes Rd
Hydes, MD 21082-9562

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8234**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,710.42 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-------|

**Bob Emmons**

21455 Boord Rd
Marysville, OH 43040-9117

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7052**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,023.32 | $0.00 |
|-------|---------------------------------------------|-----------------------------------------------|-----------|-------|

**Bob Hilderbrand**

3900 Woodside Dr
Geneva, OH 44041-7655

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.93 | $0.00 |
|---|---|---|---|---|

**Bob Iwanowski**

3002 Rockdale Rd
Freeland, MD 21053-9782

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3664**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530.26 | $0.00 |
|---|---|---|---|---|

**Bob Leskey**

4846 Marlane Dr
Southington, OH 44470-9526

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4892**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $900.75 | $0.00 |
|---|---|---|---|---|

**Bob Markley**

4024 County Road 49
Bellefontaine, OH 43311-9579

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4637**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.53 | $0.00 |
|---|---|---|---|---|

**Bob Matus**

52414 US Highway 20
Wakeman, OH 44889-9540

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6491**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $0.00 |

**Bob Rager**

*Check all that apply.*
☐ Contingent

**2610 Old Forge Rd**
**Kent, OH 44240-6734**
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1423**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.78 | $0.00 |

**Bob Tempalski**

*Check all that apply.*
☐ Contingent

**157 Oak Knoll Rd**
**Hookstown, PA 15050-1711**
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7303**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258.32 | $0.00 |

**Bobby Newman**

*Check all that apply.*
☐ Contingent

**157 Fieldson Rd**
**Dilliner, PA 15327-2637**
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6644**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.49 | $0.00 |

**Boris Karanfilov**

*Check all that apply.*
☐ Contingent

**6655 Plain City Georgesville Rd**
**Plain City, OH 43064-2506**
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3073**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.86 | $0.00 |
|---|---|---|---|---|

**Brad Andrella**

5659 McClintocksburg Rd
Newton Falls, OH 44444-9265

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5526**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $508.90 | $0.00 |
|---|---|---|---|---|

**Brad Dewolf**

4950 Lukens Rd
Grove City, OH 43123-8802

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0810**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.44 | $0.00 |
|---|---|---|---|---|

**Brad Jakeway**

8423 County Road 39
Belle Center, OH 43310-9581

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4089**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Brad M. & Glenda S. Smith**

332 Simpson Rd
Greensburg, PA 15601-6779

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4868**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |

**Brad Webek**

210 Nobles Rd
Brownsville, PA 15417-9284

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4916**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.42 | $0.00 |

**Brad Wight**

4281 N Forest Ridge Dr
Ashtabula, OH 44004-9164

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6839**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.08 | $0.00 |

**Bradd Atkinson**

3917 Glenville Rd
Glenville, PA 17329-9193

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1274**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.85 | $0.00 |

**Bradford Ross**
3028 S Mount Vernon Ave 3028
County Rd
# 3A
Loudonville, OH 44842

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2840**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: $97.16 $0.00 |

2.283  Priority creditor's name and mailing address

**Bradley Alty**

**2505 Township Road 190 E**
**Bellefontaine, OH 43311-9438**

As of the petition filing date, the claim is: **$97.16**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4550**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.284  Priority creditor's name and mailing address

**Bradley Hays**

**2403 Rockbridge Rd**
**Washington Court House, OH**
**43160-9040**

As of the petition filing date, the claim is: **$278.12**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6737**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.285  Priority creditor's name and mailing address

**Bradley Northcote**

**2606 Dublin Rd**
**Street, MD 21154-1707**

As of the petition filing date, the claim is: **$302.69**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6165**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.286  Priority creditor's name and mailing address

**Brandon & Chelsea Bacon**

**2100 State Line Rd**
**Hubbard, OH 44425-9606**

As of the petition filing date, the claim is: **$374.00**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1338**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $0.00 |

__Brandon & Melony Roberts__

__9730 County Road 2__
__West Mansfield, OH 43358-9517__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __0914__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.87 | $0.00 |

__Brandon Johnson__

__3364 State Rte 590 N__
__Lindsey, OH 43442__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __9335__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.60 | $0.00 |

__Brandon Kreuer__

__164 Nursery Rd__
__Renfrew, PA 16053-8306__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __9641__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.90 | $0.00 |

__Brandon McGowan__

__151 Hickory Ln__
__Wellsburg, WV 26070-9785__

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __8053__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.50 | $0.00 |
|---|---|---|---|---|

**Brandy Hussing**

4149 US Route 322
Williamsfield, OH 44093-9717

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5634**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,741.59 | $0.00 |
|---|---|---|---|---|

**Bree & Jesse Arnett**

11241 Center Rd
Garrettsville, OH 44231-9220

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **578**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.48 | $0.00 |
|---|---|---|---|---|

**Brenda & Jason Hall**

1131 Baird Ave SE
Paris, OH 44669-9790

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3258**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.86 | $0.00 |
|---|---|---|---|---|

**Brenda Borhes**

586 Mustang Ln
Triadelphia, WV 26059-9738

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8407**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $882.05 | $0.00 |

**Brenda Fahle**

**7239 State Route 287**
**Zanesfield, OH 43360-9718**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6075**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.79 | $0.00 |

**Brendan Anders**

**5704 Mount Gilead Rd**
**Reisterstown, MD 21136-4118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4585**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.53 | $0.00 |

**Brendan Ring**

**4210 Manorview Rd**
**Glen Arm, MD 21057-9509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0977**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.52 | $0.00 |

**Brent Burnett**

**153 Top Rd**
**Waynesburg, PA 15370-4825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4027**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.42 | $0.00 |

**Brent Gallagher**

61543 Salem Rd
Salesville, OH 43778-9570

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3287**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.20 | $0.00 |

**Brent Perkins**

4569 State Route 55
Urbana, OH 43078-9689

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5902**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.44 | $0.00 |

**Brent Thurman**

7012 Runkles Rd
Mount Airy, MD 21771-7316

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8740**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $610.05 | $0.00 |

**Bret Morris**

9769 Stanley Rd
Garrettsville, OH 44231-9752

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **995**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.303 | Priority creditor's name and mailing address<br>**Bret Peoples**<br><br>**2131 Waynesburg Rd NW**<br>**Carrollton, OH 44615-9034** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$433.67**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **4705**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.304 | Priority creditor's name and mailing address<br>**Brett Bolzak**<br><br>**12642 Freedom Rd**<br>**Kimbolton, OH 43749** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,332.06**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.305 | Priority creditor's name and mailing address<br>**Brett Brenning**<br><br>**7476 Myers Rd**<br>**Centerburg, OH 43011-9593** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$193.38**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7108**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.306 | Priority creditor's name and mailing address<br>**Brett Mester**<br><br>**15633 Thompson Rd**<br>**Thompson, OH 44086-8736** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.77**   $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **3045**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$274.38** | **$0.00** |
|---|---|---|---|---|
| | **Brett Sabol** | ☐ Contingent | | |
| | **3771 Martha Cir**<br>**Litchfield, OH 44253-9564** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6127**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.26** | **$0.00** |
|---|---|---|---|---|
| | **Brian & Amy Shuba** | ☐ Contingent | | |
| | **3033 Old McClellandtown Rd**<br>**Mc Clellandtown, PA 15458-1187** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5956**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,329.32** | **$0.00** |
|---|---|---|---|---|
| | **Brian & Jason Bailey** | ☐ Contingent | | |
| | **10392 Newton Falls Rd**<br>**Newton Falls, OH 44444-9216** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7913**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$159.55** | **$0.00** |
|---|---|---|---|---|
| | **Brian & Kristin Shutt** | ☐ Contingent | | |
| | **1827 Robinson Mill Rd**<br>**Darlington, MD 21034-1025** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6511**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| **2.311** | | |

Priority creditor's name and mailing address

**Brian & Tina Coddington**

**2059 Foster Rd**
**Oakland, MD 21550-4123**

Date or dates debt was incurred

Last 4 digits of account number **4912**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$576.13    $0.00

---

**2.312**

Priority creditor's name and mailing address

**Brian & Tracy Rhodes**

**16332 Pleasant Hill Rd**
**Newark, OH 43055-9092**

Date or dates debt was incurred

Last 4 digits of account number **1395**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,396.72    $0.00

---

**2.313**

Priority creditor's name and mailing address

**Brian Ashmore**

**148 Lakeview Dr**
**Washington, PA 15301-2945**

Date or dates debt was incurred

Last 4 digits of account number **9556**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,300.93    $0.00

---

**2.314**

Priority creditor's name and mailing address

**Brian Benson**

**64 Spring Lane Rd**
**Dillsburg, PA 17019-9474**

Date or dates debt was incurred

Last 4 digits of account number **1937**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$858.67    $0.00

---

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.48 | $0.00 |
|---|---|---|---|---|

**Brian Dell**

4943 Graham Rd
Jefferson, OH 44047-9455

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5370**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.93 | $0.00 |
|---|---|---|---|---|

**Brian Eury**

1141 Annisville Rd
Petrolia, PA 16050-1803

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9464**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $871.76 | $0.00 |
|---|---|---|---|---|

**Brian Evilsizer**

6339 Game Farm Rd
Urbana, OH 43078-9579

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.24 | $0.00 |
|---|---|---|---|---|

**Brian Gallagher**

756 Wesley Ct
West Chester, PA 19382-4982

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7334**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.63 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address: **Brian Gorney**

**997 W Kings Hwy**
**Coatesville, PA 19320-1751**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9577**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address: **Brian Gragg**

**550 Paris Ave SE**
**Paris, OH 44669-9670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7875**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,126.08 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address: **Brian Greenstein**

**116 Gideon Dr**
**Kennett Square, PA 19348-1554**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7054**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.91 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address: **Brian Haga**

**1859 Deer Park Rd**
**Finksburg, MD 21048-2028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4676**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.73 | $0.00 |

Priority creditor's name and mailing address

**Brian Hmidan**

**4211 Begey Cir SE**
**East Canton, OH 44730-9486**

Date or dates debt was incurred

Last 4 digits of account number __3542__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   **$215.73**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.324

Priority creditor's name and mailing address

**Brian Kuczynski**

**660 Snyder Corner Rd**
**Red Lion, PA 17356-8836**

Date or dates debt was incurred

Last 4 digits of account number __3507__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   **$33.41**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.325

Priority creditor's name and mailing address

**Brian Kurzmiller**

**2310 Walnut Springs Ct**
**White Hall, MD 21161-8977**

Date or dates debt was incurred

Last 4 digits of account number __9813__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   **$235.79**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.326

Priority creditor's name and mailing address

**Brian Lickfelt**

**6657 Steitz Rd**
**Powell, OH 43065-8590**

Date or dates debt was incurred

Last 4 digits of account number __2496__

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   **$556.50**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$702.02** | **$0.00** |
| | **Brian Millikin** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **3165 Caveat Ct** | ☐ Unliquidated | | |
| | **Mount Airy, MD 21771-8055** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7929** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$100.81** | **$0.00** |
| | **Brian Mollet** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **11132 Lafayette Dr NW** | ☐ Unliquidated | | |
| | **Canal Fulton, OH 44614-9445** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4792** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$474.81** | **$0.00** |
| | **Brian Montag** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **191 Shearer Rd** | ☐ Unliquidated | | |
| | **Chicora, PA 16025-3625** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9733** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,104.75** | **$0.00** |
| | **Brian Roe** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **68203 Pennyroyal Rd** | ☐ Unliquidated | | |
| | **Quaker City, OH 43773-9536** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $727.26 | $0.00 |
|---|---|---|---|---|

**Brian Ryncarz**

7141 Egypt Rd
Medina, OH 44256-8597

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6849**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $466.40 | $0.00 |
|---|---|---|---|---|

**Brian Shulski**

1097 Impounding Dam Rd
Hanover, PA 17331-9666

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7717**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.32 | $0.00 |
|---|---|---|---|---|

**Brian Shuman**

3247 Canton Rd NW
Carrollton, OH 44615-9006

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6400**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.75 | $0.00 |
|---|---|---|---|---|

**Brian Shuman**

1065 Laramie Rd NW
Carrollton, OH 44615-9094

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9171**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.65 | $0.00 |
| | **Brian Smith** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **40755 Carper Ln** | ☐ Unliquidated | | |
| | **Paeonian Springs, VA 20129-1848** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7810**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,545.64 | $0.00 |
| | **Brian Stanton** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **16 Martin Dr** | ☐ Unliquidated | | |
| | **Newark, DE 19713-3074** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5321**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,060.63 | $0.00 |
| | **Brian Svrjcek** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **18996 Ridge Meadow Rd** | ☐ Unliquidated | | |
| | **Stewartstown, PA 17363-7531** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7839**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.53 | $0.00 |
| | **Brian Weaver** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **5124 Opossum Run Rd** | ☐ Unliquidated | | |
| | **Grove City, OH 43123-9762** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2832**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.52 | $0.00 |

**Brian Worcester**

28821 Baker Rd
Wellington, OH 44090-9349

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4868**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $985.75 | $0.00 |

**Brice Bogar**

35 Kirk Rd
Garnet Valley, PA 19060-1222

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8026**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.82 | $0.00 |

**Bridget Teece**

2825 State Route 303
Mantua, OH 44255-9105

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6742**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.43 | $0.00 |

**Brittany King**

363 Misty Hill Dr
Delta, PA 17314-7921

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9513**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| 2.343 | Priority creditor's name and mailing address **Brittany L. Smith** | As of the petition filing date, the claim is: $47.60  $0.00 |

**328 Gringo Independence Rd**
**Aliquippa, PA 15001-5762**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8722**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.344  Priority creditor's name and mailing address **Brittany Stehle**  As of the petition filing date, the claim is: **$680.00**  **$0.00**

**51 Jackson St**
**Freedom, PA 15042-9381**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6861**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.345  Priority creditor's name and mailing address **Brock Ridder**  As of the petition filing date, the claim is: **$400.95**  **$0.00**

**6145 County Road 146**
**Zanesfield, OH 43360-9764**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1547**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.346  Priority creditor's name and mailing address **Bruce & Karen Clingan**  As of the petition filing date, the claim is: **$3,958.94**  **$0.00**

**5 Cooper Ln**
**Eighty Four, PA 15330-2934**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.40 | $0.00 |
|---|---|---|---|---|

**Bruce & Laura Ramsey**

23633 Foster Rd
Litchfield, OH 44253-9602

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2136**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.92 | $0.00 |
|---|---|---|---|---|

**Bruce & Pamela Martin**

1680 S Charleston Rd
Jamestown, OH 45335-9733

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6043**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.53 | $0.00 |
|---|---|---|---|---|

**Bruce Bair**

222 Chestnut Way
Middletown, DE 19709-9348

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6887**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|---|---|---|---|---|

**Bruce Baselj**

114 Fryes Ln
Mc Donald, PA 15057-3510

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4708**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.51 | $0.00 |
|---|---|---|---|---|

**Bruce Dempsey**

**52132 New London Eastern Rd**
**Nova, OH 44859-9601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4097**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.22 | $0.00 |
|---|---|---|---|---|

**Bruce Fried**

**7121 Shalin Dr**
**Marriottsville, MD 21104-1470**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5986**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.40 | $0.00 |
|---|---|---|---|---|

**Bruce Hatcher**

**42 Deer Lake Park Lafayette Trl**
**Chalk Hill, PA 15421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9552**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.32 | $0.00 |
|---|---|---|---|---|

**Bruce Hill**

**13712 Michigan St NE**
**Alliance, OH 44601-9646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8235**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,467.19 | $0.00 |

**Bruce Lance**

134 Pander Hollow Rd
Ellwood City, PA 16117-5314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0288**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.06 | $0.00 |

**Bruce Lauser**

1038 Corbett Rd
Monkton, MD 21111-1526

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7584**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.02 | $0.00 |

**Bruce Lepole**

4700 Bryenton Rd
Litchfield, OH 44253-9759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6352**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.72 | $0.00 |

**Bruce Poling**

7010 Township Road 127
Zanesfield, OH 43360-9751

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8479**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.47 | $0.00 |
|---|---|---|---|---|

**Bruce Sten**

**2190 Prospect Rd**
**Prospect, PA 16052-2036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __4706__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.65 | $0.00 |
|---|---|---|---|---|

**Bruce Whipkey**

**13998 Waynesburg Pike Rd**
**Cameron, WV 26033-1882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __1591__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |
|---|---|---|---|---|

**Bruce Wood**

**2761 Klotz Ave NE**
**East Canton, OH 44730-1549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __1942__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.93 | $0.00 |
|---|---|---|---|---|

**Bruce Young**

**1703 Creek Rd**
**Sunbury, OH 43074-8379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __1018__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |
|---|---|---|---|---|

**Bryan Baus**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

7800 W Ridge Road 8020 West
Ridge Rd
Elyria, OH 44035

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2104**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.94 | $0.00 |
|---|---|---|---|---|

**Bryan Campbell**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

6638 Lithopolis Winchester Rd
Canal Winchester, OH 43110-9502

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1212**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,373.18 | $0.00 |
|---|---|---|---|---|

**Bryan Coulter**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

5200 Township Road 99
Huntsville, OH 43324-9686

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3616**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $988.41 | $0.00 |
|---|---|---|---|---|

**Bryan Cutair**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

20606 York Rd
Parkton, MD 21120-9240

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9614**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $428.23 | $0.00 |
|---|---|---|---|---|

**Bryan Greenwell**

66 South Dr
Earleville, MD 21919-2219

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0848**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.50 | $0.00 |
|---|---|---|---|---|

**Bryan Hoffman**

482 Sunset Ln
Tunnelton, WV 26444-9154

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2399**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.36 | $0.00 |
|---|---|---|---|---|

**Bryan Hughes**

4814 Ridge Rd
Rosedale, MD 21237-3340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6544**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.29 | $0.00 |
|---|---|---|---|---|

**Bryan Meadows**

4865 Township Road 238
Huntsville, OH 43324-9748

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8668**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.56 | $0.00 |
|---|---|---|---|---|

**Bryan Mossor**

**1052 Perron Rd SE**
**Carrollton, OH 44615-8873**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7817**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.61 | $0.00 |
|---|---|---|---|---|

**Bryan Perkins**

**41931 Paine Rd**
**Beallsville, OH 43716-9573**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3273**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
|---|---|---|---|---|

**Bryan Underhill**

**9779 Worthington Rd SW**
**Pataskala, OH 43062-9751**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7197**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.14 | $0.00 |
|---|---|---|---|---|

**Bryan Zollinger**

**12391 Wadsworth Rd**
**Rittman, OH 44270-9720**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9734**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.49 | $0.00 |
|---|---|---|---|---|

2.375 Priority creditor's name and mailing address

**Bryan Zrimm**

**952 Old Ridge Rd**
**Avella, PA 15312-2624**

Date or dates debt was incurred

Last 4 digits of account number **0758**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$237.49    $0.00

---

2.376 Priority creditor's name and mailing address

**Bryce & Wayne Williams**

**3633 County Road 55**
**Bellefontaine, OH 43311-9422**

Date or dates debt was incurred

Last 4 digits of account number **9350**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$225.17    $0.00

---

2.377 Priority creditor's name and mailing address

**Bryon & Vickie Wine**

**361 Deer Run Cir**
**Mogadore, OH 44260-8722**

Date or dates debt was incurred

Last 4 digits of account number **5042**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$159.46    $0.00

---

2.378 Priority creditor's name and mailing address

**Buford Permenter**

**4965 Rocky Rd**
**Glenville, PA 17329-9450**

Date or dates debt was incurred

Last 4 digits of account number **9603**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,955.00    $0.00

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.26 | $0.00 |
|---|---|---|---|---|

**Burk & Lynn Zorn**

**1994 Bell Branch Rd**
**Davidsonville, MD 21035-1162**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4399**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.09 | $0.00 |
|---|---|---|---|---|

**Butch Lanev**

**347 Township Road 267**
**Amsterdam, OH 43903-7910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3275**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.99 | $0.00 |
|---|---|---|---|---|

**Butch Laneve**

**287 Township Road 267**
**Amsterdam, OH 43903-7909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0176**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.26 | $0.00 |
|---|---|---|---|---|

**C & D Manufacturing**

**374 Eckard Rd**
**Dalton, OH 44618-9160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **599**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Name

---

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.54 | $0.00 |

Priority creditor's name and mailing address
**C.L. Smart**

**2322 State Rd**
**Rock Creek, OH 44084-9334**

Date or dates debt was incurred

Last 4 digits of account number **4956**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$133.54    $0.00

---

Priority creditor's name and mailing address
**C.W. (Bill) Mercurio**

**2594 Lantz Rd**
**Beavercreek, OH 45434-6806**

Date or dates debt was incurred

Last 4 digits of account number **4517**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2.384

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$948.38    $0.00

---

Priority creditor's name and mailing address
**Caitlin Grimes**

**123 W Main St**
**Unionville Center, OH 43077**

Date or dates debt was incurred

Last 4 digits of account number **1615**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2.385

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$264.95    $0.00

---

Priority creditor's name and mailing address
**Calvary Freewill**
**Baptish Church, Mike Marton**
**7322 Peck Rd**
**Ravenna, OH 44266-9723**

Date or dates debt was incurred

Last 4 digits of account number **104**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

2.386

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$336.77    $0.00

| 2.387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.32 | $0.00 |
| --- | --- | --- | --- | --- |

**Calvin Robinson**

1046 N Township Road 183
Republic, OH 44867-9708

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0479**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.64 | $0.00 |
| --- | --- | --- | --- | --- |

**Caren Thompson**

25 Rose Ln
Glen Mills, PA 19342-1754

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8268**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Carissa Planicka**

4727 Sportsman Club Rd
Johnstown, OH 43031-9472

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0967**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.27 | $0.00 |
| --- | --- | --- | --- | --- |

**Carl & Sandy Schneider**

7711 Patten Tract Rd
Sandusky, OH 44870-9319

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7965**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $614.98 | $0.00 |
|---|---|---|---|---|

**Carl (Andy) Duch**

**17337 Lashley Rd**
**Senecaville, OH 43780-9786**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3678**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.30 | $0.00 |
|---|---|---|---|---|

**Carl Bickling**

**282 Baker Rd**
**Cochranville, PA 19330-9337**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6290**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.07 | $0.00 |
|---|---|---|---|---|

**Carl Caylor**

**2171 Plymouth Ridge Rd**
**Ashtabula, OH 44004-9651**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7804**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $317.05 | $0.00 |
|---|---|---|---|---|

**Carl Duch**

**17409 Lashley Rd**
**Senecaville, OH 43780-9786**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4899**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,739.53 | $0.00 |
|---|---|---|---|---|

**Carl E. Dotson**

6630 Richardson Rd
Conneaut, OH 44030-8714

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7169**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.65 | $0.00 |
|---|---|---|---|---|

**Carl Feierabend**

7900 S Girdle Rd
Middlefield, OH 44062-9339

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4332**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.25 | $0.00 |
|---|---|---|---|---|

**Carl Fritter**

1190 Dalton Fox Lake Rd
Dalton, OH 44618-9480

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7452**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,649.37 | $0.00 |
|---|---|---|---|---|

**Carl Gunther**

2666 State Route 534
Rock Creek, OH 44084-9340

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7953**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,161.10 | $0.00 |
|---|---|---|---|---|

**Carl Hossler**

**5243 Roswell Rd SW**
**Sherrodsville, OH 44675-9738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2097**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.38 | $0.00 |
|---|---|---|---|---|

**Carl Jacobsen**

**21 Park Ln**
**Glenmoore, PA 19343-1618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5896**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,827.50 | $0.00 |
|---|---|---|---|---|

**Carl McElroy, Jr.**

**3160 River Glen Dr**
**Austinburg, OH 44010-9761**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4870**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.84 | $0.00 |
|---|---|---|---|---|

**Carl Miles**

**1547 Lenox New Lyme Rd**
**Jefferson, OH 44047-8582**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6376**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.92 | $0.00 |
| --- | --- | --- | --- | --- |

**Carl Pedersen**

155 W Teal Point Rd
Earleville, MD 21919-1728

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3621**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.94 | $0.00 |
| --- | --- | --- | --- | --- |

**Carl T. Joseph**

1510 W County Road 38
Tiffin, OH 44883-9464

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7722**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.54 | $0.00 |
| --- | --- | --- | --- | --- |

**Carl W. Follmer**

103 Jackson St
Freedom, PA 15042-9383

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8700**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $983.03 | $0.00 |
| --- | --- | --- | --- | --- |

**Carla & Tony Scott**

4706 Hartzell Ave NE
Paris, OH 44669-9774

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3248**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $895.90 | $0.00 |

**Carmen Laneve**

**14569 Avery Cir**
**East Liverpool, OH 43920-8975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8577**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14.03 | $0.00 |

**Carmen Martin**

**14659 McCown Rd**
**Newark, OH 43055-9156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4780**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $850.00 | $0.00 |

**Carmen Pellegrino**

**3772 State Route 307**
**Austinburg, OH 44010-9704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7094**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.00 | $0.00 |

**Carol & Mike Ritter**

**3766 Riverdale Rd**
**Rock Creek, OH 44084-9642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1490**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.40 | $0.00 |
|---|---|---|---|---|

**Carol Arms**

37896 Law Rd
Grafton, OH 44044-9251

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4410**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.86 | $0.00 |
|---|---|---|---|---|

**Carol Cody**

51422 N Ridge Rd
Vermilion, OH 44089-9400

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6370**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.48 | $0.00 |
|---|---|---|---|---|

**Carol Heidhausen**

3100 Spring House Ct
Woodbine, MD 21797-7541

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6275**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.49 | $0.00 |
|---|---|---|---|---|

**Carol Howald**

9528 Bryant Rd
Windham, OH 44288-9549

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6448**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 104 of 689

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,188.95 | $0.00 |
| --- | --- | --- | --- | --- |

**Carol Kman**

**4 Bellus Rd**
**Hinckley, OH 44233-9713**

Date or dates debt was incurred

Last 4 digits of account number **424**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,572.50 | $0.00 |
| --- | --- | --- | --- | --- |

**Carol McBeth**

**3836 Deerfield Ave S**
**Dalton, OH 44618-9517**

Date or dates debt was incurred

Last 4 digits of account number **0640**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.52 | $0.00 |
| --- | --- | --- | --- | --- |

**Carol Petrusky**

**3188 Alexander Rd**
**Atwater, OH 44201-9731**

Date or dates debt was incurred

Last 4 digits of account number **6788**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.62 | $0.00 |
| --- | --- | --- | --- | --- |

**Carol Rodriguez**

**42100 Biggs Rd**
**Lagrange, OH 44050-9318**

Date or dates debt was incurred

Last 4 digits of account number **1321**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.94 | $0.00 |

Priority creditor's name and mailing address
**Carol Sachs**

**101 Rices Landing Rd**
**East Millsboro, PA 15433-1109**

Date or dates debt was incurred

Last 4 digits of account number **4429**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$13.94   $0.00

---

2.420

Priority creditor's name and mailing address
**Carol Smith**

**53 Horseshoe Cir**
**Warwick, MD 21912-1028**

Date or dates debt was incurred

Last 4 digits of account number **6439**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$95.71   $0.00

---

2.421

Priority creditor's name and mailing address
**Carol Tegga**

**502 Cullan Dr**
**Bear, DE 19701-2601**

Date or dates debt was incurred

Last 4 digits of account number **6110**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$520.46   $0.00

---

2.422

Priority creditor's name and mailing address
**Carole Spring**

**7695 County Road 91**
**Lewistown, OH 43333-9701**

Date or dates debt was incurred

Last 4 digits of account number **5408**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$148.67   $0.00

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 106 of 689

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |
|---|---|---|---|---|

**Caroline Hurley**

**7194 County Road 62**
**De Graff, OH 43318-9628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0942**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.28 | $0.00 |
|---|---|---|---|---|

**Carolyn Eiermann**

**9824 Bryant Rd**
**Garrettsville, OH 44231-9460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **689**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,589.08 | $0.00 |
|---|---|---|---|---|

**Carolyn Nath**

**2949 County Road 290**
**Vickery, OH 43464-9535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6786**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.20 | $0.00 |
|---|---|---|---|---|

**Carolyn Surrick**

**1730 Crownsville Rd**
**Annapolis, MD 21401-6447**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7655**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 107 of 689

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $878.56 | $0.00 |

**Carolyn Truver**

131 Campbell Dr
Clinton, PA 15026-1581

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8321**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.25 | $0.00 |

**Carrie LIbertine**

10182 Mayfield Rd
Chesterland, OH 44026-2728

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4730**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,372.75 | $0.00 |

**Carson Smith**

8693 Leatherman Rd
Wadsworth, OH 44281-8448

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2409**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.87 | $0.00 |

**Cary Cover**

70 Cabots Ct
Warwick, MD 21912-1237

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7504**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | |
|---|---|
| 2.431 | Priority creditor's name and mailing address |

**2.431** Priority creditor's name and mailing address

**Cassandra French**

**4594 Burkholder Dr**
**Geneva, OH 44041-9250**

Date or dates debt was incurred

Last 4 digits of account number __2333__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   $297.50   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.432** Priority creditor's name and mailing address

**Cassie & Daniel Plott**

**9006 Clay St**
**Montville, OH 44064-9800**

Date or dates debt was incurred

Last 4 digits of account number __7966__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   $3.83   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.433** Priority creditor's name and mailing address

**Catherine (Michelle) Cantrell**

**69 Pioneer Ridge Dr**
**Port Deposit, MD 21904-1439**

Date or dates debt was incurred

Last 4 digits of account number __5784__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   $491.64   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.434** Priority creditor's name and mailing address

**Catherine Kurapka**

**6873 State Route 322**
**Windsor, OH 44099-9722**

Date or dates debt was incurred

Last 4 digits of account number __7950__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

As of the petition filing date, the claim is:   $652.63   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.85 | $0.00 |

**Cathy Cini**

1620 Lewisville Rd
Oxford, PA 19363-2617

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0722**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.50 | $0.00 |

**Cathy Prather**

10761 Clark Rd
Chardon, OH 44024-9779

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9767**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.65 | $0.00 |

**Cathy Raybeck**

2591 Ravenna St
Hudson, OH 44236-3501

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6558**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.35 | $0.00 |

**Cecelia Androsky**

7472 Refugee Rd SW
Pataskala, OH 43062-7768

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7496**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**7**)

Is the claim subject to offset?
☑ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 110 of 689

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.84 | $0.00 |
|---|---|---|---|---|

**Cecil & Carolyn Brazos**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**6342 Tuscarawas Rd**
**Industry, PA 15052-1954**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5078**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.27 | $0.00 |
|---|---|---|---|---|

**Cecil Garlitz**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**3939 Greenville Rd**
**Meyersdale, PA 15552-8524**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2646**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $0.00 |
|---|---|---|---|---|

**Chad Cagle**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**3966 County Road 183**
**Clyde, OH 43410-9513**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6573**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.73 | $0.00 |
|---|---|---|---|---|

**Chad Coster**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2956 Whiteford Rd**
**Whiteford, MD 21160-1113**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0779**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $0.00 |

**Chad Rowland**

634 US Highway 42
Ashland, OH 44805-9796

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8389**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,559.69 | $0.00 |

**Chad Stein**

730 Ridge Rd
Hinckley, OH 44233-9421

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2651**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Chad Taylor**

63470 Arrowhead Rd
Cambridge, OH 43725-9695

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2361**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,541.20 | $0.00 |

**Chad Wade**

1520 Unionville Wawaset Rd
West Chester, PA 19382-6755

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,465.32 | $0.00 |
|---|---|---|---|---|

**Chao Wang**

3136 Stiles Way
West Friendship, MD 21794-9217

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2657**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.23 | $0.00 |
|---|---|---|---|---|

**Charle Coull**

3215 W County Road 26
Tiffin, OH 44883-8858

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7871**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.56 | $0.00 |
|---|---|---|---|---|

**Charleen Martin**

6465 Robby Ln
Ravenna, OH 44266-9606

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8879**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $923.19 | $0.00 |
|---|---|---|---|---|

**Charlene Scherich**

289 Gunn Ridge Rd
West Finley, PA 15377-2438

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5342**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.83 | $0.00 |
|---|---|---|---|---|

**Charles & Florence Finley**

695 Rathburn Rd
Wooster, OH 44691-9354

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5968**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.79 | $0.00 |
|---|---|---|---|---|

**Charles & Kathy Leese**

517 S Carlisle St
Quincy, OH 43343-9744

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3343**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $566.95 | $0.00 |
|---|---|---|---|---|

**Charles & Martha Myers**

125 Magnolia Rd SW
Dellroy, OH 44620-9745

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **600**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Charles & Martha Myers/Kelly
Hanson**

10194 Honey Rd SW
Mineral City, OH 44656-9521

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **493**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.15 | $0.00 |
| --- | --- | --- | --- | --- |

**Charles & Stella Lengyel**

**10119 Harrison Rd**
**Wakeman, OH 44889-8419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3028**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.10 | $0.00 |
| --- | --- | --- | --- | --- |

**Charles Argentine**

**211 Wells Dr**
**Richmond, OH 43944-6918**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0479**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.79 | $0.00 |
| --- | --- | --- | --- | --- |

**Charles Brooks**

**9957 Smokey Row Rd**
**Saint Louisville, OH 43071-9726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4444**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.86 | $0.00 |
| --- | --- | --- | --- | --- |

**Charles Caldwell**

**1000 Bundysburg-West**
**Farmington Rd**
**Middlefield, OH 44062-9371**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1289**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $682.55 | $0.00 |
|---|---|---|---|---|

**Charles Camp**

7197 Pontiff Rd
Scio, OH 43988-9546

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1513**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,430.89 | $0.00 |
|---|---|---|---|---|

**Charles Copp**

15760 Quarry Rd
Oberlin, OH 44074-9449

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6141**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.02 | $0.00 |
|---|---|---|---|---|

**Charles Crye**

8267 Trails End Dr
Dublin, OH 43016-9524

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7626**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.10 | $0.00 |
|---|---|---|---|---|

**Charles Downs**

1435 Ridgewood Rd
Wadsworth, OH 44281-9712

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **597**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.34 | $0.00 |
|---|---|---|---|---|

**Charles Fairbee**

39 Evergreen Ln
Chester, WV 26034-1864

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8685**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.74 | $0.00 |
|---|---|---|---|---|

**Charles Ferguson**

239 River St
Adah, PA 15410-1203

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3340**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.46 | $0.00 |
|---|---|---|---|---|

**Charles Furmage**

4373 State Route 84
Kingsville, OH 44048-9750

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **417**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.46 | $0.00 |
|---|---|---|---|---|

**Charles Huber**

1823 Sunnyside Ln
Essex, MD 21221-3254

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6680**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.27 | $0.00 |

**Charles Jones**

**1113 Susquehanna Ave
Middle River, MD 21220-4339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4968**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $653.99 | $0.00 |

**Charles Keene**

**5400 Swamp
Hartville, OH 44632**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1619**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.47 | $0.00 |

**Charles Kleinhans**

**270 Old Post Rd
Prosperity, PA 15329-1210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8263**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.60 | $0.00 |

**Charles Koch**

**1200 Jackson Rd
Moon Township, PA 15108-9665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2391**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.68 | $0.00 |
|---|---|---|---|---|

**Charles Kraft**

2266 Gillis Rd
Woodbine, MD 21797-9418

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5903**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.50 | $0.00 |
|---|---|---|---|---|

**Charles Leitsch**

2120 Oak Ridge Ln
Champion, PA 15622-4028

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0767**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.30 | $0.00 |
|---|---|---|---|---|

**Charles Marsinick**

3290 N Ridge Rd
Vermilion, OH 44089-3732

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3071**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.20 | $0.00 |
|---|---|---|---|---|

**Charles Moehl**

14923 Green Rd
Wakeman, OH 44889-9250

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6846**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$595.00** | **$0.00** |
|---|---|---|---|---|

**Charles Packan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**10019 Green Valley Rd
Union Bridge, MD 21791-8107**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1010**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,621.55** | **$0.00** |
|---|---|---|---|---|

**Charles Patrick**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4806 County Road 20
Rushsylvania, OH 43347-9749**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7723**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$59.08** | **$0.00** |
|---|---|---|---|---|

**Charles Pickworth**

☐ Contingent
☐ Unliquidated
☐ Disputed

**15779 Whitehead Rd
Lagrange, OH 44050-9581**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1662**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$449.57** | **$0.00** |
|---|---|---|---|---|

**Charles Porupski**

☐ Contingent
☐ Unliquidated
☐ Disputed

**151 Valley School Rd
Smithfield, PA 15478-1159**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6817**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 120 of 689

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.84 | $0.00 |
|---|---|---|---|---|

**Charles Powell**

**18825 Middletown Rd**
**Parkton, MD 21120-9087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5824**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.00 | $0.00 |
|---|---|---|---|---|

**Charles Pritts**

**5341 Pine Hill Rd**
**Dover, PA 17315-4929**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5342**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $682.81 | $0.00 |
|---|---|---|---|---|

**Charles R. Eileen Simmons**

**9738 Bryant Rd**
**Garrettsville, OH 44231-9457**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6515**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.45 | $0.00 |
|---|---|---|---|---|

**Charles Stockunas**

**604 State Route 168**
**Darlington, PA 16115-1806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0045**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:     **$0.77**    **$0.00** |

**Charles Verespe**

13618 Thompson Rd
Vermilion, OH 44089-9551

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1975**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:     **$85.00**    **$0.00** |

**Charles Walters**

135 Newcomer Rd
New Salem, PA 15468-1147

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0226**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:     **$907.04**    **$0.00** |

**Charles Watson**

4713 A Forge Rd
Baltimore, MD 21128

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8189**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:     **$261.04**    **$0.00** |

**Charles Wheeley**

1829 Robinson Mill Rd
Darlington, MD 21034-1025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6849**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,394.79 | $0.00 |

**Charles White**

1202 Township Road 249
Toronto, OH 43964-6918

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $687.99 | $0.00 |

**Charlette & Stuart Ruf**

3234 McMackin Rd
Madison, OH 44057-2764

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **555**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.78 | $0.00 |

**Charlie Curie**

1128 March Road Ext
Jefferson, OH 44047-9418

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9672**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.47 | $0.00 |

**Charlie Meade**

13019 Westley Chapel Rd
Johnstown, OH 43031-9332

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1863**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 123 of 689

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.51 | $0.00 |
|---|---|---|---|---|

**Charlie Sirna**

5137 Doerrville Ave
Pittsburgh, PA 15207-1952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9654**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
|---|---|---|---|---|

**Cherie Smith**

667 Township Road 251
West Salem, OH 44287-9115

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5031**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.50 | $0.00 |
|---|---|---|---|---|

**Cheryl & Scott Nichlas**

1806 Cosner Rd
Forest Hill, MD 21050-2212

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7841**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.36 | $0.00 |
|---|---|---|---|---|

**Cheryl Knopp**

1330 Knopp Rd
Jarrettsville, MD 21084-1619

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9873**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |
|---|---|---|---|---|

**Cheryl miller**

**8730 Pierce Rd**
**Garrettsville, OH 44231-9003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6834**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.18 | $0.00 |
|---|---|---|---|---|

**Cheryl Rider**

**6290 State Route 88**
**Kinsman, OH 44428-9791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4307**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Chester Weaver**

**17881 Bradford Rd**
**West Farmington, OH 44491-9400**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **803**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.00 | $0.00 |
|---|---|---|---|---|

**Chris & Melanie Harrison**

**2320 Stemen Rd NW**
**Baltimore, OH 43105-9474**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5093**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.59 | $0.00 |

**Chris & Melinda Delp**

**366 Fell Rd**
**Rising Sun, MD 21911-2078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5696**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.61 | $0.00 |

**Chris & Michelle Stem**

**6748 Westfield Rd**
**Medina, OH 44256-8507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7043**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.50 | $0.00 |

**Chris Babcock**

**1766 Ashley Dr**
**Westminster, MD 21157-3205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1348**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.09 | $0.00 |

**Chris Bailey**

**2957 Headley Mills Rd**
**Pataskala, OH 43062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0271**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $706.10 | $0.00 |
| --- | --- | --- | --- | --- |

**Chris Bartoletti**

**6033 Maple Grove Rd**
**Bulger, PA 15019-9765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4960**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $908.23 | $0.00 |
| --- | --- | --- | --- | --- |

**Chris Beavers**

**13490 Graham Rd**
**Ashville, OH 43103-9625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6223**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.25 | $0.00 |
| --- | --- | --- | --- | --- |

**Chris Cash**

**1855 Cairnsmore Dr**
**Finksburg, MD 21048-1037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9881**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.26 | $0.00 |
| --- | --- | --- | --- | --- |

**Chris Chambers**

**1289 Oakdale Rd**
**Oakdale, PA 15071-3621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4677**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.85 | $0.00 |
|---|---|---|---|---|

**Chris Chavis**

1316 Knopp Rd
Jarrettsville, MD 21084-1619

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1459**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.32 | $0.00 |
|---|---|---|---|---|

**Chris D. Biddle**

2655 Dodd Rd
Willoughby Hills, OH 44094-9652

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6843**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.06 | $0.00 |
|---|---|---|---|---|

**Chris Gibson**

9750 State Route 207
Clarksburg, OH 43115-9772

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3346**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $0.00 |
|---|---|---|---|---|

**Chris Halfhill**

132 Mount Braddock Rd
Lemont Furnace, PA 15456-1127

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6888**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 128 of 689

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $112.46 | $0.00 |
|---|---|---|---|---|

**Chris Hayden**

**7322 Sidley Rd**
**Thompson, OH 44086-9718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5586**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $837.25 | $0.00 |
|---|---|---|---|---|

**Chris Hughes**

**3994 College Hill Rd**
**Cambridge, OH 43725-9726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8574**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $29.84 | $0.00 |
|---|---|---|---|---|

**Chris K Allen**

**7547 State Route 366 Lot A6**
**Russells Point, OH 43348-9633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8811**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $723.27 | $0.00 |
|---|---|---|---|---|

**Chris Kiley**

**1806 Bernadette Ct**
**Forest Hill, MD 21050-2729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7347**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.57 | $0.00 |
|---|---|---|---|---|

**Chris Kohler**

**10545 Bancroft Rd**
**Garrettsville, OH 44231-9633**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9358**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,440.07 | $0.00 |
|---|---|---|---|---|

**Chris Lape**

**3460 Clark Shaw Rd**
**Powell, OH 43065-8569**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0812**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $846.43 | $0.00 |
|---|---|---|---|---|

**Chris Laudenslager**

**4108 S State Route 100**
**Tiffin, OH 44883-9369**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3077**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.08 | $0.00 |
|---|---|---|---|---|

**Chris Lofquist**

**3436 Township Highway 98**
**Carey, OH 43316-9763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3549**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.40 | $0.00 |

**Chris Meyer**

**140 Hanes Rd**
**Aurora, OH 44202-9774**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1178**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.22 | $0.00 |

**Chris Murphy**

**3734 County Road 74**
**Mingo Junction, OH 43938-7985**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6274**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.22 | $0.00 |

**Chris Murphy**

**3734 County Road 74**
**Mingo Junction, OH 43938-7985**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6274**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.51 | $0.00 |

**Chris Niedermier**

**2583 County Road 270**
**Bellevue, OH 44811-9478**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7477**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 131 of 689

| 2.523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.72 | $0.00 |
|---|---|---|---|---|

**Chris Rockwell**

**12087 Hartford Rd**
**Sunbury, OH 43074-8964**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6180**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.36 | $0.00 |
|---|---|---|---|---|

**Chris Smith**

**1600 Western Run Rd**
**Cockeysville, MD 21030-1135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0465**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.29 | $0.00 |
|---|---|---|---|---|

**Chris Stimmell**

**13 Kettle Dr**
**Washington, PA 15301-3174**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2288**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.83 | $0.00 |
|---|---|---|---|---|

**Chris Storts**

**4890 W Jefferson Kiousville Rd**
**London, OH 43140-9422**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2018**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.02 | $0.00 |
|-------|---|---|---|---|

**Chris Webster**

178 Elk Ranch Park Rd
Elkton, MD 21921-7510

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4732**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.72 | $0.00 |
|-------|---|---|---|---|

**Christian Gorby**

337 Washington Rd
Xenia, OH 45385-7225

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5228**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|-------|---|---|---|---|

**Christina Cates**

3204 Mohawk Ave NW
Malvern, OH 44644-9486

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5874**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.38 | $0.00 |
|-------|---|---|---|---|

**Christina Ingram**

175 Forsythe Rd
Valencia, PA 16059-2011

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9768**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 133 of 689

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,674.93 | $0.00 |
|---|---|---|---|---|

**Christina Makris**

**2629 Pot Spring Rd**
**Timonium, MD 21093-2733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7686**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,738.00 | $0.00 |
|---|---|---|---|---|

**Christine & Ron Gibson**

**1341 Clay St**
**Jefferson, OH 44047-8739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9296**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.77 | $0.00 |
|---|---|---|---|---|

**Christine Bierbower**

**107 Azalea Ln**
**Rector, PA 15677-1662**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7034**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.27 | $0.00 |
|---|---|---|---|---|

**Christine Carr**

**308 Clearfield Dr**
**Lincoln University, PA 19352-9005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8435**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Christine Cosimano**

**1550 Bondsville Rd**
**Downingtown, PA 19335-1331**

Date or dates debt was incurred

Last 4 digits of account number **0120**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$3,410.80    $0.00

---

| 2.536 | Priority creditor's name and mailing address |

**Christine Huber**

**4 Cabin Club Ln**
**West Chester, PA 19382-6890**

Date or dates debt was incurred

Last 4 digits of account number **4862**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$596.36    $0.00

---

| 2.537 | Priority creditor's name and mailing address |

**Christopher Anderson**

**7455 Mount Vernon Rd**
**St Louisville, OH 43071-9633**

Date or dates debt was incurred

Last 4 digits of account number **6103**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$75.40    $0.00

---

| 2.538 | Priority creditor's name and mailing address |

**Christopher Baker**

**9447 Alspach Rd NW**
**Canal Winchester, OH 43110-9516**

Date or dates debt was incurred

Last 4 digits of account number **4831**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$850.00    $0.00

| | | | |
|---|---|---|---|
| 2.539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.20 $0.00 |

**2.539** | Priority creditor's name and mailing address

**Christopher Cyphert**

**6414 Ridge Rd**
**Cortland, OH 44410-9626**

Date or dates debt was incurred

Last 4 digits of account number __2385__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$435.20      $0.00

---

**2.540** | Priority creditor's name and mailing address

**Christopher Davis**

**23156 State Route 47**
**West Mansfield, OH 43358-9635**

Date or dates debt was incurred

Last 4 digits of account number __3894__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$584.72      $0.00

---

**2.541** | Priority creditor's name and mailing address

**Christopher Gallert**

**2125 Ramona Ln**
**Woodstock, MD 21163-1249**

Date or dates debt was incurred

Last 4 digits of account number __1578__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$185.30      $0.00

---

**2.542** | Priority creditor's name and mailing address

**Christopher Jarvis**

**3020 River Glen Dr**
**Austinburg, OH 44010-9790**

Date or dates debt was incurred

Last 4 digits of account number __7491__
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (__7__)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$244.29      $0.00

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.39 | $0.00 |
|---|---|---|---|---|

**Christopher Johnston**

**11558 Parkview Dr SW**
**Stoutsville, OH 43154-9779**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1246**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Christopher Kim**

**1455 Telegraph Rd**
**Rising Sun, MD 21911-2022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2029**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $624.50 | $0.00 |
|---|---|---|---|---|

**Christopher Lesniak**

**10 Lake Forest Dr**
**Elkton, MD 21921-7636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $505.84 | $0.00 |
|---|---|---|---|---|

**Christopher Reed**

**3334 Luli Rd**
**Mogadore, OH 44260-9444**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1624**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,150.22 | $0.00 |

**Christopher Smeiles**

5286 Cline Rd
Kent, OH 44240-7015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1379**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.24 | $0.00 |

**Christopher Titus**

11617 Wright Rd
Berlin Heights, OH 44814-9629

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1567**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |

**Christopjer Hunsinger**

1596 Deer Creek Rd
Shrewsbury Township, PA 17349-

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6825**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,060.97 | $0.00 |

**Chuch Ploskunak**

46945 Stewart Rd
New London, OH 44851-9642

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8015**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.75   $0.00 |

**Chuck Cantalamessa**

**144 Clark King Rd**
**Farmington, PA 15437-1018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5116**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| | | | |
|---|---|---|---|
| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $821.27   $0.00 |

**Church Of Christ**
**Sojourner Bradmon**
**1863 Jefferson Rd**
**Rices Landing, PA 15357-1165**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1277**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| | | | |
|---|---|---|---|
| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.94   $0.00 |

**Cindy & Eric Andrews**

**7350 County Road 175**
**Bellevue, OH 44811-8714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5103**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| | | | |
|---|---|---|---|
| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34   $0.00 |

**Cindy & Jerry Lower**

**3001 Adams Rd**
**Kingsville, OH 44048-7751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1831**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |

**Cindy Cole & Tom Swank**

**2000 Van Pelt Rd**
**Geneva, OH 44041-9011**

Date or dates debt was incurred

Last 4 digits of account number **1971**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.28 | $0.00 |

**Cindy Franks**

**1 Pumpkin Run**
**Rices Landing, PA 15357**

Date or dates debt was incurred

Last 4 digits of account number **8623**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.12 | $0.00 |

**Cindy Howell**

**23 Sunnyside Dr**
**Port Deposit, MD 21904-1675**

Date or dates debt was incurred

Last 4 digits of account number **1798**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.40 | $0.00 |

**Cindy Nethers**

**7588 Reform Rd**
**Newark, OH 43055-9120**

Date or dates debt was incurred

Last 4 digits of account number **0709**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.63 | $0.00 |
|---|---|---|---|---|

**2.559** Priority creditor's name and mailing address

**Cindy Suszynski**

**9861 Cutts Rd**
**Chardon, OH 44024-9181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$486.63    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4839**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.560** Priority creditor's name and mailing address

**Clarence Cronin**

**4081 Township Road 289**
**Hammondsville, OH 43930-7956**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,323.03    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7610**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.561** Priority creditor's name and mailing address

**Clarence Fracker**

**12845 Hamby Hill Rd**
**Frazeysburg, OH 43822-9325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$472.86    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6653**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.562** Priority creditor's name and mailing address

**Claude Doering**

**11660 Holshoe Rd**
**Homerville, OH 44235-9774**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,233.86    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **463**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

**2.563** Priority creditor's name and mailing address

**Claude Foster**

**10320 Johnstown Rd**
**New Albany, OH 43054-9751**

Date or dates debt was incurred

Last 4 digits of account number **0631**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.09**   **$0.00**

---

**2.564** Priority creditor's name and mailing address

**Clayton Stackpole**

**1170 Aberagg Rd**
**Atwater, OH 44201-9743**

Date or dates debt was incurred

Last 4 digits of account number **5953**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$237.92**   **$0.00**

---

**2.565** Priority creditor's name and mailing address

**Clifford Horn**

**2997 Fitchville Rich Rd**
**Wakeman, OH 44889**

Date or dates debt was incurred

Last 4 digits of account number **5049**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$53.72**   **$0.00**

---

**2.566** Priority creditor's name and mailing address

**Clint Williams**

**2627 Lester Rd**
**Medina, OH 44256-9477**

Date or dates debt was incurred

Last 4 digits of account number **2907**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$314.67**   **$0.00**

| 2.567 | Priority creditor's name and mailing address **Clinton Rice** 23920 N Darby Coe Rd Milford Center, OH 43045-9775 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$107.19** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1500** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.568 | Priority creditor's name and mailing address **Clyde & Kelly Larsen** 2946 County Road 43 Steubenville, OH 43952-7038 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$510.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **0895** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.569 | Priority creditor's name and mailing address **Clyde Brady** 18709 Gifford Rd Wellington, OH 44090-8912 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$122.06** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4860** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.570 | Priority creditor's name and mailing address **Clyde Hamilton** 992 Route 307 E Jefferson, OH 44047 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$80.75** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6642** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $823.06 | $0.00 |
|---|---|---|---|---|

**Codey Myers**

**3250 Payne Thompson Rd**
**London, OH 43140-9363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5687**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.75 | $0.00 |
|---|---|---|---|---|

**Cody Freeman**

**104 Old Brick Rd**
**Petrolia, PA 16050-1821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6307**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |
|---|---|---|---|---|

**Cody Osborne**

**43839 State Route 162**
**Spencer, OH 44275-9401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1122**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**Cole & Brittany Peters**

**12159 Taylor Wells Rd**
**Chardon, OH 44024-7902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6823**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.86 | $0.00 |
|---|---|---|---|---|

**Colin Carr**

**264 Arthur Ave**
**Port Deposit, MD 21904-1237**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9646**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.28 | $0.00 |
|---|---|---|---|---|

**Colin Earles**

**5050 Pinedale St NE**
**Hartville, OH 44632-9347**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0376**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.64 | $0.00 |
|---|---|---|---|---|

**Colleen O'Brien**

**3925 Stroup Rd**
**Rootstown, OH 44272-9503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $755.06 | $0.00 |
|---|---|---|---|---|

**Collier Squire**

**328 Hances Point Rd**
**North East, MD 21901-5333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3195**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 145 of 689

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.55 | $0.00 |
| --- | --- | --- | --- | --- |

**Collin Randolph**

103 Lilac Ln
Renfrew, PA 16053-9331

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9151**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.25 | $0.00 |
| --- | --- | --- | --- | --- |

**Connie Plants**

432 Vance Station Rd
Washington, PA 15301-3124

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5913**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.59 | $0.00 |
| --- | --- | --- | --- | --- |

**Connie Seidl-Briney**

2314 Alden Ln
Linesville, PA 16424-2952

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6751**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

---

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.27 | $0.00 |
| --- | --- | --- | --- | --- |

**Constantinos Kleopa**

11505 Blue Flame Ct
Clarksville, MD 21029-1817

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2605**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Software Copyright (c) 2022 CINGroup - www.cincompass.com

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 146 of 689

| 2.583 | Priority creditor's name and mailing address **Corey & Mindy Fazio** | As of the petition filing date, the claim is: | $836.49 | $0.00 |

**Corey & Mindy Fazio**

**628 County Road 312**
**Bellevue, OH 44811-9027**

_____
Date or dates debt was incurred

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Last 4 digits of account number **8749**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

**$836.49**    **$0.00**

---

| 2.584 | Priority creditor's name and mailing address |

**Corey Snider**

**185 Mountain Top Ln**
**New Cumberland, WV 26047-4142**

_____
Date or dates debt was incurred

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Last 4 digits of account number **2599**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

**$825.18**    **$0.00**

---

| 2.585 | Priority creditor's name and mailing address |

**Corley**

**2124 Riverview Rd**
**Essex, MD 21221-6514**

_____
Date or dates debt was incurred

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Last 4 digits of account number **1673**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

**$837.68**    **$0.00**

---

| 2.586 | Priority creditor's name and mailing address |

**Cornelia Mihaila**

**12061 Hotchkiss Rd**
**Burton, OH 44021-8701**

_____
Date or dates debt was incurred

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Last 4 digits of account number **0782**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

**$225.00**    **$0.00**

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 147 of 689

| | | |
|---|---|---|
| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |

**2.587** Priority creditor's name and mailing address

**Corwin Stahler**

**10167 Malibu Rd NE**
**Minerva, OH 44657-9750**

As of the petition filing date, the claim is: **$0.51**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8465**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.588** Priority creditor's name and mailing address

**Cory & Megan Pasco**

**2688 State Route 225**
**Deerfield, OH 44411-8742**

As of the petition filing date, the claim is: **$143.23**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1803**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.589** Priority creditor's name and mailing address

**Cory Keeder**

**9943 State Route 43**
**Amsterdam, OH 43903-7916**

As of the petition filing date, the claim is: **$59.08**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6557**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.590** Priority creditor's name and mailing address

**Courtney Boggs**

**11027 Snyder Church Rd NW**
**Baltimore, OH 43105-9645**

As of the petition filing date, the claim is: **$161.08**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0972**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 148 of 689

| 2.591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.29 | $0.00 |
|---|---|---|---|---|
| | **Craig & Christine Barker** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1229 Baldwin Mill Rd** | ☐ Unliquidated | | |
| | **Jarrettsville, MD 21084-1907** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7140** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No<br>☐ Yes | | |

| 2.592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.41 | $0.00 |
|---|---|---|---|---|
| | **Craig Azevedo** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **11 Debra Dr** | ☐ Unliquidated | | |
| | **Bear, DE 19701-1764** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2531** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No<br>☐ Yes | | |

| 2.593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.73 | $0.00 |
|---|---|---|---|---|
| | **Craig Balogh** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **3093 Schweitzer Rd** | ☐ Unliquidated | | |
| | **Rock Creek, OH 44084-9504** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1616** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No<br>☐ Yes | | |

| 2.594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.00 | $0.00 |
|---|---|---|---|---|
| | **Craig Findling** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **4246 Avalon Rd NW** | ☐ Unliquidated | | |
| | **Carrollton, OH 44615-9329** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **907** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ☑ No<br>☐ Yes | | |

| 2.595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.23 | $0.00 |
|---|---|---|---|---|

**Craig Harrison**

2114 Poteet Rd
Forest Hill, MD 21050-1123

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2467**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $955.06 | $0.00 |
|---|---|---|---|---|

**Craig Kerns**

13164 Cherry Ln
Millersport, OH 43046-9756

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6144**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.11 | $0.00 |
|---|---|---|---|---|

**Craig Lehman**

133 Crawford Ln
Rostraver, PA 15012-3706

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9095**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,384.42 | $0.00 |
|---|---|---|---|---|

**Craig Meiller**

591 Hilton Ave
Catonsville, MD 21228-5816

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4473**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 150 of 689

| 2.599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.62 | $0.00 |
|---|---|---|---|---|

**Craig Miller**

3109 Murdock Rd
Cedarville, OH 45314-9447

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7329**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Craig Mitchell**

11808 Genet Dr
Doylestown, OH 44230-9102

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1366**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.64 | $0.00 |
|---|---|---|---|---|

**Craig Powley**

17475 Burkhart Rd
Dalton, OH 44618-9469

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1313**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.09 | $0.00 |
|---|---|---|---|---|

**Craig Shivley**

2841 E Orange Rd
Lewis Center, OH 43035-9302

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4921**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.12 | $0.00 |
|---|---|---|---|---|

**Craig Wendt**

3857 County Road 74
Elmore, OH 43416-9608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4055**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,454.38 | $0.00 |
|---|---|---|---|---|

**Craig Whitlatch**

885 Day Rd
West Finley, PA 15377-2709

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6298**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,738.78 | $0.00 |
|---|---|---|---|---|

**Crucible Volunteer Fire Dept.**

117 E First St
Crucible, PA 15325

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4774**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.49 | $0.00 |
|---|---|---|---|---|

**Crystal Frye**

120 Dividing Ridge Rd
Graysville, PA 15337-3024

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5571**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 152 of 689

| 2.607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|---|---|---|---|---|

**Crystal Hamalainen**

**1019 Perry Rd**
**Jefferson, OH 44047-9761**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5551**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.58 | $0.00 |
|---|---|---|---|---|

**Crystal Harris**

**121 Dale Dr**
**Fawn Grove, PA 17321-9398**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4958**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.58 | $0.00 |
|---|---|---|---|---|

**Crystal Lee**

**8031 Freedom Rd**
**Windham, OH 44288-9504**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $503.37 | $0.00 |
|---|---|---|---|---|

**Curt Rowland**

**20241 Shirk Rd**
**Marysville, OH 43040-8855**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9066**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.611 | Priority creditor's name and mailing address<br>**Curt Scott**<br><br>**1671 N Galena Rd**<br>**Sunbury, OH 43074-8359** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $775.37 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1907**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.612 | Priority creditor's name and mailing address<br>**Curtis Dixon**<br><br>**78 Ridge Rd**<br>**Carnegie, PA 15106-1520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $442.09 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **6845**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.613 | Priority creditor's name and mailing address<br>**Curtis Dorton**<br><br>**19485 New Gottengen Rd**<br>**Salesville, OH 43778-9642** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $462.40 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **5206**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.614 | Priority creditor's name and mailing address<br>**Curtis Geib**<br><br>**6050 Bossler Rd**<br>**Elizabethtown, PA 17022-9587** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $552.42 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **4362**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $441.32 | $0.00 |
|---|---|---|---|---|

**Curtis Morris**

**1230 Enterprise Rd**
**Grove City, PA 16127-6210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9569**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.45 | $0.00 |
|---|---|---|---|---|

**Cynthia & Mark Holy**

**14545 Aquilla Rd**
**Burton, OH 44021-9559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6542**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Cynthia Friend**

**730 Jacksontown Rd**
**Heath, OH 43056-9376**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **335**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.22 | $0.00 |
|---|---|---|---|---|

**Cynthia White**

**8 Westbridge Rd**
**Bear, DE 19701-1615**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3600**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 155 of 689

| 2.619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.35 | $0.00 |
|---|---|---|---|---|

**Dale & Barbara Martin**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**18763 West Rd**
**Wellington, OH 44090-9818**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **538**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.24 | $0.00 |
|---|---|---|---|---|

**Dale & Patricia McDonald**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**16509 Stagecoach Dr**
**Garrettsville, OH 44231-9571**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **75**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.51 | $0.00 |
|---|---|---|---|---|

**Dale Bair**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1939 Baum St SE**
**Canton, OH 44707-1150**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **365**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $283.73 | $0.00 |
|---|---|---|---|---|

**Dale Barns**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**6065 County Road 29**
**West Liberty, OH 43357-9321**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0103**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.79 | $0.00 |
|---|---|---|---|---|

**Dale Cowhick**

**999 County Road 601**
**Ashland, OH 44805-8918**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6853**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.00 | $0.00 |
|---|---|---|---|---|

**Dale Makay**

**3260 Cooper Foster Park Rd**
**Vermilion, OH 44089-2614**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1857**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.93 | $0.00 |
|---|---|---|---|---|

**Dale Montgomery**

**21 Montgomery Dam Rd**
**Grove City, PA 16127-6603**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8415**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Dale Ridenour**

**123 Hoursehoe Ddr W**
**Bruceton Mills, WV 26525**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7676**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.93 | $0.00 |
|-------|-----|-----|-----|-----|

**Dale Wells**

13 Smallwood St
Eighty Four, PA 15330-2841

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2197**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.80 | $0.00 |
|-------|-----|-----|-----|-----|

**Dale Wilson**

12594 Pine Ln
Cambridge, OH 43725-8206

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8253**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.09 | $0.00 |
|-------|-----|-----|-----|-----|

**Dale Wray**

19687 Springdale Rd
Marysville, OH 43040-9420

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6411**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.49 | $0.00 |
|-------|-----|-----|-----|-----|

**Dallas Airmotive, Inc**
**Dorothy**
650 Airport Rd
Washington, PA 15301-9087

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0185**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 158 of 689

| 2.631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.57 | $0.00 |

**Dallas E. Perkins**

**56 Perkins Ln**
**Burgettstown, PA 15021-9595**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2797**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.44 | $0.00 |

**Dan & Annette M. Newland**

**11905 Strecker Rd**
**Bellevue, OH 44811-9627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7222**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,660.31 | $0.00 |

**Dan & Lyn Schaefer**

**2795 Hartville Rd**
**Rootstown, OH 44272-9659**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2069**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.05 | $0.00 |

**Dan Abell**

**8141 Oxbow Rd**
**Westerville, OH 43082-9447**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8167**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$330.91** | **$0.00** |
|---|---|---|---|---|

**Dan Biddle**

7974 Sidley Rd
Thompson, OH 44086-9536

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3030**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,025.19** | **$0.00** |
|---|---|---|---|---|

**Dan Bour**

775 S County Road 17
Tiffin, OH 44883-9730

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0795**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$67.07** | **$0.00** |
|---|---|---|---|---|

**Dan Cheyney**

3636 Crater Rd
Wooster, OH 44691-8558

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4659**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$432.99** | **$0.00** |
|---|---|---|---|---|

**Dan Colopy**

9710 Butcher Rd
Mount Vernon, OH 43050-9428

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6078**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Dan Ditomaso**

167 Creek Rd
Glen Mills, PA 19342-1636

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3134**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $805.97 | $0.00 |

**Dan Fulton**

12000 Black Diamond Rd
Doylestown, OH 44230-9726

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3804**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.92 | $0.00 |

**Dan Heyne**

24460 State Route 739
Raymond, OH 43067-9748

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3804**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,137.22 | $0.00 |

**Dan Kwiatkoski**

56 Kaufman Rd
Gibsonia, PA 15044-7950

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6911**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.69 | $0.00 |

**Dan McConnell**
**McConnell Funeral Home**
**447 Pine St**
**Hookstown, PA 15050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8386**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.09 | $0.00 |

**Dan Spilsbury**

**101 Zeigler Rd**
**Rochester, PA 15074-2736**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3130**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.31 | $0.00 |

**Dan Stutzman**

**17217 Huntley Rd**
**Windsor, OH 44099-9604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3518**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.75 | $0.00 |

**Dan Zahler**

**9428 Shadow Hill Trl**
**Chesterland, OH 44026-2360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8087**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 162 of 689

---

| 2.647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.74 | $0.00 |

**Danel Couch**

**4625 Jacobs Ladder Rd SW**
**Lancaster, OH 43130-8580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6503**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.42 | $0.00 |

**Daniel & Donna Doerfer**

**1914 Wilson Point Rd**
**Middle River, MD 21220-5432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9481**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |

**Daniel & Greta Williams**

**11203 Darrow Rd**
**Vermilion, OH 44089-9353**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1762**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.50 | $0.00 |

**Daniel & Janette Decker, Jr.**

**4972 Schramling Rd**
**Pierpont, OH 44082-9712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **592**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.85 | $0.00 |
|---|---|---|---|---|

**Daniel & Katelin Rice**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2031 Marion Cardington Rd E**
**Marion, OH 43302-8243**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1066**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $0.00 |
|---|---|---|---|---|

**Daniel & Stacy Simonsen**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**7259 Richardson Rd**
**Conneaut, OH 44030-8723**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0867**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.92 | $0.00 |
|---|---|---|---|---|

**Daniel & Susan Orr**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1135 Dunsinane Hill Rd**
**Chester Springs, PA 19425**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7945**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.16 | $0.00 |
|---|---|---|---|---|

**Daniel Bontrager, Jr.**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5815 Ensign Rd**
**West Farmington, OH 44491-9721**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5329**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.75 | $0.00 |
|---|---|---|---|---|

**Daniel Burkholder**

**321 Slightown Rd**
**New Alexandria, PA 15670-2775**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3362**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,218.42 | $0.00 |
|---|---|---|---|---|

**Daniel C. Miller**

**11860 Kile Rd**
**Chardon, OH 44024-9592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0694**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $851.28 | $0.00 |
|---|---|---|---|---|

**Daniel Cermak**

**724 Township Road 119**
**Dillonvale, OH 43917-7914**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7997**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.82 | $0.00 |
|---|---|---|---|---|

**Daniel Corrigan**

**40 Fawn Valley Dr**
**Elkton, MD 21921-1754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5990**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.22 | $0.00 |

**Daniel D. Miller**

**15424 Tavern Rd**
**Burton, OH 44021-9673**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2555**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.35 | $0.00 |

**Daniel Foster**

**325 Hillcrest Dr**
**New Cumberland, PA 17070-3035**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0867**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $587.61 | $0.00 |

**Daniel France**

**6701 Miller Paul Rd**
**Westerville, OH 43082-9588**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9372**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.78 | $0.00 |

**Daniel Groff**

**6132 Elizabethtown Rd**
**Manheim, PA 17545-8382**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7160**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.663 | Priority creditor's name and mailing address | |

**Daniel H. & Michelle Reese**

**49816 Pancake Clarkson Rd**
**Negley, OH 44441-9700**

As of the petition filing date, the claim is: **$19.81** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6554**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.664 | Priority creditor's name and mailing address | |

**Daniel Hershberger**

**7939 Orangeville Kinsman Rd**
**Kinsman, OH 44428-9532**

As of the petition filing date, the claim is: **$120.87** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1322**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.665 | Priority creditor's name and mailing address | |

**Daniel Hoffman**

**1230 Nancy Ave**
**Espyville, PA 16424-3842**

As of the petition filing date, the claim is: **$1,015.50** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2962**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.666 | Priority creditor's name and mailing address | |

**Daniel Jenkins**

**9428 Barrows Rd**
**Huron, OH 44839-9157**

As of the petition filing date, the claim is: **$706.44** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6773**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |
|---|---|---|---|---|

**Daniel Kehres**

7807 Parker Rd
Castalia, OH 44824-9365

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6374**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.22 | $0.00 |
|---|---|---|---|---|

**Daniel Keithley**

804 Shawnee Brooke Dr
Havre de Grace, MD 21078-1800

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5290**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.29 | $0.00 |
|---|---|---|---|---|

**Daniel Kenney**

3212 Sudath Ln
Jarrettsville, MD 21084-1736

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3107**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $890.29 | $0.00 |
|---|---|---|---|---|

**Daniel Kolopajlo**

631 Township Road 391
Toronto, OH 43964-6916

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2395**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $820.25 | $0.00 |
|---|---|---|---|---|

**Daniel Leach**

**8192 TOWNLINE RD**
**BUNDYSBURG RD**
**Windsor, OH 44099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5181**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,488.01 | $0.00 |
|---|---|---|---|---|

**Daniel Macatee**

**807 Saint Ann Dr**
**Street, MD 21154-1654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4428**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.99 | $0.00 |
|---|---|---|---|---|

**Daniel Markiewicz**

**171 Walnut Rd**
**Acme, PA 15610-1301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7061**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

| 2.674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.24 | $0.00 |
|---|---|---|---|---|

**Daniel Miller**

**3899 Oak Harbor Rd**
**Fremont, OH 43420-9381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6116**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☒ No
☐ Yes

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 169 of 689

| 2.675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.70 | $0.00 |
|---|---|---|---|---|

**Daniel Miller**

**3686 Rice Rd**
**Orwell, OH 44076-9715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7193**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.73 | $0.00 |
|---|---|---|---|---|

**Daniel Min**

**1711 Ashton Rd**
**Ashton, MD 20861-3335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1328**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.89 | $0.00 |
|---|---|---|---|---|

**Daniel Nye**

**8883 County Road 10**
**New Riegel, OH 44853-9717**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2694**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $961.27 | $0.00 |
|---|---|---|---|---|

**Daniel O'Donnell**

**1731 Chapel Rd**
**Jefferson, OH 44047-9704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7179**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.86 | $0.00 |
|---|---|---|---|---|

**Daniel Schade**

**7947 Brandywine Rd**
**Northfield, OH 44067-2803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **54**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $705.16 | $0.00 |
|---|---|---|---|---|

**Daniel Simms**

**47531 Bell School Rd**
**East Liverpool, OH 43920-9793**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1478**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,321.92 | $0.00 |
|---|---|---|---|---|

**Daniel Tighe**

**16838 Tighe Rd**
**Linesville, PA 16424-7032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1452**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $584.46 | $0.00 |
|---|---|---|---|---|

**Daniel Troyer**

**17194 Farmington Rd**
**West Farmington, OH 44491-9622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1589**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.01 | $0.00 |

**2.683** Priority creditor's name and mailing address

**Daniel Weller**

**4100 Walnut Grove Rd**
**Taneytown, MD 21787-1311**

Date or dates debt was incurred

Last 4 digits of account number **4555**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$149.01**   **$0.00**

---

**2.684** Priority creditor's name and mailing address

**Daniel Williams**

**38 Cedar View Ln**
**Uniontown, PA 15401-5080**

Date or dates debt was incurred

Last 4 digits of account number **5124**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$904.40**   **$0.00**

---

**2.685** Priority creditor's name and mailing address

**Daniel Wimer**

**1000 W Liberty Rd**
**Slippery Rock, PA 16057-4316**

Date or dates debt was incurred

Last 4 digits of account number **9175**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,020.00**   **$0.00**

---

**2.686** Priority creditor's name and mailing address

**Daniel Winiger**

**12660 County Road 153**
**East Liberty, OH 43319-9431**

Date or dates debt was incurred

Last 4 digits of account number **8727**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$256.36**   **$0.00**

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,068.54 | $0.00 |

**Daniel Wolfgang**

**2940 State Route 193 N**
**Jefferson, OH 44047-8461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **4736**     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.17 | $0.00 |

**Danielle Dheel**

**6040 Cedar Valley Rd**
**Burbank, OH 44214-9520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3314**     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.93 | $0.00 |

**Danny & Kimberly Waddle**

**8010 Stemen Rd**
**Pickerington, OH 43147-9426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3202**     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.71 | $0.00 |

**Danny Budd**

**371 Leisenring Vanderbilt Rd**
**Vanderbilt, PA 15486-1019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **2418**     Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| 2.691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.50 | $0.00 |
| --- | --- | --- | --- | --- |

**Danny Byas**

7345 Havens Rd
Blacklick, OH 43004-9551

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9719**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Danny Dejak**

1900 Stumpville Rd
Jefferson, OH 44047-9627

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3669**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,767.80 | $0.00 |
| --- | --- | --- | --- | --- |

**Danny Donawitz**

137 Hardman Ln
New Brighton, PA 15066-4015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.21 | $0.00 |
| --- | --- | --- | --- | --- |

**Danny Thomas**

13737 Forest Dr
Marshallville, OH 44645-9748

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6617**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| | | |
|---|---|---|
| 2.695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.92 | $0.00 |

2.695 Priority creditor's name and mailing address

**Danny Weaver**

**16 Weaver Ln**
**Scenery Hill, PA 15360**

As of the petition filing date, the claim is: **$46.92** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3051**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.696 Priority creditor's name and mailing address

**Darin Dooley**

**7547 State Route 366**
**Russells Point, OH 43348-9633**

As of the petition filing date, the claim is: **$141.27** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7714**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.697 Priority creditor's name and mailing address

**Dariush Kochesfahani**

**5 Louis Edward Ct**
**Cockeysville, MD 21030-1518**

As of the petition filing date, the claim is: **$139.57** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9083**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.698 Priority creditor's name and mailing address

**Darrell Huff**

**743 Chickamauga Dr**
**Harpers Ferry, WV 25425-3633**

As of the petition filing date, the claim is: **$677.71** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5824**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

| 2.699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $592.96 | $0.00 |

**Darrell Moses**

10121 Madison Rd
Montville, OH 44064-9707

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0831**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.08 | $0.00 |

**Darrell Smallwood**

10516 Frailey Rd
Berlin Heights, OH 44814-9340

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6439**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,309.60 | $0.00 |

**Darren & Kimberly Weiner**

9454 Baker Rd
Saint Louisville, OH 43071-9786

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4689**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $352.75 | $0.00 |

**Darren Fansler**

3121 Willow Rd
Springfield, OH 45502-7511

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1439**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $93.08 | $0.00 |
| --- | --- | --- | --- | --- |

**Darren Hart**

388 Pylesville Rd
Pylesville, MD 21132-1326

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1899**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $98.35 | $0.00 |
| --- | --- | --- | --- | --- |

**Darren Meredith**

577 W Twinsburg Rd
Northfield, OH 44067-2869

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4671**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
| --- | --- | --- | --- | --- |

**Darryl Dennison**

9750 Sidle Rd
Nashport, OH 43830-9785

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6211**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
| --- | --- | --- | --- | --- |

**Darryl Nelson**

4783 Arlington Dr
Sykesville, MD 21784-8303

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7599**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.50 | $0.00 |
|-------|---|---|---|---|

**Darryl Valencic**

200 Chubbic Rd
Canonsburg, PA 15317-5105

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0849**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.47 | $0.00 |
|-------|---|---|---|---|

**Daryl Victor**

3410 Pavonia North Rd
Mansfield, OH 44903-9482

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5261**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.38 | $0.00 |
|-------|---|---|---|---|

**Dave & Dair Smith**

8606 Waterloo Eastern Rd
Canal Winchester, OH 43110-9220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5092**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|-------|---|---|---|---|

**Dave & Lynn Kintz**

5385 Briggle Ave SW
East Sparta, OH 44626-9714

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6326**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.56 | $0.00 |
|---|---|---|---|---|

**Dave Cashdollar**

**283 Moninger Rd**
**Washington, PA 15301-6455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0863**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.712 | Priority creditor's name and mailing address | | $125.55 | $0.00 |

**Dave Coe**

**3667 Schaub Rd**
**Seville, OH 44273-9749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5281**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.713 | Priority creditor's name and mailing address | | $678.81 | $0.00 |

**Dave Durben**

**3850 Geiger Rd NE**
**Millersport, OH 43046-9506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7041**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.714 | Priority creditor's name and mailing address | | $762.37 | $0.00 |

**Dave Ebie**

**1632 Ben Fulton Rd**
**North Lawrence, OH 44666-9722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0797**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,253.41 | $0.00 |
|---|---|---|---|---|

**Dave Glazier**

**1002 Melvin Rd**
**Annapolis, MD 21403-1333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8133**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,363.91 | $0.00 |
|---|---|---|---|---|

**Dave James**

**1402 County Road 103**
**Belle Center, OH 43310-9524**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4421**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.40 | $0.00 |
|---|---|---|---|---|

**Dave Kimmell**

**36 Murray Dr**
**Fredonia, PA 16124-2710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7758**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.77 | $0.00 |
|---|---|---|---|---|

**Dave Kiser**

**4338 Schneiders Crossing Rd NW**
**Dover, OH 44622-7097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0917**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 180 of 689

| 2.719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $515.95 | $0.00 |
|---|---|---|---|---|
| | **Dave Marcin** | ☐ Contingent | | |
| | **1142 Choptank Rd**<br>**Middletown, DE 19709-9760** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number __1192__ | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $153.77 | $0.00 |
|---|---|---|---|---|
| | **Dave McDonald** | ☐ Contingent | | |
| | **9907 Immel Ave**<br>**Louisville, OH 44641-9711** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number __9381__ | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.34 | $0.00 |
|---|---|---|---|---|
| | **Dave Ritchie** | ☐ Contingent | | |
| | **78560 Kinsey Orchard Rd**<br>**Freeport, OH 43973-9030** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number __3694__ | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $19.47 | $0.00 |
|---|---|---|---|---|
| | **Dave Saxton** | ☐ Contingent | | |
| | **7782 State Route 559**<br>**Middleburg, OH 43336** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number __1473__ | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| | | |
|---|---|---|
| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$446.08** $0.00 |

2.723 | Priority creditor's name and mailing address

**Dave Smerecziak**

**233 Pump Station Rd**
**Clarksville, PA 15322-6325**

Date or dates debt was incurred

Last 4 digits of account number **1577**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$446.08**     $0.00

---

2.724 | Priority creditor's name and mailing address

**Dave Tiber**

**13039 Claridon Troy Rd**
**Burton, OH 44021-9533**

Date or dates debt was incurred

Last 4 digits of account number **1857**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$2,775.34**     $0.00

---

2.725 | Priority creditor's name and mailing address

**Dave Viola**

**13945 Chambers Rd**
**Sunbury, OH 43074-9271**

Date or dates debt was incurred

Last 4 digits of account number **3834**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$653.31**     $0.00

---

2.726 | Priority creditor's name and mailing address

**David & Betty Detweiler**

**6025 Old State Rd**
**West Farmington, OH 44491-8739**

Date or dates debt was incurred

Last 4 digits of account number **6093**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$19.04**     $0.00

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.09 | $0.00 |
|---|---|---|---|---|

**David & Debra Frederick**

**5183 State Route 167 W**
**Pierpont, OH 44082-9799**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5185**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $366.61 | $0.00 |
|---|---|---|---|---|

**David & Diane McNutt**

**2015 Avalon Rd NW**
**Carrollton, OH 44615-9216**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7882**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.72 | $0.00 |
|---|---|---|---|---|

**David & Janet Bender**

**699 W County Road 73**
**Fremont, OH 43420-9608**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7719**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|---|---|---|---|---|

**David & Joanne Moyer**

**12340 Duncan Plains Rd**
**Johnstown, OH 43031-9314**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1366**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 183 of 689

| 2.731 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$299.97** | **$0.00** |
|-------|---|---|---|---|

**David & Patty Fairchild**

7200 Church Rd
West Liberty, OH 43357-9600

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2488**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.732 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$32.98** | **$0.00** |
|-------|---|---|---|---|

**David & Sharon Wilkoski**

14567 Croton Rd
Centerburg, OH 43011-9320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1981**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.733 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$363.04** | **$0.00** |
|-------|---|---|---|---|

**David Adrian**

13770 Chardon Windsor Rd
Chardon, OH 44024-8980

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8051**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.734 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,104.75** | **$0.00** |
|-------|---|---|---|---|

**David Anderson**

10972 Shadowood Dr
Newbury, OH 44065-9742

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6872**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.60 | $0.00 |

**David Auerbach**

**2633 Pot Spring Rd**
**Timonium, MD 21093-2733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0474**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $964.16 | $0.00 |

**David Banal**

**7755 State Route 150**
**Dillonvale, OH 43917-6918**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1215**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $781.07 | $0.00 |

**David Barton**

**14627 Painesville-Warren Road**
**Rte # 86**
**Thompson, OH 44086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7108**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.56 | $0.00 |

**David Bitterman**

**14965 Stillwell Rd**
**Chardon, OH 44024-8500**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4791**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.739 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**David Bodo**

**7979 Satin Rd NE**
**Mechanicstown, OH 44651-9038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5285**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.740 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.40 | $0.00 |
|---|---|---|---|---|

**David Borkholder**

**7770 S Girdle Rd**
**Middlefield, OH 44062-9337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0624**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.741 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.02 | $0.00 |
|---|---|---|---|---|

**David Bricker**

**7925 Parkman Mespo Rd**
**Middlefield, OH 44062-9329**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1102**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.742 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.01 | $0.00 |
|---|---|---|---|---|

**David Brickley**

**2510 Holtz Rd**
**Shelby, OH 44875-9337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3928**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.34 | $0.00 |
|---|---|---|---|---|

**David Bullard**

1603 Marlynn Ln
Bel Air, MD 21014-5948

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7859**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.15 | $0.00 |
|---|---|---|---|---|

**David Buscher**

5673 Chambliss Dr
Clarksville, MD 21029-1131

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4854**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.13 | $0.00 |
|---|---|---|---|---|

**David Byler**

9150 Ely Rd
Garrettsville, OH 44231-9615

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5169**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.01 | $0.00 |
|---|---|---|---|---|

**David Carter**

7283 Thackery Rd
Springfield, OH 45502-8937

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2658**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.83 | $0.00 |
|---|---|---|---|---|

**David Chung**

1337 Blue Mount Rd
Monkton, MD 21111-1229

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1973**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.65 | $0.00 |
|---|---|---|---|---|

**David Cole**

1478 Oak Forest Rd
Waynesburg, PA 15370-7331

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9608**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $811.33 | $0.00 |
|---|---|---|---|---|

**David Coon**

7620 Stuckey Dr
Conneaut, OH 44030-3168

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8038**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,017.54 | $0.00 |
|---|---|---|---|---|

**David D. Keck**

5775 Township Road 466
Lakeville, OH 44638-9741

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4187**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $860.97 | $0.00 |
|---|---|---|---|---|

**David Daniels**

48 Monroe Dr
Sherrodsville, OH 44675

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9573**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.13 | $0.00 |
|---|---|---|---|---|

**David Dileonardo**

1288 Township Road 378
Steubenville, OH 43952-7990

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6948**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,119.11 | $0.00 |
|---|---|---|---|---|

**David Druckenmiller**

27 Langton Ln
Newtown Square, PA 19073-3015

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6201**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.06 | $0.00 |
|---|---|---|---|---|

**David E Smith**

44459 Crestview Rd
Columbiana, OH 44408-9527

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0794**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.12 | $0.00 |

2.755 Priority creditor's name and mailing address
**David E. Smith**

**3767 Middleton Rd**
**Columbiana, OH 44408-9597**

Date or dates debt was incurred

Last 4 digits of account number **584**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$23.12** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.756 Priority creditor's name and mailing address
**David E. Somerville**

**294 Miller Rd**
**Steubenville, OH 43952-7014**

Date or dates debt was incurred

Last 4 digits of account number **3359**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$544.60** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.757 Priority creditor's name and mailing address
**David E. Stoltzfus**

**5222 Ensign Rd**
**West Farmington, OH 44491-9718**

Date or dates debt was incurred

Last 4 digits of account number **2418**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$99.71** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.758 Priority creditor's name and mailing address
**David Eicher**

**18380 Hobart Rd**
**West Farmington, OH 44491-9614**

Date or dates debt was incurred

Last 4 digits of account number **7582**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$552.76** **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.759 | Priority creditor's name and mailing address **David Eubanks** 111 Old York Ct North East, MD 21901-4913 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $510.00    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **2585** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |
| 2.760 | Priority creditor's name and mailing address **David French** 23451 Bowman Rd Homeworth, OH 44634-9796 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,020.43    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **9139** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |
| 2.761 | Priority creditor's name and mailing address **David Gast** 9815 Kraft Hill Rd Perry Hall, MD 21128-9339 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $114.67    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **3489** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |
| 2.762 | Priority creditor's name and mailing address **David Gingerich** 11925 State Highway 198 Guys Mills, PA 16327-2543 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $552.50    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **9498** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.18 | $0.00 |
| --- | --- | --- | --- | --- |

**David Grayson**

**11595 Gore Orphanage Rd**
**Wakeman, OH 44889-9561**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **775**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,288.60 | $0.00 |
| --- | --- | --- | --- | --- |

**David H Bell**

**519 Merlin Rd**
**Phoenixville, PA 19460-2119**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2123**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.61 | $0.00 |
| --- | --- | --- | --- | --- |

**David Hamilton**

**551 Eris Rd**
**Urbana, OH 43078-8622**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7909**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.83 | $0.00 |
| --- | --- | --- | --- | --- |

**David Hartert**

**10 Millrace Ln**
**West Grove, PA 19390-9308**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3389**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.767 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | | $444.81 | $0.00 |

**David Heck**

5849 Charlyn Rd
Sykesville, MD 21784-9062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6534**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.768 | Priority creditor's name and mailing address | $764.92 | $0.00 |

**David Hefner**

405 Holly Ln
Morgantown, WV 26508-4890

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5864**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.769 | Priority creditor's name and mailing address | $1,767.66 | $0.00 |

**David Heilman**

4346 Lattasburg Rd
Wooster, OH 44691-9277

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5443**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.770 | Priority creditor's name and mailing address | $217.69 | $0.00 |

**David Hershman**

75801 Crab Orchard Rd
Freeport, OH 43973-8901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1543**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $615.74 | $0.00 |
|---|---|---|---|---|

**David Hilliker**

**101 Stone Ridge Trl**
**Clinton, PA 15026-1160**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6747**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.772 | Priority creditor's name and mailing address | | $850.00 | $0.00 |
|---|---|---|---|---|

**David Hoff**

**2457 Stoverstown Rd**
**Spring Grove, PA 17362-7822**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6477**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.773 | Priority creditor's name and mailing address | | $1,090.55 | $0.00 |
|---|---|---|---|---|

**David Holland**

**13660 Glen Valley Rd**
**Glen Rock, PA 17327-9119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3186**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.774 | Priority creditor's name and mailing address | | $423.73 | $0.00 |
|---|---|---|---|---|

**David Hubbard**

**13024 Elizabeth Trl**
**Chippewa Township, OH 44270-**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9561**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 194 of 689

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**David I. & Wanda Rice**

**2180 York St**
**Farmdale, OH 44417-9724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2230**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.78 | $0.00 |
|---|---|---|---|---|

**David Inkman**

**4216 Ijamsville Rd**
**Ijamsville, MD 21754-9512**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5175**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.20 | $0.00 |
|---|---|---|---|---|

**David Jones**

**161 Concord Church Rd**
**Baden, PA 15005-9643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6492**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.79 | $0.00 |
|---|---|---|---|---|

**David K. & Sheryl Smith**

**501 Waynesburg Rd**
**West Alexander, PA 15376-2312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2019**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $72.00 | $0.00 |
|---|---|---|---|---|

**David Kandel**

**9107 Yale Rd**
**Diamond, OH 44412-9727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1596**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $401.03 | $0.00 |
|---|---|---|---|---|

**David Kirkbride**

**10616 Smoke Rd SW**
**Pataskala, OH 43062-8637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **257**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.85 | $0.00 |
|---|---|---|---|---|

**David Lee**

**7655 E Township Road 122**
**Republic, OH 44867-9680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3880**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $138.55 | $0.00 |
|---|---|---|---|---|

**David Lenthe**

**7530 State Route 101 E**
**Clyde, OH 43410-9402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6307**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,449.90 | $0.00 |
|---|---|---|---|---|

**David Lett**

454 Stoney Battery Rd
Earleville, MD 21919-1037

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9463**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.55 | $0.00 |
|---|---|---|---|---|

**David Lukjanovs**

5250 Old Clifton Rd
Springfield, OH 45502-9432

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1664**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.99 | $0.00 |
|---|---|---|---|---|

**David Manning**

3333 Columbia Rd
Medina, OH 44256-9472

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8317**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $945.71 | $0.00 |
|---|---|---|---|---|

**David Mansberry**

220 First St
Brownfield, PA 15416

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0992**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.21 | $0.00 |
|---|---|---|---|---|

**David McClay**

**1648 Pleasant Grove Rd**
**Claysville, PA 15323-1043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5034**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.42 | $0.00 |
|---|---|---|---|---|

**David McGuinn**

**5 Violet Ln**
**Glen Mills, PA 19342-1725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3111**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $736.65 | $0.00 |
|---|---|---|---|---|

**David Miller**
**Bell View Chassis & More**
**417 Bellview Rd**
**Connellsville, PA 15425-6171**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4567**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,025.87 | $0.00 |
|---|---|---|---|---|

**David Miller**

**561 Honey Creek Rd**
**Bellville, OH 44813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0388**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 198 of 689

| | | |
|---|---|---|
| 2.791 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$448.04** | $0.00 |

**David Miller**

114 Geibel Rd
Fenelton, PA 16034-9002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$448.04**    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8621**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.792 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,012.44** | $0.00 |
|---|---|---|

**David Moyer**

2225 Warfield Dr
Forest Hill, MD 21050-1329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,012.44**    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0890**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.793 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$283.65** | $0.00 |
|---|---|---|

**David Ondrejko**

221 Glendale Rd
Oakland, MD 21550-7141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$283.65**    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1073**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.794 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$892.50** | $0.00 |
|---|---|---|

**David Paul**

4183 Lenox New Lyme Rd
Jefferson, OH 44047-9556

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$892.50**    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6259**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $142.38 | $0.00 |
| --- | --- | --- | --- | --- |
| | **David Pilat** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **15060 Stillwater Dr** | ☐ Unliquidated | | |
| | **Novelty, OH 44072-9580** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4919**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |
| --- | --- | --- | --- | --- |
| | **David Plummer** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **152 Prange Rd** | ☐ Unliquidated | | |
| | **West Grove, PA 19390-8917** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4467**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
| --- | --- | --- | --- | --- |
| | **David Price** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **14183 Osborne Ave NE** | ☐ Unliquidated | | |
| | **Alliance, OH 44601-9788** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1080**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,203.52 | $0.00 |
| --- | --- | --- | --- | --- |
| | **David Ramsey** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **255 Sutton Rd** | ☐ Unliquidated | | |
| | **Richmond, OH 43944-7833** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0263**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.799 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.37 | $0.00 |

**David Reeb**

619 W Old Liberty Rd
Sykesville, MD 21784-9006

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0829**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.800 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.15 | $0.00 |

**David Reed**

16272 Dunn Rd
East Liverpool, OH 43920-3915

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7027**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.801 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $501.33 | $0.00 |

**David Roberts**

305 Old Xenia Rd SE
London, OH 43140-8983

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1000**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.802 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.72 | $0.00 |

**David Royer**

3801 York Rd SW
Pataskala, OH 43062-8577

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8894**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,505.86 | $0.00 |

Priority creditor's name and mailing address

**David Schade**

**4000 W County Road 62**
**Bettsville, OH 44815**

_____

Date or dates debt was incurred

Last 4 digits of account number **1620**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.804 | | | $0.26 | $0.00 |

Priority creditor's name and mailing address

**David Schaefer**

**5711 Meyerfield Ct**
**Eldersburg, MD 21784-8579**

_____

Date or dates debt was incurred

Last 4 digits of account number **5547**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.805 | | | $170.00 | $0.00 |

Priority creditor's name and mailing address

**David Selko**

**19 Amy Brent Way**
**Reisterstown, MD 21136-4601**

_____

Date or dates debt was incurred

Last 4 digits of account number **1185**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.806 | | | $258.23 | $0.00 |

Priority creditor's name and mailing address

**David Shafer**

**103 Woodbury Dr**
**Woodsboro, MD 21798-8911**

_____

Date or dates debt was incurred

Last 4 digits of account number **1971**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
■ No
☐ Yes

| 2.807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.50 | $0.00 |
|---|---|---|---|---|

**David Shetler**

1973 Hague Rd
Orwell, OH 44076-9329

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6524**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.29 | $0.00 |
|---|---|---|---|---|

**David Shimmel**

8600 Seasons Rd
Streetsboro, OH 44241-5750

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **643**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.37 | $0.00 |
|---|---|---|---|---|

**David Sinsel**

3320 Pebble Beach Rd
Grove City, OH 43123-9504

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6104**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.41 | $0.00 |
|---|---|---|---|---|

**David Smith**

47373 Timber Run St
New Waterford, OH 44445-8715

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9509**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Software Copyright (c) 2022 CINGroup - www.cincompass.com

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 203 of 689

| 2.811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |

**David Smith**

**282 State Route 44**
**Hartville, OH 44632-9201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9825**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.36 | $0.00 |

**David Szymanski**

**2307 Columbia Rd**
**Brecksville, OH 44141-3840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2928**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.50 | $0.00 |

**David Tournoux**

**10044 Ravenna Ave**
**Louisville, OH 44641-9780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1363**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $782.85 | $0.00 |

**David Venglass**

**123 Mary Reed Rd**
**Baden, PA 15005-9614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2361**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $582.68 | $0.00 |
|---|---|---|---|---|

**David W. Stewart**

28 Colby St
Eighty Four, PA 15330-2842

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4654**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $775.88 | $0.00 |
|---|---|---|---|---|

**David Wengerd**

8365 Cox Rd
Windsor, OH 44099-9702

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6080**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.51 | $0.00 |
|---|---|---|---|---|

**David Wheeler**

15125 Bellepoint Rd
Ostrander, OH 43061-9512

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8606**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $240.30 | $0.00 |
|---|---|---|---|---|

**David Williamson**

785 Asbury Chapel Rd
Hopewell, OH 43746-9785

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2402**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 205 of 689

**2.819** | Priority creditor's name and mailing address

**David Willner**

**11910 Hunting Tweed Dr**
**Owings Mills, MD 21117-1527**

Date or dates debt was incurred

Last 4 digits of account number **5874**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:        **$663.17**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.820** | Priority creditor's name and mailing address

**Dawn Benson**

**3311 State Rd S**
**Ashtabula, OH 44004-9609**

Date or dates debt was incurred

Last 4 digits of account number **9832**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:         **$72.25**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.821** | Priority creditor's name and mailing address

**Dawn Fuller**

**6736 State Route 534**
**Windsor, OH 44099-8705**

Date or dates debt was incurred

Last 4 digits of account number **1509**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:         **$17.26**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.822** | Priority creditor's name and mailing address

**Dawn Hiob**

**2189 Amoss Mill Rd**
**Pylesville, MD 21132-1936**

Date or dates debt was incurred

Last 4 digits of account number **6823**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:       **$1,275.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.823** | Priority creditor's name and mailing address

**Dawn Ridenour**

**49718 State Route 18**
**Wellington, OH 44090-9796**

Date or dates debt was incurred

Last 4 digits of account number **8139**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$2.64    $0.00

---

**2.824** | Priority creditor's name and mailing address

**Dawn Rittner**

**12001 Morningstar Pl**
**Lovettsville, VA 20180-1927**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$2,113.44    $0.00

---

**2.825** | Priority creditor's name and mailing address

**Dean Bachelor**

**3420 W Point Rd SE # Raod**
**Lancaster, OH 43130-8697**

Date or dates debt was incurred

Last 4 digits of account number **7919**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$405.20    $0.00

---

**2.826** | Priority creditor's name and mailing address

**Dean Bolster**

**7300 Cascade Rd**
**Concord Township, OH**
**44077-9510**

Date or dates debt was incurred

Last 4 digits of account number **6680**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$625.69    $0.00

| 2.827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,591.54 | $0.00 |
|---|---|---|---|---|

**Dean Born**

**1898 Peru Center Rd N**
**Monroeville, OH 44847-9515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1594**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.19 | $0.00 |
|---|---|---|---|---|

**Dean Geber**

**2110 Harmony Woods Rd**
**Owings Mills, MD 21117-1644**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0941**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.12 | $0.00 |
|---|---|---|---|---|

**Dean Gholson**

**1520 State Route 29 NE**
**London, OH 43140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3858**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,462.17 | $0.00 |
|---|---|---|---|---|

**Dean Kallenborn**

**9706 Mount Eaton Rd Ste RTE 94**
**Marshallville, OH 44645-9749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9915**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 208 of 689

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,435.51 | $0.00 |
|---|---|---|---|---|

**Dean S. Smith**

**5237 Castleman Run Rd (RR1 Box 55)**
**Bethany, WV 26032-2105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4501**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.22 | $0.00 |
|---|---|---|---|---|

**Dean Smith**

**309 Vanderbilt Rd**
**Mansfield, OH 44904-8604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3452**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $853.15 | $0.00 |
|---|---|---|---|---|

**Debbie Eubanks**

**40 Lloyd Dr**
**North Lewisburg, OH 43060-9636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5059**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |
|---|---|---|---|---|

**Debbie Mason**

**9975 Loches Rd**
**St Louisville, OH 43071-9675**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2207**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 209 of 689

| 2.835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,206.32 | $0.00 |

**Debbie Powell**

**5668 Callahan Rd**
**Rome, OH 44085-9625**

Date or dates debt was incurred

Last 4 digits of account number **7337**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Debbie Smith**

**6781 S Salem Warren Rd**
**Canfield, OH 44406-9757**

Date or dates debt was incurred

Last 4 digits of account number **6878**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.95 | $0.00 |

**Debora Kohler**

**12783 Chalker Rd**
**West Farmington, OH 44491-9773**

Date or dates debt was incurred

Last 4 digits of account number **6616**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.45 | $0.00 |

**Deborah & Daniel Marquez**

**5877 Winchell Rd**
**Hiram, OH 44234-9785**

Date or dates debt was incurred

Last 4 digits of account number **5216**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.839 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $690.54 | $0.00 |

**Deborah & Terry Brindle**

10254 Halstead Rd
Mantua, OH 44255-9495

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3797**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.840 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.76 | $0.00 |

**Deborah Barranco**

3901 Rocks Rd
Street, MD 21154-1220

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7302**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.841 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.12 | $0.00 |

**Deborah Pharr**

11 Campbell Ct
Conowingo, MD 21918-1421

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4991**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.842 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.05 | $0.00 |

**Deborah Smeiles**

271 County Line Rd
Burgettstown, PA 15021-2319

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0776**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 211 of 689

| 2.843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.65 | $0.00 |
|---|---|---|---|---|

**Deborah Ward**

52495 Ward Rd
Wakeman, OH 44889-9254

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7667**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.70 | $0.00 |
|---|---|---|---|---|

**Debra & Jesse Thomas**

16940 Harmon Patrick Rd
Richwood, OH 43344-9327

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1533**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,219.78 | $0.00 |
|---|---|---|---|---|

**Debra Bandel**

57 Bandel Rd
Eighty Four, PA 15330-2047

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7575**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.12 | $0.00 |
|---|---|---|---|---|

**Debra C. Crivellaro**

146 Petrilla Dr
Clinton, PA 15026-1576

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1365**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|

**2.847** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1.62** | **$0.00**

**Debra Cox**

**2054 Mayham Rd NE**
**Carrollton, OH 44615-8639**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3268**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.848** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,152.60** | **$0.00**

**Debra K Bandel**

**405 Route 519**
**Eighty Four, PA 15330-2041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1817**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.849** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$839.38** | **$0.00**

**Decorative Artworks Inc**
**Tim Haas**
**11548 Bell Rd**
**Newbury, OH 44065-9737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8103**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.850** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$421.18** | **$0.00**

**Dee Hubbard**

**493 Piney View Ct**
**Sykesville, MD 21784-8673**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4743**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.851 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.84 | $0.00 |
|---|---|---|---|---|

**Delilah Nance**

**10415 County Road 41**
**West Liberty, OH 43357-9723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __5509__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.852 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $46.24 | $0.00 |
|---|---|---|---|---|

**Delois Marshall**

**5977 US Route 6**
**Pierpont, OH 44082-9723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __9982__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.853 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**Denise Chapman**

**329 Petrolia Rd**
**Petrolia, PA 16050-1409**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __1237__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.854 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $807.08 | $0.00 |
|---|---|---|---|---|

**Denise Hiser**

**13291 Downing Rd**
**Croton, OH 43013-9500**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __2964__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number *(if known)* | |
|--------|--------------------------|---------------------------|--|
| | Name | | |

| 2.855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $864.54 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Denise Riffle**

675 Griggy Rd
Mogadore, OH 44260-9697

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1378**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,147.33 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-----------|-------|

**Denise Wilkinson**

8330 Chatham Rd
Medina, OH 44256-9174

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1315**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.86 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|---------|-------|

**Dennis & Alexis Creel**

175 Park Rd
Sandy Lake, PA 16145-2505

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7360**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
|-------|---------------------------------------------|----------------------------------------------|-------|-------|

**Dennis & Colleen Sweazy**

11944 Rogues Hollow Rd
Doylestown, OH 44230-9358

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6549**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.53 | $0.00 |

**Dennis & Denise Sebastian**

**3840 Hooper Rd**
**New Windsor, MD 21776-8106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3309**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.13 | $0.00 |

**Dennis & Judy Davis**

**18167 Crooked Tree Rd**
**Dexter City, OH 45727-9729**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3278**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,007.34 | $0.00 |

**Dennis & Karalee Siesel**

**758 Wood Rd**
**Bellevue, OH 44811-9782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1966**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.93 | $0.00 |

**Dennis & Veronica Schiffbauer**

**249 Little Chicago Rd**
**Carmichaels, PA 15320-2445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1440**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,044.82 | $0.00 |
| --- | --- | --- | --- | --- |

**Dennis Davis**

**255 Simon Dr**
**Butler, PA 16002-9164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7395**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $738.17 | $0.00 |
| --- | --- | --- | --- | --- |

**Dennis Dolinar**

**176 Mustard Ln**
**Lake Lynn, PA 15451-1098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8239**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
| --- | --- | --- | --- | --- |

**Dennis Gunter**

**15102 Garfield Rd**
**Wakeman, OH 44889-9558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1146**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $686.38 | $0.00 |
| --- | --- | --- | --- | --- |

**Dennis Hamilton**

**2907 Baughman Rd**
**Clinton, OH 44216-9331**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4918**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $569.84 | $0.00 |

**Dennis Henry**

**12411 Dover Rd**
**Reisterstown, MD 21136-5607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1974**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.868 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.30 | $0.00 |

**Dennis Lewis**

**10031 Scotts Corner Rd**
**Diamond, OH 44412-9734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **97**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.869 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.18 | $0.00 |

**Dennis Malone**

**67 Porter Hill Rd**
**Washington, PA 15301-3158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2843**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.870 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |

**Dennis Schroeder**

**3640 Mill Rd**
**Dorset, OH 44032-9644**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **300**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 218 of 689

| | | |
|---|---|---|
| 2.871 | Priority creditor's name and mailing address<br>**Dennis Shank**<br><br>**8490 Jug St**<br>**Alexandria, OH 43001-9711** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2572**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$754.72**      **$0.00**

---

| 2.872 | Priority creditor's name and mailing address<br>**Dennis Talboo**<br><br>**17618 TRAILWOOD RD**<br>**Huntsburg, OH 44046** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1736**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$323.85**      **$0.00**

---

| 2.873 | Priority creditor's name and mailing address<br>**Denny & Carol Pittson**<br><br>**979 Pleasant Valley Dr SE**<br>**Paris, OH 44669-9722** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8135**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$338.22**      **$0.00**

---

| 2.874 | Priority creditor's name and mailing address<br>**Denny Markley**<br><br>**13268 Akron Canfield Rd**<br>**North Jackson, OH 44451-9723** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1172**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**$657.73**      **$0.00**

| 2.875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.23 | $0.00 |
|---|---|---|---|---|

**Derek Dusthimer**

**9050 Kilbourne Rd**
**Sunbury, OH 43074-9576**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7181**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.38 | $0.00 |
|---|---|---|---|---|

**Derick Roach**

**45683 State Route 303**
**Wellington, OH 44090-9608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9342**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |
|---|---|---|---|---|

**Derik Mullins**

**2649 Plymouth Gageville Rd**
**Ashtabula, OH 44004-9638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0304**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
|---|---|---|---|---|

**Devin Nicholes**

**72633 Norwalk Rd**
**Kimbolton, OH 43749-9632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2032**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.08 | $0.00 |

**Devin Nida**

**7255 River Styx Rd**
**Medina, OH 44256-9761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3307**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,022.83 | $0.00 |

**Diana & Greg Lyon**

**7560 Mitchell Dewitt Rd**
**Plain City, OH 43064-9461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6389**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $692.33 | $0.00 |

**Diana & John Morrissey**

**1930 Morning Glory Dr**
**Finksburg, MD 21048-2139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6536**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.50 | $0.00 |

**Diana Cold**

**6108 Ballou Rd**
**Medina, OH 44256-7535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5158**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,573.78 | $0.00 |
|---|---|---|---|---|

**Diana Rumschlag**

**2762 County Road 22**
**Risingsun, OH 43457-9617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1307**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.884 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00 |
|---|---|---|---|---|

**Diane & Charles Lute**

**247 S Ridge Rd W**
**Conneaut, OH 44030-9709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.885 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.61 | $0.00 |
|---|---|---|---|---|

**Diane Harroff**

**11410 Stoudertown Rd NW**
**Baltimore, OH 43105-9378**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4529**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.886 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $933.90 | $0.00 |
|---|---|---|---|---|

**Diane Quesenberry**

**576 Bandy Rd**
**North Benton, OH 44449-9785**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3065**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 222 of 689

| 2.887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.50 | $0.00 |
|---|---|---|---|---|

**Diane Stieber**

1468 Schaeffer Rd
Norwalk, OH 44857-9788

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7282**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.45 | $0.00 |
|---|---|---|---|---|

**Dixie Johnson**

1888 County Road 25 S Lot 131
Bellefontaine, OH 43311-9127

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8690**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $0.00 |
|---|---|---|---|---|

**DIxie Williams**

4794 State Route 14
Ravenna, OH 44266-7741

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7620**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.67 | $0.00 |
|---|---|---|---|---|

**Dominic Meo**

2102 Valley Rd
Glen Rock, PA 17327-9188

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4515**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

☑ No
☐ Yes

| 2.891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $489.77 | $0.00 |
|---|---|---|---|---|

**Don & Dorothy Teichman**

9779 State Route 43
Amsterdam, OH 43903-7918

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6704**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.29 | $0.00 |
|---|---|---|---|---|

**Don & Kim Bauer**

51355 Mellott Ridge Rd
Beallsville, OH 43716

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3717**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.89 | $0.00 |
|---|---|---|---|---|

**Don & Melissa Doremus**

1907 Ridge Rd
Elizabethtown, PA 17022-9640

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1964**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.47 | $0.00 |
|---|---|---|---|---|

**Don Bercheck**

1778 Remelle Rd
Monroeville, OH 44847-9747

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1793**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.895 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $392.62 | $0.00 |
|---|---|---|---|---|

**Don Bittner**

**113 Franklin Dr**
**Brownsville, PA 15417-9343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3638**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.896 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.20 | $0.00 |
|---|---|---|---|---|

**Don Crites**

**124 Hopewell Rd**
**Churchville, MD 21028-1916**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7832**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.897 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,847.50 | $0.00 |
|---|---|---|---|---|

**Don Cunningham**

**4727 Gates East Rd**
**Middlefield, OH 44062-9355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2175**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.898 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,137.47 | $0.00 |
|---|---|---|---|---|

**Don Friedichson**

**58166 Nighthawk Rd**
**Senecaville, OH 43780-9556**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9821**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,821.30** | **$0.00** |
|---|---|---|---|---|

**Don Jesse**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**6975 Ballash Rd**
**Medina, OH 44256-8890**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7661**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$93.16** | **$0.00** |
|---|---|---|---|---|

**Don Ludwig**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**6035 State Route 68 N**
**Bellefontaine, OH 43311**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4486**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$319.18** | **$0.00** |
|---|---|---|---|---|

**Don Ratzlaff**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2011 Chapel Rd**
**Havre de Grace, MD 21078-1813**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4614**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$306.94** | **$0.00** |
|---|---|---|---|---|

**Donald & Almira Robson**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**986 Center Rd**
**Conneaut, OH 44030-9725**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **814**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.19 | $0.00 |
|---|---|---|---|---|

**Donald & Amy Ralston**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5590 Hilldom Rd**
**Pierpont, OH 44082-9752**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6691**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.71 | $0.00 |
|---|---|---|---|---|

**Donald & Carrie Lavorini**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**115 Muldoon Rd**
**Butler, PA 16001-8570**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5985**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.34 | $0.00 |
|---|---|---|---|---|

**Donald & Deborah Cooper**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3040 Payne Thompson Rd**
**London, OH 43140-9402**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4188**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|---|---|---|---|---|

**Donald & Heidi Klopp**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1126 Orchard Rd**
**Lititz, PA 17543-8901**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1037**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.51 | $0.00 |
|---|---|---|---|---|

**Donald & Salena Baumgartner**

**88 Kennedy Rd**
**West Alexander, PA 15376-2309**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8211**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**Donald & Teresa Reid**

**4085 State Route 534**
**Rome, OH 44085-9623**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2458**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
|---|---|---|---|---|

**Donald Ahern**

**42215 Big Springs Ct**
**Leesburg, VA 20176-6287**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7931**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $764.92 | $0.00 |
|---|---|---|---|---|

**Donald Ahern**

**17640 Leesburg Mountain Ln**
**Leesburg, VA 20175**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7932**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.72 | $0.00 |
| --- | --- | --- | --- | --- |

**Donald Allen**

3615 Marguerite Ct
Mount Airy, MD 21771-8244

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4648**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Donald Alston**

546 Leckrone Highouse Rd
Mc Clellandtown, PA 15458-1108

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3101**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.58 | $0.00 |
| --- | --- | --- | --- | --- |

**Donald Black**

1651 Georgetown Rd
Christiana, PA 17509-9610

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4905**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.75 | $0.00 |
| --- | --- | --- | --- | --- |

**Donald Bradley**

3421 Township Road 165
West Liberty, OH 43357-9592

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4610**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 229 of 689

---

**2.915** | Priority creditor's name and mailing address

**Donald Chicatelli**

**5495 Beach Rd**
**Medina, OH 44256-8299**

Date or dates debt was incurred

Last 4 digits of account number **1649**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$343.22          $0.00

---

**2.916** | Priority creditor's name and mailing address

**Donald D. Southard**

**1860 County Road 11**
**Bellefontaine, OH 43311-9303**

Date or dates debt was incurred

Last 4 digits of account number **2153**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$707.80          $0.00

---

**2.917** | Priority creditor's name and mailing address

**Donald Duff**

**255 Conway Rd**
**Chicora, PA 16025-3615**

Date or dates debt was incurred

Last 4 digits of account number **5846**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$654.42          $0.00

---

**2.918** | Priority creditor's name and mailing address

**Donald Foley**

**93 Foley Rd**
**Warwick, MD 21912-1008**

Date or dates debt was incurred

Last 4 digits of account number **0156**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$689.01          $0.00

---

| 2.919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$286.62** | **$0.00** |
|---|---|---|---|---|

**Donald Franks**

551 County Road 2000
Jeromesville, OH 44840-9740

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8756**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.920 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$82.28** | **$0.00** |
|---|---|---|---|---|

**Donald Friend**

540 Edgemont Dr
Plain City, OH 43064-8882

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7935**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.921 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,339.43** | **$0.00** |
|---|---|---|---|---|

**Donald Glasgow**

618 W Sunbury Rd
West Sunbury, PA 16061-2318

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3496**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.922 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$354.45** | **$0.00** |
|---|---|---|---|---|

**Donald Hyde**

4212 US Highway 6
Linesville, PA 16424-6832

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0416**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Donald Hykes**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

9349 Daniels Rd
Seville, OH 44273-9525

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **982**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,196.45 | $0.00 |
|---|---|---|---|---|

**Donald Knowles Jr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

65 Eastwood Ln
Morgantown, WV 26508-1509

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5166**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.32 | $0.00 |
|---|---|---|---|---|

**Donald Kosarko**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

4690 Boneta Rd
Medina, OH 44256-8138

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3113**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $0.00 |
|---|---|---|---|---|

**Donald Merriman**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

14215 Thornton Mill Rd
Sparks, MD 21152-9654

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8157**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.58** | **$0.00** |
|---|---|---|---|---|

**Donald Morris**

**2944 Netcher Rd**
**Jefferson, OH 44047-9469**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5393**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23.21** | **$0.00** |
|---|---|---|---|---|

**Donald P. Lucarell**

**7800 Corinth Court Rd**
**Farmdale, OH 44417-9764**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5454**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$638.18** | **$0.00** |
|---|---|---|---|---|

**Donald Patton**

**577 Carson Rd**
**Ashtabula, OH 44004-9614**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5142**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$238.60** | **$0.00** |
|---|---|---|---|---|

**Donald R. Young, Jr. & Lori**
**Gunderson**

**7509 Pinewild Rd**
**Seven Valleys, PA 17360-9176**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9319**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.931 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.27 | $0.00 |

**Donald Roberts**

**3420 Township Road 242**
**Toronto, OH 43964-6909**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8103**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.932 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $470.48 | $0.00 |

**Donald Russell**

**8617 Sweet Autumn Dr**
**Windsor Mill, MD 21244-1265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8472**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.933 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $188.11 | $0.00 |

**Donald Sanders**

**11876 Pickerington Rd**
**Pickerington, OH 43147-9432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5698**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.934 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.82 | $0.00 |

**Donald Smith**

**9420 Mitchell Dewitt Rd**
**Plain City, OH 43064-9464**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8501**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.02 | $0.00 |
|---|---|---|---|---|

**Donald Terhune**

12188 Prentiss Rd
Garrettsville, OH 44231-9695

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8914**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.66 | $0.00 |
|---|---|---|---|---|

**Donavon Poole**

4395 Ravenna Ave SE
East Canton, OH 44730-9730

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1553**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.23 | $0.00 |
|---|---|---|---|---|

**Donghua Wang**

9830 Kraft Hill Rd
Perry Hall, MD 21128-9305

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7819**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,241.77 | $0.00 |
|---|---|---|---|---|

**Donna Castora**

3464 US Highway 6
Rome, OH 44085-9692

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9338**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $577.49 | $0.00 |
|---|---|---|---|---|

**Donna Doncals**

734 Lynn Portal Rd
Washington, PA 15301-9326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8219**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.07 | $0.00 |
|---|---|---|---|---|

**Donna Hammond**

16239 Hunters Run Rd
Marysville, OH 43040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3861**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $498.78 | $0.00 |
|---|---|---|---|---|

**Donna J. Walling-Springer**

4542 Storms Creek Rd
Urbana, OH 43078-9444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1257**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $623.90 | $0.00 |
|---|---|---|---|---|

**Donna Perri**

159 Duck Farm Rd
Oxford, PA 19363-4212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9776**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 236 of 689

**2.943** | Priority creditor's name and mailing address

**Donna Simon**

**4703 Cowmans Ct S**
**Mount Airy, MD 21771-4948**

Date or dates debt was incurred

Last 4 digits of account number **2225**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$37.23** **$0.00**

---

**2.944** | Priority creditor's name and mailing address

**Donna Stifter**

**6510 State Route 86**
**Windsor, OH 44099-9742**

Date or dates debt was incurred

Last 4 digits of account number **3271**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$140.00** **$0.00**

---

**2.945** | Priority creditor's name and mailing address

**Donna Surmitis**

**6955 W Smith Rd**
**Medina, OH 44256-7512**

Date or dates debt was incurred

Last 4 digits of account number **9986**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$89.76** **$0.00**

---

**2.946** | Priority creditor's name and mailing address

**Doreen Dudeon**

**820 Bandy Rd**
**Deerfield, OH 44411-9718**

Date or dates debt was incurred

Last 4 digits of account number **1031**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$172.21** **$0.00**

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 237 of 689

| 2.947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.42 | $0.00 |
|---|---|---|---|---|

**Doreen S. Blewitt**

15172 Diagonal Rd
Lagrange, OH 44050-9530

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4584**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.25 | $0.00 |
|---|---|---|---|---|

**Doris Maust**

275 Fike Hollow Rd
Farmington, PA 15437-1039

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7855**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.07 | $0.00 |
|---|---|---|---|---|

**Dorothy & Barry Hughes**

1343 Roley Rd NW
Baltimore, OH 43105-9620

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7575**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,231.99 | $0.00 |
|---|---|---|---|---|

**Dorothy Fehl**

162 Moose Rd
Renfrew, PA 16053-9510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6517**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,059.66 | $0.00 |

**Dorothy Gregg**

**3123 Telegraph Rd**
**Elkton, MD 21921-2334**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8443**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.84 | $0.00 |

**Dorothy McMurray**

**255 Route 40 W**
**West Alexander, PA 15376-2445**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4970**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $852.38 | $0.00 |

**Doug & Melanie Barrick**

**8477 Ballou Rd**
**Glenford, OH 43739-9636**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **985**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.75 | $0.00 |

**Doug Benish**

**2869 Schade Hill Rd**
**Irwin, PA 15642-9740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6560**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.92 | $0.00 |

**Doug Blevins**

9370 Lafayette Plain City Rd
Plain City, OH 43064-9281

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7871**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.956 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $581.74 | $0.00 |

**Doug Burfour**

1902 Eden Mill Rd
Pylesville, MD 21132-1609

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4865**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.957 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $748.26 | $0.00 |

**Doug Livingston**

8112 Seasons Rd
Streetsboro, OH 44241-5740

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3517**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.958 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.99 | $0.00 |

**Doug Pariso**

6215 Sable Rd SW
Sherrodsville, OH 44675

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0960**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.959 | Priority creditor's name and mailing address | | | | |
|---|---|---|---|---|---|

**2.959** Priority creditor's name and mailing address

**Doug Porta**

**1164 Breiten Ct # Cocurt**
**Woodbine, MD 21797-9205**

Date or dates debt was incurred

Last 4 digits of account number **5250**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,064.71    $0.00

---

**2.960** Priority creditor's name and mailing address

**Doug Rose**

**327 Lincoln Pl**
**North Lewisburg, OH 43060-9775**

Date or dates debt was incurred

Last 4 digits of account number **5779**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,010.23    $0.00

---

**2.961** Priority creditor's name and mailing address

**Doug Shutler**

**13854 Garfield Rd**
**Salem, OH 44460-9103**

Date or dates debt was incurred

Last 4 digits of account number **8085**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.09    $0.00

---

**2.962** Priority creditor's name and mailing address

**Doug Vernier**

**2121 Aurora Rd NE**
**East Rochester, OH 44625-9607**

Date or dates debt was incurred

Last 4 digits of account number **8863**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$849.92    $0.00

---

| 2.963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $401.71 | $0.00 |
|---|---|---|---|---|

**Doug Wesson**

7514 State Route 559
Zanesfield, OH 43360-9715

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0932**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.65 | $0.00 |
|---|---|---|---|---|

**Doug Wolfe**

11334 Peck Rd
Mantua, OH 44255-9255

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1758**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,237.35 | $0.00 |
|---|---|---|---|---|

**Douglas & Michelle Drake**

5299 Arbor Dr
Kingsville, OH 44048-9709

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8455**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $200.18 | $0.00 |
|---|---|---|---|---|

**Douglas Bowman & Nancy Krohn**

8800 Kennard Rd
Lodi, OH 44254-9720

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9071**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.52 | $0.00 |

**Douglas Lambert**

5633 Babbitt Rd
New Albany, OH 43054-8535

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1621**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.968 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |

**Douglas M. Richey
Recycled Roadway
17580 Rapids Rd
Cleveland, OH 44121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2638**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.969 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.45 | $0.00 |

**Douglas Maddy**

2970 Water St
Zanesfield, OH 43360-8504

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4366**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.970 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |

**Douglas McCaslin**

17767 Gore Orphanage Rd
Wakeman, OH 44889-9533

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5828**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.971 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $506.94 | $0.00 |
|---|---|---|---|---|

**Douglas Myers**

114 Love Rd
Valencia, PA 16059-2910

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4758**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.972 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.90 | $0.00 |
|---|---|---|---|---|

**Douglas Rausch**

5154 Maple Grove Rd
Mechanicsburg, OH 43044-9003

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0852**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.973 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.32 | $0.00 |
|---|---|---|---|---|

**Douglas Zetlaw**

6042 Ireland Rd
Windsor, OH 44099-9781

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1487**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.974 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.33 | $0.00 |
|---|---|---|---|---|

**Dr. Gary Joseph**

3183 Aster Rd SE
Scio, OH 43988-9545

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8062**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.975 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $892.67 | $0.00 |
|---|---|---|---|---|
| | **Dr. Matt Stay**<br>**Stay Fit Chiropractic**<br>**565 National Pike W**<br>**Brownsville, PA 15417-9221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6212**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.976 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,225.75 | $0.00 |
|---|---|---|---|---|
| | **Dreu Saylor**<br><br>**531 Clinton Rd**<br>**Normalville, PA 15469-1217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7352**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.977 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $120.70 | $0.00 |
|---|---|---|---|---|
| | **Drew Fender**<br><br>**1420 Martin Meadows Dr**<br>**Fallston, MD 21047-2221** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4824**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.978 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,069.39 | $0.00 |
|---|---|---|---|---|
| | **Duane Aspery**<br><br>**1818 State Route 229**<br>**Ashley, OH 43003-9796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4855**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,684.96 | $0.00 |
|---|---|---|---|---|

**Duane Dixon**

14490 Gifford Rd
Oberlin, OH 44074-9417

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4086**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $92.91 | $0.00 |
|---|---|---|---|---|

**Duane Doak**

214 Cedar Grove Rd
Avella, PA 15312-2219

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4337**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|---|---|---|---|---|

**Duane Snow**

42012 GLYNN PL
Leesburg, VA 20176

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3573**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,367.65 | $0.00 |
|---|---|---|---|---|

**Duane White**

454 Laurel Hill Rd
Smock, PA 15480-1222

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9945**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$211.14** $0.00 |

| 2.983 | Priority creditor's name and mailing address<br>**Duane Womer**<br><br>**3907 Water Tank Rd**<br>**Manchester, MD 21102-1627** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$211.14** $0.00 |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **6754**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.984 | Priority creditor's name and mailing address<br>**Dustin & Danielle Schroeder**<br><br>**21250 N Darby Coe Rd**<br>**Milford Center, OH 43045-9728** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$360.83** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **3187**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | |
| 2.985 | Priority creditor's name and mailing address<br>**Dustin & Noel Smith**<br><br>**260 County Road 288**<br>**Clyde, OH 43410-9718** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$285.18** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **4439**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.986 | Priority creditor's name and mailing address<br>**Dustin Ehrman**<br><br>**345 Miller Rd**<br>**Steubenville, OH 43952-7015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.14** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **4834**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $992.12 | $0.00 |
|---|---|---|---|---|

**Dwayne & Rita Handwerk**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**519 Stablers Church Rd**
**Parkton, MD 21120-9189**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6108**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $303.03 | $0.00 |
|---|---|---|---|---|

**Dwayne Pratt**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**308 Vankirk Ridge Rd**
**Washington, PA 15301-6425**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7784**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $621.86 | $0.00 |
|---|---|---|---|---|

**Dwayne Tressler**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**12351 Williamsport Pike**
**Greencastle, PA 17225-8436**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7655**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.57 | $0.00 |
|---|---|---|---|---|

**Dwight Shoemaker**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**9098 State Route 4**
**Irwin, OH 43029-9601**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7851**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

| 2.991 | Priority creditor's name and mailing address<br>**E. Paul & Susan David**<br><br>**2809 Waterloo Rd**<br>**Mogadore, OH 44260-9471** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$346.97** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number **1645**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.992 | Priority creditor's name and mailing address<br>**Earl & Joanne May/Karen Bigam**<br><br>**524 Maple Farm Ln**<br>**Melcroft, PA 15462** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,210.49** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number **7265**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.993 | Priority creditor's name and mailing address<br>**Earl Neuenschwande**<br><br>**7121 Bane Rd NE**<br>**Kensington, OH 44427-9662** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$141.44** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number **835**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.994 | Priority creditor's name and mailing address<br>**Earl Neuenschwander**<br><br>**6015 Midway Rd NE**<br>**Kensington, OH 44427-9613** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,125.00** | **$0.00** |
|---|---|---|---|---|
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number **0936**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| 2.995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.84 | $0.00 |
| | **Earl Woody** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **981 Dutch Neck Rd** | ☐ Unliquidated | | |
| | **Middletown, DE 19709-9491** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2094**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.58 | $0.00 |
| | **Earlie Lee** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **8183 Township Road 32** | ☐ Unliquidated | | |
| | **Clyde, OH 43410-9631** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4451**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
| | **Eben & Theresa Peer** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **8528 Parks Ave NE** | ☐ Unliquidated | | |
| | **Alliance, OH 44601-8317** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7094**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

---

| 2.998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $448.72 | $0.00 |
| | **Ed & Penny Koren** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **104 Clay Rd SW** | ☐ Unliquidated | | |
| | **Dellroy, OH 44620-9757** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6211**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No

☐ Yes

| 2.999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.95 | $0.00 |
|---|---|---|---|---|

**Ed Beideman**

166 Hemlock Dr  
Cochranville, PA 19330-9401

*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6392**

Is the claim subject to offset?  
☑ No  
☐ Yes

Specify Code subsection of PRIORITY  
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.31 | $0.00 |
|---|---|---|---|---|

**Ed Cloonan**

6875 Spieth Rd  
Medina, OH 44256-7716

*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2722**

Is the claim subject to offset?  
☑ No  
☐ Yes

Specify Code subsection of PRIORITY  
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.30 | $0.00 |
|---|---|---|---|---|

**Ed De Cesare, Sr**

219 Mill Rd  
Smithfield, OH 43948

*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8264**

Is the claim subject to offset?  
☑ No  
☐ Yes

Specify Code subsection of PRIORITY  
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Ed Gates**

3146 County Road 43  
Steubenville, OH 43952-7039

*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6652**

Is the claim subject to offset?  
☑ No  
☐ Yes

Specify Code subsection of PRIORITY  
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.02 | $0.00 |
|---|---|---|---|---|

**Ed Harhager**

**15485 Wooster St NW**
**North Lawrence, OH 44666-9607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **678**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.05 | $0.00 |
|---|---|---|---|---|

**Ed Herbst**

**145 Valley Rd**
**Windsor, PA 17366-8905**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1050**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.19 | $0.00 |
|---|---|---|---|---|

**Ed Hubble**

**1854 Taos Ln**
**Sugar Grove, OH 43155-9663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4962**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.09 | $0.00 |
|---|---|---|---|---|

**Ed J. Miller**

**2923 Finefrock Rd**
**Green Springs, OH 44836**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3723**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.56 | $0.00 |

**Ed Kupsick**

**605 Eugene Ct**
**Middletown, DE 19709-9411**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7645**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,166.46 | $0.00 |

**Ed Martinek**

**620 McBee Rd**
**Bellbrook, OH 45305-9759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5386**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $486.63 | $0.00 |

**Ed Payne**

**1653 Frenchtown Rd**
**Perryville, MD 21903-2517**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4005**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.71 | $0.00 |

**Ed Spellman**

**3010 Scenic View Dr**
**Forest Hill, MD 21050-1400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4343**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.09 | $0.00 |
|---|---|---|---|---|

**Ed Stavovy**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**1006 Lynn Portal Rd # A**
**Washington, PA 15301-8788**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6971**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.70 | $0.00 |
|---|---|---|---|---|

**Eddie & Linda Preece**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**24055 Holycross Epps Rd**
**Marysville, OH 43040-8820**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2960**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.50 | $0.00 |
|---|---|---|---|---|

**Eddy Agbo**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**5707 Allender Rd**
**White Marsh, MD 21162-1306**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5036**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|---|---|---|---|---|

**Edmond Gardner**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**721 Knight Island Rd**
**Earleville, MD 21919-3212**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6821**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1015 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**2.1015** Priority creditor's name and mailing address

**Edward & Judy Kosiba**

**2813 Glen Keld Ct**
**Baldwin, MD 21013-9144**

Date or dates debt was incurred

Last 4 digits of account number **1699**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.26    $0.00

---

**2.1016** Priority creditor's name and mailing address

**Edward Berling**

**2800 Old County Rd**
**Newark, DE 19702-4602**

Date or dates debt was incurred

Last 4 digits of account number **4885**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$866.58    $0.00

---

**2.1017** Priority creditor's name and mailing address

**Edward C. & Virginia Allen**

**710 Game Reserve Rd**
**Butler, PA 16002-9401**

Date or dates debt was incurred

Last 4 digits of account number **2814**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$577.66    $0.00

---

**2.1018** Priority creditor's name and mailing address

**Edward Chipps**

**228 Tomcat Hollow Rd**
**Smithfield, PA 15478-1334**

Date or dates debt was incurred

Last 4 digits of account number **9648**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$919.62    $0.00

---

| | | | |
|---|---|---|---|
| 2.1019 | Priority creditor's name and mailing address<br>**Edward De Cesare III**<br><br>**194 Maple St**<br>**Smithfield, OH 43948** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$297.08**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **2636**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1020 | Priority creditor's name and mailing address<br>**Edward Debolt**<br><br>**866 Crucible Rd**<br>**Crucible, PA 15325-1003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$295.89**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7847**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1021 | Priority creditor's name and mailing address<br>**Edward Doyle**<br><br>**14417 Katie Rd**<br>**Phoenix, MD 21131-1756** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,356.09**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **0567**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.1022 | Priority creditor's name and mailing address<br>**Edward Farris**<br><br>**3250 Battee Rd**<br>**Granville, OH 43023-9796** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$410.04**    $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7652**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.1023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.28 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Edward Haas & Megan Preston**

**285 Home Rd**
**Delaware, OH 43015-7969**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6224**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.01 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Edward Hedzik**

**1870 Hillsdale Ave**
**Ambridge, PA 15003-1076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0891**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.82 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Edward Jewett Jr.**

**479 Footville Richmond Rd E**
**Jefferson, OH 44047-8623**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9539**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.09 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Edward Jones**

**328 Bee Tree Rd**
**Parkton, MD 21120-9028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2472**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.89 | $0.00 |

**Edward Leamer**

16805 Madison Rd
Middlefield, OH 44062-9165

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3015**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $506.77 | $0.00 |

**Edward McGovern**

1727 Indian Run Rd
Malvern, PA 19355-9715

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4881**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,297.78 | $0.00 |

**Edward Moser**

12416 Dining Rd
Castalia, OH 44824-9402

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1010**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.51 | $0.00 |

**Edward Napier, Sr. & Edward
Napier, Jr.**

13088 Baumhart Rd
Amherst, OH 44001-9718

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1151**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.35 | $0.00 |
| --- | --- | --- | --- | --- |

**Edward O'Keefe**

**3939 New Section Rd**
**Middle River, MD 21220-4029**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8073**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,382.70 | $0.00 |
| --- | --- | --- | --- | --- |

**Edward Paris**

**75 Sopher Rd**
**Grove City, PA 16127-7041**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7682**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.75 | $0.00 |
| --- | --- | --- | --- | --- |

**Edward Stanich**

**2757 Sylvia Ave**
**Jefferson, OH 44047-9774**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5930**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
| --- | --- | --- | --- | --- |

**Edward Wright**

**3749 N State Route 560**
**Urbana, OH 43078-9393**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0693**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $92.21 | $0.00 |
| --- | --- | --- | --- | --- |

**Edwin (Lee) Saeger**

11425 Taylor Rd
Plain City, OH 43064-9051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7772**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $494.87 | $0.00 |
| --- | --- | --- | --- | --- |

**Edwin Cameron**

565 Collins Dr
Springfield, PA 19064-1519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7933**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $54.23 | $0.00 |
| --- | --- | --- | --- | --- |

**Edwin Figueroa**

348 Leedy Rd
Spring Grove, PA 17362-8636

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1051**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $385.39 | $0.00 |
| --- | --- | --- | --- | --- |

**Edwin Strychalski**

99 Buckingham Rd
Scenery Hill, PA 15360-8520

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1715**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $405.79 | $0.00 |
|---|---|---|---|---|

**Ehryn McNamer**

**10665 Lithopolis Rd NW**
**Canal Winchester, OH 43110-8804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6816**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.31 | $0.00 |
|---|---|---|---|---|

**Elaine Clark**

**6289 Graham Rd**
**Pierpont, OH 44082-9746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **371**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.50 | $0.00 |
|---|---|---|---|---|

**Elaine Yeaton**

**6368 Gibson Rd**
**Canfield, OH 44406-8651**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1075**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |
|---|---|---|---|---|

**Eli Byler**

**19125 Rutland Rd**
**Garrettsville, OH 44231-9515**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6320**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 261 of 689

| 2.1043 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.32 | $0.00 |
|---|---|---|---|---|

**Eli Slabaugh**

**7907 S Girdle Rd**
**Middlefield, OH 44062-9339**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8813**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1044 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $387.52 | $0.00 |
|---|---|---|---|---|

**Elias Sadie**

**5191 Muffly Ave SW**
**Navarre, OH 44662-9629**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6582**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1045 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,912.50 | $0.00 |
|---|---|---|---|---|

**Elisabeth & Nathan Rockwell**

**5259 Hadlock Rd**
**Ashtabula, OH 44004-9661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1480**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1046 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.03 | $0.00 |
|---|---|---|---|---|

**Elizabeth Black**

**10800 Salem Church Rd**
**Canal Winchester, OH 43110-9200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5190**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 262 of 689

| 2.1047 | Priority creditor's name and mailing address **Elizabeth Curran** 1287 Cambria Mill Rd Granville, OH 43023-9374 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $270.56 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **0396** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1048 | Priority creditor's name and mailing address **Elizabeth Hatcher** 18529 Ringgold Southern Rd Circleville, OH 43113-9252 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $331.76 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7417** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1049 | Priority creditor's name and mailing address **Elizabeth Milbourne** 8418 Water Street Rd Walkersville, MD 21793-7407 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $850.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5149** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1050 | Priority creditor's name and mailing address **Elizabeth Sheller** 11951 Whitman Rd Doylestown, OH 44230-9733 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,240.49 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6765** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1051 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.20 | $0.00 |
|---|---|---|---|---|

**Elizaeth Fazzini**

**12330 Long Green Pike**
**Glen Arm, MD 21057-9706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0585**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1052 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.95 | $0.00 |
|---|---|---|---|---|

**Ellen & Ray Fannin**

**3518 Chenango Rd**
**Wakeman, OH 44889-8215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9176**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1053 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |
|---|---|---|---|---|

**Ellen Policastro**

**655 Hall Rd**
**Beaver, PA 15009-8418**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5625**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1054 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $0.00 |
|---|---|---|---|---|

**Elmer & Deborah Johnson**

**5129 Dibble Rd**
**Kingsville, OH 44048-9787**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3080**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1055 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.03 | $0.00 |
| --- | --- | --- | --- | --- |

**Elmer Lashley**

**15 Northern Pike Trl**
**Fairfield, PA 17320-8503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0357**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1056 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.11 | $0.00 |
| --- | --- | --- | --- | --- |

**Elnora Levi**

**9368 Borror Rd**
**Orient, OH 43146-9363**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0734**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1057 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $154.87 | $0.00 |
| --- | --- | --- | --- | --- |

**Elysia Schaefer**

**111 Wilson Dr**
**Oxford, PA 19363-2402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1025**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1058 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.85 | $0.00 |
| --- | --- | --- | --- | --- |

**Emily White**

**13003 Jerome Jay Dr**
**Cockeysville, MD 21030-1523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1265**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $889.70 | $0.00 |
|---|---|---|---|---|

**Enos Levy**

**3689 Sharp Rd**
**Glenwood, MD 21738-9504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4763**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.61 | $0.00 |
|---|---|---|---|---|

**Erhardt J. Bell**

**2510 Substation Rd**
**Medina, OH 44256-8356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6853**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.20 | $0.00 |
|---|---|---|---|---|

**Eric & Beverly Weingart**

**49578 McClure Rd**
**East Palestine, OH 44413-9703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0637**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.04 | $0.00 |
|---|---|---|---|---|

**Eric & Cathy Kohn**

**2531 Old Frederick Rd**
**Catonsville, MD 21228-5423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7998**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.74 | $0.00 |

**Eric & Terri Pinkstock**

7260 Julian Rd SW
Amanda, OH 43102-9549

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1334**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.59 | $0.00 |

**Eric Barnes**

10313 Gifford Rd
Oberlin, OH 44074-9401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0872**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $573.75 | $0.00 |

**Eric Bell**

505 County Road 35 S
Quincy, OH 43343-9712

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2896**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,046.27 | $0.00 |

**Eric Bishop**

2724 E State Route 18
Tiffin, OH 44883-8760

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9439**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,039.72 | $0.00 |

**Eric Caughenbaugh**

**21200 Benton Rd**
**Marysville, OH 43040-8049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3037**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.24 | $0.00 |

**Eric Foard**

**2828 Snydersburg Rd**
**Hampstead, MD 21074-1529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9672**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $964.92 | $0.00 |

**Eric Fohl**

**15410 Rivercrest Ct**
**Brookeville, MD 20833-2400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7994**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $979.12 | $0.00 |

**Eric Gross**

**1160 Oakwood Ln**
**Hinckley, OH 44233-9629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7859**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1071 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $41.14 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|--------|-------|

**Eric J. Reed**

15890 Moseley Rd
Madison, OH 44057-9407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4937**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1072 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $86.70 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|--------|-------|

**Eric Johnson**

9165 Robinson Rd
Chardon, OH 44024-9167

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8761**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1073 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,006.32 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|-----------|-------|

**Eric Krayowski**

5896 Emory Rd
Upperco, MD 21155-9761

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5170**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1074 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $90.19 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|--------|-------|

**Eric Liston**

13261 Market St
North Lima, OH 44452-9749

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7267**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.95 | $0.00 |

**Eric Mobley**

10817 Miller Ave
Canal Winchester, OH 43110-8963

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8196**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $442.00 | $0.00 |

**Eric Scanlon**

68 Woodrow Ln
Port Deposit, MD 21904-1015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0822**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,144.87 | $0.00 |

**Eric Skidmore**

170 James Way
Toronto, OH 43964-2015

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3800**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.26 | $0.00 |

**Eric Wagner**

2816 Paper Mill Rd
Phoenix, MD 21131-1320

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1916**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $376.47 | $0.00 |
|---|---|---|---|---|

**Eric Ward**

7049 Riverside Dr
Dublin, OH 43016-9586

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0574**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.90 | $0.00 |
|---|---|---|---|---|

**Eric Wuichner**

12978 London Rd
Orient, OH 43146-9134

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3466**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.24 | $0.00 |
|---|---|---|---|---|

**Erica O'Reilly**

4252 Florida Ave
Newtown Square, PA 19073-3114

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0841**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.09 | $0.00 |
|---|---|---|---|---|

**Erik Skarda**

1823 Robinson Mill Rd
Darlington, MD 21034-1025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5688**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |

**Erika Hoyland**

118 Jay Rd
Frostburg, MD 21532-4154

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0950**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.18 | $0.00 |

**Erimh Puree**

6288 Glen Arm Rd
Hydes, MD 21082-9523

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6971**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.98 | $0.00 |

**Erin & Ken Knife**

146 Cornelia Dr
Chardon, OH 44024-1508

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8684**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.24 | $0.00 |

**Erin Scott**

20427 Tanager Pl
Leesburg, VA 20175-8887

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6551**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1087 | Priority creditor's name and mailing address<br>**Ernest Fritz**<br><br>**127 Lokomski Rd**<br>**Hookstown, PA 15050-1454** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed               **$984.81**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5656**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1088 | Priority creditor's name and mailing address<br>**Ernest McCoy**<br><br>**191 Cox Rd**<br>**Chillicothe, OH 45601-9394** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed               **$258.15**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4919**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1089 | Priority creditor's name and mailing address<br>**Ernest Mittelstadt**<br><br>**4305 Middle Rd**<br>**Conneaut, OH 44030-8813** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed               **$297.50**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5270**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1090 | Priority creditor's name and mailing address<br>**Ernie Barish**<br><br>**9833 Gore Orphanage Rd**<br>**Amherst, OH 44001-9681** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed            **$1,163.14**    **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6528**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 273 of 689

| 2.1091 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.60 | $0.00 |
|---|---|---|---|---|

**Ernie Franks**

**467 Old Frame Rd**
**Smithfield, PA 15478-1167**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5523**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1092 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.71 | $0.00 |
|---|---|---|---|---|

**Ervin Miller**

**10218 Reynolds Rd**
**West Farmington, OH 44491-9501**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6615**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1093 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.61 | $0.00 |
|---|---|---|---|---|

**Ervin Schrock**

**5469 State Route 88**
**West Farmington, OH 44491**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1688**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1094 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.30 | $0.00 |
|---|---|---|---|---|

**Esther Williams**

**340 Beaver Dam Rd**
**Butler, PA 16001-0180**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3073**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 274 of 689

| | | | |
|---|---|---|---|
| 2.1095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$481.78** **$0.00** |

**2.1095**

Priority creditor's name and mailing address

**Ethan Ward**

**279 Shaler Rd # A**
**West Alexander, PA 15376-2539**

Date or dates debt was incurred

Last 4 digits of account number **0818**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$481.78**  **$0.00**

---

**2.1096**

Priority creditor's name and mailing address

**Eugene & Barbara Caruso**

**3773 Higley Rd**
**Rock Creek, OH 44084-9431**

Date or dates debt was incurred

Last 4 digits of account number **9003**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.17**  **$0.00**

---

**2.1097**

Priority creditor's name and mailing address

**Eugene & Jaime Daley**

**59 Ferrous Ct**
**North East, MD 21901-2666**

Date or dates debt was incurred

Last 4 digits of account number **7806**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$6.89**  **$0.00**

---

**2.1098**

Priority creditor's name and mailing address

**Eugene (Gene) J. Moreau**

**123 Cherokee Pass**
**Chalk Hill, PA 15421**

Date or dates debt was incurred

Last 4 digits of account number **3874**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$282.37**  **$0.00**

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 275 of 689

| | | |
|---|---|---|
| 2.1099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1099** Priority creditor's name and mailing address

**Eugene Clay**

**24 Knollwood Rd**
**Elkton, MD 21921-7939**

As of the petition filing date, the claim is: **$10.03** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6446**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1100** Priority creditor's name and mailing address

**Eugene Dijosesph**

**48 Andrea Dr**
**Chesapeake City, MD 21915-1257**

As of the petition filing date, the claim is: **$1,611.94** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9555**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1101** Priority creditor's name and mailing address

**Eugene Felton**

**1201 Cannon Rd**
**Bruceton Mills, WV 26525-6381**

As of the petition filing date, the claim is: **$516.89** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6827**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1102** Priority creditor's name and mailing address

**Eugene Shearer**

**9015 Mapleton St SE**
**East Canton, OH 44730-9792**

As of the petition filing date, the claim is: **$124.44** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1955**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.71 | $0.00 |
|---|---|---|---|---|

**Eva Czmiel**

583 Behm Rd
Wind Ridge, PA 15380-1288

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5824**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.50 | $0.00 |
|---|---|---|---|---|

**Evan Foreman**

23090 Hawley Rd
Wellington, OH 44090-9417

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3524**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $0.00 |
|---|---|---|---|---|

**Evan Gasser**

2249 Eastern Rd
Rittman, OH 44270-9603

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5496**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,283.50 | $0.00 |
|---|---|---|---|---|

**Evan James**

14167 Paris Breeze Pl
Hillsboro, VA 20132-

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0132**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.25 | $0.00 |

**Evan Smith**

**2506 Columbia Rd**
**Brecksville, OH 44141-3845**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8097**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.35 | $0.00 |

**Evans Hill**

**12 Pearls Way**
**Rising Sun, MD 21911-2307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9156**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.42 | $0.00 |

**Evelyn James**

**16345 Cowley Rd**
**Grafton, OH 44044-9208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1096**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $862.92 | $0.00 |

**Everett & Christina Wright**

**13000 Deerfield Rd**
**Senecaville, OH 43780-9406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1832**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Name

---

| 2.1111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|---|---|---|---|---|

**Ewelina & Miroslaw Cieslak**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

406 Oakland Dr
Downingtown, PA 19335-1730

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4575**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.80 | $0.00 |
|---|---|---|---|---|

**F. Martin Anson**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

2148 Poplar Ridge Rd
Pasadena, MD 21122-3820

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2539**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.05 | $0.00 |
|---|---|---|---|---|

**Fairviw United Methodist Church**
**Carol Salai**
330 Poland Run Rd
Graysville, PA 15337

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0960**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.25 | $0.00 |
|---|---|---|---|---|

**Farrom M. Swindell**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

1374 Deerfield Rd
Washington, PA 15301-9126

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7649**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

| 2.1115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.77 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|-------|

**Faye & Amos Brown**

9877 Peck Rd
Mantua, OH 44255-9724

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2399**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $284.67 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Faye Minteer**
c/o Fred Minteer
166 Minteer Ln
Edinburg, PA 16116-4618

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1208**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.67 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Ferguson Funeral Home**
Shelby Ferguson
14 Sampson St
Belle Vernon, PA 15012-1228

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1185**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.33 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|-----------|-------|

**Ferndale Baptist Church**
Carla Ziegler
642 Kings Run Rd
Oakland, MD 21550-4233

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6932**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|------------------|------------------------|--|
| | Name | | |

| 2.1119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,087.23 | $0.00 |
|--------|--|--|--|--|

**First Baptist Church OF North East**
**Pastor Stephen Hokuf**
**206 Mechanics Valley Rd**
**North East, MD 21901-3824**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8918**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $670.74 | $0.00 |
|--------|--|--|--|--|

**Fletcher Hamilton**

**4019 Security Ln**
**Jarrettsville, MD 21084-1228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6577**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,032.67 | $0.00 |
|--------|--|--|--|--|

**Florence Drabeck**

**1067 E National Pike**
**Washington, PA 15301-7142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8157**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $902.70 | $0.00 |
|--------|--|--|--|--|

**Florence Flesher**

**3705 Hemphill Rd**
**Barberton, OH 44203-5019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1680**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 281 of 689

| 2.1123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$208.25** | **$0.00** |

**Flynn/Maloy Rentals LLC**
**James Malloy**
**2242 Aleppo Rd**
**Wind Ridge, PA 15380-1252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1321**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,033.35** | **$0.00** |

**Forrust Miller**
**Love of Christ Church**
**2157 Bear Corbitt Rd**
**Bear, DE 19701-1923**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2481**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$601.72** | **$0.00** |

**Frances Globokar**

**5096 Wayne Rd**
**Mantua, OH 44255-9608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8874**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$712.39** | **$0.00** |

**Francis Orbin**

**2055 Joseph Biggs Memorial Hwy**
**Rising Sun, MD 21911-2511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2161**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 282 of 689

---

| 2.1127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,607.44 | $0.00 |

**Francis S. Carpenter**

4394 Upper Beckleysville Rd
Hampstead, MD 21074-2654

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **4930**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.41 | $0.00 |

**Frank & Cheri Mataraza**

10727 Clark Rd
Chardon, OH 44024-9779

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3907**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.73 | $0.00 |

**Frank & Meghan Hiland**

2626 Wakefield Creek Rd
Farmdale, OH 44417-9721

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **8267**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.85 | $0.00 |

**Frank & Pat Sanborn**

12401 Pearl Rd
Chardon, OH 44024-8886

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **7315**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 283 of 689

| 2.1131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.67 | $0.00 |

**Frank & Richelle McMichael**

**6152 Orchard Ave**
**Petersburg, OH 44454-9709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3109**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.65 | $0.00 |

**Frank Booker**

**9606 Thorpe Rd**
**Berlin Heights, OH 44814-9562**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1042**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,035.75 | $0.00 |

**Frank Cvelbar**

**6147 Trask Rd**
**Thompson, OH 44086-9528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6736**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,289.96 | $0.00 |

**Frank Dellaria**

**1 Pine Dr**
**Burgettstown, PA 15021-2609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0577**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.04 | $0.00 |
|---|---|---|---|---|

**Frank Graff**

**117 Graff Rd**
**Clinton, PA 15026-9745**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6785**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.1136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $86.62 | $0.00 |
|---|---|---|---|---|

**Frank Henson**

**27744 Jackson Rd**
**Circleville, OH 43113-9430**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1738**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.1137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.90 | $0.00 |
|---|---|---|---|---|

**Frank Johnson**

**2601 2 Scenic Dr**
**Washington, PA 15301**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4911**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.1138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63.75 | $0.00 |
|---|---|---|---|---|

**Frank Kline**

**7 Hackney Ct**
**Port Deposit, MD 21904-1490**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0853**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

| 2.1139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Frank Lanzi**

1917 Wilson Point Rd
Middle River, MD 21220-5431

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0778**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.59 | $0.00 |

**Frank Mattera**

49 Rose Ln
Glen Mills, PA 19342-1754

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7700**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.93 | $0.00 |

**Frank Montgomery**

1489 Mountainview Dr
Oakland, MD 21550-7170

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2309**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,122.77 | $0.00 |

**Frank Nichols, Jr.**

45634 Sundback Rd
Spartansburg, PA 16434-4344

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6668**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 286 of 689

| 2.1143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.09** | **$0.00** |

**Frank Poore**

**43925 Albrecht Rd**
**Elyria, OH 44035-4537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4943**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$264.35** | **$0.00** |

**Frank R. Policz**

**880 N Eighty Eight Rd**
**Rices Landing, PA 15357-1129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0065**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Frank Relihan**

**7026 Forrest Trl**
**Butler, PA 16002-8897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2635**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$33.83** | **$0.00** |

**Frank Ruehr, Sr.**

**3676 Beck Rd**
**Mantua, OH 44255-9470**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2822**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.1147 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$258.74** $0.00 |
| **Frank Russell** | *Check all that apply.* | |
| | ☐ Contingent | |
| **1857 Dennings Rd** | ☐ Unliquidated | |
| **New Windsor, MD 21776-8522** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **7615** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1148 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$128.01** $0.00 |
| **Frank Tavlic** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2140 Mahoning Rd** | ☐ Unliquidated | |
| **Deerfield, OH 44411-9739** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **6007** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1149 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,321.16** $0.00 |
| **Frank Walter** | *Check all that apply.* | |
| | ☐ Contingent | |
| **8324 Spencer Lake Rd** | ☐ Unliquidated | |
| **Medina, OH 44256-7547** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **3971** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1150 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$89.34** $0.00 |
| **Frank Wilcox** | *Check all that apply.* | |
| | ☐ Contingent | |
| **1590 Bean Oller Rd** | ☐ Unliquidated | |
| **Delaware, OH 43015-7804** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **9949** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.88 | $0.00 |

**2.1151** Priority creditor's name and mailing address

**Franklin Pool**

**135 Meadow Ln**
**Wintersville, OH 43953-7337**

As of the petition filing date, the claim is: **$184.88**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4660**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1152** Priority creditor's name and mailing address

**Franklin Thornsberry**

**10105 Darrow Rd**
**Vermilion, OH 44089-9344**

As of the petition filing date, the claim is: **$425.00**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0881**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1153** Priority creditor's name and mailing address

**Fred & Heather Boyle**

**12464 Hotchkiss Rd**
**Burton, OH 44021-9407**

As of the petition filing date, the claim is: **$25.50**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9601**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1154** Priority creditor's name and mailing address

**Fred & Judy Chapman**

**2989 Lovers Ln**
**Ravenna, OH 44266-8978**

As of the petition filing date, the claim is: **$439.62**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6792**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1155**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$37.49**   $0.00 |
| **Fred & Ruth Ann Welton** | *Check all that apply.* | |
| | ☐ Contingent | |
| **1770 Butler Pike** | ☐ Unliquidated | |
| **Grove City, PA 16127-3314** | ☐ Disputed | |

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **8207**    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
    ☐ Yes

---

**2.1156**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,258.60**   $0.00 |
| **Fred Ambach** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2090 May Rd** | ☐ Unliquidated | |
| **Mogadore, OH 44260-9337** | ☐ Disputed | |

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **3909**    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
    ☐ Yes

---

**2.1157**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8.67**   $0.00 |
| **Fred Balsam** | *Check all that apply.* | |
| | ☐ Contingent | |
| **794 Erickasview Dr** | ☐ Unliquidated | |
| **Westminster, MD 21158-3644** | ☐ Disputed | |

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **4745**    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
    ☐ Yes

---

**2.1158**

| | | |
|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,223.15**   $0.00 |
| **Fred Barnes** | *Check all that apply.* | |
| | ☐ Contingent | |
| **380 Deer Run Cir** | ☐ Unliquidated | |
| **Mogadore, OH 44260-8722** | ☐ Disputed | |

Date or dates debt was incurred    Basis for the claim:

Last 4 digits of account number **6296**    Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
    ☐ Yes

---

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 290 of 689

| 2.1159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,670.73 | $0.00 |
|---|---|---|---|---|

**Fred Bishop**

1560 E Township Road 122
Tiffin, OH 44883-8739

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9558**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Fred Crossland**

2324 Morgantown Rd
Uniontown, PA 15401-6701

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0736**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.96 | $0.00 |
|---|---|---|---|---|

**Fred King**

223 Township Road 391
Toronto, OH 43964-7940

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8409**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,611.57 | $0.00 |
|---|---|---|---|---|

**Fred Militello**

1676 Campbell Rd
Forest Hill, MD 21050-2342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7355**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.1163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |

2.1163 Priority creditor's name and mailing address

**Fred Minteer**

**141 Minteer Ln**
**Edinburg, PA 16116-4617**

As of the petition filing date, the claim is: **$0.51**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1003**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1164 Priority creditor's name and mailing address

**Fred Mootz**

**1761 Colora Rd**
**Colora, MD 21917-1417**

As of the petition filing date, the claim is: **$1,069.13**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1633**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1165 Priority creditor's name and mailing address

**Fred Rosen**

**3011 Forever Dr**
**Finksburg, MD 21048-2114**

As of the petition filing date, the claim is: **$8.42**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4860**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1166 Priority creditor's name and mailing address

**Fred Widner**

**203 McKinneytown Rd**
**North East, MD 21901-5521**

As of the petition filing date, the claim is: **$1,377.09**   **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7115**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.03 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Fred Woods**

282 Vankirk Ridge Rd
Washington, PA 15301-6426

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4620**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.06 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Freddie Ephraim**

2014 Twin Lakes Dr
Jarrettsville, MD 21084-1934

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0927**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $365.16 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Frederick & Kelly Jenkins**

3221 Blue Ball Rd
North East, MD 21901-1413

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0982**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.99 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Frederick & Kelly Stieff**

579 Jennings Rd
Grantsville, MD 21536-2254

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0388**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $877.46 | $0.00 |
|---|---|---|---|---|

**2.1171** Priority creditor's name and mailing address

**FSM Associates LLC**
**Forrust Miller**
**121 W Cochran St**
**Middletown, DE 19709-1302**

As of the petition filing date, the claim is:                    $877.46    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6313**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1172** Priority creditor's name and mailing address

**G.E. Saxe**

**1861 Ridgewood Rd**
**York, PA 17406-1838**

As of the petition filing date, the claim is:                    $100.64    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7316**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1173** Priority creditor's name and mailing address

**Gabriel & Tina Craig**

**90105 Mill Rd**
**Jewett, OH 43986-9729**

As of the petition filing date, the claim is:                    $416.50    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1584**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1174** Priority creditor's name and mailing address

**Gail Brooks**

**3978 N Broadway**
**Geneva, OH 44041-7746**

As of the petition filing date, the claim is:                    $724.54    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4808**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.60 | $0.00 |
|---|---|---|---|---|

**Gail Stiles**

30616 State Route 31
Richwood, OH 43344-9785

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6210**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.89 | $0.00 |
|---|---|---|---|---|

**Gail VIctory**

6923 Beery Rd
Ravenna, OH 44266-9120

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4107**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $716.89 | $0.00 |
|---|---|---|---|---|

**Gail Wolboldt**

4989 Oil City Rd
Wooster, OH 44691-9415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **83**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $256.53 | $0.00 |
|---|---|---|---|---|

**Gaius Jones**

6191 Corey Hunt Rd
Bristolville, OH 44402-9645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **833**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Galen Bankhead**

2127 Hileman Rd
Bruceton Mills, WV 26525-5413

Date or dates debt was incurred

Last 4 digits of account number **4232**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:     **$368.05**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1180 | Priority creditor's name and mailing address |
|---|---|

**Galina Romanovich**

2480 Bradshaw Blvd
Galloway, OH 43119-8796

Date or dates debt was incurred

Last 4 digits of account number **1932**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:     **$429.68**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1181 | Priority creditor's name and mailing address |
|---|---|

**Garett Kokal**

6491 Dewey Rd
Thompson, OH 44086-9770

Date or dates debt was incurred

Last 4 digits of account number **0789**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:     **$402.90**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1182 | Priority creditor's name and mailing address |
|---|---|

**Garry Ickes**

9300 Somerset Rd
Thornville, OH 43076-8359

Date or dates debt was incurred

Last 4 digits of account number **4992**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:     **$680.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.70 | $0.00 |

**Gary & Doris Brown**

418 Garford Rd
Geneva, OH 44041-9676

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1947**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $827.99 | $0.00 |

**Gary & Linda Dunworth**

90 District Rd
Greenville, PA 16125-8419

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8302**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |

**Gary & Marsha Krieg**

3205 N Ridge Rd
Vermilion, OH 44089-3735

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4212**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $996.37 | $0.00 |

**Gary Bologna**

283 Church Rd
Fombell, PA 16123-2405

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0786**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1187 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$1,441.09** | **$0.00** |

**Gary Brown**

**6815 Spieth Rd**
**Medina, OH 44256-7716**

_____
Date or dates debt was incurred

Last 4 digits of account number **7688**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1188 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$178.50** | **$0.00** |

**Gary Butts**

**1175 Storybrook Dr**
**Washington Court House, OH**
**43160-2602**

_____
Date or dates debt was incurred

Last 4 digits of account number **9425**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1189 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$15.47** | **$0.00** |

**Gary Carr**

**25877 Hartley Rd**
**Beloit, OH 44609-9346**

_____
Date or dates debt was incurred

Last 4 digits of account number **162**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1190 | Priority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$20.66** | **$0.00** |

**Gary Cloud**

**477 Gault Rd**
**Narvon, PA 17555-9442**

_____
Date or dates debt was incurred

Last 4 digits of account number **1628**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

| 2.1191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.45 | $0.00 |
|---|---|---|---|---|

**Gary Clouse**

**5481 South County Road 591**
**New Regal, OH 44835**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8437**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.1192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $293.25 | $0.00 |
|---|---|---|---|---|

**Gary Cole**

**3402 State Route 981**
**Saltsburg, PA 15681-1490**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2526**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.1193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.47 | $0.00 |
|---|---|---|---|---|

**Gary Cooley**

**18590 State Route 739**
**Richwood, OH 43344-9791**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1082**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.1194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Gary Crissinger**

**5799 State Route 152**
**Richmond, OH 43944-7936**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2587**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.1195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.01 | $0.00 |
|---|---|---|---|---|

**Gary Cumberlin**

**6808 Oakfield North Rd NW**
**Bristolville, OH 44402-8716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3642**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.15 | $0.00 |
|---|---|---|---|---|

**Gary Ferguson & Misty Baker**

**560 W River View Dr**
**Austinburg, OH 44010-9752**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5247**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Gary Gilligan**

**103 Walshs Way**
**Coatesville, PA 19320-6104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1802**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.72 | $0.00 |
|---|---|---|---|---|

**Gary Goldberg**

**7203 Honeybush Dr**
**Mount Airy, MD 21771-4021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5076**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 300 of 689

| 2.1199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.30 | $0.00 |
|---|---|---|---|---|

**Gary Gontero**

7610 Dover Zoar Rd NE
Dover, OH 44622-7961

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5127**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.96 | $0.00 |
|---|---|---|---|---|

**Gary Greene**

2701 Raynham Ct
Baldwin, MD 21013-9520

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0594**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.92 | $0.00 |
|---|---|---|---|---|

**Gary Hault**

9305 First East St
North Benton, OH 44449-9631

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1852**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.00 | $0.00 |
|---|---|---|---|---|

**Gary Heath**

2716 Township Road 30 W
Bellefontaine, OH 43311-9764

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1969**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$609.20** | **$0.00** |
|---|---|---|---|---|

**Gary Herron**

**1826 Old Elk Neck Rd**
**Elkton, MD 21921-7452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1621**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1204 | Priority creditor's name and mailing address | | **$2,769.47** | **$0.00** |
|---|---|---|---|---|

**Gary Hiob**

**1819 Robinson Mill Rd**
**Darlington, MD 21034-1025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3846**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1205 | Priority creditor's name and mailing address | | **$101.15** | **$0.00** |
|---|---|---|---|---|

**Gary Hopko**

**5580 Richman Rd**
**Spencer, OH 44275-9714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8022**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1206 | Priority creditor's name and mailing address | | **$764.58** | **$0.00** |
|---|---|---|---|---|

**Gary Horsey**

**23828 Annie Crow Rd**
**Chestertown, MD 21620-3863**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7790**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.06 | $0.00 |
|---|---|---|---|---|

**Gary Householder**

2320 Sunset Ridge Ln
Portersville, PA 16051-4034

Date or dates debt was incurred

Last 4 digits of account number **3919**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $216.24 | $0.00 |
|---|---|---|---|---|

**Gary L. & Sue A. Snode**

6033 Lilac Rd NW
Minerva, OH 44657-9711

Date or dates debt was incurred

Last 4 digits of account number **4841**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,264.63 | $0.00 |
|---|---|---|---|---|

**Gary Markum**

223 Chestnut Way
Middletown, DE 19709-9349

Date or dates debt was incurred

Last 4 digits of account number **6976**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.13 | $0.00 |
|---|---|---|---|---|

**Gary Martin**

3091 Carroll Southern Rd
Carroll, OH 43112-9784

Date or dates debt was incurred

Last 4 digits of account number **1290**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1211 | Priority creditor's name and mailing address<br>**Gary Overmyer**<br><br>**3420 County Road 231**<br>**Fremont, OH 43420-9226** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $970.19 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7825**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1212 | Priority creditor's name and mailing address<br>**Gary Paetzel**<br><br>**13501 Butternut Rd**<br>**Burton, OH 44021-9570** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $346.46 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1014**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1213 | Priority creditor's name and mailing address<br>**Gary Pintado**<br>**Wayne Home Builders**<br>**113 Serenity Ln**<br>**Renfrew, PA 16053-8713** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $637.50 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8005**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1214 | Priority creditor's name and mailing address<br>**Gary Rumbalski**<br><br>**151 Harristown Rd**<br>**Paradise, PA 17562-9625** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8.42 | $0.00 |
| --- | --- | --- | --- | --- |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7179**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 304 of 689

---

**2.1215** | Priority creditor's name and mailing address

**Gary Swope**

**11697 Riverwood Dr**
**Chardon, OH 44024-8901**

Date or dates debt was incurred

Last 4 digits of account number **6294**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$268.52     $0.00

---

**2.1216** | Priority creditor's name and mailing address

**Gary Vaughn**

**4067 Phalanx Mills Herner Rd**
**Southington, OH 44470-9708**

Date or dates debt was incurred

Last 4 digits of account number **4549**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$926.59     $0.00

---

**2.1217** | Priority creditor's name and mailing address

**Gavin Gist**

**2766 Bair Rd**
**Urbana, OH 43078-9458**

Date or dates debt was incurred

Last 4 digits of account number **0085**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$123.08     $0.00

---

**2.1218** | Priority creditor's name and mailing address

**Gay Kaltenbaugh**

**828 W Old Route 422**
**Butler, PA 16001-0250**

Date or dates debt was incurred

Last 4 digits of account number **1514**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$260.02     $0.00

---

**2.1219** Priority creditor's name and mailing address

**Gay Mayo**

**31 Oldfield Acres Dr
Elkton, MD 21921-8411**

Date or dates debt was incurred

Last 4 digits of account number **2865**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$0.68**   **$0.00**

---

**2.1220** Priority creditor's name and mailing address

**Gene Anthony**

**11 Long Dr
Downingtown, PA 19335-3374**

Date or dates debt was incurred

Last 4 digits of account number **0560**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$250.58**   **$0.00**

---

**2.1221** Priority creditor's name and mailing address

**Gene Burton, Jr.**

**4944 Glatfelter Rd
Spring Grove, PA 17362-7970**

Date or dates debt was incurred

Last 4 digits of account number **0924**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$480.25**   **$0.00**

---

**2.1222** Priority creditor's name and mailing address

**Gene Calai**

**27468 Sprague Rd
Olmsted Falls, OH 44138-1744**

Date or dates debt was incurred

Last 4 digits of account number **6723**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$850.00**   **$0.00**

| 2.1223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.77 | $0.00 |

**Gene Davis**

110 Beechwood Dr SW
Reynoldsburg, OH 43068-3804

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6321**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $0.00 |

**Gene Soltis**

13030 Old State Rd
Claridon, OH 44046-8712

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **924**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,177.61 | $0.00 |

**Gene Timberman**

2055 Palmer Rd
Needmore, PA 17238-8779

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8258**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.11 | $0.00 |

**Geneva Weaver**

913 Beham Ridge Rd
West Alexander, PA 15376-2281

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2457**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1227** Priority creditor's name and mailing address

**Gennadi Shishlo**

**6707 County Road 101**
**Belle Center, OH 43310-9579**

Date or dates debt was incurred

Last 4 digits of account number **9388**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$255.94          $0.00

---

**2.1228** Priority creditor's name and mailing address

**Geoff Perry**

**1752 Route 519**
**Canonsburg, PA 15317-5124**

Date or dates debt was incurred

Last 4 digits of account number **6098**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$109.99          $0.00

---

**2.1229** Priority creditor's name and mailing address

**George & Carol Seward**

**9816 Kraft Hill Rd**
**Perry Hall, MD 21128-9305**

Date or dates debt was incurred

Last 4 digits of account number **6683**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,020.00          $0.00

---

**2.1230** Priority creditor's name and mailing address

**George & Donna Walls**

**16583 Dunn Rd**
**East Liverpool, OH 43920-3918**

Date or dates debt was incurred

Last 4 digits of account number **7105**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,281.12          $0.00

---

---

| 2.1231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.50 | $0.00 |

**George & Goergia Miller**

**235 River St**
**Adah, PA 15410-1203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9553**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,104.83 | $0.00 |

**George & Jane Mathews**

**2674 Dutch Hollow Rd**
**Beaver, OH 45613-9744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7104**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.26 | $0.00 |

**George & Marilyn Buffington**

**56807 Skyline Dr**
**Senecaville, OH 43780-9680**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3661**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.65 | $0.00 |

**George & Michelle Dalton**

**1899 Butler Rd**
**Wakeman, OH 44889-9797**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0860**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $892.50 | $0.00 |
|---|---|---|---|---|

**George Antonakos**

**4403 Meadowcliff Rd**
**Glen Arm, MD 21057-9535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9575**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $467.50 | $0.00 |
|---|---|---|---|---|

**George Behney**

**61 Rosewood Dr**
**Elkton, MD 21921-6901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4698**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $277.19 | $0.00 |
|---|---|---|---|---|

**George Carney**

**50 B Nutwell Rd**
**Lothian, MD 20711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1295**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,108.66 | $0.00 |
|---|---|---|---|---|

**George Charbel**

**3690 State Route 540**
**Bellefontaine, OH 43311-9513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5637**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1239 | Priority creditor's name and mailing address **George Clayton** 8602 County Road 5 N Rushsylvania, OH 43347-9715 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.09** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9357**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1240 | Priority creditor's name and mailing address **George Curry** 105 Fieldcrest Dr Cochranville, PA 19330-9643 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$16.75** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1429**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1241 | Priority creditor's name and mailing address **George Dewey** 11301 Colburn Rd Chardon, OH 44024-9770 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$946.22** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1700**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1242 | Priority creditor's name and mailing address **George Early** 291 Higgins Rd Hilliards, PA 16040-1313 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$99.73** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9680**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 311 of 689

| | | | |
|---|---|---|---|
| **2.1243** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$181.31** $0.00 |

**2.1243**

Priority creditor's name and mailing address
**George F. & Martha M Green**

**20940 County Road 151**
**West Lafayette, OH 43845-9740**

Date or dates debt was incurred

Last 4 digits of account number **1053**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$181.31**    **$0.00**

---

**2.1244**

Priority creditor's name and mailing address
**George Gray**

**3821 Elizabeth Dr**
**Garnet Valley, PA 19060-1504**

Date or dates debt was incurred

Last 4 digits of account number **8191**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$2,125.09**    **$0.00**

---

**2.1245**

Priority creditor's name and mailing address
**George Gresh**

**10042 Daniels Rd**
**Creston, OH 44217-9505**

Date or dates debt was incurred

Last 4 digits of account number **2282**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.43**    **$0.00**

---

**2.1246**

Priority creditor's name and mailing address
**George Harrah**

**487 Main St**
**Smithfield, OH 43948**

Date or dates debt was incurred

Last 4 digits of account number **8826**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,602.93**    **$0.00**

| 2.1247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.20 | $0.00 |

**George Lockhart**

121 Boyd Rd
Hookstown, PA 15050-1552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6618**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |

**George Long**

3175 Sonnyann Pl
Xenia, OH 45385-9396

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9157**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.23 | $0.00 |

**George Lozier**

15125 Greenbower St NE
Alliance, OH 44601-9638

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8482**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.55 | $0.00 |

**George Mills**

4324 Clark Shaw Rd
Powell, OH 43065-9715

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0074**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 313 of 689

| | | |
|---|---|---|
| 2.1251 | Priority creditor's name and mailing address | $2,125.00 | $0.00 |

**George Minello**

**11165 Winding Brook Ln**
**Chesterland, OH 44026-1555**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number **1009**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1252 | Priority creditor's name and mailing address | $43.61 | $0.00 |

**George Norcross**

**2901 Mason Rd**
**Monroeville, OH 44847-9304**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number **2457**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1253 | Priority creditor's name and mailing address | $466.40 | $0.00 |

**George Paidousis**

**1883 County Road 23**
**Bloomingdale, OH 43910-7706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number **1377**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1254 | Priority creditor's name and mailing address | $24.31 | $0.00 |

**George Silcott**

**18205 County Line Rd**
**Ostrander, OH 43061-9501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number **8597**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|---|---|---|---|---|

**George Stamos**

**2296 State Route 168**
**Georgetown, PA 15043-1068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2484**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $160.99 | $0.00 |
|---|---|---|---|---|

**George Ulmer**

**307 Chesapeake Cove Ln**
**Elkton, MD 21921-7515**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7749**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.06 | $0.00 |
|---|---|---|---|---|

**George Watson**

**151 Agape Rd**
**Hickory, PA 15340-1450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6193**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,373.69 | $0.00 |
|---|---|---|---|---|

**George Whitmire**

**5817 Laubert Rd**
**Atwater, OH 44201-9202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9384**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.04 | $0.00 |

**Gerald Franks**

**11817 County Road 316**
**Big Prairie, OH 44611-9622**

Date or dates debt was incurred

Last 4 digits of account number **8218**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.55 | $0.00 |

**Gerald Fulton**

**2016 Temple Rd**
**Bucyrus, OH 44820-9784**

Date or dates debt was incurred

Last 4 digits of account number **7365**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $178.33 | $0.00 |

**Gerald Kluis**

**10 Chippenham Dr**
**Newark, DE 19711-2012**

Date or dates debt was incurred

Last 4 digits of account number **4295**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.29 | $0.00 |

**Gerald Levingston**

**14124 National Rd State Rte # 40**
**Brownsville, OH 43721**

Date or dates debt was incurred

Last 4 digits of account number **8104**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $686.38 | $0.00 |

**Gerald P. Smith**

**8573 State Route 7**
**Williamsfield, OH 44093-9751**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7718**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1264 | Priority creditor's name and mailing address | | $335.75 | $0.00 |

**Gerald Seik**

**214 Tank Farm Rd**
**Aliquippa, PA 15001-5724**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7002**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1265 | Priority creditor's name and mailing address | | $563.64 | $0.00 |

**Gerald Snyder**

**19553 Amberson Rd**
**Spring Run, PA 17262-9710**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1902**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1266 | Priority creditor's name and mailing address | | $216.24 | $0.00 |

**Gerald Stein & Lesley Dawson**

**125 Greenridge Rd**
**Glenmoore, PA 19343-8927**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4972**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 317 of 689

---

| 2.1267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,845.61 | $0.00 |
| | **Gerald Thompson** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **490 S Whitehorse Rd** | ☐ Unliquidated | | |
| | **Phoenixville, PA 19460-2571** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1771** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.1268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.35 | $0.00 |
| | **Gerard Smith** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **3455 Ferry Rd** | ☐ Unliquidated | | |
| | **Bellbrook, OH 45305-8924** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4756** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.1269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,811.52 | $0.00 |
| | **Gerry Drabeck** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **5275 Rootstown Rd** | ☐ Unliquidated | | |
| | **Ravenna, OH 44266-9596** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5066** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.1270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $275.83 | $0.00 |
| | **Gilbert & Summer Chambers** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **11201 Joppa Rd** | ☐ Unliquidated | | |
| | **Berlin Heights, OH 44814-9573** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7969** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 318 of 689

| 2.1271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.19 | $0.00 |

**Gilbert Chambers, Jr**

**12812 State Route 61**
**Collins, OH 44826-9616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4573**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $928.12 | $0.00 |

**Gilbert Rodler**

**490 Plum Run Rd**
**Canonsburg, PA 15317-9790**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9539**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.92 | $0.00 |

**Gina Valenti**

**4598 Sherman Rd**
**Kent, OH 44240-6842**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.81 | $0.00 |

**Gino Sorgi**

**10560 Crawford Rd**
**Homerville, OH 44235-9755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8098**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.1275 | | |

Priority creditor's name and mailing address

**Glen Clark**

**5705 Miller Rd**
**Rome, OH 44085-9754**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.77**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3554**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1276 | | |

Priority creditor's name and mailing address

**Glen Kazerman**

**14100 Mantua Mill Rd**
**Reisterstown, MD 21136-4836**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$850.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1592**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1277 | | |

Priority creditor's name and mailing address

**Glen Stieber**

**1720 TOWNLINE RD # 198**
**Monroeville, OH 44847**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.77**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0978**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1278 | | |

Priority creditor's name and mailing address

**Glendon Fauk**

**6764 London Groveport Rd**
**Grove City, OH 43123-9627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1.28**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,550.00 | $0.00 |
|---|---|---|---|---|

**Glenn & Doreen Bydume**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**2042 Hermitage Hills Dr**
**Gambrills, MD 21054-2006**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6203**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.52 | $0.00 |
|---|---|---|---|---|

**Glenn & Janice Weirich**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**18 Walkertown Hill Rd**
**Daisytown, PA 15427-1044**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6950**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.83 | $0.00 |
|---|---|---|---|---|

**Glenn Choate**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**394 Green Valley Rd**
**Eighty Four, PA 15330-2570**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7715**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.76 | $0.00 |
|---|---|---|---|---|

**Glenn Ellington**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**2585 Ravenna Ave SE**
**East Canton, OH 44730-9729**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6533**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 321 of 689

| 2.1283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $279.82 | $0.00 |
|---|---|---|---|---|

**Glenn Hartman**

**5299 Blue Hill Rd**
**Glenville, PA 17329-9505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0931**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $192.87 | $0.00 |
|---|---|---|---|---|

**Glenn Kreps**

**14311 Beaver Springfield Rd**
**New Springfield, OH 44443-9704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5649**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $538.22 | $0.00 |
|---|---|---|---|---|

**Glenn Prest**

**40 Gammy Dr**
**Elkton, MD 21921-1601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2677**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $115.60 | $0.00 |
|---|---|---|---|---|

**Glenn Reynolds**

**3362 Bulah Rd**
**Jefferson, OH 44047-9446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7010**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.21 | $0.00 |
|---|---|---|---|---|

2.1287 | Priority creditor's name and mailing address

**Glenn Trese**

**854 Kingsway Cir**
**Howard, OH 43028-9347**

Date or dates debt was incurred

Last 4 digits of account number **422**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$210.21** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

2.1288 | Priority creditor's name and mailing address

**Glenn W. Bush, Jr.**

**293 Old Scale Rd**
**Waynesburg, PA 15370-7336**

Date or dates debt was incurred

Last 4 digits of account number **1211**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$2,346.85** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

2.1289 | Priority creditor's name and mailing address

**Gloria Evans**

**10183 Maharg Rd**
**St Louisville, OH 43071-9723**

Date or dates debt was incurred

Last 4 digits of account number **338**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$71.15** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

2.1290 | Priority creditor's name and mailing address

**Gloria Whipple**

**2416 Pheasant Run Dr**
**Austinburg, OH 44010-9792**

Date or dates debt was incurred

Last 4 digits of account number **9428**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$255.34** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.51 | $0.00 |
|---|---|---|---|---|

**God Answers Prayers LLC**
**Jesse Cameron**
**800 Louise Dr**
**Springfield, PA 19064-1528**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5958**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.16 | $0.00 |
|---|---|---|---|---|

**Gordon Collins**

**8010 Barnes Rd**
**Vermilion, OH 44089-9561**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3939**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.35 | $0.00 |
|---|---|---|---|---|

**Gordon Shanks**

**12271 Woodin Rd**
**Chardon, OH 44024-9176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7250**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $0.00 |
|---|---|---|---|---|

**Gordon Zellner**

**886 Section Line Rd # 30**
**Bellevue, OH 44811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5479**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 324 of 689

---

| 2.1295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $889.95 | $0.00 |

**Grace & Edward Keighron-Pinto**

113 Fleetline St
Ronks, PA 17572-9628

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1203**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.20 | $0.00 |

**Gracie Monroe**

8325 Nichols Rd
Windham, OH 44288-9732

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6145**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.63 | $0.00 |

**Graham Schuld**

5483 W Loveland Rd
Madison, OH 44057-9007

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4419**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $381.06 | $0.00 |

**Greg & Terri Donadio**

820 W Padonia Rd
Cockeysville, MD 21030-1725

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1389**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.60 | $0.00 |
|---|---|---|---|---|

**Greg Black**

9319 Hermitage Rd
Chardon, OH 44024-8749

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6641**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.70 | $0.00 |
|---|---|---|---|---|

**Greg Cimperman**

5623 Trask Rd
Madison, OH 44057-9536

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3441**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.33 | $0.00 |
|---|---|---|---|---|

**Greg Clark**

9710 Crows Nest Ln
Litchfield, OH 44253-9552

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7621**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.05 | $0.00 |
|---|---|---|---|---|

**Greg Currie**

6421 Indian Point Rd
Painesville, OH 44077-8845

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3630**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 326 of 689

| 2.1303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $228.23 | $0.00 |
|---|---|---|---|---|

**Greg Goins**

5974 Ryan Rd
Medina, OH 44256-8898

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **92**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.42 | $0.00 |
|---|---|---|---|---|

**Greg Hay**

308 Williams Rd
Fayette City, PA 15438-1144

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3268**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.33 | $0.00 |
|---|---|---|---|---|

**Greg Leonard**

55348 County Line Road 65 (Jim
Ball Road

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4589**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,770.41 | $0.00 |
|---|---|---|---|---|

**Greg Machiko**

3600 Jefferson Ave
Washington, PA 15301-8794

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2778**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 327 of 689

| 2.1307 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.95 | $0.00 |

**Greg Marini**

**15416 Rivercrest Ct**
**Brookeville, MD 20833-2400**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7995**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1308 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.75 | $0.00 |

**Greg Mincher**

**17503 Grace Rd**
**Hampstead, MD 21074-2917**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2549**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1309 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.22 | $0.00 |

**Greg Sachetta**

**1823 Choptank Rd**
**Middletown, DE 19709-9047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1530**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1310 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00 |

**Greg Tuttle**

**3890 Jerusalem Rd**
**Vermilion, OH 44089-2652**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2675**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.1311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Greg Williams**

**1318 Emmaus Ct**
**Joppa, MD 21085-3200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0974**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Greg Wohlschlegel**

**304 Piedmont St**
**Hampstead, MD 21074-1934**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0229**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,852.47 | $0.00 |
|---|---|---|---|---|

**Gregory Bilowsky**

**15096 Clinton Rd**
**Doylestown, OH 44230-9755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8277**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.04 | $0.00 |
|---|---|---|---|---|

**Gregory Henico**

**4518 E Sterling Rd**
**Creston, OH 44217-9241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2329**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Gregory Mortimer**

**3646 Work Rd**
**Ravenna, OH 44266-8330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **557**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $547.74 | $0.00 |
|---|---|---|---|---|

**Gregory Sarachine**

**327 Whitestown Rd**
**Harmony, PA 16037-8113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5621**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $835.81 | $0.00 |
|---|---|---|---|---|

**Gregory Smith**

**2270 Brandt Ln**
**Enon Valley, PA 16120-3421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6105**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Gregory Sotherland**

**27800 Clark Rd**
**Wellington, OH 44090-9343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2490**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| | |
|---|---|

**2.1319** Priority creditor's name and mailing address

**Gregory Tartaglione**

**960 Corrin Farm Ln**
**Earleville, MD 21919-1123**

Date or dates debt was incurred

Last 4 digits of account number **2773**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$2,057.68**   **$0.00**

---

**2.1320** Priority creditor's name and mailing address

**Gregory Zak**

**7459 Spencer Lake Rd**
**Medina, OH 44256-7500**

Date or dates debt was incurred

Last 4 digits of account number **9885**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$196.95**   **$0.00**

---

**2.1321** Priority creditor's name and mailing address

**Griffiths Greenhouse**
**Loren Griffiths**
**4086 Milo Rd NW**
**Carrollton, OH 44615-9352**

Date or dates debt was incurred

Last 4 digits of account number **705**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$80.50**   **$0.00**

---

**2.1322** Priority creditor's name and mailing address

**Guy & Cathy Avolio**

**20 Cardinal Ln**
**Avella, PA 15312-2302**

Date or dates debt was incurred

Last 4 digits of account number **1475**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,738.42**   **$0.00**

| 2.1323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,892.10 | $0.00 |
|---|---|---|---|---|

**Guy Avolio**

**14 Cardinal Ln**
**Avella, PA 15312-2302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number **8722**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,535.22 | $0.00 |
|---|---|---|---|---|

**Guy Myers**

**630 McGlaughlin Rd**
**Fairfield, PA 17320-9305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,249.50 | $0.00 |
|---|---|---|---|---|

**H & S Farms**
**Cathy Smith**
**12725 Snyder Church Rd NW**
**Baltimore, OH 43105-9640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number **6157**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.40 | $0.00 |
|---|---|---|---|---|

**Hai Le**

**9360 Slate Quarry Rd**
**Dickerson, MD 20842-8715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number **1959**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | | |
|---|---|---|---|
| 2.1327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,571.74 $0.00 |

Priority creditor's name and mailing address
**Hal Beam**

**52468 Ward Rd**
**Wakeman, OH 44889-9014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,571.74      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7713**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1328  Priority creditor's name and mailing address
**Hal Carlisle**

**15120 German Church Rd**
**Atwater, OH 44201-9405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,220.86      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1456**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1329  Priority creditor's name and mailing address
**Hank & Dee Mastaski**

**6842 Bogue Rd**
**Rome, OH 44085-9670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.17      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4437**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.1330  Priority creditor's name and mailing address
**Hans Wilhelmsen**

**13701 Jarrettsville Pike**
**Phoenix, MD 21131-2021**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,123.11      $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8272**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $549.78 | $0.00 |

**Hans Wilhelmsen**

**13729 Jarrettsville Pike**
**Phoenix, MD 21131-2021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1478**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $0.00 |

**Hareen Aparakakankanange**

**10021 Gary Rd**
**Potomac, MD 20854-4110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6553**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.75 | $0.00 |

**Harmon Banning**

**13 Amaranth Dr**
**Newark, DE 19711-2051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7759**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $32.05 | $0.00 |

**Harold Rew**

**1814 Peru Center Rd N**
**Monroeville, OH 44847-9515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5055**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| 2.1335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.95 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Harold Stebelton**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**8230 Winchester Rd**
**Carroll, OH 43112-9546**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7161**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Harpersfield United Methodist**
**Church**
**Shelly Garner (Trustee)**
**224 Garford Rd**
**Geneva, OH 44041-9643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0187**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $488.41 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Harry Heaney**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**461 Ross Ln**
**Bruceton Mills, WV 26525-5127**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4723**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $430.27 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Harry Kapala**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**1539 Barnum Rd**
**Geneva, OH 44041-9218**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9592**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.1339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $166.09 | $0.00 |
|---|---|---|---|---|

**Harry Kinsey**

**6426 County Road 58**
**Bergholz, OH 43908-7947**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2169**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $371.96 | $0.00 |
|---|---|---|---|---|

**Harry Metheny**

**5607 Butler Grange Rd**
**Salem, OH 44460-8923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3045**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,015.33 | $0.00 |
|---|---|---|---|---|

**Harry Reynolds**

**256 Red Point Rd**
**Maryland, MD 21901-5654**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9533**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.17 | $0.00 |
|---|---|---|---|---|

**Harvey & Eva Cupp**

**8360 Seasons Rd**
**Streetsboro, OH 44241-5744**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8748**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.25 | $0.00 |
|---|---|---|---|---|

**Harvey D. Miller**

8292 Fee Rd
Orwell, OH 44076-8370

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8037**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.79 | $0.00 |
|---|---|---|---|---|

**Hazel Cantrell**

3529 Alkire Rd
Grove City, OH 43123-1066

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4538**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.54 | $0.00 |
|---|---|---|---|---|

**Heath Farms
Ronald**
3060 Slate Stone Rd
Cable, OH 43009-9754

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1531**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $763.56 | $0.00 |
|---|---|---|---|---|

**Heath McMichael**

564 Park Rd
Clinton, PA 15026-1208

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1445**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $467.42 | $0.00 |
|---|---|---|---|---|

**Heather Allen**

**1270 County Road 10**
**Bellefontaine, OH 43311-9236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0325**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.79 | $0.00 |
|---|---|---|---|---|

**Heather Howell**

**185 Monks Rd**
**Saxonburg, PA 16056-2419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9404**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
|---|---|---|---|---|

**Heather Oyler**

**15470 Serfass Rd**
**Doylestown, OH 44230-9345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1265**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|---|---|---|---|---|

**Heather Tiefenthaler**

**12532 Rosedale Rd**
**Mechanicsburg, OH 43044-9522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1083**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.1351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $446.42 | $0.00 |

**Hector Rodriguez**

**2601 Fallston Rd**
**Fallston, MD 21047-1305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0946**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.72 | $0.00 |

**Heidi Lesperance**

**545 W River View Dr**
**Austinburg, OH 44010-9752**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7986**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $351.82 | $0.00 |

**Helen Saracino**

**14525 Crestview Dr**
**Novelty, OH 44072-9739**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5920**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.21 | $0.00 |

**Helen Yelton**
**Authentic Wood Floors**
**2854 Seven Alleys Rd**
**Glen Rock, PA 17327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4688**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,860.82 | $0.00 |
|---|---|---|---|---|

**Henry Hardee**

**4900 Glenville Rd**
**Glen Rock, PA 17327-8824**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0435**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $633.34 | $0.00 |
|---|---|---|---|---|

**Henry Rupprecht**

**4575 Timbery Ct**
**Jefferson, MD 21755-7703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2935**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.60 | $0.00 |
|---|---|---|---|---|

**Henry Schnars**

**360 Ellsworth Bailey Rd SW**
**Warren, OH 44481-9722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6836**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.36 | $0.00 |
|---|---|---|---|---|

**Henry Varndell**

**202 Jumonville Rd**
**Hopwood, PA 15445-2423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8115**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 340 of 689

| 2.1359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $822.12 | $0.00 |

**Henry Zahorchak**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**296 Lauffer Mine Rd**
**Export, PA 15632-2021**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8113**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.28 | $0.00 |

**Herb Pratt**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**48 Mowl Rd**
**Washington, PA 15301-7105**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4537**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.07 | $0.00 |

**Herbert Weiss**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**124 Nob Hill Park Dr**
**Reisterstown, MD 21136-4609**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6063**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.26 | $0.00 |

**Herman Dunst**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**3380 Jennings Chapel Rd**
**Woodbine, MD 21797-7512**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6045**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1363** | Priority creditor's name and mailing address

**Hermine McGarvey**

**11071 Brosius Radl**
**Garrettsville, OH 44231**

Date or dates debt was incurred

Last 4 digits of account number **3072**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$31.79 | $0.00

---

**2.1364** | Priority creditor's name and mailing address

**Hershel D. Valentine**

**994 N Lake Rd**
**New Carlisle, OH 45344-9706**

Date or dates debt was incurred

Last 4 digits of account number **9385**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,115.80 | $0.00

---

**2.1365** | Priority creditor's name and mailing address

**Holis smith**
**Laker Tire and Service**
**6973 Township Road 177**
**Zanesfield, OH 43360-9717**

Date or dates debt was incurred

Last 4 digits of account number **1049**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,295.74 | $0.00

---

**2.1366** | Priority creditor's name and mailing address

**Hollis McDowell**

**126 Dorothy Dr**
**Clinton, PA 15026-1412**

Date or dates debt was incurred

Last 4 digits of account number **9000**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$469.54 | $0.00

---

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

| 2.1367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.11 | $0.00 |

**Holly Lincoln**

**264 Roupe Rd**
**Eighty Four, PA 15330-2480**

Date or dates debt was incurred

Last 4 digits of account number **3500**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.00 | $0.00 |

**Howard & Gina Smartt**

**2288 State Rd**
**Rock Creek, OH 44084-9333**

Date or dates debt was incurred

Last 4 digits of account number **3784**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |

**Howard Canfield**

**151 STATE ROAD 58**
**Sullivan, OH 44880**

Date or dates debt was incurred

Last 4 digits of account number **1766**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $583.36 | $0.00 |

**Howard Grounds**

**293 Township Road 51 East**
**Rushsylvania, OH 44347**

Date or dates debt was incurred

Last 4 digits of account number **6667**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.1371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $0.00 |

**Howard Hillier, Jr.**

**9569 Overton Rd**
**Burbank, OH 44214-9720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8333**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.40 | $0.00 |

**Howard Sutton**

**155 Sutton Rd**
**Smithfield, PA 15478-1523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0565**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.13 | $0.00 |

**Hudson Beard**

**12 Elizabeth St**
**Coatesville, PA 19320-2892**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6115**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.68 | $0.00 |

**Hugh ( Bill) Shipe**

**700 County Road 42**
**Toronto, OH 43964-4049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5429**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1375** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.36 | $0.00

**Hugh Maplesden**

**2713 Wolfe Dr**
**Knoxville, MD 21758-8801**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1524**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1376** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $641.24 | $0.00

**Hugh Ward**

**9064 Navajo Trl**
**Negley, OH 44441-9741**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2777**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1377** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $805.97 | $0.00

**Hulun Jones**

**13150 Baumhart Rd**
**Amherst, OH 44001-9778**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **495**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1378** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530.00 | $0.00

**Iacovos Solomonides**

**802 Stablersville Rd**
**Parkton, MD 21120-9157**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0907**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| 2.1379 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,315.38 $0.00 |
| **IBO & Crystal Von Schubert** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2510 County Road 25** | ☐ Unliquidated | |
| **Cardington, OH 43315-9716** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **1889** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1380 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $695.22 $0.00 |
| **IBO & Crystal Von Schubert** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2520 County Road 25** | ☐ Unliquidated | |
| **Cardington, OH 43315-9716** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **1486** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1381 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.53 $0.00 |
| **Igor & Tatyana Goldberg** | *Check all that apply.* | |
| | ☐ Contingent | |
| **2412 Logan Rd** | ☐ Unliquidated | |
| **Owings Mills, MD 21117-2312** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **1229** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | |
|---|---|---|
| 2.1382 Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.29 $0.00 |
| **Ilie Paiusi** | *Check all that apply.* | |
| | ☐ Contingent | |
| **15230 Parrish Rd** | ☐ Unliquidated | |
| **Upperco, MD 21155-9767** | ☐ Disputed | |
| Date or dates debt was incurred | Basis for the claim: | |
| Last 4 digits of account number **1700** | Is the claim subject to offset? | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| 2.1383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.66 | $0.00 |

**Indian Springs Golf Club**

**11111 State Route 161**
**Mechanicsburg, OH 43044-9511**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1188**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.71 | $0.00 |

**Ira & Melissa Swartz**

**96 State Route 511**
**Nova, OH 44859-9728**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4918**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.20 | $0.00 |

**Irene Bediako**

**818 Drake Ln**
**Severn, MD 21144-2798**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2435**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.73 | $0.00 |

**Irene Miller**

**6860 State Route 534**
**West Farmington, OH 44491-9789**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4950**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.13 | $0.00 |
|---|---|---|---|---|

**Irene Teece**

**2845 State Route 303**
**Mantua, OH 44255-9105**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9532**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.00 | $0.00 |
|---|---|---|---|---|

**Irina & Alex Shore**

**10 Rainbow Ct**
**Owings Mills, MD 21117-3053**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9256**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,529.86 | $0.00 |
|---|---|---|---|---|

**Irina Paramushchak**

**7582 Beach Rd**
**Wadsworth, OH 44281-9288**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9147**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.87 | $0.00 |
|---|---|---|---|---|

**Irvin C. Weaver**

**4095 Andora Rd NE**
**Carrollton, OH 44615-9791**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1368**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 348 of 689

| 2.1391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.25 | $0.00 |
|---|---|---|---|---|

**Isaac Veon**

3791 Industry Rd
Rootstown, OH 44272-9776

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0864**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.47 | $0.00 |
|---|---|---|---|---|

**J & B Cafe**
**John Fiscus**
**6054 Canton Rd NW**
**Carrollton, OH 44615-9336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1741**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $438.77 | $0.00 |
|---|---|---|---|---|

**J. Larry Hilton**

8200 Pontius St NE
Alliance, OH 44601-9790

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4071**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,601.15 | $0.00 |
|---|---|---|---|---|

**J. Richard Townsend**

109 Townsend Rd
Mc Clellandtown, PA 15458-1227

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6358**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |

**J.D. Miracle**

**8497 Township Road 107**
**Belle Center, OH 43310-9732**

Date or dates debt was incurred

Last 4 digits of account number **1528**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1396 | Priority creditor's name and mailing address | | $9.35 | $0.00 |

**Jac Dorobek**

**5853 US Highway 6**
**Vickery, OH 43464-9521**

Date or dates debt was incurred

Last 4 digits of account number **8642**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1397 | Priority creditor's name and mailing address | | $1,067.86 | $0.00 |

**Jack & Byung Bolster**

**12435 Stockbridge Dr**
**Chesterland, OH 44026-2029**

Date or dates debt was incurred

Last 4 digits of account number **6806**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1398 | Priority creditor's name and mailing address | | $16.83 | $0.00 |

**Jack Bauer**

**1220 Saint Michaels Rd**
**Mount Airy, MD 21771-3202**

Date or dates debt was incurred

Last 4 digits of account number **9145**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1399 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.91 | $0.00 |
|---|---|---|---|---|

**Jack Breakiron**

**236 Grange Rd**
**Mc Clellandtown, PA 15458-1222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5730**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1400 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.93 | $0.00 |
|---|---|---|---|---|

**Jack Merckle**

**191 Skyline Dr**
**Hickory, PA 15340-1324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4621**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1401 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.19 | $0.00 |
|---|---|---|---|---|

**Jack Overholt**

**5499 Trask Rd**
**Madison, OH 44057-9420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7498**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1402 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $206.47 | $0.00 |
|---|---|---|---|---|

**Jack Ray**

**4720 Spring Valley Rd**
**London, OH 43140-8778**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4991**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $504.90 | $0.00 |
|---|---|---|---|---|

**Jack Reuter**

3318 Fox Rd
Huron, OH 44839-2251

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5082**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.08 | $0.00 |
|---|---|---|---|---|

**Jack Senatore**

1141 Walters Mill Rd # B
Forest Hill, MD 21050-1415

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7892**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $994.67 | $0.00 |
|---|---|---|---|---|

**Jack Swinehart**

220 Fisherman Rd NW
Carrollton, OH 44615-9302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9301**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,073.81 | $0.00 |
|---|---|---|---|---|

**Jack Trethewey**

10382 Washington St
Chagrin Falls, OH 44023-2614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0336**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,924.54 | $0.00 |
|---|---|---|---|---|

**Jack Vandevisse**

**836 Lake Side Rd**
**Addison, PA 15411-2229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1976**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.31 | $0.00 |
|---|---|---|---|---|

**Jackie & David Whitcraft**

**5900 Stemen Rd**
**Pickerington, OH 43147-9410**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6640**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $901.17 | $0.00 |
|---|---|---|---|---|

**Jackie Kabdebo**

**4927 Rolling Ridge Dr**
**Seville, OH 44273-9200**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6773**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.80 | $0.00 |
|---|---|---|---|---|

**Jackie Stover**

**2397 Lansinger Rd**
**Mogadore, OH 44260-9764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0363**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 353 of 689

| | |
|---|---|
| 2.1411 | Priority creditor's name and mailing address |

**Jackie Yoder**

**9991 Cemetery Rd**
**Shreve, OH 44676-9747**

Date or dates debt was incurred

Last 4 digits of account number **5975**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$403.24**    **$0.00**

---

| | |
|---|---|
| 2.1412 | Priority creditor's name and mailing address |

**Jacob Ehmann**

**2088 Coon Club Rd**
**Westminster, MD 21157-6533**

Date or dates debt was incurred

Last 4 digits of account number **5278**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$974.87**    **$0.00**

---

| | |
|---|---|
| 2.1413 | Priority creditor's name and mailing address |

**Jacob Ellis**

**6543 Wayland Rd**
**Ravenna, OH 44266-8503**

Date or dates debt was incurred

Last 4 digits of account number **5641**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$239.02**    **$0.00**

---

| | |
|---|---|
| 2.1414 | Priority creditor's name and mailing address |

**Jacob Ellis**

**4974 John Thomas Rd**
**Ravenna, OH 44266-9226**

Date or dates debt was incurred

Last 4 digits of account number **6587**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,481.38**    **$0.00**

| 2.1415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.84 | $0.00 |
|---|---|---|---|---|

**Jacob Hornyak**

**2650 Teaberry Ln**
**Hermitage, PA 16148-6207**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4608**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.03 | $0.00 |
|---|---|---|---|---|

**Jacob Kribel**

**481 Little Creek Rd**
**Amity, PA 15311-1143**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6505**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $264.18 | $0.00 |
|---|---|---|---|---|

**Jacob Kunkel**

**7201 State Route 559**
**Zanesfield, OH 43360-9715**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4661**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.07 | $0.00 |
|---|---|---|---|---|

**Jacob Weave**

**5585 Ensign Rd**
**West Farmington, OH 44491-8754**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7109**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,589.93 | $0.00 |
|---|---|---|---|---|

**Jacob Weaver**

**1948 State Route 225**
**Deerfield, OH 44411-8793**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3070**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.96 | $0.00 |
|---|---|---|---|---|

**Jacqueline Howard**

**65 Dora McMillan Ln**
**North East, MD 21901-1719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4911**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Jacquelyn Slabaugh**

**9580 Mapleton St SE**
**East Canton, OH 44730-9720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8239**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,169.86 | $0.00 |
|---|---|---|---|---|

**Jagan Sud**

**6500 Griffith Rd**
**Gaithersburg, MD 20882-2325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8314**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,782.14 | $0.00 |

2.1423 Priority creditor's name and mailing address

**Jamal Lundy**

**5757 Pindell Rd**
**Lothian, MD 20711-9742**

Date or dates debt was incurred

Last 4 digits of account number **3671**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: $2,782.14   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.1424 Priority creditor's name and mailing address

**James & Beverly Longanecker**

**162 S Pennsville St**
**Connellsville, PA 15425-6002**

Date or dates debt was incurred

Last 4 digits of account number **2357**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: $22.36   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.1425 Priority creditor's name and mailing address

**James & Carol Bryant**

**14640 Painesville Warren Rd**
**Thompson, OH 44086-9511**

Date or dates debt was incurred

Last 4 digits of account number **5883**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: $425.00   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

2.1426 Priority creditor's name and mailing address

**James & Cathy Chaplin**

**175 Vineyard Dr**
**Port Deposit, MD 21904-1399**

Date or dates debt was incurred

Last 4 digits of account number **9514**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: $1,097.18   $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.1427** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$318.07** | **$0.00**

**James & Diane Weber**

**2094 Wedge Rd SW**
**Carrollton, OH 44615-9519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3558**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1428** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.68** | **$0.00**

**James & Gwen Petrik**

**11250 Stoneledge Dr**
**Chardon, OH 44024-9483**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **302**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1429** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$261.72** | **$0.00**

**James & Karen Wamback**

**11370 Benner Rd**
**Rittman, OH 44270-9702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3831**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1430** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$747.83** | **$0.00**

**James & Kristin Young**

**4997 Riverdale Rd**
**Rock Creek, OH 44084-9752**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4721**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 358 of 689

| 2.1431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.12 | $0.00 |
|---|---|---|---|---|

**James & Linda Lewis**
**Catawba Mart LLC**
**1 E Pleasant St**
**Catawba, OH 43010-1102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9248**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**James & Patricia Fitzgerald**

**3745 Thomas Point Rd**
**Annapolis, MD 21403-5012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0564**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.49 | $0.00 |
|---|---|---|---|---|

**James & Patty Ruggiero**

**600 Ludlow Ave**
**Steubenville, OH 43952-9519**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3512**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.25 | $0.00 |
|---|---|---|---|---|

**James & Paula Moore**

**10990 Myers Rd**
**Kensington, OH 44427-9753**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3907**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.97 | $0.00 |
|---|---|---|---|---|

**James & Regina Wills**

**13734 Leroy Center Rd**
**Painesville, OH 44077-8897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1669**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.69 | $0.00 |
|---|---|---|---|---|

**James & Sarah Roush**

**2175 Miday Ave NE**
**East Canton, OH 44730-2066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **473**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,642.57 | $0.00 |
|---|---|---|---|---|

**James & Susan Ward**

**11917 Strecker Rd**
**Bellevue, OH 44811-9627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7074**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.30 | $0.00 |
|---|---|---|---|---|

**James A. Pruitt**

**7428 Blevins Ave**
**Sparrows Point, MD 21219-2004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9810**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.74 | $0.00 |

**James A. Smithburger**

**245 Five Forks Rd - PO Box 132**
**Gibbon Glade, PA 15440-1103**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5081**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $357.77 | $0.00 |

**James Barnett**

**7110 Richardson Rd**
**Groveport, OH 43125-9702**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4828**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.88 | $0.00 |

**James Breedlove**

**65202 Beeham Run Rd**
**Cambridge, OH 43725-9644**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7097**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $267.33 | $0.00 |

**James Brooks**

**396 Elmbrook Rd**
**Beaver Falls, PA 15010-9660**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5195**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.42 | $0.00 |

**James Burton**

**1712 Ingleside Rd**
**Forest Hill, MD 21050-2305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0299**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4.00 | $0.00 |

**James Butschky**

**800 Lake Redmond Ct**
**Seven Valleys, PA 17360**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5989**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.23 | $0.00 |

**James C. & Katie Yoder**

**5465 Clark Rd**
**Middlefield, OH 44062-9317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9102**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.75 | $0.00 |

**James Carper**

**2369 Snyder Rd**
**Willard, OH 44890-9001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0862**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 362 of 689

| 2.1447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $409.19 | $0.00 |

**James Davidson**

1416 Thorpe St
New Castle, PA 16101-5140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1377**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $557.18 | $0.00 |

**James Davis**

41 Township Road 404
Bergholz, OH 43908-7974

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6137**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.05 | $0.00 |

**James Dindal**

147 Cole Center Rd
Bentleyville, PA 15314

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1487**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.93 | $0.00 |

**James Dunlap**

2822 County Road 917
Perrysville, OH 44864-9785

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0772**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**2.1451** Priority creditor's name and mailing address

**James Estepp**

**1031 Dexter Corner Rd**
**Townsend, DE 19734-9242**

Date or dates debt was incurred

Last 4 digits of account number **6100**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$255.68   $0.00

---

**2.1452** Priority creditor's name and mailing address

**James Ferrant**

**200 N Ridge Rd**
**Mc Henry, MD 21541-1122**

Date or dates debt was incurred

Last 4 digits of account number **9333**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$56.53   $0.00

---

**2.1453** Priority creditor's name and mailing address

**James Fisher**

**2 Cabin Club Ln**
**West Chester, PA 19382-6890**

Date or dates debt was incurred

Last 4 digits of account number **2439**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$39.53   $0.00

---

**2.1454** Priority creditor's name and mailing address

**James Flavin**

**17914 S Center Rd**
**Conneautville, PA 16406-2802**

Date or dates debt was incurred

Last 4 digits of account number **4021**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,657.50   $0.00

---

**2.1455** | Priority creditor's name and mailing address

**James Foor**

**13410 Worthington Rd NW**
**New Albany, OH 43054-7734**

Date or dates debt was incurred

Last 4 digits of account number **1899**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$73.27    $0.00

---

**2.1456** | Priority creditor's name and mailing address

**James Glasser**

**9415 Mitchell Dewitt Rd**
**Plain City, OH 43064-8704**

Date or dates debt was incurred

Last 4 digits of account number **4846**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$336.09    $0.00

---

**2.1457** | Priority creditor's name and mailing address

**James Gray**

**1401 W Moreland Rd**
**Wooster, OH 44691-6934**

Date or dates debt was incurred

Last 4 digits of account number **8929**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$482.89    $0.00

---

**2.1458** | Priority creditor's name and mailing address

**James Greig**

**1508 Brewster Gate Rd**
**Crownsville, MD 21032-2223**

Date or dates debt was incurred

Last 4 digits of account number **4650**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$527.34    $0.00

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 365 of 689

| | | |
|---|---|---|
| 2.1459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $906.70 | $0.00 |

**James Haldeman**

**7925 East Pike**
**Norwich, OH 43767-9723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1848**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1460 | Priority creditor's name and mailing address | | $412.00 | $0.00 |

**James Hardin**

**867 Blackbird Greenspring Rd**
**Smyrna, DE 19977-9483**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2617**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1461 | Priority creditor's name and mailing address | | $391.68 | $0.00 |

**James Haught**

**2491 Genteel Ridge Rd**
**Wellsburg, WV 26070-2580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9363**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1462 | Priority creditor's name and mailing address | | $1,026.89 | $0.00 |

**James Hayes**

**17405 Allen Center Rd**
**Marysville, OH 43040-9675**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4944**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,136.37 | $0.00 |

**James Headley**

**919 Sugar Run Rd**
**Avella, PA 15312-2419**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6332**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $123.68 | $0.00 |

**James Hughes**

**715 Petersburg Rd**
**Connellsville, PA 15425-4349**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8650**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.45 | $0.00 |

**James Infiled**

**2468 Good Rd**
**Orrville, OH 44667-9720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7187**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.00 | $0.00 |

**James Jaseph**

**2049 Haverford Dr**
**Crownsville, MD 21032-2222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5475**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |

**James Joyner**

14396 Galehouse Rd
Doylestown, OH 44230-9732

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9824**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.47 | $0.00 |

**James Justice**

2945 W Point Rd SE
Lancaster, OH 43130-8642

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6217**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $327.25 | $0.00 |

**James Justison**

47389 Timber Run St
New Waterford, OH 44445-8715

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8730**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.59 | $0.00 |

**James Katzenbach**

20577 State Route 347
Raymond, OH 43067-9723

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7129**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.83 | $0.00 |
| --- | --- | --- | --- | --- |

**James L Byler**

**4908 County Road 96**
**Belle Center, OH 43310-9543**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8178**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.09 | $0.00 |
| --- | --- | --- | --- | --- |

**James Lalley**

**1033 Fletcher Pike**
**South Charleston, OH 45368-7729**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2335**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $862.75 | $0.00 |
| --- | --- | --- | --- | --- |

**James Leach**

**3350 US Highway 6**
**Rome, OH 44085-9611**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8042**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.01 | $0.00 |
| --- | --- | --- | --- | --- |

**James Lloyd**

**25868 State Line Rd**
**Springboro, PA 16435-3732**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8047**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.1475** | Priority creditor's name and mailing address

**James Loy**

**49563 Berkshire Rd**
**East Liverpool, OH 43920-9576**

Date or dates debt was incurred

Last 4 digits of account number **6871**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$637.50    $0.00

---

**2.1476** | Priority creditor's name and mailing address

**James Lyle**

**1826 Toms Run Rd**
**Holbrook, PA 15341-1040**

Date or dates debt was incurred

Last 4 digits of account number **1154**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$308.81    $0.00

---

**2.1477** | Priority creditor's name and mailing address

**James Maccari**

**3076 Telegraph Rd**
**Elkton, MD 21921-2337**

Date or dates debt was incurred

Last 4 digits of account number **8550**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$704.23    $0.00

---

**2.1478** | Priority creditor's name and mailing address

**James Maloy**

**137 Fire Tower Rd**
**Connellsville, PA 15425-6424**

Date or dates debt was incurred

Last 4 digits of account number **7252**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$680.00    $0.00

---

---

**2.1479** Priority creditor's name and mailing address

**James Manns**

**815 Principio Rd**
**Port Deposit, MD 21904-1520**

Date or dates debt was incurred

Last 4 digits of account number **1370**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$311.78   $0.00

---

**2.1480** Priority creditor's name and mailing address

**James McNamee**

**5910 Pleasant Chapel Rd**
**Mechanicsburg, OH 43044-9622**

Date or dates debt was incurred

Last 4 digits of account number **1983**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$886.13   $0.00

---

**2.1481** Priority creditor's name and mailing address

**James Miller**

**11870 Morse Rd SW**
**Pataskala, OH 43062-9737**

Date or dates debt was incurred

Last 4 digits of account number **2160**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,362.81   $0.00

---

**2.1482** Priority creditor's name and mailing address

**James Minerva**
**Minerva Construction**
**3470 Guffey Rd**
**North Huntingdon, PA 15642-9710**

Date or dates debt was incurred

Last 4 digits of account number **4084**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$722.50   $0.00

---

| 2.1483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$340.00** | **$0.00** |

2.1483 Priority creditor's name and mailing address

**James Minick**

**4363 Cork Cold Springs Rd**
**Geneva, OH 44041-9632**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$340.00**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6775**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1484 Priority creditor's name and mailing address

**James Morgan**

**50722 Duke Vodrey Rd**
**East Liverpool, OH 43920-9541**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$468.78**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1935**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1485 Priority creditor's name and mailing address

**James Mortimer**

**969 County Road 3275**
**Perrysville, OH 44864-9518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$100.81**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5376**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

2.1486 Priority creditor's name and mailing address

**James N. & Barbara Poznako**

**25757 West Rd**
**Wellington, OH 44090-9214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$116.79**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9802**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.53 | $0.00 |

**James Parker**

**6525 Donn Rd**
**Newark, OH 43055-8608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1967**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.73 | $0.00 |

**James Pheris**

**210 Skeet Cir W**
**Bear, DE 19701-2728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2886**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.81 | $0.00 |

**James Remaily**

**725 Elizabeth Ln**
**Bear, DE 19701-2603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2650**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.73 | $0.00 |

**James Richards**

**6294 Leroy Rd**
**Wakeman, OH 44889-9432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1886**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.85 $0.00 |

**James Roberto**

15779 Johnson Rd
Lisbon, OH 44432-9637

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4019**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,162.12 $0.00 |

**James Roger Robbins**

8775 Dusty Ln
Chardon, OH 44024-9636

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9347**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.79 $0.00 |

**James Rupprecht**

1309 Streaker Rd
Sykesville, MD 21784-8745

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3532**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,702.47 $0.00 |

**James Sassa**

1607 Parker Dr
Downingtown, PA 19335-3822

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0274**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.1495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.87 | $0.00 |

**James Schertzer**

**4278 Holiday Ln**
**Bellefontaine, OH 43311-9227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8674**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.61 | $0.00 |

**James Schollian**

**3112 Patapsco Rd**
**Finksburg, MD 21048-1226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4893**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.66 | $0.00 |

**James Scott**

**3928 New Section Rd**
**Middle River, MD 21220-4030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4782**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.27 | $0.00 |

**James Sentner**

**1596 Rockland Station Rd**
**Kennerdell, PA 16374-4112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.68 | $0.00 |
|---|---|---|---|---|

**James Sickles**

**162 Woodburn Rd**
**Claysville, PA 15323-1058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5992**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.31 | $0.00 |
|---|---|---|---|---|

**James Slne**

**4630 S Medina Line Rd**
**Norton, OH 44203-8007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **640**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.93 | $0.00 |
|---|---|---|---|---|

**James Streett**

**5611 Williams Rd**
**Hydes, MD 21082-9532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6975**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.28 | $0.00 |
|---|---|---|---|---|

**James Sullivan**

**49866 N Park Cir**
**East Liverpool, OH 43920-8950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4925**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 376 of 689

| 2.1503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,317.50 | $0.00 |
|---|---|---|---|---|

**James Thomas**

**6342 Ridge Rd**
**Cortland, OH 44410-9626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6361**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.53 | $0.00 |
|---|---|---|---|---|

**James Troyer**

**5570 County Road 49**
**Huntsville, OH 43324-9610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8807**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.47 | $0.00 |
|---|---|---|---|---|

**James Turner**

**341 Thornton Rd**
**Brownsville, PA 15417-9615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5935**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.54 | $0.00 |
|---|---|---|---|---|

**James Van Horn**
**Van Horn Farms**
**10617 Marietta Rd SE**
**Bremen, OH 43107-9738**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3296**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.77 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|-------|

**James Wall**

**16891 Gorsuch Mill Rd**
**Upperco, MD 21155-9439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2527**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $121.98 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|-------|

**James Waller**

**6611 Morse Rd**
**New Albany, OH 43054-9516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1524**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.69 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|-------|

**James Walsh**

**2370 Eagle Wood Dr**
**Mount Airy, MD 21771-8731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3570**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|--------|----------------------------------------------|----------------------------------------------|---------|-------|

**James Washburn**

**9547 Guilford Rd**
**Seville, OH 44273-9347**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3474**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 378 of 689

| 2.1511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.44 | $0.00 |

**James Weimer**

399 Bowood Rd
Smithfield, PA 15478-1019

Date or dates debt was incurred

Last 4 digits of account number **4766**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.00 | $0.00 |

**James White**

530 Sandy Beach Ln
Oakland, MD 21550-7659

Date or dates debt was incurred

Last 4 digits of account number **4795**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**James Wiesner**

5185 Flatfoot Rd
Cable, OH 43009-9773

Date or dates debt was incurred

Last 4 digits of account number **1038**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.50 | $0.00 |

**James Wilson**

8 Duffy Creek Ln
Georgetown, MD 21930-2106

Date or dates debt was incurred

Last 4 digits of account number **6611**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

| 2.1515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.93 | $0.00 |
|---|---|---|---|---|

**James Wilson**

**3962 Warren Hill Rd**
**Elizabeth, PA 15037-3222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4719**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $369.84 | $0.00 |
|---|---|---|---|---|

**James Woodruff**

**4180 Woods Church Rd**
**Walhonding, OH 43843-9606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8960**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.41 | $0.00 |
|---|---|---|---|---|

**Jamie & Joe Sexton**

**6614 Barnes Rd N**
**Vermilion, OH 44089-3018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2409**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $712.47 | $0.00 |
|---|---|---|---|---|

**Jamie Hoffman**
**Outstanding Seed Co.**
**302 Old Blackhawk Rd**
**Beaver Falls, PA 15010-9767**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6208**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 380 of 689

| 2.1519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.90 | $0.00 |
|---|---|---|---|---|

**Jamie Ritchie**

**790 E County Road 201**
**Fremont, OH 43420-8839**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6242**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.35 | $0.00 |
|---|---|---|---|---|

**Jan Boshoff**

**1555 Corbett Rd**
**Monkton, MD 21111-1517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1170**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.27 | $0.00 |
|---|---|---|---|---|

**Jan Buettner**

**3337 Ady Rd**
**Street, MD 21154-1607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6038**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $726.75 | $0.00 |
|---|---|---|---|---|

**Jan Wolfe**

**3794 Clifton Mills Rd**
**Bruceton Mills, WV 26525-6346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3449**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $531.25 | $0.00 |
|---|---|---|---|---|
| | **Janet Brand** | ☐ Contingent | | |
| | **4151 Alward Rd SW** | ☐ Unliquidated | | |
| | **Pataskala, OH 43062-8662** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2932** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

| 2.1524 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $659.35 | $0.00 |
|---|---|---|---|---|
| | **Janet Gavin** | ☐ Contingent | | |
| | **3382 Graham Rd** | ☐ Unliquidated | | |
| | **Rock Creek, OH 44084-9748** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4330** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

| 2.1525 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $153.94 | $0.00 |
|---|---|---|---|---|
| | **Janet M. Holian** | ☐ Contingent | | |
| | **4353 Bush Rd** | ☐ Unliquidated | | |
| | **Jamestown, PA 16134-3127** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8571** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

| 2.1526 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.51 | $0.00 |
|---|---|---|---|---|
| | **Janet Schlachter** | ☐ Contingent | | |
| | **4771 State Route 99** | ☐ Unliquidated | | |
| | **North Monroeville, OH 44847** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5214** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No ☐ Yes | | |

| 2.1527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.66 | $0.00 |
| --- | --- | --- | --- | --- |

**Janice Balson**

**64 Guilford Cir**
**Phoenixville, PA 19460-2663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4173**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Janice Jones**

**445 Welsh Rd**
**Washington, PA 15301-8209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7484**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.94 | $0.00 |
| --- | --- | --- | --- | --- |

**Janice McDonald**

**4306 County Road 10**
**Bellefontaine, OH 43311-9414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8269**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.97 | $0.00 |
| --- | --- | --- | --- | --- |

**Janson Hall**

**1047 Ashe St**
**Davidsonville, MD 21035-1215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2937**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.42 | $0.00 |

**Jared Bird**

**14 County Road 1975**
**Jeromesville, OH 44840-9628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3138**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |

**Jared Brown**

**16020 Hart Rd**
**Montville, OH 44064-9785**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1473**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $424.75 | $0.00 |

**Jason Anderson**

**4259 Ireland Rd**
**Rome, OH 44085-9628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2350**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.46 | $0.00 |

**Jason Bauchmoye**

**12941 Pickerington Rd**
**Pickerington, OH 43147-9420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9598**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.94 | $0.00 |
|--------|--|--|--|--|

**Jason Bauchmoyer**

**11027 Snyder Church Rd NW**
**Baltimore, OH 43105-9645**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4234**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $94.61 | $0.00 |
|--------|--|--|--|--|

**Jason Black**

**21 Brookstone Ct**
**Lutherville Timonium, MD**
**21093-3703**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1249**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |
|--------|--|--|--|--|

**Jason Cole**

**67879 Eighth Street Rd**
**Cambridge, OH 43725**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2375**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 2.1538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $566.53 | $0.00 |
|--------|--|--|--|--|

**Jason Crockett**

**1400 Magers Landing Rd**
**Monkton, MD 21111-1131**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6241**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| 2.1539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Jason Guseman**

**2346 Congress Lake Rd**
**Suffield, OH 44260-**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0826**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1540 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.00 | $0.00 |
|---|---|---|---|---|

**Jason Hausner**

**14526 Jarrettsville Pike**
**Monkton, MD 21111-2410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0835**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1541 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.49 | $0.00 |
|---|---|---|---|---|

**Jason Hawbaker**

**11 Hazelwood Cir**
**Ephrata, PA 17522-9283**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5287**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1542 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |
|---|---|---|---|---|

**Jason Irwin**

**15224 German Church Rd**
**Atwater, OH 44201-9405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1832**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.94 | $0.00 |

**Jason Johnson**

14939 Elton St SW
Navarre, OH 44662-9624

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6397**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jason Lang**

2126 Turkey Point Rd
Essex, MD 21221-1826

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1058**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.75 | $0.00 |

**Jason Martin**

45255 Metz Rd
Columbiana, OH 44408-9614

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5814**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.19 | $0.00 |

**Jason Ralph**

1285 Township Road 222
Marengo, OH 43334-9447

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **879**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 387 of 689

| 2.1547 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.99 | $0.00 |
|---|---|---|---|---|

**Jason Ruble**

**4989 Warner Rd**
**Kinsman, OH 44428-9792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8058**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1548 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.52 | $0.00 |
|---|---|---|---|---|

**Jason Scot**

**10709 Wright Rd NW**
**Uniontown, OH 44685-7638**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4777**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1549 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.02 | $0.00 |
|---|---|---|---|---|

**Jason Scott**

**2828 Harpster Rd**
**Rittman, OH 44270-9627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4233**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1550 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.32 | $0.00 |
|---|---|---|---|---|

**Jason Seiling**

**656 Anderson Hozak Rd**
**Clinton, PA 15026-1308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9947**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | 2.1551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.51 | $0.00 |

2.1551 Priority creditor's name and mailing address

**Jason Thomstatter**

**1130 Mason Dr
Downingtown, PA 19335-3859**

Date or dates debt was incurred

Last 4 digits of account number **7604**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$89.51    $0.00

---

2.1552 Priority creditor's name and mailing address

**Jason Wiker**

**1710 County Road 224
Clyde, OH 43410-9560**

Date or dates debt was incurred

Last 4 digits of account number **9588**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.17    $0.00

---

2.1553 Priority creditor's name and mailing address

**JasonMoore**

**4974 Mason Rd
Canal Winchester, OH 43110-8970**

Date or dates debt was incurred

Last 4 digits of account number **4925**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$261.38    $0.00

---

2.1554 Priority creditor's name and mailing address

**Jaspreet Dillon**

**127 Watch Hill Ln
Malvern, PA 19355-2177**

Date or dates debt was incurred

Last 4 digits of account number **0887**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,700.00    $0.00

| | | |
|---|---|---|
| 2.1555 | Priority creditor's name and mailing address<br>**Javed Khan**<br><br>**7645 Seasons Rd**<br>**Kent, OH 44240-6030**<br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number **6200**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$687.06**    $0.00 |
| 2.1556 | Priority creditor's name and mailing address<br>**Jay & Debbie Huffman**<br><br>**10855 Salem Church Rd**<br>**Canal Winchester, OH 43110-9200**<br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number **8348**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$3.57**    $0.00 |
| 2.1557 | Priority creditor's name and mailing address<br>**Jay Brenwald**<br><br>**5791 Matson Rd**<br>**Geneva, OH 44041-8316**<br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number **6347**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$1,630.30**    $0.00 |
| 2.1558 | Priority creditor's name and mailing address<br>**Jay Farabee**<br><br>**374 Woodburn Rd**<br>**Claysville, PA 15323-1060**<br>_____<br>Date or dates debt was incurred<br><br>_____<br>Last 4 digits of account number **3186**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **$481.78**    $0.00 |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 390 of 689

| 2.1559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.46 | $0.00 |

**Jay Howard**

**14120 Galehouse Rd**
**Doylestown, OH 44230-7400**
_____

Date or dates debt was incurred

Last 4 digits of account number **861**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $463.93 | $0.00 |

**Jay Owens**

**5090 Bane Rd NE**
**Mechanicstown, OH 44651-9020**
_____

Date or dates debt was incurred

Last 4 digits of account number **4211**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.1561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,096.50 | $0.00 |

**Jay Rhodes**

**153 Ryan Rd**
**Pasadena, MD 21122-4541**
_____

Date or dates debt was incurred

Last 4 digits of account number **6729**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |

**Jay Rhodes**

**6382 Center St SW**
**Carrollton, OH 44615-9529**
_____

Date or dates debt was incurred

Last 4 digits of account number **6765**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.63 | $0.00 |

**Jay Stookey**

348 Timothy Ln
Xenia, OH 45385-7204

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7095**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jay Unger**

3428 Ivy Ln
Newtown Square, PA 19073-2005

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2615**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.75 | $0.00 |

**Jayne & David Ware**

6110 Fallsburg Rd NE
Newark, OH 43055-9739

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5595**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.15 | $0.00 |

**Jayne Cole**

9639 Spencer Lake Rd
Spencer, OH 44275-9311

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2034**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.12 | $0.00 |

**Jean & Robert Shepard**

**11721 Walker Rd**
**Minerva, OH 44657-9468**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8670**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $144.59 | $0.00 |

**Jean & Scott Seigley**

**454 W County Road 38**
**Linesville, PA 16424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6751**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,313.76 | $0.00 |

**Jean Brugler**

**2841 Sandusky St**
**Zanesfield, OH 43360-1101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4781**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $631.47 | $0.00 |

**Jean Kelly**

**3334 Wilmington Dayton Rd**
**Bellbrook, OH 45305-9737**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2645**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $137.45 | $0.00 |
|---|---|---|---|---|

**Jeff & Aime Pringle**

**248 Cherry Heights Ln**
**Mc Henry, MD 21541-1318**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2142**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.89 | $0.00 |
|---|---|---|---|---|

**Jeff & Janet Wilson**

**16021 Allen Center Rd**
**Marysville, OH 43040-8600**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4331**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,521.93 | $0.00 |
|---|---|---|---|---|

**Jeff & Leslie McDonald**

**2805 State Route 303**
**Mantua, OH 44255-9105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5954**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.24 | $0.00 |
|---|---|---|---|---|

**Jeff & Pamela Walmsley**

**5575 State Route 5**
**Ravenna, OH 44266-9203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2784**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.94 | $0.00 |
|---|---|---|---|---|

**Jeff & Rachel Howell**

**6454 Sherman Church Ave SW**
**Canton, OH 44706-3775**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9070**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.50 | $0.00 |
|---|---|---|---|---|

**Jeff Baldauf**

**7022 Clay St**
**Thompson, OH 44086-9753**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9389**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $784.89 | $0.00 |
|---|---|---|---|---|

**Jeff Coale**

**241 Coale Ln**
**Townsend, DE 19734-9561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6434**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $613.36 | $0.00 |
|---|---|---|---|---|

**Jeff Dunn**

**6046 Mount Phillip Rd**
**Frederick, MD 21703-5948**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7454**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $271.15 | $0.00 |
|---|---|---|---|---|

**Jeff Fink**

**10120 County Road 15**
**Zanesfield, OH 43360-9604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2383**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Jeff Grieshop**

**2365 Banyon Dr**
**Beaver Creek, OH 45431-**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6405**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.84 | $0.00 |
|---|---|---|---|---|

**Jeff Haugh**

**2055 Carousel Dr**
**Westminster, MD 21157-6942**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3213**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $471.75 | $0.00 |
|---|---|---|---|---|

**Jeff Herhold**

**3670 Grafton Rd**
**Leetonia, OH 44431-9723**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1285**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,122.94 | $0.00 |
|---|---|---|---|---|
| | **Jeff Hofmann** | ☐ Contingent | | |
| | **1817 Robinson Mill Rd**<br>**Darlington, MD 21034-1025** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2180** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

---

| 2.1584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,399.10 | $0.00 |
|---|---|---|---|---|
| | **Jeff Kasza** | ☐ Contingent | | |
| | **5429 Carnes Rd**<br>**Carroll, OH 43112-9454** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8780** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

---

| 2.1585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $31.11 | $0.00 |
|---|---|---|---|---|
| | **Jeff Kopas** | ☐ Contingent | | |
| | **3935 Hartland Center Rd**<br>**Collins, OH 44826-9757** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3163** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

---

| 2.1586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $261.63 | $0.00 |
|---|---|---|---|---|
| | **Jeff Kramer** | ☐ Contingent | | |
| | **815 Old Ridge Rd**<br>**Avella, PA 15312-2669** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2579** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

---

---

| 2.1587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Jeff Kumpfmiller**

**100 Dingel Rd**
**West Sunbury, PA 16061-2802**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6488**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,279.53 | $0.00 |

**Jeff Lett**

**377 Fox Hunt Dr**
**Nottingham, PA 19362-9067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0403**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |

**Jeff Martin**

**86 Grist Mill Rd**
**Glen Mills, PA 19342-1628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4990**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.62 | $0.00 |

**Jeff McBreen**

**186 Lake Dr**
**Greensburg, PA 15601-8864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4781**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,816.82 | $0.00 |
|---|---|---|---|---|

**Jeff McClure**

**15330 Tanyard Rd**
**Sparks, MD 21152-9733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0477**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,611.18 | $0.00 |
|---|---|---|---|---|

**Jeff Miller**

**2173 N Township Road 73**
**Tiffin, OH 44883-9202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8033**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|---|---|---|---|---|

**Jeff Moyer**

**4313 Florida Ave**
**Newtown Square, PA 19073-3115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9104**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.22 | $0.00 |
|---|---|---|---|---|

**Jeff Moyer**

**9943 State Route 43**
**Amsterdam, OH 43903-7916**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6694**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.38 | $0.00 |

**Jeff Pullins**

**3469 State Route 56**
**Mechanicsburg, OH 43044-9714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3691**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1596 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |

**Jeff Rose**

**669 E West Salem Rd**
**Creston, OH 44217-9213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **869**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1597 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.11 | $0.00 |

**Jeff Sanor**

**9861 Warmington St SW**
**Navarre, OH 44662-9671**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6801**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1598 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |

**Jeff Schade**

**13425 Union Ave NE**
**Alliance, OH 44601-9346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0030**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,393.07 | $0.00 |
|---|---|---|---|---|

**Jeff Smith**

**220 Pepperidge Pl**
**Brunswick, MD 21716-1847**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1931**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Jeff Szramka**

**3326 Incline Ct**
**Street, MD 21154-1658**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3513**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $72.25 | $0.00 |
|---|---|---|---|---|

**Jeff Torockio**

**1160 Breiten Ct**
**Woodbine, MD 21797-9205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3113**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Jeff Warne**

**5681 Klass Rd**
**Cambridge, OH 43725-9731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4454**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.10 | $0.00 |
|--------|--------------|--------------|--------|-------|

**Jeff Werner**

**6119 Hoover Reserve Dr**
**Westerville, OH 43081-1932**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5907**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.40 | $0.00 |
|--------|--------------|--------------|--------|-------|

**Jefferey Nemec**

**12404 Woodcrest Ln**
**Glen Arm, MD 21057-9510**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2111**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|--------|--------------|--------------|--------|-------|

**Jeffrey & Elizabeth Young**

**862 Township Road 1504**
**Ashland, OH 44805-8904**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2304**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.06 | $0.00 |
|--------|--------------|--------------|--------|-------|

**Jeffrey & Lori Donovan**

**325 Riblett Ln**
**Wilmington, DE 19808-1301**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5792**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $368.73 | $0.00 |

**Jeffrey Bishop**

**3125 Meadowcrest St NW**
**Massillon, OH 44647-8634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6938**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $521.48 | $0.00 |

**Jeffrey Culley**

**710 Wildwood Dr**
**Mc Donald, PA 15057-4469**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3855**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.48 | $0.00 |

**Jeffrey Dorobek**

**1646 N State Route 510**
**Vickery, OH 43464-9645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8699**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.59 | $0.00 |

**Jeffrey Dula**

**85075 Beaver Bay Rd # Tappan**
**Scio, OH 43988-9791**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6794**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.1611 | Priority creditor's name and mailing address | $679.92 $0.00 |

**Jeffrey Grimes**

9920 Ketch Rd
Plain City, OH 43064-9662

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **570**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1612 | Priority creditor's name and mailing address | $419.65 $0.00 |

**Jeffrey Hackenburg**

5830 County Road 175
Clyde, OH 43410-9769

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4204**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1613 | Priority creditor's name and mailing address | $812.69 $0.00 |

**Jeffrey Hines**

2254 Lenox New Lyme Rd
Jefferson, OH 44047-8587

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1100**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.1614 | Priority creditor's name and mailing address | $0.17 $0.00 |

**Jeffrey Kepiro**

4289 Mechanicsville Rd
Rock Creek, OH 44084-9310

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8452**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $67.66 | $0.00 |

**Jeffrey Kloiber**

**4120 Graceton Rd**
**Pylesville, MD 21132-1336**

_____
Date or dates debt was incurred

Last 4 digits of account number **0173**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.00 | $0.00 |

**Jeffrey Lake**

**1291 Milliman Rd**
**Norwalk, OH 44857-9237**

_____
Date or dates debt was incurred

Last 4 digits of account number **2152**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $398.40 | $0.00 |

**Jeffrey Lawrence Pilson**

**1015 Old Barn Rd**
**Parkton, MD 21120-9433**

_____
Date or dates debt was incurred

Last 4 digits of account number **0572**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,433.02 | $0.00 |

**Jeffrey Lickfelt**

**979 Township Road 190 E**
**Bellefontaine, OH 43311-9060**

_____
Date or dates debt was incurred

Last 4 digits of account number **9332**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
■ No
☐ Yes

| 2.1619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.54 | $0.00 |

**Jeffrey Munson**

**14202 Robcaste Rd**
**Phoenix, MD 21131-1452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4626**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.70 | $0.00 |

**Jeffrey Sams**

**924 Howe Rd**
**Kent, OH 44240-7344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8013**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,159.32 | $0.00 |

**Jeffrey Sams**

**1616 Sandy Lake Rd**
**Ravenna, OH 44266-9585**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9169**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,660.05 | $0.00 |

**Jeffrey Schroeder**

**1010 Avalon Rd SW**
**Dellroy, OH 44620-9621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9130**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.30 | $0.00 |

**Jeffrey Sicher**

**2584 Craley Rd**
**Wrightsville, PA 17368-8917**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6424**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.59 | $0.00 |

**Jenice Robinson**

**2213 Main St**
**Peninsula, OH 44264-9665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8732**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,812.99 | $0.00 |

**Jenine Skowron**

**2367 Ford Rd**
**Delaware, OH 43015-8805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3877**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.29 | $0.00 |

**Jennifer & Alex Martin**

**10735 Snortin Ridge Rd SW**
**Lancaster, OH 43130-9643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2681**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.52 | $0.00 |
|---|---|---|---|---|

**Jennifer Banas**

3829 Station Rd
Medina, OH 44256-7754

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3840**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.50 | $0.00 |
|---|---|---|---|---|

**Jennifer Burriss**

11007 Horseshoe Dr
Frederick, MD 21701-3357

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0837**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.48 | $0.00 |
|---|---|---|---|---|

**Jennifer Cheuk**

4300 E Walnut St
Westerville, OH 43081-9609

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8370**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.26 | $0.00 |
|---|---|---|---|---|

**Jennifer LIttle**

11374 Bloom Rd
Garrettsville, OH 44231

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9326**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $545.02 | $0.00 |
|---|---|---|---|---|

**Jennifer Lorenz**

**8744 Sumner Rd**
**Chardon, OH 44024-9264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0870**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.84 | $0.00 |
|---|---|---|---|---|

**Jennifer Sheppard**

**9150 Mecca Rd NE**
**Kensington, OH 44427-9639**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9632**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.26 | $0.00 |
|---|---|---|---|---|

**Jennifer Staten**

**10241 Watkins Rd SW**
**Pataskala, OH 43062-9036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9902**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $532.10 | $0.00 |
|---|---|---|---|---|

**Jennifer Stoner**

**1735 York Rd**
**Dover, PA 17315-1659**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8028**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 409 of 689

| 2.1635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $809.37 | $0.00 |
|---|---|---|---|---|

**Jennifer Young**

**15875 Hawn Rd**
**Plain City, OH 43064-9791**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1791**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1636 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.83 | $0.00 |
|---|---|---|---|---|

**Jenny Suskind**

**3018 Rockdale Rd**
**Freeland, MD 21053-9782**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9337**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1637 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Jeremiah Armstrong**

**29 Bridle Path**
**Bruceton Mills, WV 26525-7313**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8618**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1638 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.95 | $0.00 |
|---|---|---|---|---|

**Jeremiah Moon**

**15894 State Route 285**
**Conneaut Lake, PA 16316**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1375**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.1639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Jeremy & Heather Kokinda**

**5696 Kennard Rd**
**Seville, OH 44273-9538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0996**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.91 | $0.00 |

**Jeremy & Kelly Graening**

**3525 Randolph Rd**
**Mogadore, OH 44260-9453**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0252**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $433.76 | $0.00 |

**Jeremy Combs**

**10415 County Road 41**
**West Liberty, OH 43357-9723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1543**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,371.05 | $0.00 |

**Jeremy Miller**

**5915 State Route 287**
**West Liberty, OH 43357-9311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4127**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.89 | $0.00 |
|---|---|---|---|---|

**Jeri Potts**

**8084 Yoder Rd**
**Seville, OH 44273-9723**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9330**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.90 | $0.00 |
|---|---|---|---|---|

**Jerica Hall**

**1405 Baird Ave SE**
**Paris, OH 44669-9790**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1837**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.16 | $0.00 |
|---|---|---|---|---|

**Jerrie & Art Foltz**

**15 Cedar Grove Rd**
**Avella, PA 15312-2216**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8401**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.66 | $0.00 |
|---|---|---|---|---|

**Jerry & Sharlyn Zeman**

**507 Old Route 68**
**Evans City, PA 16033-7945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8940**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.57 | $0.00 |
|---|---|---|---|---|

**Jerry A. Bower**

**135 Village Rd**
**Etters, PA 17319-9125**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6944**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $623.99 | $0.00 |
|---|---|---|---|---|

**Jerry Bentley**

**2326 Hoover Ln**
**Glen Arm, MD 21057-9427**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8858**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,814.01 | $0.00 |
|---|---|---|---|---|

**Jerry Brockway**

**2233 Brown Rd**
**Jefferson, OH 44047-8443**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8988**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.50 | $0.00 |
|---|---|---|---|---|

**Jerry Burchinal**

**883 Main St**
**Fawn Grove, PA 17321-9532**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5548**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.74 | $0.00 |
|---|---|---|---|---|

**Jerry Cagle**

**870 Lewis Creek Ct**
**Xenia, OH 45385-9462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9244**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $422.88 | $0.00 |
|---|---|---|---|---|

**Jerry Davis**

**6567 Parks Ave NE**
**Alliance, OH 44601-8180**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3888**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.41 | $0.00 |
|---|---|---|---|---|

**Jerry E. Miller**

**8679 County Road 40**
**Galion, OH 44833-9636**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0925**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Jerry Hebert**

**2017 Telegraph Rd**
**Pylesville, MD 21132-1603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6202**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 414 of 689

| 2.1655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,288.35 | $0.00 |
|---|---|---|---|---|

**Jerry Houck**

**11106 Thompson Ave**
**Reisterstown, MD 21136-5926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5652**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,102.96 | $0.00 |
|---|---|---|---|---|

**Jerry Lines**

**9233 Robinson Rd**
**Chardon, OH 44024-9168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2293**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,034.05 | $0.00 |
|---|---|---|---|---|

**Jerry Mahor**
**Martinsburg Christian Church**
**2710 Millersburg Rd (ST RT 62)**
**Utica, OH 43080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4973**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $275.06 | $0.00 |
|---|---|---|---|---|

**Jerry Rucker**

**3865 Rozelle Creek Rd**
**Chillicothe, OH 45601-8782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3853**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.41 | $0.00 |

**Jerry Rutan**

**269 Old Scale Rd
Waynesburg, PA 15370-7336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2149**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $309.15 | $0.00 |

**Jerry Schappell**

**12496 Howard Lodge Dr
Sykesville, MD 21784-5420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9244**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.44 | $0.00 |

**Jerry Shaffer**

**5115 Larson West Rd
West Farmington, OH 44491-9777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6237**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.43 | $0.00 |

**Jerry Tevis**

**4416 Holiday Ln
Bellefontaine, OH 43311-9444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2339**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

**2.1663** Priority creditor's name and mailing address

**Jerry Ward**

**16601 Quarry Rd**
**Wellington, OH 44090-9718**

Date or dates debt was incurred

Last 4 digits of account number **5831**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$41.06   $0.00

---

**2.1664** Priority creditor's name and mailing address

**Jerry Welty**

**9857 County Road 15**
**Zanesfield, OH 43360-9719**

Date or dates debt was incurred

Last 4 digits of account number **2170**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$44.37   $0.00

---

**2.1665** Priority creditor's name and mailing address

**Jess Myers**

**17542 Paver Barnes Rd**
**Marysville, OH 43040-8609**

Date or dates debt was incurred

Last 4 digits of account number **0883**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.60   $0.00

---

**2.1666** Priority creditor's name and mailing address

**Jesse & Teresa Platfoot**

**5467 Township Road 212**
**Bellefontaine, OH 43311-9277**

Date or dates debt was incurred

Last 4 digits of account number **9079**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$382.08   $0.00

---

| 2.1667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.75 | $0.00 |
|---|---|---|---|---|

**Jesse Cook**

3254 Ninety Rd
Ashtabula, OH 44004-9606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2423**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.74 | $0.00 |
|---|---|---|---|---|

**Jesse Cox**

188 Woodland Dr
Mc Connellsburg, PA 17233-8796

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0778**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,245.11 | $0.00 |
|---|---|---|---|---|

**Jesse Daw**

30756 Guys Mills Rd
Guys Mills, PA 16327-6142

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4753**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.53 | $0.00 |
|---|---|---|---|---|

**Jesse Greene**

200 Byerly Rd
London, OH 43140-9549

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **258**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1671 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.33 | $0.00 |

**Jesse Hughes**

**35 Nivin Ln**
**Landenberg, PA 19350-1375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1399**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1672 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,655.63 | $0.00 |

**Jesse Trevino**

**8225 Talbot Run Rd**
**Mount Airy, MD 21771-8401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1130**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1673 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.62 | $0.00 |

**Jessica & Kirk Krummel**

**44 Collins Ln**
**Rising Sun, MD 21911-2446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7710**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1674 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,402.50 | $0.00 |

**Jill Bartholomew**

**381 Park Rd**
**Downingtown, PA 19335-1820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7432**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.79 | $0.00 |
|---|---|---|---|---|

**Jill Kreider**

**1015 Union Church Rd**
**Elkton, MD 21921-3146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4434**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.43 | $0.00 |
|---|---|---|---|---|

**Jill Stevenson**

**7161 W State Route 12**
**Fostoria, OH 44830-9533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2938**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,116.27 | $0.00 |
|---|---|---|---|---|

**Jim & Leanne Funke**

**1927 Plymouth Gageville Rd**
**Ashtabula, OH 44004-9635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1415**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.1678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $446.26 | $0.00 |
|---|---|---|---|---|

**Jim Bottomlee**

**3001 Harris Rd**
**Sandusky, OH 44870-9724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1410**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.1679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $625.18 | $0.00 |
|---|---|---|---|---|

**Jim Boysel**

5573 County Road 18
Bellefontaine, OH 43311-9760

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1502**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.50 | $0.00 |
|---|---|---|---|---|

**Jim Crane**

713 Maryland Line Rd
Bruceton Mills, WV 26525-6211

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8194**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.57 | $0.00 |
|---|---|---|---|---|

**Jim Dinofrio**

1676 Lakeview Rd
Jamestown, PA 16134-6146

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8635**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,154.22 | $0.00 |
|---|---|---|---|---|

**Jim Duffey**

10 Holly Ln
Malvern, PA 19355-2842

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3305**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$277.70** | **$0.00** |
|---|---|---|---|---|

**Jim Dyer**

**105 Taylor Mills Rd**
**Downingtown, PA 19335**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6682**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1684 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$949.71** | **$0.00** |
|---|---|---|---|---|

**Jim Funke**

**1985 Plymouth Gageville Rd**
**Ashtabula, OH 44004-9635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6209**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1685 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$531.68** | **$0.00** |
|---|---|---|---|---|

**Jim Hart**

**4798 Springville Rd**
**Wooster, OH 44691-9100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1686 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$229.08** | **$0.00** |
|---|---|---|---|---|

**Jim Herr**

**247 Park Rd**
**Nottingham, PA 19362-9140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5776**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.63 | $0.00 |
|---|---|---|---|---|

**Jim Janiski**

**2753 E Church Ln**
**White Hall, MD 21161-8907**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7649**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $204.26 | $0.00 |
|---|---|---|---|---|

**Jim Kinnen**

**46038 King St**
**Caldwell, OH 43724-9327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8897**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.1689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.50 | $0.00 |
|---|---|---|---|---|

**Jim Langan**

**2374 Finzel Rd**
**Frostburg, MD 21532-4033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4861**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**Jim Maltese**

**1520 Hathorne Ct**
**Freeland, MD 21053-9444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9974**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 423 of 689

| | | |
|---|---|---|
| 2.1691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.18 | $0.00 |

**2.1691** Priority creditor's name and mailing address
**Jim McGroerty**

**892 Port Penn Rd**
**Middletown, DE 19709-8930**

As of the petition filing date, the claim is: $285.18  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1531**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1692** Priority creditor's name and mailing address
**Jim Mehrl**

**10076 Overton Rd**
**Burbank, OH 44214-9721**

As of the petition filing date, the claim is: $2.30  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2691**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1693** Priority creditor's name and mailing address
**Jim Miller**

**8889 Chatham Rd**
**Medina, OH 44256-9162**

As of the petition filing date, the claim is: $176.80  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8046**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.1694** Priority creditor's name and mailing address
**Jim Penner**

**4336 Hartland Center Rd**
**Collins, OH 44826-9528**

As of the petition filing date, the claim is: $0.09  $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3231**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.78 | $0.00 |

**Jim Piecynski**

**650 Buck Rd NW**
**Carrollton, OH 44615-9307**

Date or dates debt was incurred

Last 4 digits of account number **8252**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1696 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $577.41 | $0.00 |

**Jim R. Moore**

**3157 Ivory Rd NW**
**Carrollton, OH 44615-9326**

Date or dates debt was incurred

Last 4 digits of account number **4596**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.1697 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $383.18 | $0.00 |

**Jim Reitnauer**

**119 Knox Rd**
**Claysville, PA 15323-1203**

Date or dates debt was incurred

Last 4 digits of account number **6379**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1698 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |

**Jim Skinner**

**3323 Winnemac Pike S**
**La Rue, OH 43332**

Date or dates debt was incurred

Last 4 digits of account number **1851**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.1699** | Priority creditor's name and mailing address

**Jim Steighner**

**247 Rennick Rd**
**Butler, PA 16002-9001**

Date or dates debt was incurred

Last 4 digits of account number **5992**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$602.48    $0.00

---

**2.1700** | Priority creditor's name and mailing address

**Jim Thielen**

**8239 London Groveport Rd**
**Grove City, OH 43123-8817**

Date or dates debt was incurred

Last 4 digits of account number **501**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$835.38    $0.00

---

**2.1701** | Priority creditor's name and mailing address

**Jim Uhler**

**1681 County Road 175**
**Jeromesville, OH 44840-9631**

Date or dates debt was incurred

Last 4 digits of account number **0941**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$282.54    $0.00

---

**2.1702** | Priority creditor's name and mailing address

**Jim Willard**

**4412 Gene Hemp Rd**
**Jefferson, MD 21755-8005**

Date or dates debt was incurred

Last 4 digits of account number **3048**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,563.90    $0.00

---

| 2.1703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.32 | $0.00 |
|---|---|---|---|---|

**Jingsun Dai**

**2526 Alderbrook Dr**
**Finksburg, MD 21048-1585**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7796**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.21 | $0.00 |
|---|---|---|---|---|

**Jinsil Kim**

**1963 Turnberry Ct**
**Finksburg, MD 21048-1561**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5746**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1705 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84.83 | $0.00 |
|---|---|---|---|---|

**JJennifer Scott**

**557 New Park Rd**
**New Park, PA 17352-9564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4902**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1706 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.65 | $0.00 |
|---|---|---|---|---|

**Jmaes & Julianne Spreng**

**2286 State Route 179**
**Loudonville, OH 44842-9626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6304**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1707 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Joanna Schroyer & Gilbert Nicol Jr.**

**127 Ventures End Rd**
**Grantsville, MD 21536-2055**

Date or dates debt was incurred

Last 4 digits of account number **6383**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1708 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.54 | $0.00 |

**Joanne Mehota**

**5249 Hamilton Rd**
**Medina, OH 44256-8354**

Date or dates debt was incurred

Last 4 digits of account number **1887**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1709 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |

**Joanne Purcell**

**19334 Hopewell Rd**
**Mount Vernon, OH 43050**

Date or dates debt was incurred

Last 4 digits of account number **1226**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1710 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.07 | $0.00 |

**Joanne Rabich**

**1885 Kinsman Rd NE**
**North Bloomfield, OH 44450-9728**

Date or dates debt was incurred

Last 4 digits of account number **157**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1711 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,260.13 | $0.00 |
|---|---|---|---|---|

**Joanne Schar**

**2304 Wall Rd**
**Rittman, OH 44270**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3893**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.1712 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $193.04 | $0.00 |
|---|---|---|---|---|

**Joanne Volpe**

**4721 S River Rd E - PO Box 44**
**Geneva, OH 44041-9679**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3335**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.1713 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $950.05 | $0.00 |
|---|---|---|---|---|

**Joanne Worton**

**347 Ailsa Dr**
**Rising Sun, MD 21911-2558**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5962**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

---

| 2.1714 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,573.44 | $0.00 |
|---|---|---|---|---|

**Jocob & Rachel Peters**

**9265 Pontius St NE**
**Alliance, OH 44601-9792**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6804**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

- ■ No
- ☐ Yes

| 2.1715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.42 | $0.00 |
|---|---|---|---|---|

**Jodi Harlow**

**10715 Northwoods Cir**
**Chardon, OH 44024-9778**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1259**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.35 | $0.00 |
|---|---|---|---|---|

**Jodi Herring**

**1875 Bunty Station Rd**
**Delaware, OH 43015-8609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8046**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,338.69 | $0.00 |
|---|---|---|---|---|

**Jodi Schuler**

**395 Newcomer Rd**
**Windsor, PA 17366-8486**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1431**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.97 | $0.00 |
|---|---|---|---|---|

**Jodi Tallman**

**150 W Red Hill Rd**
**Conowingo, MD 21918-1032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9982**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 430 of 689

| 2.1719 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $223.47 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Jody Coffman** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **4548 Keller Rd** | ☐ Unliquidated | | |
| | **Hebron, OH 43025-9404** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6192** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1720 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $406.13 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Joe & Georgiann Chappell** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **17814 West Rd** | ☐ Unliquidated | | |
| | **Wellington, OH 44090-9689** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **585** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1721 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.95 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Joe & Karin Ricci** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **15598 Stillwell Rd** | ☐ Unliquidated | | |
| | **Huntsburg, OH 44046-9760** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2986** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.1722 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $810.82 | $0.00 |
| --- | --- | --- | --- | --- |
| | **Joe Armstrong** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **206 Kehner Rd** | ☐ Unliquidated | | |
| | **Mogadore, OH 44260-8802** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8127** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

---

| 2.1723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,301.85 | $0.00 |
|---|---|---|---|---|

**Joe Brackman**

**346 Driftwood Ave**
**North Benton, OH 44449-9707**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1724 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Joe Collins**

**1222 Richwood St SW**
**Warren, OH 44485-4164**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4315**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1725 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $29.58 | $0.00 |
|---|---|---|---|---|

**Joe Curfman**

**16410 Salem Church St NE**
**Alliance, OH 44601-8811**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6597**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1726 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $61.46 | $0.00 |
|---|---|---|---|---|

**Joe Danna**

**610 Cross Creek Rd**
**Avella, PA 15312-2214**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8703**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $838.70 | $0.00 |
|---|---|---|---|---|

**Joe Dosch**

2781 Best Rd
Cambridge, OH 43725-9439

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3725**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.26 | $0.00 |
|---|---|---|---|---|

**Joe Dury**

966 Blackbird Landing Rd
Townsend, DE 19734-9141

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0691**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.69 | $0.00 |
|---|---|---|---|---|

**Joe Dutro**

4370 East Pike
Zanesville, OH 43701-8011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4045**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Joe Gentry**

2982 County Road 14
Woodville, OH 43469-9757

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4299**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 433 of 689

| | | |
|---|---|---|
| 2.1731 | Priority creditor's name and mailing address | |

**Joe Goddard**

**65569 Highland Hills Rd**
**Cambridge, OH 43725-9657**

Date or dates debt was incurred

Last 4 digits of account number **9820**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$72.76** | **$0.00**

---

| | | |
|---|---|---|
| 2.1732 | Priority creditor's name and mailing address | |

**Joe Gollick**

**395 Meadow Rd**
**Burgettstown, PA 15021-2336**

Date or dates debt was incurred

Last 4 digits of account number **1387**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$85.00** | **$0.00**

---

| | | |
|---|---|---|
| 2.1733 | Priority creditor's name and mailing address | |

**Joe Gonzales**

**7383 Spencer Lake Rd**
**Medina, OH 44256-9199**

Date or dates debt was incurred

Last 4 digits of account number **7219**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,659.46** | **$0.00**

---

| | | |
|---|---|---|
| 2.1734 | Priority creditor's name and mailing address | |

**Joe Hamilton**

**5804 Storms Creek Rd**
**Urbana, OH 43078-9446**

Date or dates debt was incurred

Last 4 digits of account number **9515**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$214.12** | **$0.00**

| 2.1735 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.19 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Joe Jerden**

**49 Crestview Dr**
**Elkton, MD 21921-8406**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5712**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1736 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.25 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Joe King**

**137 Pearce Rd**
**Mars, PA 16046-3809**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7624**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1737 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.75 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Joe McGurn**

**2475 Bantam Ridge Rd**
**Wintersville, OH 43953-7272**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1299**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1738 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|-------|-------|

**Joe Miller**

**8870 Bundysburg Rd**
**Middlefield, OH 44062-9524**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1699**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1739 | Priority creditor's name and mailing address<br>**Joe Monica**<br><br>**249 Shamrock Rd**<br>**Prosperity, PA 15329-1675** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$36.98** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6606**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1740 | Priority creditor's name and mailing address<br>**Joe Pugliese**<br><br>**252 Evaline St**<br>**Penn Hills, PA 15235-2816** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$80.16** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3719**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1741 | Priority creditor's name and mailing address<br>**Joe Rauen**<br><br>**1355 State Route 18**<br>**Burgettstown, PA 15021** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$897.18** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2426**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1742 | Priority creditor's name and mailing address<br>**Joe Restly**<br><br>**9075 E Mountainview Dr**<br>**Chardon, OH 44024-9624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$790.42** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8039**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.88 | $0.00 |
|---|---|---|---|---|

**Joe Ryncarz**

7477 Spencer Lake Rd
Medina, OH 44256-7500

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3697**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes

---

| 2.1744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.56 | $0.00 |
|---|---|---|---|---|

**Joe Schottelkotte**

23200 Hoover Bault Rd
Raymond, OH 43067-9794

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6286**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes

---

| 2.1745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,062.50 | $0.00 |
|---|---|---|---|---|

**Joe Seipp**

2264 Engle Rd
Fallston, MD 21047-1047

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7594**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes

---

| 2.1746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.07 | $0.00 |
|---|---|---|---|---|

**Joe Sexton**

15 Bull Frog Ln
Elkton, MD 21921-7758

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9389**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes

| 2.1747 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.25 | $0.00 |
|---|---|---|---|---|

**Joe Stemen**

3755 Blacklick Rd NW
Baltimore, OH 43105-9699

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7188**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1748 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.43 | $0.00 |
|---|---|---|---|---|

**Joe Toriello**

210 S Azalea Ct
Glen Mills, PA 19342-1044

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7500**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1749 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.42 | $0.00 |
|---|---|---|---|---|

**Joe Vlkojan**

287 Shady Side Rd
Uniontown, PA 15401-6709

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2389**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1750 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.89 | $0.00 |
|---|---|---|---|---|

**Joe Warner**

2835 N County Line Rd
Sunbury, OH 43074-9754

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6350**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.23 | $0.00 |
|---|---|---|---|---|

2.1751 Priority creditor's name and mailing address
**Joel & Brenda Berry**

**9779 Township Road 29**
**East Liberty, OH 43319-9417**

Date or dates debt was incurred

Last 4 digits of account number **3184**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$71.23    $0.00

---

2.1752 Priority creditor's name and mailing address
**Joel & Kimberly Harner**

**1961 Castleton Rd**
**Darlington, MD 21034-1125**

Date or dates debt was incurred

Last 4 digits of account number **3925**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$816.43    $0.00

---

2.1753 Priority creditor's name and mailing address
**Joel & Mina Fried**

**1408 Eagles Grove Ct Apt B**
**Whiteford, MD 21160-1416**

Date or dates debt was incurred

Last 4 digits of account number **9590**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$365.50    $0.00

---

2.1754 Priority creditor's name and mailing address
**Joel & Tara Mathys**

**15686 Stillwell Rd**
**Huntsburg, OH 44046-9760**

Date or dates debt was incurred

Last 4 digits of account number **3172**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.60    $0.00

| 2.1755 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.18 | $0.00 |
|---|---|---|---|---|

**Joel Capell**

**115 Burnwell St**
**Woodstock, OH 43084-9704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6310**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1756 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Joel Friedman**

**1902 Alexander Dr**
**Fallston, MD 21047-2260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4949**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1757 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.23 | $0.00 |
|---|---|---|---|---|

**Joel Harpst**

**9460 Springhill Degraff Rd**
**De Graff, OH 43318-9541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1981**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1758 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.32 | $0.00 |
|---|---|---|---|---|

**Joel Roberts**

**1238 S State Route 19**
**Fremont, OH 43420-9182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4883**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1759 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.11 | $0.00 |

**Joel WII & Julie Calinger**

**213 Glen Rape Rd**
**Cranberry Township, PA**
**16066-2005**

Date or dates debt was incurred

Last 4 digits of account number **6255**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1760 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.92 | $0.00 |

**Joellen McCCauley**

**98 Mary Ct**
**Warwick, MD 21912-1055**

Date or dates debt was incurred

Last 4 digits of account number **1001**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1761 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.76 | $0.00 |

**Joey Jarrell**

**565 Orchard Park Rd**
**Mansfield, OH 44904-9455**

Date or dates debt was incurred

Last 4 digits of account number **4202**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1762 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.21 | $0.00 |

**John & Bernice Calbrese**

**11149 Old State Rd**
**Chardon, OH 44024-9546**

Date or dates debt was incurred

Last 4 digits of account number **6082**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,065.14 | $0.00 |
|---|---|---|---|---|

**John & Christina**

**7871 Orchardview Dr SE**
**East Canton, OH 44730-9433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2557**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,619.76 | $0.00 |
|---|---|---|---|---|

**John & Cindy Hershman**

**75445 Crab Orchard Rd**
**Freeport, OH 43973-8901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6730**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $792.46 | $0.00 |
|---|---|---|---|---|

**John & Debbie Rowland**

**3455 Riverdale Rd**
**Rock Creek, OH 44084-9518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3536**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.94 | $0.00 |
|---|---|---|---|---|

**John & Eleanor Seibel**

**121 Hufnagel Dr**
**Clinton, PA 15026-1243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1908**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,339.14 | $0.00 |

**John & Helen Bauer**

**181 Jefferson Ave**
**Marianna, PA 15345-1003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0296**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.72 | $0.00 |

**John & Jackie Whitely**

**67350 Way Mor Rd**
**Quaker City, OH 43773-9767**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1422**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.08 | $0.00 |

**John & Janet Baker**

**7495 Pontius St NE**
**Hartville, OH 44632-8803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8841**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,196.72 | $0.00 |

**John & Janet Zgonc**

**5040 Kirk Rd**
**Rock Creek, OH 44084**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8830**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.11 | $0.00 |

**John & Judy Kovitch**

**8040 Blacks Mill Rd**
**Thurmont, MD 21788-2411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2730**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.91 | $0.00 |

**John & Karma Wilson**

**12900 Watson Rd**
**Mount Vernon, OH 43050-9062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **514**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $648.47 | $0.00 |

**John & Kim Wright**

**2873 Maple Rd E**
**Jefferson, OH 44047-8466**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1642**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.52 | $0.00 |

**John & Laura Ferrell**

**3776 Wayland Rd**
**Diamond, OH 44412-9724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7021**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.1775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.1775** Priority creditor's name and mailing address

**John & Lisa McCartney**

**10442 Yale Rd**
**Deerfield, OH 44411-8754**

Date or dates debt was incurred

Last 4 digits of account number **76**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$356.07   $0.00

---

**2.1776** Priority creditor's name and mailing address

**John & Louann Paul**

**11407 Bowen Rd**
**Mantua, OH 44255-9455**

Date or dates debt was incurred

Last 4 digits of account number **5115**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,176.49   $0.00

---

**2.1777** Priority creditor's name and mailing address

**John & Nancy Byler**

**5665 Ensign Rd**
**West Farmington, OH 44491-9721**

Date or dates debt was incurred

Last 4 digits of account number **8642**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$161.84   $0.00

---

**2.1778** Priority creditor's name and mailing address

**John & Patricia Kochy**

**6268 State Route 166 # C**
**Rock Creek, OH 44084-9750**

Date or dates debt was incurred

Last 4 digits of account number **8265**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$517.84   $0.00

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

| 2.1779 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.63 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|-------|

**John & Peggy Bruening**

**5142 Parks West Rd**
**Middlefield, OH 44062-9350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **367**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1780 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $316.20 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|-------|

**John & Sandra Krytus**

**3700 County Road 62**
**Woodville, OH 43469-9781**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1513**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1781 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|-------|-------|

**John & Tara Anderson**

**208 Sutherin Rd**
**Georgetown, PA 15043-9538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4465**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1782 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.88 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|-------|

**John & Trayve Keep**

**3030 Russell Rd**
**Dorset, OH 44032-9797**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4682**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.99 | $0.00 |

**John (Jack) Cassidy**

**776 Marshallton Thorndale Rd**
**West Chester, PA 19380-1506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8504**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $934.75 | $0.00 |

**John A. Kurtz**

**7725 S Girdle Rd**
**Middlefield, OH 44062-9337**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2098**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.17 | $0.00 |

**John Ayers**

**51 Lee Rd**
**Grove City, PA 16127-3225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1685**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.38 | $0.00 |

**John Bender**

**14231 State Route 152**
**Toronto, OH 43964-7731**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5588**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.1787 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.90 | $0.00 |
|---|---|---|---|---|

**John Berry**

**55 Adrian Dr**
**Chillicothe, OH 45601-9219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9137**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1788 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.23 | $0.00 |
|---|---|---|---|---|

**John Bostic**

**10191 Bancroft Rd**
**Garrettsville, OH 44231-9658**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2095**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1789 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41.23 | $0.00 |
|---|---|---|---|---|

**John Bowen**

**4479 County Road 213**
**Marengo, OH 43334-9602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8818**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1790 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $921.49 | $0.00 |
|---|---|---|---|---|

**John Bradford**

**1161 Brandt Rd**
**Geneva, OH 44041-9382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **376**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

---

**2.1791** | Priority creditor's name and mailing address

**John Bricker**

**11394 Bloom Rd**
**Garrettsville, OH 44231-9722**

Date or dates debt was incurred

Last 4 digits of account number **3534**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$261.80     $0.00

---

**2.1792** | Priority creditor's name and mailing address

**John Byler**

**8018 Parkman Mespo Rd**
**Middlefield, OH 44062-9304**

Date or dates debt was incurred

Last 4 digits of account number **7194**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$387.60     $0.00

---

**2.1793** | Priority creditor's name and mailing address

**John Cantoni- Cantoni Farms LP**

**295 Pump Station Rd**
**Clarksville, PA 15322-6325**

Date or dates debt was incurred

Last 4 digits of account number **0200**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,754.71     $0.00

---

**2.1794** | Priority creditor's name and mailing address

**John Caringi**

**47278 Horn Ridge Rd**
**Caldwell, OH 43724-9451**

Date or dates debt was incurred

Last 4 digits of account number **1269**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$942.14     $0.00

---

22-51226-amk     Doc 6     FILED 10/17/22     ENTERED 10/17/22 14:18:18     Page 449 of 689

| 2.1795 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,385.53 | $0.00 |
|---|---|---|---|---|

**John Cassidy**

**120 Station Rd**
**Cheyney, PA 19319-9998**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9870**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1796 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,224.60 | $0.00 |
|---|---|---|---|---|

**John Chaney Sr.**

**9516 Harrison Rd**
**Wakeman, OH 44889-9506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **709**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1797 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $391.60 | $0.00 |
|---|---|---|---|---|

**John Cokor**

**1574 Footville Richmond Rd W**
**Jefferson, OH 44047-9625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5213**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1798 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**John D. Fish**

**1061 Windy Knoll Rd**
**West Chester, PA 19382-7432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7890**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1799 | Priority creditor's name and mailing address<br>**John Degennaro**<br><br>**421 Pheasant Hill Rd**<br>**Summit Point, WV 25446-3624** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$303.28** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **4760**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1800 | Priority creditor's name and mailing address<br>**John Delawder**<br><br>**464 Laurel Run Pisgah Rd**<br>**Bruceton Mills, WV 26525-5698** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,916.75** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1573**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1801 | Priority creditor's name and mailing address<br>**John Diakoulas**<br>**Affinity Holdings**<br>**314 Western Run Rd**<br>**Cockeysville, MD 21030-1310** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,497.05** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8041**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1802 | Priority creditor's name and mailing address<br>**John Difeo**<br><br>**1749 Schroeder Rd**<br>**Mogadore, OH 44260-8408** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7.40** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8802**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (**7**) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.1803 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.97 | $0.00 |

**John Doerge**

**4633 Cork Cold Springs Rd**
**Geneva, OH 44041-9673**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1804 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.51 | $0.00 |

**John Elliot**

**5858 Hoy Rd**
**Wooster, OH 44691-9432**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1068**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1805 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $460.45 | $0.00 |

**John Faddis**

**507 Dodds Rd**
**Butler, PA 16002-8816**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8082**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1806 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.51 | $0.00 |

**John Fiediga**

**29021 W Miller Rd**
**Willoughby Hills, OH 44092-2655**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **115**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1807 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.82 | $0.00 |
|---|---|---|---|---|

**John Fischer**

1316 Lakeview Dr
Espyville, PA 16424-4134

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1699**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1808 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.26 | $0.00 |
|---|---|---|---|---|

**John Franko**

207 Windy Heel Ct
Mount Pleasant, PA 15666

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6385**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1809 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $185.64 | $0.00 |
|---|---|---|---|---|

**John Frenk**

46908 Peck Wadsworth
Wellington, OH 44090

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **488**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1810 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $604.61 | $0.00 |
|---|---|---|---|---|

**John Fry**

5800 State Route 316 W
Ashville, OH 43103-9684

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3181**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1811 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $698.02 | $0.00 |
|---|---|---|---|---|

**John Gavin**

**18411 Ensor Farm Ct**
**Parkton, MD 21120-9685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0442**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1812 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**John Graham**

**225 Baldwin Dr**
**West Chester, PA 19380-6252**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6054**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1813 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $393.47 | $0.00 |
|---|---|---|---|---|

**John Gressman**

**13627 County Route 34**
**Bellevue, OH 44811**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6740**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1814 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,248.91 | $0.00 |
|---|---|---|---|---|

**John Guelker**

**48215 Russia Rd**
**Amherst, OH 44001-9527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6495**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 454 of 689

| 2.1815 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,044.99** | **$0.00** |

Priority creditor's name and mailing address

**John Haislip**

**807 Andover Rd**
**Linthicum Heights, MD**
**21090-3011**

Date or dates debt was incurred

Last 4 digits of account number **7388**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1816 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22.36** | **$0.00** |

**John Hall**

**361 E Township Road 190**
**Bellefontaine, OH 43311**

Date or dates debt was incurred

Last 4 digits of account number **4202**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1817 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.51** | **$0.00** |

**John Harding**

**122 Dingel Rd**
**West Sunbury, PA 16061-2802**

Date or dates debt was incurred

Last 4 digits of account number **3254**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1818 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$515.36** | **$0.00** |

**John Harrison**

**3610 Hollands Branch Ct**
**Street, MD 21154-2036**

Date or dates debt was incurred

Last 4 digits of account number **1634**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1819 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.96 | $0.00 |
|--------|---------|---------|---------|---------|

**John Hawkins**

3725 Fairmont Rd
Morgantown, WV 26501-5809

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2643**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1820 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 | $0.00 |

**John Hermann**

8 Louis Edward Ct
Cockeysville, MD 21030-1518

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7562**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1821 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $385.05 | $0.00 |

**John Hillard**

104 Andrews Dr
Georgetown, PA 15043-9524

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3534**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.1822 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.61 | $0.00 |

**John Holsopple**

4288 Fox Ave NE
Minerva, OH 44657-8647

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6096**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.1823 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.54 | $0.00 |
| --- | --- | --- | --- | --- |
| | **John Hrischuk** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **305 Delta Rd** | ☐ Unliquidated | | |
| | **Wilmington, DE 19810-1029** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6902** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1824 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.11 | $0.00 |
| --- | --- | --- | --- | --- |
| | **John Jackson** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1234 Stan-Kell Rd** | ☐ Unliquidated | | |
| | **Jefferson, OH 44047** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9383** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1825 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.58 | $0.00 |
| --- | --- | --- | --- | --- |
| | **John Jancik** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **559 US Highway 224** | ☐ Unliquidated | | |
| | **Sullivan, OH 44880-9719** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7997** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1826 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.69 | $0.00 |
| --- | --- | --- | --- | --- |
| | **John K. Smith** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **6900 N River Dr** | ☐ Unliquidated | | |
| | **Middle River, MD 21220-1059** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8709** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1827 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,435.06 | $0.00 |

**John Kennedy**

**39395 Deersville Ridge Rd**
**Cadiz, OH 43907-9576**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4597**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1828 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.41 | $0.00 |

**John Kubiskey**

**949 Tope Rd**
**New Cumberland, WV 26047-1746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7868**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1829 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.87 | $0.00 |

**John Kurtz, Jr.**

**7793 S Girdle Rd**
**Middlefield, OH 44062-9337**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1157**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1830 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $0.00 |

**John Lambert**

**3911 Morgan Center Rd**
**Utica, OH 43080-9652**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1179**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1831 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.92 | $0.00 |

**John Larrabee**

**19110 Timothys Manor Ct**
**Parkton, MD 21120-9515**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1773**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1832 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.14 | $0.00 |

**John Lengacher**

**1658 Cullison Rd**
**Utica, OH 43080-9636**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6549**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1833 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,499.66 | $0.00 |

**John Lenz**

**15042 Sperry Rd**
**Novelty, OH 44072-9650**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7645**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1834 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $536.44 | $0.00 |

**John Lewis**

**3647 S Bailey Rd**
**North Jackson, OH 44451-9656**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7541**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?
■ No
☐ Yes

| 2.1835 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.84 | $0.00 |

**John Liberatore**

**93 Lippizzan Dr
New Cumberland, WV 26047-2060**

Date or dates debt was incurred

Last 4 digits of account number **5290**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1836 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14.45 | $0.00 |

**John M. Troyer**

**11679 Kile Rd
Chardon, OH 44024-9537**

Date or dates debt was incurred

Last 4 digits of account number **1096**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1837 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $174.42 | $0.00 |

**John Manasco**

**613 Sulphur Spring Rd
Chillicothe, OH 45601-9195**

Date or dates debt was incurred

Last 4 digits of account number **9742**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1838 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.13 | $0.00 |

**John Matheney**

**9700 East Pike
Norwich, OH 43767-9728**

Date or dates debt was incurred

Last 4 digits of account number **5195**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | | 2.1839 | Priority creditor's name and mailing address | | | | | | |

2.1839  Priority creditor's name and mailing address

**John Matthews**

**37 Ridge Rd**
**Eighty Four, PA 15330-1925**

Date or dates debt was incurred

Last 4 digits of account number **0850**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$467.50      $0.00

---

2.1840  Priority creditor's name and mailing address

**John McLoughlin**

**12416 Happy Hollow Rd**
**Cockeysville, MD 21030-1712**

Date or dates debt was incurred

Last 4 digits of account number **6613**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$272.68      $0.00

---

2.1841  Priority creditor's name and mailing address

**John Means**

**2326 Calvary Rd**
**Bel Air, MD 21015-6610**

Date or dates debt was incurred

Last 4 digits of account number **6166**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$460.28      $0.00

---

2.1842  Priority creditor's name and mailing address

**John Metzger**

**14516 Gore Orphanage Rd**
**Wakeman, OH 44889-9682**

Date or dates debt was incurred

Last 4 digits of account number **5080**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$325.55      $0.00

| 2.1843 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.75 | $0.00 |
|---|---|---|---|---|

**John Mikus**

**7242 Noble Rd**
**Windsor, OH 44099-9750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8883**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1844 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.65 | $0.00 |
|---|---|---|---|---|

**John Mock**

**3936 Jones Rd**
**Diamond, OH 44412-8705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5096**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1845 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $538.48 | $0.00 |
|---|---|---|---|---|

**John Morrison**

**5452 Root Rd**
**Conneaut, OH 44030-8764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4447**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.1846 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.24 | $0.00 |
|---|---|---|---|---|

**John Nagel**

**805 Petem Rd**
**Kingsville, MD 21087-1036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1941**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

| 2.1847 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.80 | $0.00 |
| --- | --- | --- | --- | --- |

**John Needham**

36920 Deersville Ridge Rd
Cadiz, OH 43907-9528

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4611**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1848 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.97 | $0.00 |
| --- | --- | --- | --- | --- |

**John Neukam**

1213 Engleberth Rd
Essex, MD 21221-2010

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5484**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1849 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $643.79 | $0.00 |
| --- | --- | --- | --- | --- |

**John O'Brien**

1703 Worthington Heights Pkwy
Cockeysville, MD 21030-1017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0905**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1850 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.76 | $0.00 |
| --- | --- | --- | --- | --- |

**John Oberlander**

13874 Maple Ridge Rd
Milford Center, OH 43045-9755

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7105**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1851 | Priority creditor's name and mailing address | | | | $36.21 | $0.00 |

**John P. Yost**

**286 Tower Rd**
**Prosperity, PA 15329-1618**

Date or dates debt was incurred

Last 4 digits of account number **6859**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1852 | Priority creditor's name and mailing address | | | | $262.83 | $0.00 |

**John Page**

**131 Graystone Farm Rd**
**White Hall, MD 21161-9101**

Date or dates debt was incurred

Last 4 digits of account number **0564**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1853 | Priority creditor's name and mailing address | | | | $148.75 | $0.00 |

**John Palasics**

**8445 Durst Colebrook Rd**
**North Bloomfield, OH 44450-9749**

Date or dates debt was incurred

Last 4 digits of account number **1339**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1854 | Priority creditor's name and mailing address | | | | $201.62 | $0.00 |

**John Pascasio**

**515 Robinson Church Rd**
**Bulger, PA 15019-9751**

Date or dates debt was incurred

Last 4 digits of account number **9830**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1855 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,653.93** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|---------------|-----------|

**John Patrick**

**9214 Asbury Rd**
**Mantua, OH 44255-9763**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9352**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1856 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$761.86** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**John Petee**

**21610 State Route 739**
**Raymond, OH 43067-9761**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6703**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1857 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,223.58** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|---------------|-----------|

**John Popp**

**6581 Steitz Rd**
**Powell, OH 43065-7934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7811**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1858 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$927.35** | **$0.00** |
|--------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**John Priest**

**13550 Gibson Rd**
**Ashville, OH 43103-9645**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2249**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1859 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $404.69 | $0.00 |
|---|---|---|---|---|

**John Prusak**

**11330 Raphel Rd**
**Upper Falls, MD 21156-1701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4799**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1860 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.60 | $0.00 |
|---|---|---|---|---|

**John Rahner**

**288 Heyburn Rd**
**Chadds Ford, PA 19317-9762**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5985**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1861 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.29 | $0.00 |
|---|---|---|---|---|

**John Reynolds**

**56 Michael Todd Rd**
**North East, MD 21901-2669**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7167**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1862 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.25 | $0.00 |
|---|---|---|---|---|

**John Riemenschneider**

**4090 Pleasantville Rd NE**
**Pleasantville, OH 43148-9787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8133**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.1863 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $703.97 | $0.00 |

**John Roberts**

**235 S Market St**
**Fawn Grove, PA 17321-9597**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4770**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1864 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.61 | $0.00 |

**John Rostorfer**

**2774 County Road 12**
**Bellefontaine, OH 43311-9530**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3803**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1865 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.57 | $0.00 |

**John Rozzo**

**3475 Vista Valley Rd**
**Amity, PA 15311-1514**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4050**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1866 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $348.50 | $0.00 |

**John Shetler**

**2673 Philadelphia Rd**
**Springboro, PA 16435-4319**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7277**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1867 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.17 | $0.00 |
|---|---|---|---|---|

**John Sipe**

**1998 State Route 179**
**Jeromesville, OH 44840-9738**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6240**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1868 | Priority creditor's name and mailing address | | $1,700.00 | $0.00 |
|---|---|---|---|---|

**John Snyder**

**10694 Snyder Church Rd NW**
**Baltimore, OH 43105-9644**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7349**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1869 | Priority creditor's name and mailing address | | $793.56 | $0.00 |
|---|---|---|---|---|

**John Springsteen**

**8251 White Rd**
**Burbank, OH 44214-9623**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1252**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.1870 | Priority creditor's name and mailing address | | $235.28 | $0.00 |
|---|---|---|---|---|

**John Stamas**

**1406 Falls Crest Dr**
**Fallston, MD 21047-1601**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9526**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☒ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 468 of 689

| 2.1871 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.51 | $0.00 |
|---|---|---|---|---|

**John Stoltz**

**8185 Andora Rd NE**
**East Rochester, OH 44625-9603**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **163**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1872 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.63 | $0.00 |
|---|---|---|---|---|

**John Storey**

**56189 Claysville Rd**
**Cumberland, OH 43732-7504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7095**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1873 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.45 | $0.00 |
|---|---|---|---|---|

**John Strahan**

**4090 Dudley Rd**
**Mantua, OH 44255-9429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3624**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1874 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,188.27 | $0.00 |
|---|---|---|---|---|

**John T. & Lacinda Darby**

**9738 Duvall Rd**
**Ashville, OH 43103-6501**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8871**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 469 of 689

| 2.1875 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.30 | $0.00 |
|---|---|---|---|---|

**John Thomas**

**801 Harmony Hill Rd**
**West Chester, PA 19380-1839**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4430**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1876 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**John Tirpak**

**901 W Baker Ave**
**Abingdon, MD 21009-1408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9879**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1877 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,224.25 | $0.00 |
|---|---|---|---|---|

**John Troyer**

**9135 State Route 329**
**Glouster, OH 45732-9284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1878 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.09 | $0.00 |
|---|---|---|---|---|

**John Volkwein**

**280 Walker Rd**
**Canonsburg, PA 15317-4713**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9626**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1879 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.86 | $0.00 |
|---|---|---|---|---|

**John Warren**

**211 Edgewater Dr**
**Chambersburg, PA 17202-8687**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7163**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1880 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23.80 | $0.00 |
|---|---|---|---|---|

**John Wiles**

**3891 Egypt Rd**
**Willard, OH 44890-9715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1465**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1881 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.89 | $0.00 |
|---|---|---|---|---|

**John Wilson**

**989 Spring City Rd**
**Phoenixville, PA 19460-1881**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6996**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1882 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $733.98 | $0.00 |
|---|---|---|---|---|

**John Withrell**

**11 Iris Ln**
**Glen Mills, PA 19342-1797**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0051**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1883 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.65 | $0.00 |
|---|---|---|---|---|

**John Wood**

**5290 Kilbury Huber Rd**
**Plain City, OH 43064-9556**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$79.65    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9225**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1884 | Priority creditor's name and mailing address |

**John Wood**

**5290 Kilbury Huber Rd**
**Plain City, OH 43064-9556**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$79.65    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9225**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1885 | Priority creditor's name and mailing address |

**John Yoho**

**58700 Keiser Ln**
**New Concord, OH 43762-9510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$37.57    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9604**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1886 | Priority creditor's name and mailing address |

**John Yutzky**

**15640 Newcomb Rd**
**Middlefield, OH 44062-8239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$638.18    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1569**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1887 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $854.17 | $0.00 |

**John Zaprala**

**1079 Brentwood Dr**
**Pottstown, PA 19465-7701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4787**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1888 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.02 | $0.00 |

**John Zielinski**

**8001 State Route 113 E**
**Berlin Heights, OH 44814-9436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4063**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1889 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.15 | $0.00 |

**Johnny Ginerich**

**12141 Prentiss Rd**
**Garrettsville, OH 44231-9695**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1111**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1890 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $588.88 | $0.00 |

**Johnny McComas**

**14014 Birch Rd**
**East Liverpool, OH 43920-8702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2125**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1891 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.18 | $0.00 |
|---|---|---|---|---|

**Johnny McComas, Jr.**

**14014 Birch Rd**
**East Liverpool, OH 43920-8702**

Date or dates debt was incurred

Last 4 digits of account number **7912**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1892 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.31 | $0.00 |
|---|---|---|---|---|

**Johnny Yoder**

**195 McCarrell Rd**
**Hickory, PA 15340-1453**

Date or dates debt was incurred

Last 4 digits of account number **6247**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1893 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.63 | $0.00 |
|---|---|---|---|---|

**Johny Rueda**

**938 Old Elk Neck Rd**
**Elkton, MD 21921-7574**

Date or dates debt was incurred

Last 4 digits of account number **7774**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1894 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $762.98 | $0.00 |
|---|---|---|---|---|

**Jon Dellifield**

**24968 Patrick Brush Run Rd**
**Marysville, OH 43040-9264**

Date or dates debt was incurred

Last 4 digits of account number **8630**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| 2.1895 | Priority creditor's name and mailing address |

**Jon Ginnever**

**1403 County Road 32**
**Gibsonburg, OH 43431-9783**

Date or dates debt was incurred

Last 4 digits of account number **5876**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:           **$1,276.45**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.1896 | Priority creditor's name and mailing address |

**Jon Hertel**

**1088 Valley View Rd**
**York, PA 17406-6384**

Date or dates debt was incurred

Last 4 digits of account number **2802**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:           **$46.75**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.1897 | Priority creditor's name and mailing address |

**Jonas Thompson**

**6871 E Sparta Ave SE**
**East Sparta, OH 44626-9305**

Date or dates debt was incurred

Last 4 digits of account number **1926**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:           **$70.55**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 2.1898 | Priority creditor's name and mailing address |

**Jonas Wagler**

**8510 State Route 534**
**Middlefield, OH 44062-9197**

Date or dates debt was incurred

Last 4 digits of account number **5068**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:           **$200.77**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1899 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.43 | $0.00 |
|---|---|---|---|---|

**Jonathan & Emily Morrison**

**125 N State St**
**Ephrata, PA 17522-2231**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7497**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1900 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,372.89 | $0.00 |
|---|---|---|---|---|

**Jonathan Brebner**

**320 Lums Rd**
**North East, MD 21901-2401**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5055**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1901 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.94 | $0.00 |
|---|---|---|---|---|

**Jonathan Campbell**

**7825 Greenwich Rd # A**
**Lodi, OH 44254-9709**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9312**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1902 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.56 | $0.00 |
|---|---|---|---|---|

**Jonathan Detweiler**

**4959 Ensign Rd**
**West Farmington, OH 44491-9717**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2276**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1903 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $986.85 | $0.00 |
|---|---|---|---|---|

**Jonathan J. Miller**

**8311 Parker Rd**
**Orwell, OH 44076-9761**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3364**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1904 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $609.96 | $0.00 |
|---|---|---|---|---|

**Jonathan Katz**

**20 Austins Way**
**Elkton, MD 21921-7404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4896**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1905 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $892.08 | $0.00 |
|---|---|---|---|---|

**Jonathan Krull**

**4106 Falls Rd**
**Manchester, MD 21102-2228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0494**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1906 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,051.20 | $0.00 |
|---|---|---|---|---|

**Jonathan Leonard**

**13332 Tenny Rd**
**Mount Sterling, OH 43143-9534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2818**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.1907 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$372.90** **$0.00** |

**Jonathan Levan**

**4024 County Road 55**
**Bellefontaine, OH 43311-9225**

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **6960**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1908 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$54.15** **$0.00** |

**Jonathan Moon**

**3336 Graham Rd**
**Rock Creek, OH 44084-9748**

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **7197**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1909 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11.22** **$0.00** |

**Jonathan Slingland**

**62381 Salem Rd**
**Salesville, OH 43778-9724**

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **0462**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.1910 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$356.15** **$0.00** |

**Jonathan Troyer**

**18255 Owen Rd**
**West Farmington, OH 44491-9605**

Date or dates debt was incurred

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **7646**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.1911 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.86 | $0.00 |

**Joni Wallace**

35 Ferry Point Ln
Earleville, MD 21919-1202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0933**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1912 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $276.17 | $0.00 |

**Jordan Bird**

4208 Sequoia Dr
Westminster, MD 21157-7860

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1501**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1913 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Jordan Jones**

3100 McMullen Allen Rd
Newton Falls, OH 44444-9411

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6247**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1914 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97.58 | $0.00 |

**Jordan Nicholas**

6354 Meese Rd NE
Alliance, OH 44601-9433

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2223**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.1915 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,360.00** | $0.00 |

Priority creditor's name and mailing address

**Joseph & Pam Forristal**

**2701 Station St**
**Rock Creek, OH 44084-9659**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2664**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1916 Priority creditor's name and mailing address

**Joseph & Roxane Bartish**

**19204 Pitts Rd**
**Wellington, OH 44090-9540**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$867.34** $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7525**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1917 Priority creditor's name and mailing address

**Joseph Andrew Schmid**

**30086 Felsenheim Ln**
**Guys Mills, PA 16327-5336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$76.50** $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0702**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.1918 Priority creditor's name and mailing address

**Joseph Atkas**

**2227 Siena Way**
**Woodstock, MD 21163-1245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$308.64** $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4143**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.1919 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.27 | $0.00 |
|---|---|---|---|---|

**Joseph Beidle**

**9347 Hawbottom Rd**
**Frederick, MD 21701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0704**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1920 | Priority creditor's name and mailing address | | $2,048.33 | $0.00 |
|---|---|---|---|---|

**Joseph Biondo**

**7401 New Cut Rd**
**Kingsville, MD 21087-1132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6596**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1921 | Priority creditor's name and mailing address | | $642.18 | $0.00 |
|---|---|---|---|---|

**Joseph Boop**

**503 County Road 32 N**
**Bellefontaine, OH 43311-9326**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4644**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1922 | Priority creditor's name and mailing address | | $2,155.35 | $0.00 |
|---|---|---|---|---|

**Joseph Borrelli**

**102 Kabob Ln**
**Kennett Square, PA 19348-2674**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4752**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1923 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $162.18 | $0.00 |
|---|---|---|---|---|

**Joseph Canale**

☐ Contingent
☐ Unliquidated
☐ Disputed

**3205 Landcaster Ct**
**Woodbine, MD 21797-7941**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7312**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1924 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $44.46 | $0.00 |
|---|---|---|---|---|

**Joseph Ciampa**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4855 Cherry Tree Ln**
**Sykesville, MD 21784-9106**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7758**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1925 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $63.75 | $0.00 |
|---|---|---|---|---|

**Joseph Daniel**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5596 Pontiac Section Line Rd**
**Bellevue, OH 44811**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0277**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.1926 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,109.05 | $0.00 |
|---|---|---|---|---|

**Joseph Denardi**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2453 Remsen Rd**
**Medina, OH 44256-9283**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6707**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1927 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.00 | $0.00 |
|---|---|---|---|---|

**Joseph Derosa**

**1001 State Rd**
**Geneva, OH 44041-9358**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4464**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1928 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.81 | $0.00 |
|---|---|---|---|---|

**Joseph Eckenrode**

**7911 McKaig Rd**
**Frederick, MD 21701-3307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4857**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1929 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $0.00 |
|---|---|---|---|---|

**Joseph Flahiff**

**2825 Plymouth Gageville Rd**
**Ashtabula, OH 44004-9639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9442**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1930 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Joseph Foltz**

**487 Coon Run Rd**
**Aleppo, PA 15310-1428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1607**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 483 of 689

| | | |
|---|---|---|
| 2.1931 | Priority creditor's name and mailing address<br>**Joseph G. & Carol Simonetti**<br><br>**1600 Rustic Run Rd SW**<br>**Warren, OH 44481-9756** | As of the petition filing date, the claim is:    **$18.45**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3535**     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
   ☐ Yes

| | | |
|---|---|---|
| 2.1932 | Priority creditor's name and mailing address<br>**Joseph Headley**<br><br>**273 Pettit Rd**<br>**Holbrook, PA 15341-1539** | As of the petition filing date, the claim is:    **$0.51**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **7909**     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
   ☐ Yes

| | | |
|---|---|---|
| 2.1933 | Priority creditor's name and mailing address<br>**Joseph Janusziewicz**<br><br>**15428 Rivercrest Ct**<br>**Brookeville, MD 20833-2400** | As of the petition filing date, the claim is:    **$1,169.52**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **7307**     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
   ☐ Yes

| | | |
|---|---|---|
| 2.1934 | Priority creditor's name and mailing address<br>**Joseph Kustra**<br><br>**5262 Wallace Rd**<br>**Saint Paris, OH 43072-9583** | As of the petition filing date, the claim is:    **$93.25**    **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **4059**     Is the claim subject to offset?

Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
   ☐ Yes

| 2.1935 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.55 | $0.00 |

**Joseph McGettigan**

**16 Donegal Ln**
**Downingtown, PA 19335-6200**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6256**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1936 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.63 | $0.00 |

**Joseph Phelps**

**10465 Industrial Pkwy**
**Marysville, OH 43040-9524**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2697**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1937 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $555.99 | $0.00 |

**Joseph Price**

**507 Four Mile Run Rd**
**Latrobe, PA 15650-9248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9043**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1938 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.13 | $0.00 |

**Joseph Rayman**
**Fallston Building**
**1716 Harford Rd**
**Fallston, MD 21047-2643**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5167**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1939 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $837.00 | $0.00 |
|---|---|---|---|---|

**Joseph Semety**

**11301 Peck Rd**
**Mantua, OH 44255-9255**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1092**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1940 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.47 | $0.00 |
|---|---|---|---|---|

**Joseph Walker**

**5789 BACK CREEK VALLEY RD**
**Hedgesville, WV 25427**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1317**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1941 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.99 | $0.00 |
|---|---|---|---|---|

**Joseph Wiliams**

**1124 Greenway Rd**
**Cockeysville, MD 21030-1708**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8341**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1942 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.33 | $0.00 |
|---|---|---|---|---|

**Joseph Zupan**

**6689 County Road 91**
**Lewistown, OH 43333-9714**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5848**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1943 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.12 | $0.00 |

**Josephine Picciottoli**

**116 Trinity Dr**
**Ligonier, PA 15658-2293**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6416**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1944 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |

**Josh & Carmen Clipner**

**12871 Cadiz Rd**
**Cambridge, OH 43725-9646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6140**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1945 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |

**Josh & Janie Tikey**

**110 Adelaide Rd**
**Connellsville, PA 15425-6212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0869**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1946 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.99 | $0.00 |

**Josh Evans & Wesly Frye**

**40 Ryan Ln**
**Grove City, OH 43123-7006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5847**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1947 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $583.36 | $0.00 |
|---|---|---|---|---|
| | **Josh McLean** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **51480 Shenandoah Rd** | ☐ Unliquidated | | |
| | **Pleasant City, OH 43772-9673** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7922** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1948 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.38 | $0.00 |
|---|---|---|---|---|
| | **Josh Moore** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **4292 Gibbs Ln NW** | ☐ Unliquidated | | |
| | **Dover, OH 44622-1286** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1286** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1949 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.72 | $0.00 |
|---|---|---|---|---|
| | **Josh Nethers** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **15596 Pinewood Trl** | ☐ Unliquidated | | |
| | **Newark, OH 43055-9179** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **3097** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1950 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.87 | $0.00 |
|---|---|---|---|---|
| | **Josh Redding** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **3193 Brigadoon Dr** | ☐ Unliquidated | | |
| | **Hampstead, MD 21074-1913** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5854** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No <br> ☐ Yes | | |

| 2.1951 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $415.65 | $0.00 |
|---|---|---|---|---|

**Josh Reese**

**2400 Cone Hill Ct**
**Forest Hill, MD 21050-1751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number **1179**      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1952 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $278.21 | $0.00 |
|---|---|---|---|---|

**Josh Upperman**

**6250 Tyro St**
**Louisville, OH 44641-8309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number **4483**      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1953 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $276.51 | $0.00 |
|---|---|---|---|---|

**Joshua & Jessica Reinke**

**1119 Braceville Robinson Rd SW**
**Newton Falls, OH 44444-9536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number **9279**      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.1954 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,700.00 | $0.00 |
|---|---|---|---|---|

**Joshua Beynon**

**14402 Brick Rd**
**Cambridge, OH 43725-9698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number **6771**      Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 489 of 689

| 2.1955 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |
| --- | --- | --- | --- | --- |

**2.1955**

Priority creditor's name and mailing address

**Joshua Gottron**

**1740 Mechanicsville Rd**
**Rock Creek, OH 44084-9525**

Date or dates debt was incurred

Last 4 digits of account number **8084**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$510.00**   **$0.00**

---

**2.1956**

Priority creditor's name and mailing address

**Joshua Kraus**

**MIrandia St.**
**Farmington, PA 15437**

Date or dates debt was incurred

Last 4 digits of account number **6764**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$119.00**   **$0.00**

---

**2.1957**

Priority creditor's name and mailing address

**Joshua Kuehne**

**1375 E County Road 201**
**Fremont, OH 43420-9562**

Date or dates debt was incurred

Last 4 digits of account number **2677**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$2,975.00**   **$0.00**

---

**2.1958**

Priority creditor's name and mailing address

**Joshua Levenstein**

**937 Bobcat Trail**
**Winchester, VA 22602-1247**

Date or dates debt was incurred

Last 4 digits of account number **3543**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$40.89**   **$0.00**

| 2.1959 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.57 | $0.00 |
|---|---|---|---|---|

**Jospeh Given**

16040 Whitehead Rd
Lagrange, OH 44050-9714

Date or dates debt was incurred

Last 4 digits of account number **8264**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1960 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.03 | $0.00 |
|---|---|---|---|---|

**Joyce Crocker**

11957 Whitman Rd
Doylestown, OH 44230-9733

Date or dates debt was incurred

Last 4 digits of account number **8019**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1961 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.08 | $0.00 |
|---|---|---|---|---|

**Joyce Mathys**

20845 State Route 47
West Mansfield, OH 43358-9685

Date or dates debt was incurred

Last 4 digits of account number **4792**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1962 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.83 | $0.00 |
|---|---|---|---|---|

**Juan Tapia**

108 Sharon Dr
Nottingham, PA 19362-9709

Date or dates debt was incurred

Last 4 digits of account number **8237**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1963 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $552.50 | $0.00 |
|---|---|---|---|---|
| | **Juanita Cain** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **6886 Callahan Rd** | ☐ Disputed | | |
| | **Rome, OH 44085-9627** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9284** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.1964 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $434.52 | $0.00 |
|---|---|---|---|---|
| | **Juanita Reid** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **12308 Fenstermaker Rd** | ☐ Disputed | | |
| | **Garrettsville, OH 44231-9686** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2208** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.1965 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $759.73 | $0.00 |
|---|---|---|---|---|
| | **Judith & Ben Napier** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **9286 Jamison Rd** | ☐ Disputed | | |
| | **Lodi, OH 44254-9712** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6361** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| 2.1966 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $299.20 | $0.00 |
|---|---|---|---|---|
| | **Judith & Warren Henderson** | ☐ Contingent | | |
| | | ☐ Unliquidated | | |
| | **3917 Glenville Rd** | ☐ Disputed | | |
| | **Glenville, PA 17329-9193** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1908** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No<br>☐ Yes | | |

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.1967 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Judith Kuhnle**

**70 Kuhnle Dr**
**Swanton, MD 21561-2232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5151**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$0.43  $0.00

---

| 2.1968 | Priority creditor's name and mailing address | | $338.90 | $0.00 |

**Judith Marks**

**59 Loring Dr**
**Chardon, OH 44024-1529**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1250**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$338.90  $0.00

---

| 2.1969 | Priority creditor's name and mailing address | | $127.75 | $0.00 |

**Judith Wojciechowski**

**505 State Route 511**
**Nova, OH 44859-9755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4859**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$127.75  $0.00

---

| 2.1970 | Priority creditor's name and mailing address | | $556.67 | $0.00 |

**Julie & Lon Bauer**

**7990 Yoder Rd**
**Seville, OH 44273-9366**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5258**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

$556.67  $0.00

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 493 of 689

| 2.1971 | Priority creditor's name and mailing address **Julie Diehl** **11234 Coppermine Rd** **Woodsboro, MD 21798-8302** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,078.65** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2745** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1972 | Priority creditor's name and mailing address **Julie Pruchinsky** **2754 State Route 18** **Collins, OH 44826-9747** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$39.44** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2947** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1973 | Priority creditor's name and mailing address **Julie Titchnell** **6050 Orangeville Kinsman Rd** **Kinsman, OH 44428-9529** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.17** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **180** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.1974 | Priority creditor's name and mailing address **Julie West** **6453 Winding Tree Dr** **New Carlisle, OH 45344-9168** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.09** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8560** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

**2.1975** Priority creditor's name and mailing address

**Juliet Guan**

**118 Kirk Rd**
**Wilmington, DE 19807-2105**

Date or dates debt was incurred

Last 4 digits of account number **8073**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$233.75    $0.00

---

**2.1976** Priority creditor's name and mailing address

**Julio Lorenzoni**

**5033 Avon Lake Rd**
**Litchfield, OH 44253-9736**

Date or dates debt was incurred

Last 4 digits of account number **4018**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$71.74    $0.00

---

**2.1977** Priority creditor's name and mailing address

**Jumagi LLC**
**Mark & Bob**
**3314 Gable Rd NW**
**Dellroy, OH 44620-9713**

Date or dates debt was incurred

Last 4 digits of account number **5026**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$6.12    $0.00

---

**2.1978** Priority creditor's name and mailing address

**Jun Zhang**

**2815 Old Mill Rd**
**Hudson, OH 44236-1517**

Date or dates debt was incurred

Last 4 digits of account number **4708**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$191.85    $0.00

---

| 2.1979 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.67 | $0.00 |
|---|---|---|---|---|

**June Leonardi**

**199 Governor Markham Dr**
**Glen Mills, PA 19342-1037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7566**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1980 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.43 | $0.00 |
|---|---|---|---|---|

**June VRH**

**1594 S County Line Rd**
**Geneva, OH 44041-9321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2011**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1981 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.47 | $0.00 |
|---|---|---|---|---|

**Justin & Kelly Neuberger**

**4002 Pontiac Section Line Rd**
**Monroeville, OH 44847-9739**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6182**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.1982 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $677.88 | $0.00 |
|---|---|---|---|---|

**Justin Cochrane**

**8459 Weaver Rd**
**Ravenna, OH 44266-9488**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0220**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.1983 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,806.00 | $0.00 |
|---|---|---|---|---|

**Justin Colucci**

11417 Bloom Rd
Garrettsville, OH 44231-9775

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8356**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1984 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.00 | $0.00 |
|---|---|---|---|---|

**Justin Combs**

1503 Pine Ayr Cir
Freeland, MD 21053-9446

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0855**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1985 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.77 | $0.00 |
|---|---|---|---|---|

**Justin Knauff**

1957 State Route 7 N
Pierpont, OH 44082-9780

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5622**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1986 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $124.61 | $0.00 |
|---|---|---|---|---|

**Justin Kuhn**

10595 Kilmarnock Rd NE
Alliance, OH 44601-8367

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1271**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1987 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,160.93 | $0.00 |
| | **Justin Rich** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1750 Mechanicsburg Sanford Rd** | ☐ Unliquidated | | |
| | **Mechanicsburg, OH 43044-8006** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7407** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1988 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $218.11 | $0.00 |
| | **Justin Stinnett** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **2710 Industry Rd** | ☐ Unliquidated | | |
| | **Atwater, OH 44201-9119** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1450** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1989 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,015.24 | $0.00 |
| | **Justyna Mira** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **1983 Orkney Dr** | ☐ Unliquidated | | |
| | **Finksburg, MD 21048-1937** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1708** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1990 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,531.30 | $0.00 |
| | **K & H Farms** | *Check all that apply.* | | |
| | **Dale, Tina & Ken Karpinski** | ☐ Contingent | | |
| | **75650 Crab Orchard Rd** | ☐ Unliquidated | | |
| | **Freeport, OH 43973-8901** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9144** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| 2.1991 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.26 | $0.00 |
|--------|-----------|-----|-----|-----|

**Kai Etienne**

608 Willow Glen Rd
Kennett Square, PA 19348-2119

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0089**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1992 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.42 | $0.00 |
|--------|-----------|-----|-----|-----|

**Kaileigh Porter**

9240 Bryant Rd
Windham, OH 44288-9546

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9577**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1993 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.94 | $0.00 |
|--------|-----------|-----|-----|-----|

**Karen & James Kucharski-Hokes**

705 County Road 601
Polk, OH 44866-9709

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7251**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.1994 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $196.01 | $0.00 |
|--------|-----------|-----|-----|-----|

**Karen Bailey**

11170 Wheeler Rd
Garrettsville, OH 44231-9255

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **719**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.1995 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $361.25 | $0.00 |
|---|---|---|---|---|

**Karen Barlett**

**18591 Geauga Lake Rd**
**Chagrin Falls, OH 44023-1707**

Date or dates debt was incurred

Last 4 digits of account number **1115**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1996 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.57 | $0.00 |
|---|---|---|---|---|

**Karen Bell**

**568 County Road 57 W**
**Bellefontaine, OH 43311-9596**

Date or dates debt was incurred

Last 4 digits of account number **0561**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1997 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.79 | $0.00 |
|---|---|---|---|---|

**Karen Beneson**

**2010 Hardin Ln**
**Powell, OH 43065-9785**

Date or dates debt was incurred

Last 4 digits of account number **3104**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.1998 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.72 | $0.00 |
|---|---|---|---|---|

**Karen Marie Keane**

**193 Springfield Dr**
**North East, MD 21901-1334**

Date or dates debt was incurred

Last 4 digits of account number **1622**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.1999 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $297.33 | $0.00 |
|---|---|---|---|---|
| | **Karen Miller** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **14633 Darby Creek Rd** | ☐ Unliquidated | | |
| | **Orient, OH 43146-9192** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7022**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2000 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.29 | $0.00 |
|---|---|---|---|---|
| | **Karen Oberg** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **6805 Briar Ln** | ☐ Unliquidated | | |
| | **Vermilion, OH 44089-9527** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7651**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2001 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.20 | $0.00 |
|---|---|---|---|---|
| | **Karen R. Steigerwald** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **1414 County Road 42** | ☐ Unliquidated | | |
| | **Toronto, OH 43964-4065** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2126**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2002 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.71 | $0.00 |
|---|---|---|---|---|
| | **Karl Locklear** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **6134 Glen Falls Rd** | ☐ Unliquidated | | |
| | **Reisterstown, MD 21136-4516** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6336**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 501 of 689

| 2.2003 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.53 | $0.00 |
|---|---|---|---|---|

**Karl West**

1811 Mini Ranch Trl
Geneva, OH 44041-9639

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7741**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2004 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $0.00 |
|---|---|---|---|---|

**Katherine Dressback**

1570 Gregg Rd
Jeffersonville, OH 43128-9711

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8711**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2005 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.76 | $0.00 |
|---|---|---|---|---|

**Katherine Hammond**

104 Pemberley Dr
Cranberry Township, PA
16066-2021

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2507**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2006 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,480.53 | $0.00 |
|---|---|---|---|---|

**Katherine Otermat**

1786 County Road 128
Fremont, OH 43420-8723

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0979**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Name

---

2.2007 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.58 | $0.00

**Kathleen Holian**

**12805 Taylor Wells Rd**
**Chardon, OH 44024-7909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0004**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2008 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,606.16 | $0.00

**Kathleen Jones**

**175 Concord Church Rd**
**Baden, PA 15005-9643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9141**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2009 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $36.55 | $0.00

**Kathleen Koster**

**89 Bluff Rd**
**Earleville, MD 21919-2218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8345**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2010 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.12 | $0.00

**Kathleen Zellner**

**1512 S County Road 15**
**Tiffin, OH 44883-8404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0478**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Software Copyright (c) 2022 CINGroup - www.cincompass.com

| 2.2011 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|
| | **Kathryn Dale** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **3805 Old 68** | ☐ Unliquidated | | |
| | **Xenia, OH 45385-9668** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7889** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2012 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.25 | $0.00 |
|---|---|---|---|---|
| | **Kathryn Precopio** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **4863 Lucabaugh Rd** | ☐ Unliquidated | | |
| | **Glen Rock, PA 17327-7710** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **6336** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2013 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.00 | $0.00 |
|---|---|---|---|---|
| | **Kathy & Chad Dice** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **202 Nemacolin Way** | ☐ Unliquidated | | |
| | **Carmichaels, PA 15320-1126** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7977** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

| 2.2014 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $553.10 | $0.00 |
|---|---|---|---|---|
| | **Kathy Carpenter** | Check all that apply. | | |
| | | ☐ Contingent | | |
| | **9959 High Country Dr** | ☐ Unliquidated | | |
| | **Chardon, OH 44024-9500** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9896** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | | |

**2.2015** Priority creditor's name and mailing address

**Kathy Ibbetson**

**1199 Blenheim Rd**
**West Chester, PA 19382-7273**

Date or dates debt was incurred

Last 4 digits of account number **1565**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$71.83    $0.00

---

**2.2016** Priority creditor's name and mailing address

**Kathy Lane**

**479 New Castle Mercer Rd**
**New Wilmington, PA 16142-2921**

Date or dates debt was incurred

Last 4 digits of account number **0358**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$548.34    $0.00

---

**2.2017** Priority creditor's name and mailing address

**Kathy Mills**

**5845 Monroe Center Rd**
**Conneaut, OH 44030-8756**

Date or dates debt was incurred

Last 4 digits of account number **5968**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$27.20    $0.00

---

**2.2018** Priority creditor's name and mailing address

**Kathy Selby**

**1920 Old Morgantown Rd W**
**Friendsville, MD 21531-1022**

Date or dates debt was incurred

Last 4 digits of account number **3523**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$382.76    $0.00

| 2.2019 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $523.43 | $0.00 |
|---|---|---|---|---|

**Kathy Upton**

**3269 Greenway Dr**
**Westminster, MD 21157-8350**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3371**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2020 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.25 | $0.00 |
|---|---|---|---|---|

**Kathy Vanek**

**7797 Hewins Rd**
**Garrettsville, OH 44231-9407**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5244**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2021 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.51 | $0.00 |
|---|---|---|---|---|

**Kathy Wilson**

**1712 County Road 25 S**
**Bellefontaine, OH 43311-9476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4514**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2022 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $172.13 | $0.00 |
|---|---|---|---|---|

**Katie Lacher**

**6005 US Highway 68 N**
**Bellefontaine, OH 43311-9264**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1315**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2023 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.23 $0.00 |

**Katya Denisova**

7 Huntmeadow Ct
Owings Mills, MD 21117-1504

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3481**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2024 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,285.88 $0.00 |

**Kaur & Gurmeet S. Jawanda**

1355 N Bend Rd
Jarrettsville, MD 21084-1337

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9608**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2025 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.03 $0.00 |

**Kay Ruck**

6691 Barrett Rd
Geneva, OH 44041-8346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4739**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2026 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.09 $0.00 |

**Keith & Beverly Walls**

3067 Water St
Zanesfield, OH 43360

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7398**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2027 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,245.85 | $0.00 |
|---|---|---|---|---|

**Keith & Carol Wilhelm**

**5532 Bye Rd**
**East Palestine, OH 44413-8788**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4004**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2028 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.47 | $0.00 |
|---|---|---|---|---|

**Keith & Debbie Eshbaugh**

**526 Lake Rd**
**West Alexander, PA 15376-2507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3041**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2029 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $969.34 | $0.00 |
|---|---|---|---|---|

**Keith & Diane Haynes**

**4069 Butler Rd**
**Wakeman, OH 44889-9403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5248**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2030 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $457.13 | $0.00 |
|---|---|---|---|---|

**Keith Applebee**

**3208 River Glen Dr**
**Austinburg, OH 44010-9761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2944**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2031 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.42 | $0.00 |
|--------|-----------------------------------------------|------------------------------------------------|---------|-------|

**Keith Attman**

11216 Five Springs Rd
Lutherville, MD 21093-3525

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3648**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2032 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
|--------|-----------------------------------------------|------------------------------------------------|-------|-------|

**Keith Daniel**

102 Short Dr
Clinton, PA 15026-9762

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3141**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2033 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|--------|-----------------------------------------------|------------------------------------------------|-------|-------|

**Keith Hostetler**
**Plainview Christian School**
**8270 Amish Pike**
**Plain City, OH 43064-9319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3529**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2034 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |
|--------|-----------------------------------------------|------------------------------------------------|-------|-------|

**Keith Kohler**

3229 Tusky Valley Rd NE
Mineral City, OH 44656-9698

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1987**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2035 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.23 | $0.00 |
|---|---|---|---|---|

**Keith Martin**

**2434 N Colebrook Rd**
**Manheim, PA 17545-9431**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9345**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2036 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,825.00 | $0.00 |
|---|---|---|---|---|

**Keith Martin Leabrook AG**

**2278 Leabrook Rd**
**Lancaster, PA 17601-2302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9344**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2037 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.50 | $0.00 |
|---|---|---|---|---|

**Keith Schwartz**

**8635 Kilbourne Rd**
**Sunbury, OH 43074-8509**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6748**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2038 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $182.75 | $0.00 |
|---|---|---|---|---|

**Keith Soctt**

**7391 N Township Road 70**
**Tiffin, OH 44883-9454**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0773**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2039 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,112.74 | $0.00 |
| --- | --- | --- | --- | --- |

**Keith Stouten**

**809 Wise Ave**
**Dundalk, MD 21222-5030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1375**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2040 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.32 | $0.00 |
| --- | --- | --- | --- | --- |

**Kelley Bennett**

**6387 Oharra Rd**
**Galloway, OH 43119-9775**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2129**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2041 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.70 | $0.00 |
| --- | --- | --- | --- | --- |

**Kellie Bischoff**

**20349 Cotton Slash Rd**
**Marysville, OH 43040-9209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8979**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2042 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.50 | $0.00 |
| --- | --- | --- | --- | --- |

**Kellogsville Church of the
Nazarene**

**4841 Bushnell Rd**
**Conneaut, OH 44030-9640**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4030**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

**2.2043** | Priority creditor's name and mailing address

**Kelly Chapman**

**2934 Sexton Rd**
**Geneva, OH 44041-8202**

Date or dates debt was incurred

Last 4 digits of account number **4413**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$158.02** **$0.00**

---

**2.2044** | Priority creditor's name and mailing address

**Kelly Keller**

**75 State Route 250 N**
**New London, OH 44851**

Date or dates debt was incurred

Last 4 digits of account number **6126**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.60** **$0.00**

---

**2.2045** | Priority creditor's name and mailing address

**Kelly Prihoda**

**332 Church Ln**
**Pikesville, MD 21208-3713**

Date or dates debt was incurred

Last 4 digits of account number **1921**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$2.04** **$0.00**

---

**2.2046** | Priority creditor's name and mailing address

**Kelly Rutherford**

**1100 Maple Rd**
**Essex, MD 21221-6116**

Date or dates debt was incurred

Last 4 digits of account number **1271**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$83.39** **$0.00**

| | | |
|---|---|---|
| 2.2047 | Priority creditor's name and mailing address **Kelly Toole** 15 Manor Dr Dillsburg, PA 17019-9534 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$75.31    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1293**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2048 | Priority creditor's name and mailing address **Kelly's Septic Service Joseph Spiers 1771 County Road 130 Bellefontaine, OH 43311-9041** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$0.77    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0759**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2049 | Priority creditor's name and mailing address **Kemp & Sandra Thompson** 66 Potter Dr Delta, PA 17314-9312 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$212.50    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1604**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2050 | Priority creditor's name and mailing address **Ken & Judy Toth** 1390 Bean Oller Rd Delaware, OH 43015-6026 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed |

$122.66    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4979**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2051 | Priority creditor's name and mailing address **Ken Braden** 6108 Old Bohn Rd Mount Airy, MD 21771-7506 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,261.06 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7745** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2052 | Priority creditor's name and mailing address **Ken Crooks** 146 Mount Olive Rd Champion, PA 15622-4053 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $644.30 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **3494** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2053 | Priority creditor's name and mailing address **Ken Curran** 1133 Mason Dr Downingtown, PA 19335-3860 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,324.47 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7809** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2054 | Priority creditor's name and mailing address **Ken Davis** 4024 Bowen Rd Canal Winchester, OH 43110-8439 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $787.27 $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **7527** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | |

22-51226-amk     Doc 6     FILED 10/17/22     ENTERED 10/17/22 14:18:18     Page 514 of 689

---

**2.2055** | Priority creditor's name and mailing address

**Ken Deacon**

**2320 Trares Rd**
**Mogadore, OH 44260-9468**

Date or dates debt was incurred

Last 4 digits of account number **9789**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$64.86 | $0.00

---

**2.2056** | Priority creditor's name and mailing address

**Ken Gibb**

**18925 Ravenna Rd**
**Auburn Township, OH 44023-9175**

Date or dates debt was incurred

Last 4 digits of account number **6516**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$348.16 | $0.00

---

**2.2057** | Priority creditor's name and mailing address

**Ken Herr & samuel D. Stoltzfus**
**Sam's Mechanical Service**
**5917 Plank Rd**
**Narvon, PA 17555-9674**

Date or dates debt was incurred

Last 4 digits of account number **0664**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$741.80 | $0.00

---

**2.2058** | Priority creditor's name and mailing address

**Ken Keyes**

**10102 Fingerboard Rd**
**Ijamsville, MD 21754-9402**

Date or dates debt was incurred

Last 4 digits of account number **5185**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$766.45 | $0.00

---

| 2.2059 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |
|---|---|---|---|---|

**Ken Knauss**

**1161 E Eldorado Rd**
**Parker, PA 16049-1515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0918**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2060 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Ken Leasure**

**402 Dille Run Rd**
**Prosperity, PA 15329-2008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4908**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2061 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.61 | $0.00 |
|---|---|---|---|---|

**Ken Lippman**

**351 South Rd**
**Pikesville, MD 21208-1411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4462**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2062 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |
|---|---|---|---|---|

**Ken Lyons**

**333 Phillips Ridge Rd**
**Spraggs, PA 15362-1027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1477**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2063 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $261.55 | $0.00 |

**Ken Miller**

10216 County Road 312
Bellevue, OH 44811-9655

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6389**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2064 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $501.08 | $0.00 |

**Ken Miller**

1116 Wahl Rd
Vickery, OH 43464-9612

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6478**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2065 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.38 | $0.00 |

**Ken Obrenovich**

863 State Route 61
Norwalk, OH 44857-9384

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5061**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2066 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $554.63 | $0.00 |

**Ken Schoepf**

559 Flakes Ford Rd SE
Washington Court House, OH
43160

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0776**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 517 of 689

| 2.2067 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |
|---|---|---|---|---|

**Ken Ziebold**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2512 N County Road 11
Tiffin, OH 44883-9473

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0968**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2068 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.74 | $0.00 |
|---|---|---|---|---|

**Kennard Smith**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

15109 Whitehead Rd
Lagrange, OH 44050-9579

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3388**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2069 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $724.97 | $0.00 |
|---|---|---|---|---|

**Kenneth & Marguerite Dulaney**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

206 Spring Rd NW
Minerva, OH 44657-8781

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9798**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2070 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,083.75 | $0.00 |
|---|---|---|---|---|

**Kenneth A. & Shelley Kister**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

2805 Lillie Rd
Jefferson, OH 44047-8770

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9020**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| | | |
|---|---|---|
| **2.2071** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2071**

Priority creditor's name and mailing address

**Kenneth Erwin**

**250 Campground Rd**
**Urbana, OH 43078-9403**

Date or dates debt was incurred

Last 4 digits of account number **9474**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.94    $0.00

---

**2.2072**

Priority creditor's name and mailing address

**Kenneth Frase**

**4021 Harvest Rd NW**
**Waynesburg, OH 44688-9405**

Date or dates debt was incurred

Last 4 digits of account number **4797**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$234.43    $0.00

---

**2.2073**

Priority creditor's name and mailing address

**Kenneth Fryman**

**6124 Morris Rd**
**Springfield, OH 45502-9267**

Date or dates debt was incurred

Last 4 digits of account number **8554**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$101.24    $0.00

---

**2.2074**

Priority creditor's name and mailing address

**Kenneth Hilderbrand**

**180 Old Scales Rd**
**Washington, PA 15301-9057**

Date or dates debt was incurred

Last 4 digits of account number **1238**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$393.30    $0.00

---

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 519 of 689

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2075 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58.48 | $0.00 |
|---|---|---|---|---|

**Kenneth Husk**

**241 Old Scale Rd**
**Waynesburg, PA 15370-7336**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2886**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.2076 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,125.00 | $0.00 |
|---|---|---|---|---|

**Kenneth J & Karen Harsh**

**1501 Mattie St SE**
**Canton, OH 44707-1546**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1694**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.2077 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $572.05 | $0.00 |
|---|---|---|---|---|

**Kenneth Kangas**

**9991 Cutts Rd**
**Chardon, OH 44024-9182**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1350**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.2078 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $617.95 | $0.00 |
|---|---|---|---|---|

**Kenneth Krulcik**

**1183 State Route 152**
**Dillonvale, OH 43917-7925**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0748**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

---

| 2.2079 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,423.18 | $0.00 |
|---|---|---|---|---|

**Kenneth Morris**

**4268 County Road 50**
**Glenmont, OH 44628-9737**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __9241__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2080 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $611.32 | $0.00 |
|---|---|---|---|---|

**Kenneth R. Johnson & Laura**
**Volcensek**

**12405 Stockbridge Dr**
**Chesterland, OH 44026-2029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __5503__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2081 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.63 | $0.00 |
|---|---|---|---|---|

**Kenneth Schuhart**

**12546 Flint Ridge Rd SE**
**Heath, OH 43056-9051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __4419__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2082 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.80 | $0.00 |
|---|---|---|---|---|

**Kenneth Shinavski**

**396 Workman Rd**
**Farmington, PA 15437-1175**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __4838__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2083 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $1,072.36 | $0.00 |
|---|---|---|---|---|

**Kenneth Tatios**

**1127 Carolina Ave**
**West Chester, PA 19380-3801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5960**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2084 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $1,080.58 | $0.00 |
|---|---|---|---|---|

**Kenneth Thomas**

**1910 Township Road 100**
**Burgoon, OH 43407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2085 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $1,275.00 | $0.00 |
|---|---|---|---|---|

**Kenny Roluga**

**1663 Lake Ridge Ct**
**Finksburg, MD 21048-2636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0965**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

---

| 2.2086 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $1,529.66 | $0.00 |
|---|---|---|---|---|

**Kenny Sinnott**

**2027 Sue Creek Dr**
**Essex, MD 21221-1931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7390**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

■ No
☐ Yes

| 2.2087 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13.86 | $0.00 |
|---|---|---|---|---|

**Kenny Williams**

**4375 Lower Bloomfield Rd**
**New Concord, OH 43762-9707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1968**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2088 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $262.74 | $0.00 |
|---|---|---|---|---|

**Kent Barnes**

**1220 Fox Chase Rd**
**East Liverpool, OH 43920-9404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5265**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2089 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |
|---|---|---|---|---|

**Kent Stryker**

**3041 State Route 119**
**New Alexandria, PA 15670-2671**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9664**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2090 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $27.97 | $0.00 |
|---|---|---|---|---|

**Keven Aune**

**2012 Apple Valley Dr**
**Howard, OH 43028-9526**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7098**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**2.2091** | Priority creditor's name and mailing address

**Kevin & Jody McGuire**

**12387 County Highway 97**
**Upper Sandusky, OH 43351-9587**

Date or dates debt was incurred

Last 4 digits of account number **0688**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:  **$42.67**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2092** | Priority creditor's name and mailing address

**Kevin & Kelley Jones**

**202 Forrest Dr**
**Fombell, PA 16123-2416**

Date or dates debt was incurred

Last 4 digits of account number **2007**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:  **$34.00**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2093** | Priority creditor's name and mailing address

**Kevin & Mary Ryan**

**4834 Berger Rd**
**Groveport, OH 43125-9719**

Date or dates debt was incurred

Last 4 digits of account number **2699**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:  **$547.74**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2094** | Priority creditor's name and mailing address

**Kevin Aiken**

**3065 Arcola Rd**
**Madison, OH 44057-3036**

Date or dates debt was incurred

Last 4 digits of account number **6716**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:  **$339.24**   **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2095 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.43 | $0.00 |

**Kevin Booth**

**11916 Chapin Rd**
**Berlin Heights, OH 44814-9323**

Date or dates debt was incurred

Last 4 digits of account number **549**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2096 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.81 | $0.00 |

**Kevin Brownlee**

**696 Old Ridge Rd**
**Avella, PA 15312-2615**

Date or dates debt was incurred

Last 4 digits of account number **1903**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2097 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |

**Kevin Couch**

**11018 Forty Corners Rd NW**
**Massillon, OH 44647-9406**

Date or dates debt was incurred

Last 4 digits of account number **2011**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2098 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.04 | $0.00 |

**Kevin Curry**

**148 Calvary Ln**
**Rising Sun, MD 21911-2639**

Date or dates debt was incurred

Last 4 digits of account number **7969**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2099 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.31 | $0.00 |

**Kevin Dalton**

**19058 Pitts Rd**
**Wellington, OH 44090-9424**

Date or dates debt was incurred

Last 4 digits of account number **5964**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.17 | $0.00 |

**Kevin Edmonds**

**10385 Creamer Rd**
**Orient, OH 43146-9178**

Date or dates debt was incurred

Last 4 digits of account number **3493**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.17 | $0.00 |

**Kevin Ellifritz**

**118 Rock Works Rd**
**Masontown, PA 15461-2404**

Date or dates debt was incurred

Last 4 digits of account number **5442**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |

**Kevin Geier**

**12 Rosewood Loop**
**Elkton, MD 21921-6909**

Date or dates debt was incurred

Last 4 digits of account number **0974**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,248.01 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Kevin Gibson**

**4 Beach Rd**
**Severna Park, MD 21146-3302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2104 | Priority creditor's name and mailing address | | $1,780.95 | $0.00 |
|--------|----------------------------------------------|--|-----------|-------|

**Kevin Glenn**

**7180 Palmer Rd SW**
**Pataskala, OH 43062-9018**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2105 | Priority creditor's name and mailing address | | $0.68 | $0.00 |
|--------|----------------------------------------------|--|-------|-------|

**Kevin Green**

**1823 E Cole Rd**
**Fremont, OH 43420-9193**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2966**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2106 | Priority creditor's name and mailing address | | $7.74 | $0.00 |
|--------|----------------------------------------------|--|-------|-------|

**Kevin Haught**

**4373 Big Grave Creek Rd**
**Moundsville, WV 26041-5048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0574**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.2107** | Priority creditor's name and mailing address

**Kevin Hite**

**6970 Reform Rd
Newark, OH 43055-9193**

Date or dates debt was incurred

Last 4 digits of account number **3285**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$171.79 | $0.00

---

**2.2108** | Priority creditor's name and mailing address

**Kevin J Broderick**

**327 Sterling Rd
Darlington, PA 16115-1523**

Date or dates debt was incurred

Last 4 digits of account number **9967**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$178.59 | $0.00

---

**2.2109** | Priority creditor's name and mailing address

**Kevin Kohler**

**7 Harvest Ln
Elkton, MD 21921-2027**

Date or dates debt was incurred

Last 4 digits of account number **1104**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$568.57 | $0.00

---

**2.2110** | Priority creditor's name and mailing address

**Kevin Kutz**

**990 Belgarden Ln
Pasadena, MD 21122-5251**

Date or dates debt was incurred

Last 4 digits of account number **7648**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,146.65 | $0.00

---

| 2.2111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $338.47 | $0.00 |

**Kevin Mazanec**

**10510 Wright Rd NW**
**Uniontown, OH 44685-6807**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5266**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $842.35 | $0.00 |

**Kevin O'Hearn**

**13300 Girdled Rd**
**Painesville, OH 44077-8715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6431**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $222.96 | $0.00 |

**Kevin Polasko**

**6466 Livia Ln**
**Medina, OH 44256-7765**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1539**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,614.58 | $0.00 |

**Kevin Ruth**
**P & S Trailer Service LLC**
**612 County Road 64**
**Helena, OH 43435-9732**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0320**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

**2.2115** | Priority creditor's name and mailing address

**Kevin Stiltner**

**1627 Briarwood St**
**West Liberty, OH 43357-9372**

Date or dates debt was incurred

Last 4 digits of account number **0816**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$270.56        $0.00

---

**2.2116** | Priority creditor's name and mailing address

**Kevin Vidmare**

**9507 Stanley Rd**
**Garrettsville, OH 44231-9752**

Date or dates debt was incurred

Last 4 digits of account number **0401**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$230.69        $0.00

---

**2.2117** | Priority creditor's name and mailing address

**Kevin White**

**311 N Tannery Rd**
**Westminster, MD 21157-6382**

Date or dates debt was incurred

Last 4 digits of account number **4655**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,332.89        $0.00

---

**2.2118** | Priority creditor's name and mailing address

**Khalid Javid**

**1024 Lincoln Ave**
**Springfield, PA 19064-3923**

Date or dates debt was incurred

Last 4 digits of account number **2337**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$765.51        $0.00

---

| 2.2119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $201.96 | $0.00 |
|---|---|---|---|---|

**Khalid Khan**

**18413 Ensor Farm Ct**
**Parkton, MD 21120-9685**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6643**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.41 | $0.00 |
|---|---|---|---|---|

**Khanh Bui**

**412 Newark Rd**
**Landenberg, PA 19350-9340**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7679**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $273.36 | $0.00 |
|---|---|---|---|---|

**Ki Giuliano**

**41740 Giddings Ln**
**Leesburg, VA 20176-6090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5145**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $546.81 | $0.00 |
|---|---|---|---|---|

**Kieran Cavrich**

**836 Stonybrook Ln**
**Lewisberry, PA 17339-8919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6450**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 531 of 689

| | | |
|---|---|---|
| 2.2123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $620.16 | $0.00 |

**2.2123** Priority creditor's name and mailing address

**Kim & Lee Romine**

**2555 McMullen Allen Rd**
**Newton Falls, OH 44444-9433**

Date or dates debt was incurred

Last 4 digits of account number **7700**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$620.16** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2124** Priority creditor's name and mailing address

**Kim & Paul Dugan**

**2716-2815 Old Joppa Rd**
**Joppa, MD 21085-2704**

Date or dates debt was incurred

Last 4 digits of account number **0586**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$154.62** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2125** Priority creditor's name and mailing address

**Kim A. Madaris**

**1976 Malabar Ct**
**Delaware, OH 43015-8349**

Date or dates debt was incurred

Last 4 digits of account number **7985**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$52.53** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2126** Priority creditor's name and mailing address

**Kim Iannarino**

**16675 Raintree Dr**
**Marysville, OH 43040-7062**

Date or dates debt was incurred

Last 4 digits of account number **4254**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$1,845.35** **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 532 of 689

| 2.2127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.50 | $0.00 |

**Kim Nagelkirk**

**12960 Elizabeth Trl**
**Rittman, OH 44270-9538**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9322**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $21.51 | $0.00 |

**Kim Neal**

**30751 State Route 31**
**Richwood, OH 43344-9785**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6179**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $905.24 | $0.00 |

**Kim Powell**

**3517 State Route 5**
**Newton Falls, OH 44444-9565**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9512**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,042.95 | $0.00 |

**Kim Zilles**

**3937 Shannon Rd**
**Fremont, OH 43420-8886**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1223**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,558.05 | $0.00 |
|---|---|---|---|---|

**Kimberley Vititoe**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**18415 Delaware County Line Rd
Ostrander, OH 43061**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4623**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.02 | $0.00 |
|---|---|---|---|---|

**Kimberley Vititoe**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**18501 Delaware County Line Rd
Ostrander,**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9280**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Kipling Jacobs**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**175 Royal Rd
New Salem, PA 15468-1225**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0728**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $622.63 | $0.00 |
|---|---|---|---|---|

**Kirk Friend**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**5079 Zenobia Rd
Wakeman, OH 44889-8960**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7032**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Konstatntine Mallas**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**920 Hillstead Dr**
**Lutherville, MD 21093-4762**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6870**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.19 | $0.00 |
|---|---|---|---|---|

**Koung Lee**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**14 Glenhurst Ct**
**Gaithersburg, MD 20878-3918**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7732**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.96 | $0.00 |
|---|---|---|---|---|

**Kris Young**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**400 W Lebanon Rd**
**Dalton, OH 44618**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2116**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.97 | $0.00 |
|---|---|---|---|---|

**Krista Beford**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**1010 Brooklandwood Rd**
**Lutherville, MD 21093-3701**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7236**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |

**Kristi George**

**2549 Center Rd**
**Clinton, OH 44216-8821**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6330**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.94 | $0.00 |

**Kristin & Don Pope**

**700 Beham Ridge Rd**
**West Alexander, PA 15376-2230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1959**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |

**Kristin & Michael Hamilton**

**5975 Refugee Rd NW**
**Baltimore, OH 43105-9414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2967**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.62 | $0.00 |

**Kristin Shogren**

**805 W Roy Furman Hwy**
**Graysville, PA 15337-3004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1239**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2.98 | $0.00 |

**Kristin Wilson**

**157 Kaiser Rd**
**Butler, PA 16002-9227**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9507**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |

**Kristina & Wes Tomlinson**

**561 Lexington Ontario Rd**
**Mansfield, OH 44903-8792**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7912**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.26 | $0.00 |

**Kristina Calkins**

**14394 Palmer Rd SW**
**Reynoldsburg, OH 43068-3841**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8662**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $243.87 | $0.00 |

**Kristina Salko**

**19429 Gunpowder Rd**
**Millers, MD 21102-2606**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7015**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $66.30 | $0.00 |
|---|---|---|---|---|

**Kristine McConnell**

**83 Oldfield Point Rd**
**Elkton, MD 21921-7605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9766**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,806.28 | $0.00 |
|---|---|---|---|---|

**Kurt & Laura Butler**

**4585 Gageville Monroe Rd**
**Kingsville, OH 44048-7812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **229**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.50 | $0.00 |
|---|---|---|---|---|

**Kurt Czika**

**1526 State Route 534 S**
**Geneva, OH 44041-9355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8817**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.95 | $0.00 |
|---|---|---|---|---|

**Kurt Kahl**

**1214 Brush Run Rd**
**Washington, PA 15301-7129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5361**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.2151** | Priority creditor's name and mailing address

**Kurt Neltner**

**10439 Allen Rd**
**Pickerington, OH 43147-9422**

Date or dates debt was incurred

Last 4 digits of account number **9549**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,830.39** | **$0.00**

---

**2.2152** | Priority creditor's name and mailing address

**Kyle Blouse**

**1766 Stuller Rd**
**New Windsor, MD 21776-8512**

Date or dates debt was incurred

Last 4 digits of account number **0395**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$10.20** | **$0.00**

---

**2.2153** | Priority creditor's name and mailing address

**Kyle Long**

**316 S Mutual Union Rd**
**Cable, OH 43009**

Date or dates debt was incurred

Last 4 digits of account number **0890**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$306.68** | **$0.00**

---

**2.2154** | Priority creditor's name and mailing address

**Kyle Loper**

**691 Claridon Northern Rd**
**Caledonia, OH 43314-9500**

Date or dates debt was incurred

Last 4 digits of account number **1853**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$13,678.54** | **$0.00**

---

| 2.2155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.01 | $0.00 |
|---|---|---|---|---|

**Lamont & Valerie Bivens**

4322 Holbrook Rd
Randallstown, MD 21133-1102

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6439**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $305.66 | $0.00 |
|---|---|---|---|---|

**Lance Bartel**

664 Port Penn Rd
Middletown, DE 19709-9435

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4829**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,445.00 | $0.00 |
|---|---|---|---|---|

**Lance Butler**

6605 Weaver Rd
Conneaut, OH 44030-8707

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6677**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.35 | $0.00 |
|---|---|---|---|---|

**Lance Caerta**

1745 Bixby Rd
Lockbourne, OH 43137-9240

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8374**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,694.73 | $0.00 |

**Lance Green**

12626 Girdled Rd
Concord, OH 44077

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1735**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $561.68 | $0.00 |

**Lance Trussa**

13 Patricia St
Charleroi, PA 15022-9439

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5084**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $844.56 | $0.00 |

**Landon Oberholtzer**

544 County Highway 2000
Jeromesville, OH 44840

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1189**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,240.32 | $0.00 |

**Langley Barnes**

1132 Carolina Ave
West Chester, PA 19380-3802

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9752**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.97 | $0.00 |
|--------|----------------------------------------------|------------------------------------------------|---------|-------|

**Lanny Grim**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3192 Haun Rd
Jamestown, PA 16134-3810

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7764**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9.18 | $0.00 |
|--------|----------------------------------------------|------------------------------------------------|-------|-------|

**Larry & Sylvia Morrison**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

142 W Liberty Rd
Slippery Rock, PA 16057-5306

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4693**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.25 | $0.00 |
|--------|----------------------------------------------|------------------------------------------------|---------|-------|

**Larry & Teresa Morris**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3255 County Road 29
Bellefontaine, OH 43311-9061

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2172**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.75 | $0.00 |
|--------|----------------------------------------------|------------------------------------------------|-------|-------|

**Larry A. Miller**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

396 S Houcksville Rd
Hampstead, MD 21074-1931

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6642**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.2167 | Priority creditor's name and mailing address<br>**Larry Booth**<br><br>**3674 Williams Rd**<br>**Groveport, OH 43125-9519** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **6385**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

As of the petition filing date, the claim is: **$14.45** **$0.00**

| | | |
|---|---|---|
| 2.2168 | Priority creditor's name and mailing address<br>**Larry Bowman**<br><br>**4300 County Road 27**<br>**Helena, OH 43435-9783** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **2160**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>☐ Yes |

As of the petition filing date, the claim is: **$184.62** **$0.00**

| | | |
|---|---|---|
| 2.2169 | Priority creditor's name and mailing address<br>**Larry Carsey**<br><br>**13631 State Route 347**<br>**Marysville, OH 43040-9752** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **3351**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

As of the petition filing date, the claim is: **$47.26** **$0.00**

| | | |
|---|---|---|
| 2.2170 | Priority creditor's name and mailing address<br>**Larry Coldiron**<br><br>**3076 Whiteford Rd**<br>**Pylesville, MD 21132-1212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **1924**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☑ No<br>☐ Yes |

As of the petition filing date, the claim is: **$774.95** **$0.00**

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

| 2.2171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Larry Cole**

**950 Oak Forest Rd**
**Brave, PA 15316-1510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2124**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $841.33 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Larry Dawson**

**113 Prothzman**
**Butler, PA 16002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1662**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $421.09 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Larry Duncan**

**1 Witherbee Ct**
**Elkton, MD 21921-6388**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9131**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $893.95 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Larry Erwin**

**9060 Mellon Rd NE**
**Kensington, OH 44427-9635**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9328**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|

**2.2175** | Priority creditor's name and mailing address

**Larry Geary**

**317 Darlington Rd**
**Media, PA 19063-5535**

Date or dates debt was incurred

Last 4 digits of account number **5302**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$490.03**  **$0.00**

---

**2.2176** | Priority creditor's name and mailing address

**Larry Gehrett**

**4200 Laubert Rd**
**Atwater, OH 44201-9796**

Date or dates debt was incurred

Last 4 digits of account number **6279**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$366.61**  **$0.00**

---

**2.2177** | Priority creditor's name and mailing address

**Larry Harris**

**8638 Pilot Knob Ave**
**Louisville, OH 44641-8370**

Date or dates debt was incurred

Last 4 digits of account number **8110**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,190.00**  **$0.00**

---

**2.2178** | Priority creditor's name and mailing address

**Larry Holderbaum**

**4619 Bailey Dr**
**Wilmington, DE 19808-4109**

Date or dates debt was incurred

Last 4 digits of account number **5451**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$354.28**  **$0.00**

| 2.2179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.17** | **$0.00** |
|---|---|---|---|---|

**Larry Hughes**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**14825 Moine Rd**
**Doylestown, OH 44230-9745**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4269**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$339.92** | **$0.00** |
|---|---|---|---|---|

**Larry Kiner**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**4046 Vandemark Rd**
**Litchfield, OH 44253-9792**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3329**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.09** | **$0.00** |
|---|---|---|---|---|

**Larry Kiner**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5472 Township Road 120**
**Dillonvale, OH 43917**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5851**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$724.71** | **$0.00** |
|---|---|---|---|---|

**Larry Larew**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**11965 W Middletown Rd**
**Salem, OH 44460-9694**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3514**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| | | | |
|---|---|---|---|
| 2.2183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 $0.00 |

2.2183 | Priority creditor's name and mailing address

**Larry Meyers**

**4517 Alabama Ave SW**
**Navarre, OH 44662-8707**

Date or dates debt was incurred

Last 4 digits of account number **1377**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.17**   **$0.00**

---

2.2184 | Priority creditor's name and mailing address

**Larry Miner**

**12141 Georgetown St NE**
**Paris, OH 44669-9704**

Date or dates debt was incurred

Last 4 digits of account number **7611**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$260.78**   **$0.00**

---

2.2185 | Priority creditor's name and mailing address

**Larry Rahfelder**

**1604 Thurns Grv**
**Fremont, OH 43420-8892**

Date or dates debt was incurred

Last 4 digits of account number **6293**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$126.74**   **$0.00**

---

2.2186 | Priority creditor's name and mailing address

**Larry Rathburn**

**5997 State Route 752**
**Ashville, OH 43103-9549**

Date or dates debt was incurred

Last 4 digits of account number **2754**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,323.37**   **$0.00**

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.2187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.34** $0.00 |
| | **Larry Reid** | Check all that apply. | |
| | | ☐ Contingent | |
| | **19883 Clarks Run Rd** | ☐ Unliquidated | |
| | **Mount Sterling, OH 43143-9200** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **3502** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$71.57** $0.00 |
| | **Larry Richards** | Check all that apply. | |
| | | ☐ Contingent | |
| | **205 Howard Dr** | ☐ Unliquidated | |
| | **Somerset, PA 15501-7271** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **8711** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.26** $0.00 |
| | **Larry S. King** | Check all that apply. | |
| | | ☐ Contingent | |
| | **315 Loves Hill Rd** | ☐ Unliquidated | |
| | **Waynesburg, PA 15370-3435** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1118** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$169.24** $0.00 |
| | **Larry Stuckey** | Check all that apply. | |
| | | ☐ Contingent | |
| | **5707 Locust Grove Rd SE** | ☐ Unliquidated | |
| | **Washington Court House, OH 43160-9723** | ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1698** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 548 of 689

| | | | |
|---|---|---|---|
| 2.2191 | Priority creditor's name and mailing address<br>**Larry Swain**<br><br>**3311 Rohrer Rd**<br>**Wadsworth, OH 44281-8314** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,036.32** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **2617**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.2192 | Priority creditor's name and mailing address<br>**Larry Westfall**<br><br>**3315 Ninety Rd**<br>**Ashtabula, OH 44004-9612** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,035.81** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1350**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.2193 | Priority creditor's name and mailing address<br>**Larry Winterrowd**<br><br>**1127 State Route 168**<br>**Hookstown, PA 15050-1323** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **9023**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| 2.2194 | Priority creditor's name and mailing address<br>**Larry Zinn**<br><br>**434 Mumper Ln**<br>**Dillsburg, PA 17019-9578** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$42.84** $0.00 |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **8210**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| 2.2195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.65 | $0.00 |
|---|---|---|---|---|

**Lary Hovis**

339 Pryately Blvd
Conneaut, OH 44030-9617

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7928**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.09 | $0.00 |
|---|---|---|---|---|

**Laura & Jim Schooley**

598 Dogwood Dr
New Brighton, PA 15066-3583

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4761**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.49 | $0.00 |
|---|---|---|---|---|

**Laura Cox**

2333 Knox Ave # A
Reisterstown, MD 21136-5637

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1402**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $147.05 | $0.00 |
|---|---|---|---|---|

**Laura Demrovsky**

3749 Hemphill Rd
Norton, OH 44203-5021

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0809**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Name

| | | |
|---|---|---|
| 2.2199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$866.92** | **$0.00** |

Priority creditor's name and mailing address

**Laura Jacobs**

**9093 Holly Ct**
**Union Bridge, MD 21791-7506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$866.92**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8108**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2200　Priority creditor's name and mailing address

**Laura Wilson**

**5311 Pleasant Chapel Rd**
**South Vienna, OH 45369-9729**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$128.27**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9666**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2201　Priority creditor's name and mailing address

**Lauren Shehan**

**3712 Perry Hall Rd**
**Perry Hall, MD 21128-9722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$190.15**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1640**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

2.2202　Priority creditor's name and mailing address

**Lawrence & Brenda Sue Andresen**
**Holiday Camplands**
**820 Skipper Rd**
**Andover, OH 44003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18.28**　**$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4380**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.43 | $0.00 |

**Lawrence Headley**

**231 Pettit Rd**
**Holbrook, PA 15341-1539**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0145**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $296.74 | $0.00 |

**Lawrence Kenetski**

**70 Walden Way**
**Coatesville, PA 19320-1325**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4411**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $761.52 | $0.00 |

**Lawrence Newcomer**

**218 Kooser Rd**
**Scottdale, PA 15683-2764**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8102**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.19 | $0.00 |

**Lawrence Palecek**

**17069 Rock Creek Rd**
**Thompson, OH 44086-8758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5553**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.78 | $0.00 |
| | **Lee A. & Pamela Kramer** | Check all that apply. | | |

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**3946 Baum St SE**
**Canton, OH 44707-1746**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4377**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.90 | $0.00 |

**Lee Ann & Michael Malick**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**4814 State Route 113 E**
**Berlin Heights, OH 44814-9515**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2434**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $370.86 | $0.00 |

**Lee Fenrich**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**11971 Music St**
**Newbury, OH 44065-9567**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6713**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.68 | $0.00 |

**Lee Selby**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**8176 Reform Rd**
**Newark, OH 43055-9121**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5474**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2211 | Priority creditor's name and mailing address | | | $0.09 | $0.00 |

**Lee Troutman**

22646 Benton Rd
Marysville, OH 43040-9253

Date or dates debt was incurred

Last 4 digits of account number **2843**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2212 | Priority creditor's name and mailing address | | | $27.20 | $0.00 |

**Leeann Miller**

9240 Fowl Rd
Elyria, OH 44035-4558

Date or dates debt was incurred

Last 4 digits of account number **8214**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2213 | Priority creditor's name and mailing address | | | $61.71 | $0.00 |

**Leila Young**

3365 Mantua Rd
Cambridge, OH 43725-9477

Date or dates debt was incurred

Last 4 digits of account number **6218**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2214 | Priority creditor's name and mailing address | | | $1,077.89 | $0.00 |

**Leland Jones**

210 Thompson Rd
Export, PA 15632-1915

Date or dates debt was incurred

Last 4 digits of account number **3572**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,466.85** | **$0.00** |
| --- | --- | --- | --- | --- |

**Leland Meggitt**

2465 County Road 294
Vickery, OH 43464-9718

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2161**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$195.25** | **$0.00** |
| --- | --- | --- | --- | --- |

**Len Wartluft**

22791 Buck Rd
Alliance, OH 44601-9057

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **451**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$559.98** | **$0.00** |
| --- | --- | --- | --- | --- |

**Lenn & Elizabeth Burns**

169 Springer Rd
Mc Clellandtown, PA 15458-1103

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3372**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$96.14** | **$0.00** |
| --- | --- | --- | --- | --- |

**Leo Giro-Herrera**

2 Brodrige Ln
Lutherville Timonium, MD 21093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7747**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 555 of 689

| 2.2219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Leo Kudlo**

**44508 Albrecht Rd**
**Elyria, OH 44035-4349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7244**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $152.75 | $0.00 |

**Leon Cox**

**7647 Dewey Rd**
**Thompson, OH 44086-9801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1413**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.66 | $0.00 |

**Leon J. Zook**

**5825 Limeville Rd**
**Gap, PA 17527-9740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2482**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.99 | $0.00 |

**Leona Green**

**5985 Bausch Rd**
**Galloway, OH 43119-9378**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7738**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,020.00** | **$0.00** |

**Leonard & Karen Taylor**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**8228 County Road 39**
**Huntsville, OH 43324-9684**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0803**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.09** | **$0.00** |

**Leroy & Deb Webber**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**4708 County Road 25**
**Marengo, OH 43334-9770**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1811**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.51** | **$0.00** |

**Leroy Beachy**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5169 Anderson Ave NE**
**Homeworth, OH 44634-9624**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8553**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,924.91** | **$0.00** |

**Leroy Kemske**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**134 Pine Valley Dr**
**Middletown, DE 19709-9793**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2812**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $741.29 | $0.00 |
|---|---|---|---|---|

**Leroy Miller**

9266 Pritchard Rd
Garrettsville, OH 44231-9141

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7930**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.62 | $0.00 |
|---|---|---|---|---|

**Leslie Litchfield**

7724 Prouty Rd
Lodi, OH 44254-9746

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6695**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.91 | $0.00 |
|---|---|---|---|---|

**Leslie Studer**

3150 Lookers Ln
Utica, OH 43080-9513

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4320**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.96 | $0.00 |
|---|---|---|---|---|

**Lester & Martha Mullet**

15376 Georgia Rd
Middlefield, OH 44062-8231

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1277**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.68 | $0.00 |
|---|---|---|---|---|

**Lester A. Miller**

**15525 Chipmunk Ln**
**Middlefield, OH 44062-7206**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4025**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.2232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.84 | $0.00 |
|---|---|---|---|---|

**Lester Brown**

**3986 Green Garden Rd**
**Aliquippa, PA 15001-1051**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6504**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.2233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $313.57 | $0.00 |
|---|---|---|---|---|

**Lester Byler**

**9521 Beuchat Rd**
**Guys Mills, PA 16327-1235**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5226**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

---

| 2.2234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.75 | $0.00 |
|---|---|---|---|---|

**Lester Gray**

**130 Main St**
**Glenmont, OH 44628**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1934**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

- ☑ No
- ☐ Yes

| 2.2235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.88 | $0.00 |

**Lesya V. Shvets**

**4199 Unroe Ave**
**Grove City, OH 43123-1025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6540**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $382.50 | $0.00 |

**Levente Karetka**

**9841 Strawberry Ln**
**Chesterland, OH 44026-2341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3670**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Levi & Katie Troyer**

**6127 Nimishillen Church Rd NE**
**Canton, OH 44721-1130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8398**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22.95 | $0.00 |

**Lewis Gehringer**

**7808 State Route 60**
**Wakeman, OH 44889-9622**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4522**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $134.73 | $0.00 |
| --- | --- | --- | --- | --- |

**Lewis Poe**

5144 Jolly Acres Rd
White Hall, MD 21161-8909

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2498**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
| --- | --- | --- | --- | --- |

**Lewis Shorter**

2620 Holtz Rd
Shelby, OH 44875-8811

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6885**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $465.72 | $0.00 |
| --- | --- | --- | --- | --- |

**Liana Dinert**

205 Cope Rd
Perryopolis, PA 15473-1243

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2723**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.53 | $0.00 |
| --- | --- | --- | --- | --- |

**Lin Childs**

7935 Nichols Rd
Windham, OH 44288-9771

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **84**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2243 | Priority creditor's name and mailing address **Linda & James Walker** 9499 Blue Jay Rd Newark, OH 43056-9060 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,167.25 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **5155** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2244 | Priority creditor's name and mailing address **Linda & Richard Lapp** 2250 Warm Spring Rd Chambersburg, PA 17202-9270 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $68.00 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **2184** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2245 | Priority creditor's name and mailing address **Linda Allen** 336 Breakneck Rd Connellsville, PA 15425-9701 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,062.50 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **0919** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.2246 | Priority creditor's name and mailing address **Linda Bixby** 1051 Carters Corner Rd Sunbury, OH 43074-1500 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,565.28 | $0.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **7289** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.27 | $0.00 |
|---|---|---|---|---|

**Linda Bondurant & James Anzelmo**

**3200 Cattail Rd**
**Chillicothe, OH 45601-8473**

Date or dates debt was incurred

Last 4 digits of account number **8338**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.73 | $0.00 |
|---|---|---|---|---|

**Linda Butcher**

**2472 Croll School Rd**
**York, PA 17403-9670**

Date or dates debt was incurred

Last 4 digits of account number **7536**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $722.50 | $0.00 |
|---|---|---|---|---|

**Linda Carter**

**3018 Lexus Dr**
**Spring Grove, PA 17362-8236**

Date or dates debt was incurred

Last 4 digits of account number **2174**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.75 | $0.00 |
|---|---|---|---|---|

**Linda Gerheim**

**174 Nelson Rd**
**Avonmore, PA 15618-1151**

Date or dates debt was incurred

Last 4 digits of account number **4438**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| | |
|---|---|
| **2.2251** | Priority creditor's name and mailing address |

**Linda Harper-Kearns**

**11062 Immel Ave NE**
**Hartville, OH 44632-9728**

Date or dates debt was incurred

Last 4 digits of account number **3991**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$0.07**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.2252** | Priority creditor's name and mailing address |

**Linda Justus**

**328 Mechanics Valley Rd**
**North East, MD 21901-3850**

Date or dates debt was incurred

Last 4 digits of account number **0335**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$919.02**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.2253** | Priority creditor's name and mailing address |

**Linda McLaughlin**

**61 Riverview Ave**
**Earleville, MD 21919-1213**

Date or dates debt was incurred

Last 4 digits of account number **6043**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$461.89**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| **2.2254** | Priority creditor's name and mailing address |

**Linda Mitchell**

**11741 Bell Rd**
**Newbury, OH 44065-9582**

Date or dates debt was incurred

Last 4 digits of account number **1170**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is: **$81.18**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $192.53 | $0.00 |

**Linda Proctor**

9358 Pierce Rd
Garrettsville, OH 44231-9478

Date or dates debt was incurred

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **9108**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $606.05 | $0.00 |

**Linda Sauder**

28 Township Road 810
West Salem, OH 44287-9616

Date or dates debt was incurred

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **4819**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248.37 | $0.00 |

**Linda Vandyke**

7174 County Road 175
Bellevue, OH 44811-9458

Date or dates debt was incurred

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **7598**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.16 | $0.00 |

**Lindsey Kiger**

334 Old Scale Rd
Waynesburg, PA 15370-7362

Date or dates debt was incurred

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Last 4 digits of account number **4360**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |

**Lisa & Bob Bishop**

**60 Forest Ridge Ct**
**Red Lion, PA 17356-8449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4464**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,020.00 | $0.00 |

**Lisa Allen**

**15640 Claridon Troy Rd**
**Burton, OH 44021-9644**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0954**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |

**Lisa Bailes**

**2307 Shaded Brook Dr**
**Owings Mills, MD 21117-2349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8010**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.30 | $0.00 |

**Lisa Biddle**

**4814 Ely Rd**
**Wooster, OH 44691-8916**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8160**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.50 | $0.00 |
|---|---|---|---|---|

**Lisa Bushman**

697 State Line Rd
Pierpont, OH 44082-9728

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4602**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.33 | $0.00 |
|---|---|---|---|---|

**Lisa Chipps**

57 Kelso Rd
Mc Donald, PA 15057-2947

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4876**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.50 | $0.00 |
|---|---|---|---|---|

**Lisa Cseh**

5558 Winchell Rd
Hiram, OH 44234-9728

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5035**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,570.80 | $0.00 |
|---|---|---|---|---|

**Lisa Davis**

16008 Misty Knoll Ct
Woodbine, MD 21797-8443

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9639**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 567 of 689

| | | |
|---|---|---|
| 2.2267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$262.14** | **$0.00** |

**Lisa Greenburg**

**2307 Shaded Brook Dr # A**
**Owings Mills, MD 21117-2349**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6868**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$248.71** | **$0.00** |

**Lisa Guay**

**4162 Bill Moxley Rd**
**Mount Airy, MD 21771-4834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2701**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$141.87** | **$0.00** |

**Lisa Jewell**

**4558 Cork Cold Springs Rd**
**Geneva, OH 44041-9674**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9144**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$63.07** | **$0.00** |

**Lisa Mohrman**

**1311 County Road 658**
**Nova, OH 44859-9741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4513**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $919.17 | $0.00 |
|---|---|---|---|---|

**Lisa Montalvo**

9484 Carlisle Rd
Dillsburg, PA 17019

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0774**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.87 | $0.00 |
|---|---|---|---|---|

**Lisa Newcomb**

1382 Hunters Ct
Downingtown, PA 19335-5601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8102**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $236.30 | $0.00 |
|---|---|---|---|---|

**Lisa Nyhart**

8103 State Route 754
Shreve, OH 44676-9409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **616**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.85 | $0.00 |
|---|---|---|---|---|

**Lisa Quinn**

544 Dr Miller Rd
North East, MD 21901

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7630**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $71.06 | $0.00 |

**2.2275**

Priority creditor's name and mailing address

**Lisa Tartaglia**

**4401 Stollacker Rd**
**Jefferson, OH 44047-8492**

Date or dates debt was incurred

Last 4 digits of account number **5425**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$71.06**      **$0.00**

---

**2.2276**

Priority creditor's name and mailing address

**Lisa Wilson**

**8550 Patterson Rd**
**Hilliard, OH 43026-8477**

Date or dates debt was incurred

Last 4 digits of account number **5164**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$0.00**      **$0.00**

---

**2.2277**

Priority creditor's name and mailing address

**Lloyd & gail Shumaker**

**3999 Brush Rd**
**Richfield, OH 44286-9580**

Date or dates debt was incurred

Last 4 digits of account number **280**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$526.92**      **$0.00**

---

**2.2278**

Priority creditor's name and mailing address

**LLoyd French**

**541 Gans Woodbridge Rd**
**Smithfield, PA 15478-1466**

Date or dates debt was incurred

Last 4 digits of account number **3565**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$655.01**      **$0.00**

| 2.2279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.40 | $0.00 |

**Lloyd Kilgore**

**164 Stollar Rd**
**Claysville, PA 15323-1127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9396**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.09 | $0.00 |

**Lloyd Neff**

**9 Fisher Terrace Rd**
**Willow Street, PA 17584**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2222**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.14 | $0.00 |

**Lloyd Wolverton**

**224 Crow Hollow Rd**
**Point Marion, PA 15474-1380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7748**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2282 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |

**Lonnie Gebhardt**

**3508 Galloway Rd**
**Middle River, MD 21220-4429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0439**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.58 | $0.00 |

**Lonnie R. Schrock**

**5545 Greenville Rd**
**West Farmington, OH 44491-9714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8091**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $247.18 | $0.00 |

**Loretta Meadows**

**830 Birch Rd**
**Xenia, OH 45385-7601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2901**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.33 | $0.00 |

**Loretta Rhodes**

**128 Pine Ridge Rd**
**Lemont Furnace, PA 15456-1268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0419**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.64 | $0.00 |

**Lori & Tim Matthews**

**202 Republic St**
**Uniontown, PA 15401-2189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1580**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $509.07 | $0.00 |
|---|---|---|---|---|

**Lori Cline**

**10681 Spencer Lake Rd**
**Spencer, OH 44275-9786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **205**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $78.37 | $0.00 |
|---|---|---|---|---|

**Lori Gialone**

**110 Wilton Dr**
**Rices Landing, PA 15357-1177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9405**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.90 | $0.00 |
|---|---|---|---|---|

**Loria Ritchart**

**3517 County Road 195**
**Clyde, OH 43410-9535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0907**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $300.90 | $0.00 |
|---|---|---|---|---|

**Loria Ritchart**

**3517 County Road 195**
**Clyde, OH 43410-9535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0907**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,623.08 | $0.00 |

**Lorin Gray**

**19546 Waneta Dr**
**Boonsboro, MD 21713-2055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6054**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.76 | $0.00 |

**Lorin Stieff**

**21149 Park Hall Rd**
**Boonsboro, MD 21713-2827**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6822**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $552.50 | $0.00 |

**Lorna Keszei**

**4843 State Route 99 N**
**Monroeville, VA 23605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3605**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.57 | $0.00 |

**Lorne Sorneson**

**7549 State Route 207**
**Mount Sterling, OH 43143-9403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2253**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 574 of 689

| | | | |
|---|---|---|---|
| 2.2295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$430.87** $0.00 |
| | **Lorraine Fetters** | ☐ Contingent | |
| | **1213 Griggs Rd** **Jefferson, OH 44047-8773** | ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **5425** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51.26** $0.00 |
| | **Lorraine Hicken** | ☐ Contingent | |
| | **54 Loblolly Line** **Middletown, DE 19709** | ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **1883** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$637.50** $0.00 |
| | **Lorrie & James Miller** | ☐ Contingent | |
| | **2910 Rohrer Rd** **Wadsworth, OH 44281-9576** | ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **9300** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.2298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.68** $0.00 |
| | **Lotsie Scott** | ☐ Contingent | |
| | **1794 Snyderville Rd** **Springfield, OH 45502-9813** | ☐ Unliquidated ☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number **3224** | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No ☐ Yes | |

Name

Case number (if known) _____

| 2.2299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.75 | $0.00 |

**2.2299**

Priority creditor's name and mailing address

**Lou Otto**

**101 Otto St**
**Adah, PA 15410-1205**

Date or dates debt was incurred

Last 4 digits of account number **4517**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$403.75        $0.00

---

**2.2300**

Priority creditor's name and mailing address

**Louis & Victoria Feher**

**2268 Sexton Rd**
**Geneva, OH 44041-9292**

Date or dates debt was incurred

Last 4 digits of account number **1518**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$1,121.49        $0.00

---

**2.2301**

Priority creditor's name and mailing address

**Louis Herceg**

**140 Church St**
**East Springfield, OH 43925**

Date or dates debt was incurred

Last 4 digits of account number **8510**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$389.22        $0.00

---

**2.2302**

Priority creditor's name and mailing address

**Louis Koleszar**

**12361 Fenstermaker Rd**
**Garrettsville, OH 44231-9686**

Date or dates debt was incurred

Last 4 digits of account number **5083**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$183.52        $0.00

| 2.2303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $230.35 | $0.00 |
| --- | --- | --- | --- | --- |

**Louise Freehling**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

27857 State Route 58
Wellington, OH 44090-9021

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6492**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.33 | $0.00 |
| --- | --- | --- | --- | --- |

**Louise Gladkowski**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

107 Deer Ridge Rd
Export, PA 15632-2037

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5318**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.90 | $0.00 |
| --- | --- | --- | --- | --- |

**Luann Sowers**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

15790 Hart Rd
Montville, OH 44064-9600

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3168**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.2306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,084.01 | $0.00 |
| --- | --- | --- | --- | --- |

**Lucas Harris**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

5142 Oakhill St
Louisville, OH 44641-9516

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7732**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 2.2307 | Priority creditor's name and mailing address **Lucy & Bernie Born** **107 Cherry Valley Rd** **Saxonburg, PA 16056-9101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$454.00**    $0.00 |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **7128**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2308 | Priority creditor's name and mailing address **Lucy Wolfe & Tom Lang** **6310 Clark State Rd** **Columbus, OH 43230-1918** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,706.55**    $0.00 |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3755**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2309 | Priority creditor's name and mailing address **Luke Hathaway** **233 Pump Station Rd** **Clarksville, PA 15322-6325** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$191.25**    $0.00 |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **8316**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2310 | Priority creditor's name and mailing address **Luke Sinclair** **30616 State Route 31** **Richwood, OH 43344-9785** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$357.60**    $0.00 |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **7917**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.72 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|-------|

**Luther Anderson**

6607 West Rd NE
Bloomingburg, OH 43106-9748

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3238**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|-------|-------|

**Lydia E. Yoder**

3066 Irishtown Rd
Ronks, PA 17572-9632

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7404**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.47 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|-------|

**Lyn Fay**

5651 US Route 422
Southington, OH 44470-9711

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2207**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.12 | $0.00 |
|--------|---------------------------------------------|----------------------------------------------|---------|-------|

**Lynda Rennie-Tankersly**

7555 Grand Lake Dr
Seven Valleys, PA 17360-9155

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0138**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 579 of 689

| 2.2315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.80 | $0.00 |
|---|---|---|---|---|

**Lynda Robertson**

**3200 Peddicoat Ct**
**Woodstock, MD 21163-1132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **9287**     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.44 | $0.00 |
|---|---|---|---|---|

**Lyndon Wagner**

**33 Noblestown Rd**
**Carnegie, PA 15106-1655**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3692**     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $353.60 | $0.00 |
|---|---|---|---|---|

**Lyndsey Roby**

**8264 County Road 5**
**West Liberty, OH 43357-9532**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **3240**     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.2318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.53 | $0.00 |
|---|---|---|---|---|

**Lynette Gnegy**

**52 Rock Bottom Rd**
**Grantsville, MD 21536-1278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number **4071**     Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

**2.2319** Priority creditor's name and mailing address

**Lynford Schrock**

**225 Cross St**
**Unionville Center, OH 43077**

Date or dates debt was incurred

Last 4 digits of account number **1176**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$282.37  $0.00

---

**2.2320** Priority creditor's name and mailing address

**Lynn Cleaveland**
**Rushsylvania Church Of Christ**
**170 E Mill St**
**Rushsylvania, OH 43347**

Date or dates debt was incurred

Last 4 digits of account number **3609**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$0.83  $0.00

---

**2.2321** Priority creditor's name and mailing address

**Lynn Shallcross**

**503 Bohemia Church Rd**
**Warwick, MD 21912-1232**

Date or dates debt was incurred

Last 4 digits of account number **5428**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,537.57  $0.00

---

**2.2322** Priority creditor's name and mailing address

**Lynn Slusher**

**4929 Gibbs Rd**
**Andover, OH 44003-9604**

Date or dates debt was incurred

Last 4 digits of account number **3341**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$683.15  $0.00

---

| | | |
|---|---|---|
| 2.2323 | Priority creditor's name and mailing address<br>**Lynn Wolboldt**<br><br>**458 G Township Rd # 2102**<br>**Jeromesville, OH 44840** | As of the petition filing date, the claim is: **$0.51** **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **9324**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.2324 | Priority creditor's name and mailing address<br>**Lynn Young**<br><br>**215 Oakdale Rd**<br>**Darlington, PA 16115-2121** | As of the petition filing date, the claim is: **$552.50** **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **3947**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.2325 | Priority creditor's name and mailing address<br>**Lyubov Bedeshko**<br><br>**7402 Kropp Rd**<br>**Grove City, OH 43123-9335** | As of the petition filing date, the claim is: **$1,191.36** **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **5959**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| | | |
|---|---|---|
| 2.2326 | Priority creditor's name and mailing address<br>**Maggie Vash**<br><br>**16780 Valley Rd**<br>**Auburn Township, OH 44023-9184** | As of the petition filing date, the claim is: **$1,566.55** **$0.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **4706**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 582 of 689

| 2.2327 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $634.53 | $0.00 |
|---|---|---|---|---|

**Mahesh Chand**

1135 Kirk Rd
Garnet Valley, PA 19060-1603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0172**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2328 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.37 | $0.00 |
|---|---|---|---|---|

**Mandeep Jossan**

603 Corsair Ct
Sykesville, MD 21784-7749

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6623**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2329 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.27 | $0.00 |
|---|---|---|---|---|

**Manny Mendoza**

2163 N 5th St
Fremont, OH 43420-9579

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6651**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2330 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $76.50 | $0.00 |
|---|---|---|---|---|

**Marc & Amy Cavalier**

37 East Dr
Bruceton Mills, WV 26525-7489

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6819**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,259.30 | $0.00 |

**Marc Dennis**

5177 Bobey Rd
Conneaut, OH 44030-9641

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2658**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |

**Marc Koble**

77 Paige Ln
Elkton, MD 21921-7620

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2535**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.42 | $0.00 |

**Marcia & Don Opp**

223 Linnwood Rd
Eighty Four, PA 15330-2912

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1463**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $618.29 | $0.00 |

**Marcie Skrinjar**

45663 Pine Hollow Rd
Rogers, OH 44455-9758

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7151**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.00 | $0.00 |

**Marcus Miller**

**15454 Burton Windsor Rd**
**Middlefield, OH 44062-9786**

Date or dates debt was incurred

Last 4 digits of account number **9563**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.60 | $0.00 |

**Margaret & Steven Pratt**

**1116 Burke Rd**
**Middle River, MD 21220**

Date or dates debt was incurred

Last 4 digits of account number **3320**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,134.58 | $0.00 |

**Margaret Adamson**

**10297 Wright Rd**
**Canal Winchester, OH 43110-9638**

Date or dates debt was incurred

Last 4 digits of account number **4606**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,351.78 | $0.00 |

**Margaret Ballitch**

**2650 Possum Run Rd**
**Mansfield, OH 44903-9131**

Date or dates debt was incurred

Last 4 digits of account number **1141**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2339 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.33 | $0.00 |
|---|---|---|---|---|

**Margaret Gelhard**

**13656 Jacobs Rd**
**Mount Airy, MD 21771-5856**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7166**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2340 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $472.69 | $0.00 |
|---|---|---|---|---|

**Margarette Midler**

**584 Cedar Grove Rd**
**Burgettstown, PA 15021-2012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4692**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2341 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.37 | $0.00 |
|---|---|---|---|---|

**Margie Halkowitz**

**400 Knob Rd**
**Brownsville, PA 15417-9320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6705**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2342 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $411.57 | $0.00 |
|---|---|---|---|---|

**Marha & Fred Cochran**

**13657 Indy Ct**
**East Liverpool, OH 43920-9500**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0933**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2343 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $253.64 | $0.00 |

**Marha Widing**

29380 Old Locust Grove Rd
Kennedyville, MD 21645-3458

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __1442__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2344 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $481.95 | $0.00 |

**Marie Green**

1301 S State Route 19
Fremont, OH 43420-9265

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __6293__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2345 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.44 | $0.00 |

**Marie Snyder**

4916 Picker Dr
Pylesville, MD 21132-1613

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __4467__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2346 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.49 | $0.00 |

**Marie Withers**

68 Eagles Nest Ln
Harpers Ferry, WV 25425-5249

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __4981__

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 587 of 689

| 2.2347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.12 | $0.00 |
|---|---|---|---|---|

**Marilyn Cope**

**36265 Deersville Ridge Rd**
**Cadiz, OH 43907-9548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4627**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $128.01 | $0.00 |
|---|---|---|---|---|

**Mario & Sharon Lerz**

**6510 State Route 86**
**Windsor, OH 44099-9742**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4704**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.78 | $0.00 |
|---|---|---|---|---|

**Marion Sandefur**

**28 Bark Rd NW**
**Dellroy, OH 44620-9730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1423**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.35 | $0.00 |
|---|---|---|---|---|

**Marjorie Morgan**

**883 Main St**
**Fawn Grove, PA 17321-9532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8038**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.18 | $0.00 |

**Mark & Ashley Ison**

9407 Crow Rd
Litchfield, OH 44253-9510

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9702**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.73 | $0.00 |

**Mark & Carol Demalon**

504 McClerge Ave
Herminie, PA 15637-1435

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3516**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,030.29 | $0.00 |

**Mark & Cynthia Ford**

8901 B Hawbottom Rd
Middletown, MD 21769

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6032**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $18.96 | $0.00 |

**Mark & Debbie Tooch**

195 Fezell Rd
Freedom, PA 15042-9654

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2503**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.17 | $0.00 |

**Mark & Katherine Michaels**

3113 W Summit Ave
Downingtown, PA 19335-2081

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0818**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.09 | $0.00 |

**Mark & Kathy Stout**

5232 Emerson Rd
Madison, OH 44057-9514

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3593**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.00 | $0.00 |

**Mark & Kayla Staten**

167 Maplewood Dr
Steubenville, OH 43952-7024

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6434**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,167.50 | $0.00 |

**Mark & Melanie Keegan**

312 S County Road 204
Fremont, OH 43420-8509

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2904**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.24 | $0.00 |

**Mark & Patricia Crosten**

**13828 Mayfield Road Street Rte # 322**
**Chardon, OH 44024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6680**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |

**Mark & Patricia Thomas**

**1916 State Route 18**
**Wakeman, OH 44889-9341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **833**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.79 | $0.00 |

**Mark & Patty Reames**

**2289 County Road 25 N**
**Bellefontaine, OH 43311-9548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9409**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $809.46 | $0.00 |

**Mark & Stacy Johnson**

**17144 Indian Hollow Rd**
**Grafton, OH 44044-9621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4492**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk     Doc 6     FILED 10/17/22     ENTERED 10/17/22 14:18:18     Page 591 of 689

| 2.2363 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,618.40 | $0.00 |
| --- | --- | --- | --- | --- |

**Mark Apple**

**7843 Hewins Rd**
**Garrettsville, OH 44231-9497**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0775**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2364 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Mark Baldy**

**1 Beach Rd**
**Severna Park, MD 21146-3301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6073**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2365 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.13 | $0.00 |
| --- | --- | --- | --- | --- |

**Mark Byler**

**10640 Reynolds Rd**
**West Farmington, OH 44491-9502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6036**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2366 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $573.58 | $0.00 |
| --- | --- | --- | --- | --- |

**Mark Cirillo**

**156 Pine Valley Dr**
**Middletown, DE 19709-9793**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2132**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,125.00 | $0.00 |
|---|---|---|---|---|

**Mark Coil**

**1410 Township Road 304**
**Toronto, OH 43964-7801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6799**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $146.71 | $0.00 |
|---|---|---|---|---|

**Mark Cukovich**

**335 Beacon Rd**
**Renfrew, PA 16053-9406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1425**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $140.93 | $0.00 |
|---|---|---|---|---|

**Mark Deeds**

**2565 Reynoldsburg New Albany**
**Rd**
**Blacklick, OH 43004-9724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5277**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12.67 | $0.00 |
|---|---|---|---|---|

**Mark Evans**

**13282 Trout School Rd**
**Felton, PA 17322-8251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6843**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2371 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.09 | $0.00 |
|---|---|---|---|---|

**Mark Fortner**

**8356 Hensel St SW**
**Navarre, OH 44662-9251**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **582**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2372 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $627.30 | $0.00 |
|---|---|---|---|---|

**Mark Frank**

**1625 Baum St SE**
**Canton, OH 44707-1152**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1440**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2373 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $326.23 | $0.00 |
|---|---|---|---|---|

**Mark Frey**

**1885 Copenhaffer Rd**
**Dover, PA 17315-1801**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7442**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2374 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |
|---|---|---|---|---|

**Mark Gibson**

**28576 West Rd**
**Spencer, OH 44275-9404**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7682**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,171.22** | $0.00 |
|---|---|---|---|---|

**Mark Hamlin**

**7249 Center Rd**
**Valley City, OH 44280-9592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2084**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,183.54** | $0.00 |
|---|---|---|---|---|

**Mark Hayman**

**6220 Trask Rd**
**Thompson, OH 44086-9529**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1560**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$923.27** | $0.00 |
|---|---|---|---|---|

**Mark Heldt**

**12 Patterdale Pl**
**Downingtown, PA 19335-4913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5516**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$340.00** | $0.00 |
|---|---|---|---|---|

**Mark Heller**

**9019 Clay St**
**Montville, OH 44064-9800**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8565**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| | | |
|---|---|---|
| 2.2379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:        **$0.17**    **$0.00** |
| | **Mark Householder** | *Check all that apply.* |
| | | ☐ Contingent |
| | 610 Koontz Rd | ☐ Unliquidated |
| | Wadsworth, OH 44281-9243 | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **7280** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 2.2380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:        **$174.76**    **$0.00** |
| | **Mark Huller** | *Check all that apply.* |
| | | ☐ Contingent |
| | 274 Arthur Ave | ☐ Unliquidated |
| | Port Deposit, MD 21904-1237 | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **1482** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 2.2381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:        **$360.49**    **$0.00** |
| | **Mark Leput** | *Check all that apply.* |
| | | ☐ Contingent |
| | 134 Zane Ave | ☐ Unliquidated |
| | Rayland, OH 43943-7927 | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **7669** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No |
| | | ☐ Yes |

| | | |
|---|---|---|
| 2.2382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:        **$615.66**    **$0.00** |
| | **Mark Leslein** | *Check all that apply.* |
| | | ☐ Contingent |
| | 12701 Mumford Rd | ☐ Unliquidated |
| | Garrettsville, OH 44231-9692 | ☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **8130** | Is the claim subject to offset? |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | ■ No |
| | | ☐ Yes |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 596 of 689

| 2.2383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **$1,925.76** | **$0.00** |
|---|---|---|---|---|

**Mark Leute**

**208 James Dr**
**Mc Donald, PA 15057-2282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4741**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **$183.77** | **$0.00** |
|---|---|---|---|---|

**Mark Liebal**

**3825 Eunice Ave**
**Wilmington, DE 19808-4614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4234**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **$953.87** | **$0.00** |
|---|---|---|---|---|

**Mark Maksymowixkz**

**4932 Kirk Rd**
**Trumbull Twp., OH 44084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8113**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | **$173.23** | **$0.00** |
|---|---|---|---|---|

**Mark McGarrah**

**541 Pine Tract Rd**
**West Sunbury, PA 16061-2223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1147**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2387 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181.31 | $0.00 |
|---|---|---|---|---|

**Mark Meade**

**13030 Penn Shop Rd**
**Mount Airy, MD 21771-4517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4855**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2388 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $632.23 | $0.00 |
|---|---|---|---|---|

**Mark Meier**

**8493 Columbus Road Rte # 36**
**Mount Vernon, OH 43050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3108**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2389 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,541.05 | $0.00 |
|---|---|---|---|---|

**Mark Monnie**

**149 Doctor Ln**
**Renfrew, PA 16053-8421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4697**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2390 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $0.00 |
|---|---|---|---|---|

**Mark Moore**

**2001 State Route 534 S**
**Geneva, OH 44041-7667**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5145**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.22 | $0.00 |

**Mark Muldowney**

**2 Windy Hill Ln**
**Coatesville, PA 19320-4951**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0920**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.64 | $0.00 |

**Mark Nelson**

**3250 Payne Thompson Rd**
**London, OH 43140-9363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5636**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.60 | $0.00 |

**Mark Oravecz**

**6491 Dewey Rd**
**Thompson, OH 44086-9770**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7203**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.80 | $0.00 |

**Mark Phipps**

**631 Sobrina Farms Ct**
**Woodbine, MD 21797-8765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4645**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**Mark Pisto**

**7040 Sadie Thomas Rd N**
**Alexandria, OH 43001-9764**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1660**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.91 | $0.00 |
|---|---|---|---|---|

**Mark Rappold**

**358 Ailsa Dr**
**Rising Sun, MD 21911-2544**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1001**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.01 | $0.00 |
|---|---|---|---|---|

**Mark Ruff**

**62 Murray Rd**
**Elkton, MD 21921-3039**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5381**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

---

| 2.2398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.87 | $0.00 |
|---|---|---|---|---|

**Mark Simmons**

**100 Pleasantview Dr**
**Granville, OH 43023-9315**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8572**

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
- ■ No
- ☐ Yes

**2.2399** Priority creditor's name and mailing address

**Mark Sipes**

**451 Battleridge Rd**
**Mc Connellsburg, PA 17233-8439**

Date or dates debt was incurred

Last 4 digits of account number **0769**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$850.00**   **$0.00**

---

**2.2400** Priority creditor's name and mailing address

**Mark Yoder**

**5770 Ensign Rd**
**West Farmington, OH 44491-9721**

Date or dates debt was incurred

Last 4 digits of account number **2664**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$93.25**   **$0.00**

---

**2.2401** Priority creditor's name and mailing address

**Markeath Justice**

**32 Winslow Dr**
**Elkton, MD 21921-7658**

Date or dates debt was incurred

Last 4 digits of account number **5727**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$892.42**   **$0.00**

---

**2.2402** Priority creditor's name and mailing address

**Marko Bogovic**

**5012 Maderia Dr**
**West Salem, OH 44287-9164**

Date or dates debt was incurred

Last 4 digits of account number **4306**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

**$1,085.11**   **$0.00**

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 601 of 689

---

| 2.2403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,189.41 | $0.00 |
|---|---|---|---|---|
| | **Marla Teagarden** | ☐ Contingent | | |
| | **1242 W Alexander Rd**<br>**Valley Grove, WV 26060-8014** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **8223**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $960.76 | $0.00 |
|---|---|---|---|---|
| | **Marleen Beck** | ☐ Contingent | | |
| | **14190 Triadelphia Rd**<br>**Glenelg, MD 21737-9729** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **9313**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $355.73 | $0.00 |
|---|---|---|---|---|
| | **Marlin Crawford** | ☐ Contingent | | |
| | **4135 Bethany Pike**<br>**Wellsburg, WV 26070-2488** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1503**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.2406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $732.36 | $0.00 |
|---|---|---|---|---|
| | **Marlon Tinker** | ☐ Contingent | | |
| | **7180 Weldon Rd**<br>**Plain City, OH 43064-7904** | ☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number **1970**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| | |
|---|---|
| **2.2407** Priority creditor's name and mailing address **Marsha Eastlake** 6646 4th Ave Andover, OH 44003-9670 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **$210.29** **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number **1515** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **2.2408** Priority creditor's name and mailing address **Marshal MA** 101 Heather Hill Dr Downingtown, PA 19335-1837 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **$38.00** **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **2.2409** Priority creditor's name and mailing address **Martha Draganic** 6412 Indian Point Rd Painesville, OH 44077-8845 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **$859.27** **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number **4708** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| **2.2410** Priority creditor's name and mailing address **Marthel & Jim March** 2805 Sleepy Hollow Rd Brunswick, OH 44212-4249 | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **$572.22** **$0.00** |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number **1985** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset? ■ No ☐ Yes |

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 603 of 689

| 2.2411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.85 | $0.00 |

**Martin Hostetler**

**5521 Clark Rd**
**Middlefield, OH 44062-9317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8095**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.57 | $0.00 |

**Martin Knecht**

**606 Salt Lake Rd**
**Fawn Grove, PA 17321-9538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1110**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $635.80 | $0.00 |

**Martin Teramani**

**2132 Freeland Rd**
**Freeland, MD 21053-9587**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9614**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.2414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,456.67 | $0.00 |

**Marvin & Antonia Saltsman**

**6395 Amanda Northern Rd**
**Carroll, OH 43112-9521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1924**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.29 | $0.00 |

**Marvin Anderson**

**1829 Wilson Point Rd**
**Middle River, MD 21220-5429**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5266**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,812.99 | $0.00 |

**Marvin Hege**

**7287 Andora Rd NE**
**Mechanicstown, OH 44651-9011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1639**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |

**Marvin Loving**

**2341 West St**
**Geneva, OH 44041-9613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2267**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.49 | $0.00 |

**Marvin Milburn**

**4585 New Hudson Rd**
**Orwell, OH 44076-9667**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9605**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $658.41 | $0.00 |
|---|---|---|---|---|

**Marvin Siddall**

**1150 E Mennonite Rd**
**Aurora, OH 44202-7892**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7830**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $109.74 | $0.00 |
|---|---|---|---|---|

**Marvin Troyer**

**10235 Stanley Rd**
**Windham, OH 44288**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1083**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.63 | $0.00 |
|---|---|---|---|---|

**Mary Ann & Robert Cervenak**

**2493 Hemlock St**
**Linesville, PA 16424-6627**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1037**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.80 | $0.00 |
|---|---|---|---|---|

**Mary Chavis**

**101 Creek View Ct**
**Street, MD 21154-1613**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8020**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.00 | $0.00 |
|---|---|---|---|---|

**Mary Daum**

**58 Park St**
**Marshallville, OH 44645-9303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8097**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.93 | $0.00 |
|---|---|---|---|---|

**Mary Evans**

**177 Ailsa Dr**
**Rising Sun, MD 21911-2522**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1064**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.74 | $0.00 |
|---|---|---|---|---|

**Mary Hites**

**7101 Hoagland Blackstub Rd**
**Cortland, OH 44410-9574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1061**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.54 | $0.00 |
|---|---|---|---|---|

**Mary Jo Aires**

**328 Mount Morris Rd**
**Waynesburg, PA 15370-2246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0401**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 607 of 689

| 2.2427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.77 | $0.00 |

**Mary Kay Mosch**

**15 Stoddard Ct**
**Sparks, MD 21152-9367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5137**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $814.98 | $0.00 |

**Mary Krage**

**11511 Taylor Wells Rd**
**Chardon, OH 44024-8910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3718**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.63 | $0.00 |

**Mary Kucha**

**1111 County Road 138**
**Fremont, OH 43420-9794**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3228**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83.47 | $0.00 |

**Mary Ling**

**647 E West Salem Rd**
**Creston, OH 44217-9213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **867**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.50 | $0.00 |

**Mary McLaughlin**

**14235 N Old 3C Rd**
**Sunbury, OH 43074-9669**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9107**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.85 | $0.00 |

**Mary Newland**

**1500 Ridge Rd**
**Norwalk, OH 44857-9740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7223**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $362.53 | $0.00 |

**Mary Osicky**

**11788 Brosius Rd**
**Garrettsville, OH 44231-9241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6442**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,128.72 | $0.00 |

**Mary Rickerd**

**2987 US Route 30**
**Georgetown, PA 15043-1108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4719**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,199.57 | $0.00 |
|---|---|---|---|---|

**Mary Smith**

**11258 Crickenberger Rd**
**New Market, MD 21774-6528**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,928.06 | $0.00 |
|---|---|---|---|---|

**Mary Vorys**

**2371 Crooked Mile Rd**
**Columbus, OH 43230-3101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7256**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.15 | $0.00 |
|---|---|---|---|---|

**Maryann Pranulis**

**159 McCrea Ln**
**Fenelton, PA 16034-9519**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0701**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.92 | $0.00 |
|---|---|---|---|---|

**Maryann Skidmore**

**3415 Havensport Rd**
**Carroll, OH 43112-9439**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2981**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.2439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.93 | $0.00 |

**2.2439** Priority creditor's name and mailing address

**MaryLou Miller**

**9500 Creaser Rd**
**North Bloomfield, OH 44450-9756**

As of the petition filing date, the claim is:     **$242.93**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6544**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2440** Priority creditor's name and mailing address

**Mason Painter**

**6305 Marvin Rd**
**Andover, OH 44003-9757**

As of the petition filing date, the claim is:     **$900.49**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5029**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2441** Priority creditor's name and mailing address

**Massimo Vazzana**

**17851 Bowie Mill Rd**
**Derwood, MD 20855-1610**

As of the petition filing date, the claim is:     **$88.57**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0781**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2442** Priority creditor's name and mailing address

**Matt Amaismeier**

**1346 Morton Hill Rd**
**Colliers, WV 26035-1658**

As of the petition filing date, the claim is:     **$5.02**   **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8201**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk     Doc 6     FILED 10/17/22     ENTERED 10/17/22 14:18:18     Page 611 of 689

| 2.2443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $769.08 | $0.00 |
|---|---|---|---|---|

**Matt Benner**

11465 Bowen Rd
Mantua, OH 44255-9455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __0340__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $767.04 | $0.00 |
|---|---|---|---|---|

**Matt Byers**

3420 Old Forge Rd
Rootstown, OH 44272-9643

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __6648__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $227.46 | $0.00 |
|---|---|---|---|---|

**Matt Dontell**

3816 Salem Church Rd
Jarrettsville, MD 21084-1415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __0957__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $425.00 | $0.00 |
|---|---|---|---|---|

**Matt Dornbirer**

1665 Wyandot Rd
Bucyrus, OH 44820-9406

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number __9242__

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.71 | $0.00 |
|---|---|---|---|---|

**Matt Goedde**

**6494 Cook Rd**
**Powell, OH 43065-9622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0109**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $517.91 | $0.00 |
|---|---|---|---|---|

**Matt Goglin**

**13410 Chardon Windsor Rd**
**Chardon, OH 44024-8977**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2260**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $86.11 | $0.00 |
|---|---|---|---|---|

**Matt Hague**

**10997 Vaughn Rd**
**Hiram, OH 44234-9789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0811**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.55 | $0.00 |
|---|---|---|---|---|

**Matt Marson**

**4 Kaolin Pl**
**Chadds Ford, PA 19317-9231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3691**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

---

| 2.2451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.72 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|-------|

**Matt Rajewski**

14215 Aquilla Rd
Burton, OH 44021-9558

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5557**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7.57 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|-------|-------|

**Matt Randolph**

2801 9th St
Sparrows Point, MD 21219-1617

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9747**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Matt Stephens**

17895 Stocking Rd
Madison, OH 44057-9425

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3253**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $744.35 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Matt Williams**

249 Old Scales Rd
Washington, PA 15301-8048

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3153**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $595.00 | $0.00 |
|---|---|---|---|---|

**Matthew & Heather Crews**

65892 Endley Rd
Cambridge, OH 43725-9008

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7505**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.64 | $0.00 |
|---|---|---|---|---|

**Matthew & Jessica Keenan**

13892 Hatfield Rd
Rittman, OH 44270-9727

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6407**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,921.00 | $0.00 |
|---|---|---|---|---|

**Matthew Albrecht**

2135 Abell Ln
Sparks Glencoe, MD 21152-9541

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0370**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $280.67 | $0.00 |
|---|---|---|---|---|

**Matthew Brown**

9459 Old Mill Rd
Spencer, OH 44275-9732

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6215**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $43.52 | $0.00 |
|---|---|---|---|---|

**Matthew Byler**

**3565 Housel Craft Rd**
**Bristolville, OH 44402-9629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1367**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2460 | Priority creditor's name and mailing address | | $255.60 | $0.00 |
|---|---|---|---|---|

**Matthew Chamberlain**

**22403 Darby Pottersburg Rd**
**Marysville, OH 43040-8315**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9239**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2461 | Priority creditor's name and mailing address | | $894.71 | $0.00 |
|---|---|---|---|---|

**Matthew Flinner**

**404 Stone Church Rd**
**Prospect, PA 16052-2916**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6136**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2462 | Priority creditor's name and mailing address | | $234.43 | $0.00 |
|---|---|---|---|---|

**Matthew Franz**

**4960 Olentangy River Rd**
**Delaware, OH 43015-9217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4797**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|

**2.2463** | Priority creditor's name and mailing address

**Matthew Hess**

**507 Baron Rd**
**North East, MD 21901-2738**

Date or dates debt was incurred

Last 4 digits of account number **3131**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,338.16    $0.00

---

**2.2464** | Priority creditor's name and mailing address

**Matthew J Morena**

**8242 Heritage Rd NW**
**Magnolia, OH 44643-9503**

Date or dates debt was incurred

Last 4 digits of account number **9235**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$221.17    $0.00

---

**2.2465** | Priority creditor's name and mailing address

**Matthew Kropf**

**4176 Opdyke Rd**
**Plymouth, OH 44865-9706**

Date or dates debt was incurred

Last 4 digits of account number **941**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$28.05    $0.00

---

**2.2466** | Priority creditor's name and mailing address

**Matthew Leslein**

**16162 Shedd Rd**
**Middlefield, OH 44062-8265**

Date or dates debt was incurred

Last 4 digits of account number **0908**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$2,762.50    $0.00

| | |
|---|---|
| **2.2467** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$637.50** | **$0.00** |

**2.2467**

Priority creditor's name and mailing address

**Matthew P. Wagaman**

**14 Countryside Ct
Strasburg, PA 17579-1034**

Date or dates debt was incurred

Last 4 digits of account number **0940**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$637.50**   **$0.00**

---

**2.2468**

Priority creditor's name and mailing address

**Matthew Salley**

**7705 Hobbs Ct
Mount Airy, MD 21771**

Date or dates debt was incurred

Last 4 digits of account number **7999**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$311.87**   **$0.00**

---

**2.2469**

Priority creditor's name and mailing address

**Matthew Selle**

**829 Coen Rd
Street, MD 21154-1107**

Date or dates debt was incurred

Last 4 digits of account number **6537**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$204.17**   **$0.00**

---

**2.2470**

Priority creditor's name and mailing address

**Matthew Wilson**

**9145 Stoddard Hayes Rd
Kinsman, OH 44428-9608**

Date or dates debt was incurred

Last 4 digits of account number **0806**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$215.14**   **$0.00**

| 2.2471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.67 | $0.00 |
|---|---|---|---|---|

**Maura Hadjiosmanof**

4320 Avon Lake Rd
Litchfield, OH 44253-9703

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7858**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.07 | $0.00 |
|---|---|---|---|---|

**Max Vanorman**

11368 Strasburg Bolivar Rd NW
Bolivar, OH 44612-8550

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1232**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,426.98 | $0.00 |
|---|---|---|---|---|

**Maxine Crowmwell**

8650 Lake Dr
West Liberty, OH 43357-9677

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0760**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.18 | $0.00 |
|---|---|---|---|---|

**Maxine Saltsman**

4562 Waterloo Rd
Atwater, OH 44201-9227

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1919**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.2475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $118.75 | $0.00 |
|---|---|---|---|---|

**Megan Gass**

108 Spring Valley Rd
Evans City, PA 16033-4456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3744**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $661.22 | $0.00 |
|---|---|---|---|---|

**Melanie Cross**

1716 Whiteford Rd
Darlington, MD 21034-1018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7670**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $245.65 | $0.00 |
|---|---|---|---|---|

**Melanie Einstein**

31963 Georgetown Rd
Salem, OH 44460-9740

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1309**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $762.28 | $0.00 |
|---|---|---|---|---|

**Melinda Summers**

498 Ruble Mill Road Ext
Smithfield, PA 15478-1450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4925**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 620 of 689

| 2.2479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,477.92 | $0.00 |

**Melissa & Roger Dalton**

**11733 Lippincott Rd**
**East Rochester, OH 44625-9754**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1035**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $707.03 | $0.00 |

**Melissa & Todd Ross**

**3387 Chenango Rd**
**Wakeman, OH 44889-9420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **990**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.51 | $0.00 |

**Melissa Johnson**

**5 Norma Ln**
**Richland, PA 19007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6088**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,774.91 | $0.00 |

**Melissa Jones**

**1143 Ralph New Salem Rd**
**New Salem, PA 15468-1184**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6051**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $727.69 | $0.00 |
|---|---|---|---|---|

**Melissa Levan**

**9617 Urbana Woodstock Pike**
**Woodstock, OH 43084-9716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0613**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.43 | $0.00 |
|---|---|---|---|---|

**Melissa Morena**

**8244 Heritage Rd NW**
**Magnolia, OH 44643-9503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7325**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Melissa Swarrow**

**33 Meadow Ln**
**Marianna, PA 15345-1015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7898**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.81 | $0.00 |
|---|---|---|---|---|

**Melissa Vance**

**4353 County Road 55**
**Bellefontaine, OH 43311-9431**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5665**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $48.28 | $0.00 |
|--------|--------|--------|--------|--------|
| | **Melody Depretis** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **202 Lakeview Dr** | ☐ Unliquidated | | |
| | **Washington, PA 15301-2947** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4845**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $756.33 | $0.00 |
|--------|--------|--------|--------|--------|
| | **Melonie Johnson** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **7865 W Riverside Dr** | ☐ Unliquidated | | |
| | **Pasadena, MD 21122-3823** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8209**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.67 | $0.00 |
|--------|--------|--------|--------|--------|
| | **Melvin & Mary L. Heckert** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **9226 Lisbon St E** | ☐ Unliquidated | | |
| | **East Canton, OH 44730-9710** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6463**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $220.32 | $0.00 |
|--------|--------|--------|--------|--------|
| | **Melvin Byler** | *Check all that apply.* | | |
| | | ☐ Contingent | | |
| | **11810 Kile Rd** | ☐ Unliquidated | | |
| | **Chardon, OH 44024-9592** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5348**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.43 | $0.00 |
|---|---|---|---|---|

**Melvin Hershberger**

**14840 Hayes Rd**
**Middlefield, OH 44062-8467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3618**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,499.66 | $0.00 |
|---|---|---|---|---|

**Melvin Lehman**
**PJD Properties**
**33381 State Highway 27**
**Guys Mills, PA 16327-3627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5922**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
|---|---|---|---|---|

**Melvin Miller**

**18950 Rutland Rd**
**Garrettsville, OH 44231-9515**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2354**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $298.94 | $0.00 |
|---|---|---|---|---|

**Melvin Saylor**

**13019 Florence Wakeman Rd**
**Berlin Heights, OH 44814-9641**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8630**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $17.51 | $0.00 |
|---|---|---|---|---|

**Melvin Shetler**

**14845 Hayes Rd**
**Middlefield, OH 44062-8467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1318**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.33 | $0.00 |
|---|---|---|---|---|

**Merrick Miller**

**73346 Deck Rd**
**Freeport, OH 43973-9602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9743**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,805.00 | $0.00 |
|---|---|---|---|---|

**Mervin Miller**

**4762 Gates East Rd**
**Middlefield, OH 44062-9355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8084**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $876.61 | $0.00 |
|---|---|---|---|---|

**Micah Watson**

**3606 Plymouth Ridge Rd**
**Kingsville, OH 44048-7781**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9102**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.19 | $0.00 |
|---|---|---|---|---|

**Michael & Amy Ramey**

**12316 Strecker Rd**
**Bellevue, OH 44811-9627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1893**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.80 | $0.00 |
|---|---|---|---|---|

**Michael & Angela Bianco**

**7680 Township Road 79**
**Bellevue, OH 44811-9557**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7301**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6.63 | $0.00 |
|---|---|---|---|---|

**Michael & Cathie Filopkowski**

**700 Elizabeth Ln**
**Bear, DE 19701-2603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4538**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15.13 | $0.00 |
|---|---|---|---|---|

**Michael & Denise Kubacka**

**229 Shades of Death Rd**
**Avella, PA 15312-2268**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1609**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2503 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $511.96 | $0.00 |

**Michael & Mary Jo Steiner**

**253 Election House Rd**
**Butler, PA 16001-8564**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1544**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2504 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $681.45 | $0.00 |

**Michael & Michele Wood**

**1506 Baldwin Mill Rd**
**Jarrettsville, MD 21084-1902**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4389**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2505 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $91.80 | $0.00 |

**Michael & Nancy Place**

**53 Country Place Ct**
**Xenia, OH 45385-8701**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3173**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2506 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.75 | $0.00 |

**Michael & Nancy Stevulak**

**664 State Route 2011**
**Dilliner, PA 15327-2654**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7710**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2507 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.89 | $0.00 |
|---|---|---|---|---|

**Michael & Pat McGill**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**5176 Couchman Rd**
**West Liberty, OH 43357-9612**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8727**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2508 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $127.50 | $0.00 |
|---|---|---|---|---|

**Michael & sarah Russo**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**308 Braddock Dr**
**Etters, PA 17319-9597**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2470**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2509 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $497.34 | $0.00 |
|---|---|---|---|---|

**Michael & Susan Troyer**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**9933 Creaser Rd**
**Orwell, OH 44076-9682**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6173**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2510 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,547.90 | $0.00 |
|---|---|---|---|---|

**Michael Bishop**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**337 S County Road 17**
**Tiffin, OH 44883-8429**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1408**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $493.94 | $0.00 |
|---|---|---|---|---|

**Michael Botsaris**

**1593 Long Point Rd**
**Pasadena, MD 21122-6045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0560**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $221.51 | $0.00 |
|---|---|---|---|---|

**Michael Bowen**

**352 Thorley Rd**
**New Cumberland, PA 17070-3132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1964**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $96.22 | $0.00 |
|---|---|---|---|---|

**Michael Brady**

**187 Burns Rd**
**New Brighton, PA 15066-4205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5538**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $231.80 | $0.00 |
|---|---|---|---|---|

**Michael Burger**

**563 Mill Creek Rd**
**Utica, PA 16362-1217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7154**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2515 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.19 | $0.00 |
|---|---|---|---|---|

**Michael Chafardon**

**1008 Blackbird Landing Rd**
**Townsend, DE 19734-9142**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7859**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2516 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |
|---|---|---|---|---|

**Michael Clary**

**14003 Fox Run Ct**
**Phoenix, MD 21131-1852**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7276**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2517 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.40 | $0.00 |
|---|---|---|---|---|

**Michael Coombe**

**986 Meadowview Ln**
**West Chester, PA 19382-2178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6625**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2518 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $735.85 | $0.00 |
|---|---|---|---|---|

**Michael Cordle**

**10506 Gilbert Rd**
**Newton Falls, OH 44444-9205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6386**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 630 of 689

| | | |
|---|---|---|
| 2.2519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,275.00** | $0.00 |

**Michael Coughlin**

**1880 Bean Oller Rd**
**Delaware, OH 43015-7845**

| | |
|---|---|
| Date or dates debt was incurred | Basis for the claim: |

Last 4 digits of account number **6161**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Is the claim subject to offset?
■ No
☐ Yes

**$1,275.00**  $0.00

---

2.2520 Priority creditor's name and mailing address

**Michael Cowgill**

**52230 Tower Rd**
**Cumberland, OH 43732-9640**

Date or dates debt was incurred

Last 4 digits of account number **3564**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,156.43**  $0.00

---

2.2521 Priority creditor's name and mailing address

**Michael D. Reed**

**3301 State Route 183**
**Atwater, OH 44201-9537**

Date or dates debt was incurred

Last 4 digits of account number **8230**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$40.38**  $0.00

---

2.2522 Priority creditor's name and mailing address

**Michael Daly**

**2989 Serfass Rd**
**Clinton, OH 44216-9386**

Date or dates debt was incurred

Last 4 digits of account number **2781**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$833.43**  $0.00

| | | |
|---|---|---|
| 2.2523 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2523**

Priority creditor's name and mailing address

**Michael Dasch**

**17887 Jug Rd**
**Burton, OH 44021-9614**

Date or dates debt was incurred

Last 4 digits of account number **4845**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,051.03     $0.00

---

**2.2524**

Priority creditor's name and mailing address

**Michael E. Brown**

**2249 Sieber Trce**
**Xenia, OH 45385-9004**

Date or dates debt was incurred

Last 4 digits of account number **3440**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$326.57     $0.00

---

**2.2525**

Priority creditor's name and mailing address

**Michael Egliskis**

**1314 Mount Carmel Rd**
**Parkton, MD 21120-9762**

Date or dates debt was incurred

Last 4 digits of account number **6584**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$57.38     $0.00

---

**2.2526**

Priority creditor's name and mailing address

**Michael Flanagan**

**4501 Liberty Rd**
**Delaware, OH 43015-8604**

Date or dates debt was incurred

Last 4 digits of account number **5703**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$213.27     $0.00

| 2.2527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$956.25** | **$0.00** |

**Michael Fox**

**3493 Sheffield Monroe Rd**
**Kingsville, OH 44048-7718**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1584**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$985.07** | **$0.00** |

**Michael Goins**

**470 State Route 511**
**Nova, OH 44859-9710**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7979**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.68** | **$0.00** |

**Michael Guy**

**10584 Crouse Willison Rd**
**Johnstown, OH 43031-9109**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2654**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20.66** | **$0.00** |

**Michael Hall**

**1105 Walters Mill Rd**
**Forest Hill, MD 21050-1415**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9110**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.25 | $0.00 |
|--------|--------|--------|--------|--------|

**Michael Hamulack**

5 Golden Circle Ln
Shrewsbury, PA 17361-1821

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7721**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $630.87 | $0.00 |
|--------|--------|--------|--------|--------|

**Michael Harasika**

4790 Augustine Herman Hwy
Earleville, MD 21919-1610

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0748**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $132.18 | $0.00 |
|--------|--------|--------|--------|--------|

**Michael Heironimus**

695 N Tecumseh Rd
Springfield, OH 45504-3414

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5949**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.75 | $0.00 |
|--------|--------|--------|--------|--------|

**Michael Hershberger**

8176 Possum Hollow Rd NW
Dundee, OH 44624-8893

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7157**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

**2.2535** Priority creditor's name and mailing address

**Michael Hoffberger**

**6527 Montrose Ave**
**Baltimore, MD 21212-1024**

Date or dates debt was incurred

Last 4 digits of account number **5871**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,353.51    $0.00

---

**2.2536** Priority creditor's name and mailing address

**Michael Hudock**

**714 Folly Hill Rd**
**Kennett Square, PA 19348-1506**

Date or dates debt was incurred

Last 4 digits of account number **8061**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$0.17    $0.00

---

**2.2537** Priority creditor's name and mailing address

**Michael Ingram**

**100 Rouse Dr**
**Avondale, PA 19311-1379**

Date or dates debt was incurred

Last 4 digits of account number **5180**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$479.06    $0.00

---

**2.2538** Priority creditor's name and mailing address

**Michael Inskeep**

**15130 Payne Rd**
**Marysville, OH 43040-9106**

Date or dates debt was incurred

Last 4 digits of account number **7614**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$445.23    $0.00

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2539 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $813.62 | $0.00 |
|---|---|---|---|---|

2.2539 Priority creditor's name and mailing address

**Michael Kenerly**

**2400 Willow Rd**
**Springfield, OH 45502-9596**

As of the petition filing date, the claim is: $813.62 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6500**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2540 Priority creditor's name and mailing address

**Michael Kosman**

**6990 Chatham Rd**
**Medina, OH 44256-8016**

As of the petition filing date, the claim is: $1,852.07 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6358**

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2541 Priority creditor's name and mailing address

**Michael L. Smith**

**5168 Taylor Rd**
**Atwater, OH 44201-9106**

As of the petition filing date, the claim is: $145.18 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1653**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

2.2542 Priority creditor's name and mailing address

**Michael Lawson**

**18244 Laughman Rd**
**Lore City, OH 43755-9737**

As of the petition filing date, the claim is: $18.02 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4829**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $487.90 | $0.00 |

**Michael Layton**

710 Old Forbes Rd
Stoystown, PA 15563-8628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6490**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $685.10 | $0.00 |

**Michael Madic**

1790 Pole Bridge Rd
Middletown, DE 19709-2168

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6258**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.19 | $0.00 |

**Michael Maggitti**

115 Andora Dr
Elkton, MD 21921-2727

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4732**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $728.28 | $0.00 |

**Michael McGarity**

7113 Shalin Dr
Marriottsville, MD 21104-1470

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4773**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 637 of 689

| | |
|---|---|
| 2.2547 | Priority creditor's name and mailing address |

**Michael Miller**

**2866 River Glen Dr**
**Austinburg, OH 44010-9739**

Date or dates debt was incurred

Last 4 digits of account number **6048**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,160.25    $0.00

---

| | |
|---|---|
| 2.2548 | Priority creditor's name and mailing address |

**Michael Moritz**

**6141 McClintocksburg Rd**
**Newton Falls, OH 44444-9247**

Date or dates debt was incurred

Last 4 digits of account number **7981**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$696.66    $0.00

---

| | |
|---|---|
| 2.2549 | Priority creditor's name and mailing address |

**Michael O'Malley**

**21600 Keller Rd**
**Freeland, MD 21053-9670**

Date or dates debt was incurred

Last 4 digits of account number **4969**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$51.00    $0.00

---

| | |
|---|---|
| 2.2550 | Priority creditor's name and mailing address |

**Michael Overfield**

**9721 Infirmary Rd**
**Mantua, OH 44255-9432**

Date or dates debt was incurred

Last 4 digits of account number **6830**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,403.10    $0.00

---

| 2.2551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $958.55 | $0.00 |

**Michael R Chrisman**

42335 Burrier Rd
Jewett, OH 43986-9787

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6450**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $765.00 | $0.00 |

**Michael R Christine**

4933 Cheyenne St SE
Canton, OH 44707-1113

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9517**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.63 | $0.00 |

**Michael Radvansky**

601 County Road 46
Toronto, OH 43964-4027

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3661**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.68 | $0.00 |

**Michael Rhodes**

6856 Hoover Rd
Orient, OH 43146-9471

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4796**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,452.14 | $0.00 |
|---|---|---|---|---|

**Michael Royster**

470 County Road 119
Fremont, OH 43420-9358

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6095**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.80 | $0.00 |
|---|---|---|---|---|

**Michael Rutherford**

58 5th Ave SW
Pataskala, OH 43062-9438

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5453**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.05 | $0.00 |
|---|---|---|---|---|

**Michael Sanders**

11878 Pickerington Rd
Pickerington, OH 43147-9432

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1023**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,146.99 | $0.00 |
|---|---|---|---|---|

**Michael Shao & Sara Tyler**

1942 Thistle Dr
Woodbine, MD 21797-9466

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6487**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.2559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $34.60 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|-------|

**Michael Skahill**

19223 Porterstown Rd
Keedysville, MD 21756-1435

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5322**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.75 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Michael Sords**

6414 Summers Rd
Windsor, OH 44099-9809

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1529**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.34 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|--------|-------|

**Michael Speakman**

4220 Graceton Rd
Pylesville, MD 21132-1327

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6156**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $233.24 | $0.00 |
|--------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Michael Squires**

157 Kopper Kettle Rd
Washington, PA 15301-3178

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2043**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2563 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.60 | $0.00 |
|---|---|---|---|---|

**Michael Stevens**

**12468 Weygandt St NW**
**Canal Fulton, OH 44614-9707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9303**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2564 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.48 | $0.00 |
|---|---|---|---|---|

**Michael Tate**

**224 Oxford Rd**
**West Chester, PA 19380-4908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4036**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2565 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $158.10 | $0.00 |
|---|---|---|---|---|

**Michael W. & Courtney Cameron**

**7044 Moores Ridge Rd SE**
**Uhrichsville, OH 44683-6576**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4847**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2566 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1.53 | $0.00 |
|---|---|---|---|---|

**Michael Weinstein**

**1921 Bulls Sawmill Rd**
**Freeland, MD 21053-9408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6641**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,054.85 | $0.00 |

**Michael White**

320 Pleasantview Dr
Granville, OH 43023-9316

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1138**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $436.39 | $0.00 |

**Michael Wohlwend**

1032 Randolph Rd
Mogadore, OH 44260-9318

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2600**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $791.69 | $0.00 |

**Michael Zellner**

61 Whitaker Ave
North East, MD 21901-2642

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2467**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $425.43 | $0.00 |

**Michal Weglewski**

1443 Ship Rd
West Chester, PA 19380-1338

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0197**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2571 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.38 | $0.00 |
|---|---|---|---|---|

**Michele Beck**

**23 Ailsa Ct**
**Rising Sun, MD 21911-2505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0485**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2572 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $947.92 | $0.00 |
|---|---|---|---|---|

**Michele Kossey**

**10 William Beaser Dr**
**Garnet Valley, PA 19060-1624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5804**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2573 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,942.34 | $0.00 |
|---|---|---|---|---|

**Michelle Anderson**

**34 Theresa Ln**
**North East, MD 21901-3201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7755**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2574 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.09 | $0.00 |
|---|---|---|---|---|

**Michelle Bill**

**28305 Norris Rd**
**Tippecanoe, OH 44699-9422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6722**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

| 2.2575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $37.74 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|-------|

**Michelle Bille**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

30051 Friendly Ridge Rd
Freeport, OH 43973-9033

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6720**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.06 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|---------|-------|

**Michelle Bille**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

28300 Norris Rd
Tippecanoe, OH 44699-9422

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6721**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.34 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|-------|

**Michelle Livermore/Gordon Collins**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

6617 Route 20
Wakeman, OH 44889

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2859**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $78.20 | $0.00 |
|--------|---------------------------------------------|-----------------------------------------------|--------|-------|

**Michelle Moore**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

506 Bell Run Rd
Spraggs, PA 15362-1020

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7401**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | |
|---|---|
| 2.2579 | Priority creditor's name and mailing address |

**Michelle Rabich**

**1947 Kinsman Rd**
**N Bloomfield, OH 44450**

Date or dates debt was incurred

Last 4 digits of account number **156**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$35.53**    **$0.00**

---

| | |
|---|---|
| 2.2580 | Priority creditor's name and mailing address |

**Michelle Young**

**1517 Doctor Jack Rd**
**Conowingo, MD 21918-1746**

Date or dates debt was incurred

Last 4 digits of account number **0648**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$175.61**    **$0.00**

---

| | |
|---|---|
| 2.2581 | Priority creditor's name and mailing address |

**Michellle Kushner**

**3900 Dunnett Ln**
**Murrysville, PA 15668-9709**

Date or dates debt was incurred

Last 4 digits of account number **8387**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$66.56**    **$0.00**

---

| | |
|---|---|
| 2.2582 | Priority creditor's name and mailing address |

**Mick Sparrow**

**4825 Mumper Rd**
**Springfield, OH 45502-7864**

Date or dates debt was incurred

Last 4 digits of account number **0919**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$20.32**    **$0.00**

| 2.2583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $594.83 | $0.00 |
|---|---|---|---|---|

**Mickei Scheiderer**

20555 State Route 31
Marysville, OH 43040-9765

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0882**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.72 | $0.00 |
|---|---|---|---|---|

**Mike & Pam Roberts**

589 N Branch Rd
Mc Donald, PA 15057-2175

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4867**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $136.09 | $0.00 |
|---|---|---|---|---|

**Mike & Rhonda Clark**

21101 W Liberty Rd
Parkton, MD 21120-9106

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2526**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8.42 | $0.00 |
|---|---|---|---|---|

**Mike Bond**

49075 Wargo Rd
Caldwell, OH 43724-9198

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1618**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.51 | $0.00 |
|---|---|---|---|---|

**Mike Bowlby**

955 Blacklick Rd
Millersport, OH 43046-9014

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6459**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2588 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.32 | $0.00 |
|---|---|---|---|---|

**Mike Braden**

2783 Trask Rd
Rock Creek, OH 44084-9535

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0275**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2589 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $292.40 | $0.00 |
|---|---|---|---|---|

**Mike Brand**

220 Armstrong Dr
Washington, PA 15301-7724

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7366**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2590 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |
|---|---|---|---|---|

**Mike Brown**

9975 Ward Rd
Saint Paris, OH 43072-9778

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2800**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2591 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.75 | $0.00 |

**Mike Buehner**

6733 Callahan Rd
Rome, OH 44085-9627

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6221**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2592 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $307.11 | $0.00 |

**Mike Condon**

1316 Chesapeake Ave
Middle River, MD 21220-4318

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3578**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2593 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $141.61 | $0.00 |

**Mike Cooney**

109 Andrea Ln
Spring City, PA 19475-3225

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4986**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2594 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |

**Mike Coughlin**

2400 County Road 25 N
Bellefontaine, OH 43311-9549

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5209**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| | | |
|---|---|---|
| 2.2595 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.07 | $0.00 |

**2.2595** Priority creditor's name and mailing address

**Mike Dever**

**381 Brinton Lake Rd**
**Thornton, PA 19373-1054**

As of the petition filing date, the claim is: $165.07 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9321**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2596** Priority creditor's name and mailing address

**Mike Diakoulas**

**14504 Cuba Rd**
**Hunt Valley, MD 21030-1012**

As of the petition filing date, the claim is: $3,498.77 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9458**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2597** Priority creditor's name and mailing address

**Mike Geisler**

**7500 Days Woods Ct**
**Kingsville, MD 21087-1751**

As of the petition filing date, the claim is: $530.49 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4581**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2598** Priority creditor's name and mailing address

**Mike Irving**

**3507 Timber Crest Ln**
**Woodstock, MD 21163-1055**

As of the petition filing date, the claim is: $510.85 | $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1063**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.2599 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $981.16 | $0.00 |
|---|---|---|---|---|

**Mike Koraido**

**12281 Georgetown St NE**
**Paris, OH 44669-9704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8423**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2600 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $153.43 | $0.00 |
|---|---|---|---|---|

**Mike Kusa**

**7306 US Route 6**
**Pierpont, OH 44082-9725**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6921**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2601 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.67 | $0.00 |
|---|---|---|---|---|

**Mike Lance**

**11551 Glen Arm Rd**
**Glen Arm, MD 21057-9438**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9698**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2602 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $739.67 | $0.00 |
|---|---|---|---|---|

**Mike Lance**

**11551 Glen Arm Rd**
**Glen Arm, MD 21057-9438**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9698**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| 2.2603 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $586.84 | $0.00 |
|---|---|---|---|---|

**Mike Librich**

**1125 Grange Rd**
**Beaver, PA 15009-8560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3851**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2604 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $157.17 | $0.00 |
|---|---|---|---|---|

**Mike McCombs**

**5213 Hadlock Rd**
**Ashtabula, OH 44004-9661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2313**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2605 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.99 | $0.00 |
|---|---|---|---|---|

**Mike Mertel**

**10401 Darrow Rd**
**Vermilion, OH 44089-9553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5239**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2606 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $743.58 | $0.00 |
|---|---|---|---|---|

**Mike Muesel**

**10685 Limeridge Rd**
**Hiram, OH 44234-9742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3753**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2607 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.80 | $0.00 |

**Mike Nutter**

**8410 Patten Tract Rd**
**Sandusky, OH 44870-9726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6426**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2608 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $408.00 | $0.00 |

**Mike Richter**

**524 Maple Farm Ln**
**Melcroft, PA 15462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0930**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2609 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.05 | $0.00 |

**Mike Schaefer**

**3965 Industry Rd**
**Rootstown, OH 44272-9778**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2988**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2610 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.18 | $0.00 |

**Mike Shetenhelm**

**3550 Fangboner Rd**
**Fremont, OH 43420-8913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8299**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk   Doc 6   FILED 10/17/22   ENTERED 10/17/22 14:18:18   Page 653 of 689

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2611 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$337.11** | $0.00 |

**Mike Stevens**

**1600 Chenango Rd S**
**New London, OH 44851-9413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5206**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2612 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,108.32** | $0.00 |

**Mike Symbala**

**292 Anderson Rd**
**Enon Valley, PA 16120-1706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1578**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2613 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$164.14** | $0.00 |

**Mike Tenney**

**2486 William Flynn Hwy**
**Butler, PA 16001-8020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1396**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2614 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$552.16** | $0.00 |

**Mike Vaughan**

**12312 Happy Hollow Rd**
**Cockeysville, MD 21030-1710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0340**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,160.73 | $0.00 |
|---|---|---|---|---|

**Milton Studer**

**8725 N Slalom Ln**
**Minerva, OH 44657-8768**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **164**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.27 | $0.00 |
|---|---|---|---|---|

**Milton Troyer**

**715 County Road 111**
**Bellefontaine, OH 43311-9565**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3081**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $163.97 | $0.00 |
|---|---|---|---|---|

**Mindy Kerzic**

**1141 Route 534 S**
**Geneva, OH 44041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2339**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (5)

---

| 2.2618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,275.00 | $0.00 |
|---|---|---|---|---|

**Mingmin Shen**

**1160 Breiten Ct**
**Woodbine, MD 21797-9205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0946**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.2619 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.45 | $0.00 |
|---|---|---|---|---|

**Minnie Moyer**

**7025 Ledge Rd**
**Thompson, OH 44086-9745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6356**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2620 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.09 | $0.00 |
|---|---|---|---|---|

**Miranda Fox**

**4 Middle Woods Ct**
**Parkton, MD 21120-8915**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6375**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2621 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.12 | $0.00 |
|---|---|---|---|---|

**Mitch Eltringham**

**120 Township Road 676**
**Steubenville, OH 43952-7994**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7150**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.2622 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $437.75 | $0.00 |
|---|---|---|---|---|

**Mitchell & Joan Kefauver**

**15971 Cross Mill Rd**
**Felton, PA 17322-8294**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3881**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 656 of 689

| 2.2623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,511.73 | $0.00 |
|---|---|---|---|---|

**Mitchell (Mitch) & Fredda Hawkins**

**44673 Metz Rd**
**Columbiana, OH 44408-9518**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7300**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $170.00 | $0.00 |
|---|---|---|---|---|

**Mitchell Masi**

**135 Windwoods Dr**
**Hopwood, PA 15445-2500**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6303**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $548.08 | $0.00 |
|---|---|---|---|---|

**Mitchell Wood**

**12666 Orrville St NW**
**North Lawrence, OH 44666-9460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7560**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $694.28 | $0.00 |
|---|---|---|---|---|

**Molly Leckler**

**5418 Sleepy Hollow Rd**
**Valley City, OH 44280-9744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9152**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2627 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,530.00 | $0.00 |
|---|---|---|---|---|

**Molly Sandvik**

2745 Pavonia North Rd
Mansfield, OH 44903-9416

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6516**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2628 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.48 | $0.00 |
|---|---|---|---|---|

**Mona & Earl Thayer**

2718 Moyer Ave
Barberton, OH 44203-5217

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1965**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2629 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,070.92 | $0.00 |
|---|---|---|---|---|

**Mona Ross**

4240 Florida Ave
Newtown Square, PA 19073-3114

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8491**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2630 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,152.60 | $0.00 |
|---|---|---|---|---|

**Monica Martello**

274 Overpond Ct
Glen Rock, PA 17327-9000

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3340**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2631 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $977.50 | $0.00 |

**Monica Yahinskie**

67 S Springfield Dr
North East, MD 21901-1318

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0863**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2632 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $673.20 | $0.00 |

**Monique Head**

1410 B Eagles Grove Ct
Whiteford, MD 21160

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3665**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2633 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.13 | $0.00 |

**Monroe Township**
**Abigial Miller (Fiscal Officer)**
**6395 County Road 29 (intersection of Cou**
**West Liberty, OH 43357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7401**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.2634 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.68 | $0.00 |

**Monty's Restaurant**
**Julie Glenn Blake**
**1241 Greenville Rd**
**Cortland, OH 44410-9533**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9663**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 2.2635 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,740.38 | $0.00 |

**2.2635** Priority creditor's name and mailing address
**Mordy Itzkowitz**

**6221 Benhurst Rd**
**Baltimore, MD 21209-3806**

As of the petition filing date, the claim is: $1,740.38   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8734**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2636** Priority creditor's name and mailing address
**Mourad Abdelmessih**

**2900 River Rd**
**Granville, OH 43023-9522**

As of the petition filing date, the claim is: $1,675.78   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4237**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2637** Priority creditor's name and mailing address
**Mr. Dana Dumperth**

**1693 Lenox New Lyme Rd**
**Jefferson, OH 44047-9560**

As of the petition filing date, the claim is: $392.11   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7271**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.2638** Priority creditor's name and mailing address
**Mr. Jan Lobota**

**8258 Delin Thomas Rd**
**Kinsman, OH 44428-9534**

As of the petition filing date, the claim is: $670.31   $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6418**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $830.45 | $0.00 |

**Mr. Kelly Koselke**

**4687 County Road 223**
**Clyde, OH 43410-9762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3045**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,593.92 | $0.00 |

**Mr. Tracy Thompson**

**11519 Basil Rd NW**
**Baltimore, OH 43105-9642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8251**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.07 | $0.00 |

**Mrs. Pat Fluharty**

**34500 Gundy Ridge Rd**
**Bowerston, OH 44695-9779**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3065**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $57.80 | $0.00 |

**Ms. Billie Blanton**

**4409 Qu Wood Rd**
**Springfield, OH 45506-3834**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7904**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2643 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,071.00 | $0.00 |
|---|---|---|---|---|

**Mulligan Springs Golf Course**

**2205 Congress Lake Rd**
**Mogadore, OH 44260-9369**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **213**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2644 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $882.64 | $0.00 |
|---|---|---|---|---|

**Myles Bremke**

**52699 Garfield Rd**
**Wakeman, OH 44889-9555**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3505**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2645 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.80 | $0.00 |
|---|---|---|---|---|

**Myron Sainovich**

**444 Allen Rd**
**Beaver Falls, PA 15010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1549**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2646 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $255.17 | $0.00 |
|---|---|---|---|---|

**Nadja McCormick**

**109 Parrish Ln**
**Wilmington, DE 19810-3457**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7358**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 662 of 689

| 2.2647 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,327.90 | $0.00 |

**Nadya Arshavskiy**

**12501 Valley Pines Dr**
**Reisterstown, MD 21136-5530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0781**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

---

| 2.2648 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24.23 | $0.00 |

**Nagam Ganne**

**6813 Redberry Rd**
**Clarksville, MD 21029-1501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7922**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

---

| 2.2649 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.00 | $0.00 |

**Nancy Burns**

**5567 Stanhope Kelloggsville Rd**
**Andover, OH 44003-9607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0324**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

---

| 2.2650 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,232.20 | $0.00 |

**Nancy Grabowski**

**10166 Music St**
**Novelty, OH 44072-9622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**7**)

☑ No
☐ Yes

| 2.2651 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $31.54 | $0.00 |

**Nancy Hallahan**

7800 Sumner Rd
Thompson, OH 44086-9510

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **743**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.2652 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.25 | $0.00 |

**Nancy Hamza**

45430 Peck Wadsworth Rd
Wellington, OH 44090-9667

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4333**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.2653 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.68 | $0.00 |

**Nancy Hooper**

1718 Peppermint Ln
Westminster, MD 21157-7252

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4933**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

---

| 2.2654 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $103.70 | $0.00 |

**Nancy Medlen**

201 E Fredericktown Rd
La Belle, PA 15450-1013

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8351**

Is the claim subject to offset?

■ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ Yes

| 2.2655 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $440.22 | $0.00 |

**Nancy Mounts**

**364 Waynesburg Rd**
**West Alexander, PA 15376-2364**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2275**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2656 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.22 | $0.00 |

**Naomi Haley**

**12100 Woodhaven Rd**
**Johnstown, OH 43031-9271**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **2489**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2657 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $81.69 | $0.00 |

**Nate Van Steenvoort**

**7679 Feder Rd**
**Galloway, OH 43119-8946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **9759**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2658 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $213.27 | $0.00 |

**Nathan & Abbey Brydon**

**104 Stone Ln**
**Palmyra, PA 17078-8992**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4928**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2659 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $637.50 | $0.00 |

**Nathan Ford**

**16075 State Route 14A**
**Beloit, OH 44609-9734**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1352**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2660 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $138.04 | $0.00 |

**Nathan LeFebvre**

**4631 Township Road 45**
**De Graff, OH 43318-9640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4942**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2661 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $102.34 | $0.00 |

**Nathan M. Zook**

**528 Cedar Grove Rd**
**Avella, PA 15312-2233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7061**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2662 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70.47 | $0.00 |

**Nathan Scott**

**2735 Ady Rd**
**Forest Hill, MD 21050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5546**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2663 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.34 | $0.00 |

**Nathan Sharpless**

**35 W Maple Ave**
**Coatesville, PA 19320-1612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0877**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2664 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.02 | $0.00 |

**Nathan Yoder**

**11627 Kyle Rd**
**Garrettsville, OH 44231-9798**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8716**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2665 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.77 | $0.00 |

**Nathaniel & Linda Hostetler**

**4540 Wilcox Rd**
**Middlefield, OH 44062-9583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1460**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2666 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $90.53 | $0.00 |

**Nathaniel & Michelle Fitzpatrick**

**806 Stablersville Rd**
**Parkton, MD 21120-9157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1509**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.2667 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3.40 | $0.00 |
|---|---|---|---|---|

**Nathaniel Byler**

**7119 Girdle Rd**
**West Farmington, OH 44491-9792**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1862**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2668 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.37 | $0.00 |
|---|---|---|---|---|

**Nathon & Bonnie Crochunis**

**7124 Shalin Dr**
**Marriottsville, MD 21104-1469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3543**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2669 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.51 | $0.00 |
|---|---|---|---|---|

**Neal & Kerry Shovlin**

**5 Brae Ct**
**Lincoln University, PA 19352-1012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5961**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2670 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.26 | $0.00 |
|---|---|---|---|---|

**Neal & Laurie Meyers**

**2825 Grier Nursery Rd**
**Forest Hill, MD 21050-1524**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5918**

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.2671 | Priority creditor's name and mailing address<br>**Neal Luginbill**<br><br>**7047 Township Road 150**<br>**West Liberty, OH 43357-9727** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **1589**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$151.30**  **$0.00**

| | | |
|---|---|---|
| 2.2672 | Priority creditor's name and mailing address<br>**Ned Musselman**<br><br>**12285 Park Dr**<br>**Orient, OH 43146-9167** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **8350**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$115.26**  **$0.00**

| | | |
|---|---|---|
| 2.2673 | Priority creditor's name and mailing address<br>**Neil & Lillian Hofstetter**<br><br>**9141 Clay St**<br>**Montville, OH 44064-9700** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **6077**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$247.35**  **$0.00**

| | | |
|---|---|---|
| 2.2674 | Priority creditor's name and mailing address<br>**Neil Bensky**<br><br>**1125 Poole Rd**<br>**Westminster, MD 21157-7236** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date or dates debt was incurred | Basis for the claim: |
| | Last 4 digits of account number **2487**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Claim amounts: **$946.65**  **$0.00**

| 2.2675 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.00 | $0.00 |
|---|---|---|---|---|

**Nelson Franco**

21205 Ridge Rd
Freeland, MD 21053-9572

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4954**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2676 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,127.44 | $0.00 |
|---|---|---|---|---|

**Nelva Martinez**

4 Earl Ct
North Fairfield, OH 44855-9531

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **727**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2677 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,205.78 | $0.00 |
|---|---|---|---|---|

**Nicholas & Liz Brough**

848 Sugar Run Rd
Eighty Four, PA 15330-2446

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3374**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2678 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.75 | $0.00 |
|---|---|---|---|---|

**Nicholas Bott**

7499 Columbus Lancaster Rd NW
Carroll, OH 43112-9517

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0807**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| 2.2679 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.91 | $0.00 |
|---|---|---|---|---|

**Nicholas Carroll**

202 State Route 292
Zanesfield, OH 43360-9782

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7912**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2680 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $333.88 | $0.00 |
|---|---|---|---|---|

**Nicholas Cavalieros**

1700 Oakfield Ave
Essex, MD 21221-3046

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4661**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2681 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $423.30 | $0.00 |
|---|---|---|---|---|

**Nicholas Ciani**

15210 Valentine Rd
Thompson, OH 44086-9758

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6263**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.2682 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $921.40 | $0.00 |
|---|---|---|---|---|

**Nicholas White**

6483 Graham Rd
Pierpont, OH 44082-9747

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7773**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 671 of 689

| | | | |
|---|---|---|---|
| 2.2683 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $851.11    $0.00 |

**2.2683**

Priority creditor's name and mailing address

**Nick & Laura Honeycutt**

**8399 Gale Rd SW**
**Hebron, OH 43025-9586**

Date or dates debt was incurred

Last 4 digits of account number **0569**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:      **$851.11**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2684**

Priority creditor's name and mailing address

**Nick Botean**

**6755 Breezehill Rd SW**
**East Sparta, OH 44626-9401**

Date or dates debt was incurred

Last 4 digits of account number **3635**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:      **$866.58**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

---

**2.2685**

Priority creditor's name and mailing address

**Nick Brader**

**54 Montvieu Ct**
**Cockeysville, MD 21030-2646**

Date or dates debt was incurred

Last 4 digits of account number **4623**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:      **$17.09**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.2686**

Priority creditor's name and mailing address

**Nick Brown**

**4544 Clark Shaw Rd**
**Powell, OH 43065-9715**

Date or dates debt was incurred

Last 4 digits of account number **9417**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:      **$1,700.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

| 2.2687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.08 | $0.00 |

**Nick Smith**

2737 Fixler Rd
Medina, OH 44256-9711

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3595**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $263.76 | $0.00 |

**Nick Sotiriou**

173 Willowmere Park Rd
New Brighton, PA 15066-4117

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6532**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.65 | $0.00 |

**Nick Toussant**

6535 Hahn St NE
Louisville, OH 44641-8315

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6380**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.50 | $0.00 |

**Nicole Casto**

3177 Pinney Topper Rd
Ashtabula, OH 44004-9619

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **3523**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 673 of 689

| 2.2691 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $65.45 | $0.00 |

**Nicole Kalka**

515 Craig Run Rd
Waynesburg, PA 15370-2727

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8079**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2692 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $510.00 | $0.00 |

**Nicole Knight**

10019 Green Valley Rd
Union Bridge, MD 21791-8107

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1226**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2693 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $638.01 | $0.00 |

**Nigel Stern**

224 Pennsylvania Ave
West Chester, PA 19380-3830

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6646**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2694 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $272.68 | $0.00 |

**Noah Yutz**

16109 Shedd Rd
Middlefield, OH 44062-9154

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **6600**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| | | |
|---|---|---|
| 2.2695 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.2695**

Priority creditor's name and mailing address

**Noah Yutzy**

**16990 Nash Rd**
**Middlefield, OH 44062-9115**

Date or dates debt was incurred

Last 4 digits of account number **6848**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$510.00**       **$0.00**

---

**2.2696**

Priority creditor's name and mailing address

**Norma Sales**

**3141 County Road 130**
**Bellefontaine, OH 43311-9362**

Date or dates debt was incurred

Last 4 digits of account number **4199**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$492.24**       **$0.00**

---

**2.2697**

Priority creditor's name and mailing address

**Norman Brugler**

**40 Southwind Dr**
**Honey Brook, PA 19344-1771**

Date or dates debt was incurred

Last 4 digits of account number **7813**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$31.37**       **$0.00**

---

**2.2698**

Priority creditor's name and mailing address

**Norman Paul**

**7449 S Pricetown Rd**
**Berlin Center, OH 44401-9602**

Date or dates debt was incurred

Last 4 digits of account number **873**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

**$1,219.50**       **$0.00**

---

| 2.2699 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $395.42 | $0.00 |
|---|---|---|---|---|

**Norman Riffett Jr.**

12078 Taylor Wells Rd
Chardon, OH 44024-7901

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **1037**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2700 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.41 | $0.00 |
|---|---|---|---|---|

**Norman Stout**

783 Bethel Church Rd
Latrobe, PA 15650-9257

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **4982**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2701 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.17 | $0.00 |
|---|---|---|---|---|

**Norman Taylor**

6081 Dustin Rd
Galena, OH 43021-9365

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0681**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.2702 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.00 | $0.00 |
|---|---|---|---|---|

**Odos Miller**

13775 Station Rd
Middlefield, OH 44062-9705

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **7565**

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 676 of 689

| 2.2703 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown | $0.00 |

**Office Of The Ohio Attorney General**
**150 E Gay St**
**Collections Enforcement Section**
**Columbus, OH 43215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **0918**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.2704 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 | $0.00 |

**Office of Unemployment Insurance**

**PO Box 17291**
**Baltimore, MD 21297-0365**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **5304**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $330.56 |

**Aflac**

**1932 Wynnton Rd**
**Columbus, GA 31999-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

Last 4 digits of account number **E129**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $149.15 |

**Airgas USA LLC**

**PO Box 734445**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

Last 4 digits of account number **2105**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |

**AMS**
**Division of Windham Properties**
**384 Main St**
**Salem, NH 03079-2412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

22-51226-amk    Doc 6    FILED 10/17/22    ENTERED 10/17/22 14:18:18    Page 677 of 689

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Amur Equipment Finance**

**308 N Locust St**
**Grand Island, NE 68801-5969**

Date(s) debt was incurred  **09/14/2017**

Last 4 digits of account number  **7641**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Amware**

**19801 Holland Rd**
**Cleveland, OH 44142-1339**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,684.60 |
|---|---|---|---|

**Anova Wesroc**

**PO Box 3900**
**Omaha, NE 68103-0900**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Anova Wesroc**

**PO Box 3900**
**Omaha, NE 68103-0900**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Armstrong Cable**

**1 Armstrong Pl**
**Butler, PA 16001-1951**

Date(s) debt was incurred _____

Last 4 digits of account number  **1603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $88,000.00 |
|---|---|---|---|

**Bank of the West**
**c/o Mark M. Scott, Esq.**
**18400 Von Karman Ave Ste 800**
**Irvine, CA 92612-0514**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Barley Snyder**

**126 E King St**
**Lancaster, PA 17602-2832**

Date(s) debt was incurred _____

Last 4 digits of account number _____

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Berea Bookkeeping & Tax Service**

740 Fair St
Berea, OH 44017-2770

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
|---|---|---|---|

**Blue Racer Midstream LLC**

5949 Sherry Ln Ste 1300
Dallas, TX 75225-8036

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Brennan Manna & Diamond**

75 E Market St
Akron, OH 44308-2010

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Breton Equity Company LLC**
Attn: Ted Doukas, Manager
1560 Sawgrass Corporate Pkwy Ste 479
Fort Lauderdale, FL 33323-2858

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,501.47 |
|---|---|---|---|

**Bruce Clingan**

5 Cooper Ln
Eighty Four, PA 15330-2934

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Bryn Mawr Equipment Finance Inc.**

620 W Germantown Pike Ste 310
Plymouth Meeting, PA 19462-2227

Date(s) debt was incurred  06/29/2017

Last 4 digits of account number  1865

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,485.00 |
|---|---|---|---|

**Burns & Hansen PA**

8401 Wayzata Blvd Ste S-300
Minneapolis, MN 55426-1343

Date(s) debt was incurred __

Last 4 digits of account number  9418

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,911.88 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Charles Mifsud, Esq.**

6305 Emerald Pkwy
Dublin, OH 43016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __3035__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,546.15 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Charles Mifsud, Esq.**

6305 Emerald Pkwy
Dublin, OH 43016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7471__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,546.15 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-----------|

**Charles Mifsud, Esq.**

6305 Emerald Pkwy
Dublin, OH 43016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7479__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,218.54 |
|------|--------------------------------------------------|--------------------------------------------------------------------|------------|

**Chase Card Services**

PO Box 15153
Wilmington, DE 19886

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __7095__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $528,791.48 |
|------|--------------------------------------------------|--------------------------------------------------------------------|-------------|

**CHS**

5500 Cenex Dr
Inver Grove Heights, MN 55077-1721

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Clint Land dba Coastal Energy**

250 Ricefield Way
Brunswick, GA 31525-4664

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|------|--------------------------------------------------|--------------------------------------------------------------------|---------|

**Coastal Energy Inc.**

250 Ricefield Way
Brunswick, GA 31525-4664

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|
| | **Consolidated Construction Products** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | PO Box 1329 Andover, OH 44003-1329 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  0406 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$171,000.00** |
|---|---|---|---|
| | **Crestwood Midstream Partners LP** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 2440 Pershing Rd Ste 600 Kansas City, MO 64108-2501 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,275.00** |
|---|---|---|---|
| | **Curtis Mallory** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 8380 County Road 13 De Graff, OH 43318-9778 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  6487 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$149.00** |
|---|---|---|---|
| | **Cuyahoga County Clerk of Courts** Justice Center 1200 Ontario St Fl 1 Cleveland, OH 44113-1615 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred  2013 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,348.00** |
|---|---|---|---|
| | **David H. Brown Farms Inc.** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | 7622 W Shelby State Road 44 Franklin, IN 46131-9221 | | |
| | Date(s) debt was incurred  05/06/2022 | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
|---|---|---|---|
| | **Davidson Farms Inc.** Attn: Richard R. Davidson 7767 State Route 41 NW Washington Court House, OH 43160-9475 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$386.00** |
|---|---|---|---|
| | **Delaware Dept of Transportation** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | PO Box 697 Dover, DE 19903-0697 | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,980.35 |
|---|---|---|---|

**Dewey Hagerty**

427 Saint James Rd
Boswell, PA 15531-1840

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,712.42 |
|---|---|---|---|

**Dinn Hochman Potter LLC**

6105 Parkland Blvd Ste 100
Cleveland, OH 44124-4258

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Don Goodwin**

1325 Daniels Run Rd
Scenery Hill, PA 15360-1828

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $858.00 |
|---|---|---|---|

**Donald L. Harr**

65880 McGregor Rd
Bellaire, OH 43906

Date(s) debt was incurred  02/09/2016

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179,735.17 |
|---|---|---|---|

**eMaxx Insurance Services LLC**

450 Skokie Blvd Ste 1000
Northbrook, IL 60062-7917

Date(s) debt was incurred __

Last 4 digits of account number  4036

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,896.00 |
|---|---|---|---|

**Encova Insurance Company**
c/o Jenkins Fenstermaker PLLC
PO Box 2688
Huntington, WV 25726-2688

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Fifth Third Bank**

PO Box 630900
Cincinnati, OH 45263-0900

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Thrifty Propane Inc. | Case number (if known) | |
|--------|---------------------|------------------------|---|
| | Name | | |

**3.39** Nonpriority creditor's name and mailing address
**Financial Pacific Leasing Inc.**

PO Box 4568
Federal Way, WA 98063

Date(s) debt was incurred  **02/15/2017**
Last 4 digits of account number  **0157**

As of the petition filing date, the claim is: *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
**Financial Pacific Leasing Inc.**

PO Box 4568
Federal Way, WA 98063

Date(s) debt was incurred  **11/16/2017**
Last 4 digits of account number  **2772**

As of the petition filing date, the claim is: *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
**Financial Pacific Leasing Inc.**

PO Box 4568
Federal Way, WA 98063

Date(s) debt was incurred  **04/02/2021**
Last 4 digits of account number  **8117**

As of the petition filing date, the claim is: *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**FleetOne Holdings Company**

PO Box 630038
Cincinnati, OH 45263-0038

Date(s) debt was incurred  _
Last 4 digits of account number  **4039**

As of the petition filing date, the claim is: *Check all that apply.* **unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**Francis Bacon**

6828 Leslie Rd
Middle River, MD 21220-1224

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.* **$1,281.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**Francis David Corp**
c/o Egon P. Singerman, Esq.
30625 Solon Rd Ste C
Cleveland, OH 44139-3473

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.* **$22,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address
**Frank Scuticchio**

120 Franks Towne Ln
Butler, PA 16002-8836

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.* **$1,055.51**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,162.67 |
|---|---|---|---|

**Freeman Miller**

**14710 Hayes Rd**
**Middlefield, OH 44062-8466**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,000.00 |
|---|---|---|---|

**FZA Note Buyers LLC**

**1560 Sawgrass Corporate Pkwy Ste 479**
**City of Sunrise, FL 33323-2858**

Date(s) debt was incurred  8/2022

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $962.03 |
|---|---|---|---|

**Gene R. Wagner**

**478 Vankirk Ridge Rd**
**Washington, PA 15301-6422**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,056.35 |
|---|---|---|---|

**Harry & Miriam Warner**

**7886 Ridge Rd**
**Farmdale, OH 44417-9754**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,229.87 |
|---|---|---|---|

**Hitachi Capital**

**800 Connecticut Ave**
**Norwalk, CT 06854-1631**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |
|---|---|---|---|

**Hook N Haul LLC**
**c/o Bryan Whittenberger**
**355 Elyria St**
**Lodi, OH 44254-1077**

Date(s) debt was incurred  12/17/2021

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.28 |
|---|---|---|---|

**Insta Cover**

**17 Central Way**
**Kirkland, WA 98033-6116**

Date(s) debt was incurred __

Last 4 digits of account number  1536

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,959.23 |

**IOU Financial**

301 W Preston St
Baltimore, MD 21201-2305

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  **9591**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,574.12 |

**IPS Equipment Inc.**

PO Box 145
Byron, MI 48418-0145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,091.00 |

**James Friend**

8521 N Harvey Rd
Monrovia, IN 46157-9271

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/18/2018**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,785.19 |

**Joe Geibel**

256 Osche Rd
Butler, PA 16002-8712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | unknown |

**John Alexas**

71 B O Ln
Claysville, PA 15323-1040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,021.28 |

**Joseph Rocco**

12100 W Lake Rd
East Springfield, PA 16411-9106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,173.00 |

**Joshua Bandel**

65 Bandel Rd
Eighty Four, PA 15330-2047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **unknown** |
| --- | --- | --- | --- |

**JPMorgan Chase Bank NA**

PO Box 182051
Columbus, OH 43218-2051

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,012.38** |
| --- | --- | --- | --- |

**Julie Whitt**

20500 Township Road 411
Walhonding, OH 43843-9721

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |
| --- | --- | --- | --- |

**Kabbage**

PO Box 77081
Atlanta, GA 30357-1081

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  8616

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,209.16** |
| --- | --- | --- | --- |

**Kenneth Allen**

33 Hill St
Adena, OH 43901-9628

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$525.00** |
| --- | --- | --- | --- |

**Kimball Midwest**

Dept L-2780
Columbus, OH 43260

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  2584

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,870.17** |
| --- | --- | --- | --- |

**Larry Moore**

1254 Township Road 373
Richmond, OH 43944-7998

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,059.28** |
| --- | --- | --- | --- |

**Lytx**

9785 Towne Centre Dr
San Diego, CA 92121-1968

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number  2737

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$678.86** |

**Marcino Enterprise**

**207 Canton Rd**
**Wintersville, OH 43953-3902**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **unknown** |

**Mark Hamrick**
**c/o Weltman Weinberg & Reis Co LPA**
**965 Keynote Cir**
**Cleveland, OH 44131-1829**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,065.41** |

**Matt Mason**

**2360 Layer Rd**
**Warren, OH 44481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$517,000.00** |

**Meridian Liquid Partners**

**124 Walnut St**
**Yankton, SD 57078-4341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,905.96** |

**Nancy L. McIntosh**

**5468 Washington School Rd**
**Chester, WV 26034-1911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,892.65** |

**Nick Ciani**

**15235 Valentine Rd**
**Thompson, OH 44086-9757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,689.89** |

**Office Of The Ohio Attorney General**
**150 E Gay St**
**Collections Enforcement Section**
**Columbus, OH 43215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Date(s) debt was incurred __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Alex J. Castle, Esq.**<br>**Cassone Law Offices LLC**<br>**5086 N High St**<br>**Columbus, OH 43214-1526** | Line **3.51**<br><br>☐ Not listed. Explain | _ |
| 4.2 | **Altus Receivables Management**<br>**2400 Veterans Blvd Ste 300**<br>**Kenner, LA 70062** | Line **3.66**<br><br>☐ Not listed. Explain | **2737** |
| 4.3 | **Bankers Insurance LLC**<br>**PO Box 9953**<br>**Glen Allen, VA 23058-9853** | Line **3.36**<br><br>☐ Not listed. Explain | **4036** |
| 4.4 | **Craig W. Relman, Esq.**<br>**23811 Chagrin Blvd Ste 160**<br>**Cleveland, OH 44122-5525** | Line **3.29**<br><br>☐ Not listed. Explain | _ |
| 4.5 | **CT Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **3.16**<br><br>☐ Not listed. Explain | **1865** |
| 4.6 | **Envision Capital Group LLC**<br>**23422 Mill Creek Dr Ste 200**<br>**Laguna Hills, CA 92653-7923** | Line **3.4**<br><br>☐ Not listed. Explain | **7641** |
| 4.7 | **Gisella Melendez**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **3.4**<br><br>☐ Not listed. Explain | **7641** |
| 4.8 | **Gisella Melendez**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **3.40**<br><br>☐ Not listed. Explain | **2772** |
| 4.9 | **Jess C. Weade, Esq.**<br>**220 E Market St**<br>**Washington Court House, OH 43160-1348** | Line **3.30**<br><br>☐ Not listed. Explain | _ |
| 4.10 | **Kenneth A. Calderone, Esq.**<br>**Hanna Campbell & Powell**<br>**3737 Embassy Pkwy Ste 100**<br>**Akron, OH 44333-8380** | Line **3.24**<br><br>☐ Not listed. Explain | _ |
| 4.11 | **Kenneth A. Calderone, Esq.**<br>**Hanna Campbell & Powell**<br>**3737 Embassy Pkwy Ste 100**<br>**Akron, OH 44333-8380** | Line **3.23**<br><br>☐ Not listed. Explain | _ |
| 4.12 | **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **3.39**<br><br>☐ Not listed. Explain | **0157** |

| Debtor | **Thrifty Propane Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Lien Solutions**<br>**PO Box 29071**<br>**Glendale, CA 91209-9071** | Line **3.41**<br><br>☐ Not listed. Explain ____ | **8117** |
| 4.14 | **The Magnozzi Law Firm PC**<br>**Attn: Mark F. Magnozzi**<br>**23 Green St Ste 302**<br>**Huntington, NY 11743-3336** | Line **3.50**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 1,501,899.19 |
| **5b. Total claims from Part 2** | 5b. + $ | 2,193,840.21 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 3,695,739.40 |