# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 22-51226 | Trustee Name: | Melissa Macejko |
|---|---|---|---|
| Case Name: | THRIFTY PROPANE INC. | Date Filed (f) or Converted (c): | 10/17/2022 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 12/12/2022 |
| | | Claims Bar Date: | 02/08/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Accounts receivable (less than 90 days old) | $15,231.46 | $15,231.46 | | $154.88 | $15,076.58 |
| Asset Notes: An analysis of the collectability or viability has not been made as of this time | | | | | |
| 2  Unlisted Bank Accounts - Chase - Farmers Propane - unlisted savings account (#6953) (u) | $25.05 | $25.05 | | $25.05 | FA |
| 3  Bank Account - Farmers Propane Inc. - Hometown Bank #6213 | Unknown | $500.00 | | $500.00 | FA |
| 4  Bank Account - Farmers Propane Inc. - JPMorgan Chase Bank #6296 | Unknown | $2,384.77 | | $2,384.77 | FA |
| 5  Bank Account - Farmers Propane Inc. - Peoples Bank #5606 | Unknown | $46.54 | | $46.54 | FA |
| 6  Bank Account - Propane Direct Inc. (account contains Thrifty Propane Inc. Funds) - JPMorgan Chase Bank #5360 | Unknown | $1.00 | | $0.00 | $1.00 |
| 7  Bank Account - SAM Inc. (account contains Thrifty Propane Inc. funds) - Fifth Third Bank #6033 | Unknown | $1.00 | | $0.00 | $1.00 |
| 8  Bank Account - Thrifty Direct Inc. - Peoples Bank #0639 | Unknown | $1.00 | | $0.00 | $1.00 |
| 9  Bank Account - Thrifty Direct Inc. - US Bank #6097 | Unknown | $1.00 | | $0.00 | $1.00 |
| 10  Bank Account - Thrifty Propane Inc. - Hometown Bank #6189 | Unknown | $500.00 | | $500.00 | FA |
| 11  Bank Account - Thrifty Propane Inc. - Hometown Bank #6197 | Unknown | $100.00 | | $100.00 | FA |
| 12  Bank Account - Thrifty Propane Inc. - Hometown Bank #6205 | Unknown | $100.00 | | $100.00 | FA |
| 13  Bank Account - Thrifty Propane Inc. - JPMorgan Chase Bank #5858 | Unknown | $1.00 | | $0.00 | $1.00 |
| 14  Bank Account - Thrifty Propane Inc. - Main Street Bank #2702 | Unknown | $215.46 | | $0.00 | $215.46 |
| 15  Bank Account - Thrifty Propane Inc. - Peoples Bank #1367 | Unknown | $1,649.69 | | $1,649.69 | FA |
| 16  Bank Account - Thrifty Propane Inc. - Peoples Bank #3551 | Unknown | $7.37 | | $7.37 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2

| Case No.: | 22-51226 | Trustee Name: | Melissa Macejko |
| Case Name: | THRIFTY PROPANE INC. | Date Filed (f) or Converted (c): | 10/17/2022 (f) |
| For the Period Ending: | 12/31/2022 | §341(a) Meeting Date: | 12/12/2022 |
| | | Claims Bar Date: | 02/08/2023 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 17 Bank Account - Thrifty Propane Inc. - Peoples Bank #8953 | Unknown | $10.67 | | $10.67 | FA |
| 18 Bank Account - Thrifty Propane Inc. - PNC Bank #0621 | Unknown | $1.00 | | $0.00 | $1.00 |
| 19 Bank accounts - Thrifty Propane of Northern Ohio Inc. - Peoples Bank #5013 | Unknown | $1.00 | | $0.00 | $1.00 |
| 20 Accounts Receivable (Over 90 days old) | $16,318.17 | $16,318.17 | | $0.00 | $16,318.17 |
| Asset Notes: An analysis of the collectability or viability has not been made as of this time | | | | | |
| 21 Inventory - Propane tanks rented by customers | Unknown | $1.00 | | $1,197.84 | $1.00 |
| Asset Notes: Trustee has been notified that some or all of the tanks may be subject to a security interest claimed by a creditor | | | | | |
| 22 Unlisted Accounts Receivable (u) | $0.00 | $3,012.85 | | $2,944.67 | FA |
| 23 Bobtail trucks and Vehicles | $783,151.65 | $783,151.65 | | $0.00 | $783,151.65 |
| 24 2014 Freightliners Cascadia 113 | $36,090.00 | $36,090.00 | | $0.00 | $36,090.00 |
| 25 Crane Trucks | $120,900.00 | $120,900.00 | | $0.00 | $120,900.00 |
| 26 Zacklift Z252 Fifth Wheel Trailer S/N Z9838 | $31,125.00 | $31,125.00 | | $0.00 | $31,125.00 |
| Asset Notes: Subject to valid security interest - carveout agreement for sale of this equipment by the Trustee for the benefit of the estate | | | | | |
| 27 Trailers | $272,500.00 | $272,500.00 | | $0.00 | $272,500.00 |
| 28 Tanks | $296,929.00 | $296,929.00 | | $0.00 | $296,929.00 |
| 29 Misc. Equipment | $8,344.00 | $8,344.00 | | $0.00 | $8,344.00 |
| 30 Rigid Pipe Threader | Unknown | $1.00 | | $0.00 | $1.00 |
| 31 Craftsman Drill Press | Unknown | $1.00 | | $0.00 | $1.00 |
| 32 Brake Kits | Unknown | $1.00 | | $0.00 | $1.00 |
| 33 40' Steel Container | $5,000.00 | $5,000.00 | | $0.00 | $5,000.00 |
| 34 Miscellaneous Items for Repairs - LP Regulators, LP Meters, Copper Tubing, Pigtails, Fitting and Belts | Unknown | $1.00 | | $0.00 | $1.00 |
| 35 Spare Truck Tires | Unknown | $1.00 | | $0.00 | $1.00 |
| 36 Websight: thriftypropane.com | Unknown | $0.00 | | $0.00 | FA |
| 37 Customer list | Unknown | $0.00 | | $0.00 | FA |
| 38 ERC Tax Credits | $300,000.00 | $6,785.07 | | $0.00 | $6,785.07 |
| 39 Claims against Coastal Energy Inc., Clint Land and Rick Smith - US District Court Case no. 1:19-CV-02040-JPC | Unknown | $1.00 | | $0.00 | $1.00 |

| Case No.: | 22-51226 | | Trustee Name: | Melissa Macejko |
| --- | --- | --- | --- | --- |
| Case Name: | THRIFTY PROPANE INC. | | Date Filed (f) or Converted (c): | 10/17/2022 (f) |
| For the Period Ending: | 12/31/2022 | | §341(a) Meeting Date: | 12/12/2022 |
| | | | Claims Bar Date: | 02/08/2023 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40 | Claim against Jeff Prycl/Rocky Mountain Garage - in possession of a 1000 gallon propane tank - $15,000 paid by Thrifty in April 2022 on $80,000 owed | Unknown | $1.00 | | $0.00 | $1.00 |
| 41 | Breach of Contract Claim against Arrakis Energy Marketing (154 S Hall, Sugarland, TX 77478) | Unknown | $1.00 | | $0.00 | $1.00 |
| 42 | Money owed from Bill Marino (2801 Barnhill Rd., New Philadelphia, OH  44663) | $14,000.00 | $14,000.00 | | $0.00 | $14,000.00 |
| 43 | Possible reserve balance refund - ODJFS unemployment (u) | $0.00 | $1.00 | | $0.00 | FA |
| **Asset Notes:** | Trustee added claim for possible reserve balance refund.  Upon further investigation, Trustee determined that premiums paid not refundable. | | | | | |
| 44 | Fuel Tax Payment Bonds (u) | $1.00 | $1.00 | | $0.00 | $1.00 |
| 45 | Avoidance actions under Chapter 5 of the U.S. Bankruptcy Code (u) | Unknown | $1.00 | | $0.00 | $1.00 |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| | $1,899,615.33 | $1,614,945.75 | | $9,621.48 | $1,606,452.93 |

**Major Activities affecting case closing:**

12/31/2022    Orders entered for employment of counsel (Docket No. 53) and special counsel (Docket No. 63) for the Trustee and auctioneer (Docket No. 59).  Application to employ accountant filed on 01/06/2023 (Docket No. 72). Adv. Nos. 23-5001 & 22-5002 filed for turnover of vehicles and trailer.  Motion to compromise and for approval of carve-out agreement with First Bank Richmond for sale of equipment.  Initial auction of assets to be set in next 90 days.

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2024 | **Current Projected Date Of Final Report (TFR):** | 12/31/2024 | /s/ MELISSA MACEJKO |
| --- | --- | --- | --- | --- |
| | | | | MELISSA MACEJKO |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 22-51226 | **Trustee Name:** | Melissa Macejko |
| **Case Name:** THRIFTY PROPANE INC. | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** **-***1012 | **Checking Acct #:** | ******0047 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 01/01/2022 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 12/31/2022 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/04/2022 | (1) | Anthany Derico | Collection of account receivable | 1121-000 | $154.88 | | $154.88 |
| 11/04/2022 | (2) | Farmers Propane, Inc. | Turnover of bank account funds - Chase account ending 6953 | 1229-000 | $25.05 | | $179.93 |
| 11/04/2022 | (4) | Farmers Propane Inc. | Turnover of bank account funds - Chase account ending 6296 | 1129-000 | $2,384.77 | | $2,564.70 |
| 11/04/2022 | (5) | Farmers Propane | Turnover of bank account funds - Peoples Bank account ending 5606 | 1129-000 | $46.54 | | $2,611.24 |
| 11/04/2022 | (15) | Thrifty Propane, Inc. | Turnover of bank account funds - Peoples Bank account ending 1367 | 1129-000 | $1,649.69 | | $4,260.93 |
| 11/04/2022 | (16) | Thrifty Propane | Turnover of bank account funds - Peoples Bank account ending 3551 | 1129-000 | $7.37 | | $4,268.30 |
| 11/04/2022 | (17) | Thrifty Propane | Turnover of bank account funds - Peoples Bank account ending 8953 | 1129-000 | $10.67 | | $4,278.97 |
| 11/04/2022 | (22) | Michael J. Nalepa | Collection of account receivable | 1221-000 | $1,793.12 | | $6,072.09 |
| 11/04/2022 | (22) | Ronald Dattilio | Collection of account receivable | 1221-000 | $874.00 | | $6,946.09 |
| 11/04/2022 | (22) | Milton Hileman | Collection of account receivable | 1221-000 | $277.55 | | $7,223.64 |
| 11/18/2022 | | Hometown Bank | Turnover of the funds on deposit in the Hometown Bank accounts | * | $1,200.00 | | $8,423.64 |
| | {3} | | Turnover of the funds on deposit in the Hometown Bank accounts  $500.00 | 1129-000 | | | $8,423.64 |
| | {11} | | Turnover of the funds on deposit in the Hometown Bank accounts  $100.00 | 1129-000 | | | $8,423.64 |
| | {10} | | Turnover of the funds on deposit in the Hometown Bank accounts  $500.00 | 1129-000 | | | $8,423.64 |
| | {12} | | Turnover of the funds on deposit in the Hometown Bank accounts  $100.00 | 1129-000 | | | $8,423.64 |
| 11/18/2022 | (21) | First Baptist Church | Collection of account receivable propane tanks rented | 1129-000 | $1,197.84 | | $9,621.48 |
| 12/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.30 | $9,607.18 |
| | | | **SUBTOTALS** | | $9,621.48 | $14.30 | |

22-51226-amk   Doc 83   FILED 01/26/23   ENTERED 01/26/23 13:52:57   Page 4 of 6

| Case No. | 22-51226 | | Trustee Name: | Melissa Macejko |
|---|---|---|---|---|
| Case Name: | THRIFTY PROPANE INC. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***1012 | | Checking Acct #: | ******0047 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2022 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $9,621.48 | $14.30 | $9,607.18 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $9,621.48 | $14.30 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $9,621.48 | $14.30 | |

| For the period of 01/01/2022 to 12/31/2022 | | For the entire history of the account between 11/04/2022 to 12/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,621.48 | Total Compensable Receipts: | $9,621.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,621.48 | Total Comp/Non Comp Receipts: | $9,621.48 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.30 | Total Compensable Disbursements: | $14.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.30 | Total Comp/Non Comp Disbursements: | $14.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 3

| | |
|---|---|
| Case No. | 22-51226 |
| Case Name: | THRIFTY PROPANE INC. |
| Primary Taxpayer ID #: | **-***1012 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 01/01/2022 |
| For Period Ending: | 12/31/2022 |

| | |
|---|---|
| Trustee Name: | Melissa Macejko |
| Bank Name: | Pinnacle Bank |
| Checking Acct #: | ******0047 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $9,621.48 | $14.30 | $9,607.18 |

| For the period of 01/01/2022 to 12/31/2022 | | For the entire history of the account between 11/04/2022 to 12/31/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $9,621.48 | Total Compensable Receipts: | $9,621.48 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $9,621.48 | Total Comp/Non Comp Receipts: | $9,621.48 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $14.30 | Total Compensable Disbursements: | $14.30 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $14.30 | Total Comp/Non Comp Disbursements: | $14.30 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ MELISSA MACEJKO

MELISSA MACEJKO